IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> vs <br><br> GOOGLE INC., a Delaware corporation; AOL, LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; and YAHOO! INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 2-07CV-432 <br><br> Jury Trial Demanded |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Performance Pricing, Inc. ("Performance Pricing") hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Performance Pricing is a wholly-owned subsidiary of Acacia Patent Acquisition Corporation, which is a wholly-owned subsidiary of Acacia Research Corporation, which is a publicly traded company (NASDAQ: ACTG).

Dated: September 27, 2007

1

Respectfully submitted,

By: /s/ Calvin Capshaw
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@mailbmc.com
Andrew W. Spangler
State Bar No. 24041960
Email: aspangler@mailbmc.com
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Gregory S. Dovel
CA State Bar No. 135387
E-mail: greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
E-mail: sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

ATTORNEYS FOR PLAINTIFF,
PERFORMANCE PRICING, INC.