AO 120 (Rev 3/04j)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 US.C. § 1116 you are hereby advised that a court action has been filed in the U S District Court for the Eastern District of Texas on the following  ☑ Patents or  ☐ Trademarks:

| DOCKET NO.<br>2-07CV-432 | DATE FILED<br>SEP 27 2007 | U S DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>Performance Pricing, Inc. | | DEFENDANT<br>Google Inc., AOL LLC, Microsoft Corporation and Yahoo! Inc |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,978,253 | December 20, 2005 | PRICEPLAY, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY:<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>DAVID J. MALAND, CLERK | (BY) DEPUTY CLERK | DATE<br>SEP 27 2007 |
|---|---|---|

Copy 1-Upon initiation of action, mail Ibis copy to Director    Copy 3-Upon termination of action mail this copy to Director
Copy 2-Upon filing document adding patent(s), mail this copy to Director    Copy 4-Case file copy