IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>        Plaintiff,<br>vs.<br><br>GOOGLE, INC., a Delaware corporation; AOL LLC, a Delaware limited liability Company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation;<br><br>        Defendants. | § § § § § § § § § § § § § § | CASE NO. 2:07-CV-432 (LED)<br><br>Jury Trial Demanded |

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney ROBERT CHRISTOPHER BUNT enters his appearance in this matter as additional counsel for Plaintiff, PERFORMANCE PRICING, INC., a Texas corporation, for the purpose of receiving notices from the Court.

Dated: September 12, 2007

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 00787165
Robert M. Parker
State Bar No. 15498000
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

Attorneys for Plaintiff,
PERFORMANCE PRICING, INC.

## CERTIFICATE OF SERVICE

  I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this September 28, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

             */s/ Charles Ainsworth*
             CHARLES AINSWORTH