IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation; | § § § | |
| Plaintiff, | § | CASE NO. 2:07-CV-432 (LED) |
| vs. | § § | Jury Trial Demanded |
| GOOGLE, INC., a Delaware corporation; AOL LLC, a Delaware limited liability Company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation; | § § § § § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney CHARLES AINSWORTH enters his appearance in this matter as additional counsel for Plaintiff, PERFORMANCE PRICING, INC., a Texas corporation, for the purpose of receiving notices from the Court.

Dated:  September 28, 2007         Respectfully submitted,

                                                      */s/ Charles Ainsworth*
                                                    Charles Ainsworth
                                                    State Bar No. 00783521
                                                    Robert Christopher Bunt
                                                    State Bar No.  00787165
                                                    Robert M. Parker
                                                    State Bar No. 15498000
                                                    **PARKER, BUNT & AINSWORTH, P.C.**
                                                    100 E. Ferguson, Suite 1114
                                                    Tyler, Texas 75702
                                                    903/531-3535
                                                    903/533-9687 - Facsimile
                                                    E-mail: rmparker@pbatyler.com
                                                    E-mail: rcbunt@pbatyler.com
                                                    E-mail: charley@pbatyler.com

                                                    Attorneys for Plaintiff,
                                                    PERFORMANCE PRICING, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this September 28, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          */s/ Charles Ainsworth*
                                          CHARLES AINSWORTH