IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT COOPERATION, a Washington corporation; YAHOO! INC., a Delaware corporation;<br><br>Defendant. | Case No. 2:07-cv-432 (LED)<br>**Notice of Appearance** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Christin Cho, enters her appearance in this matter as counsel for Plaintiff Performance Pricing, Inc. for the purpose of receiving notices and orders from the Court.

DATED this 9th day of October, 2007.

Respectfully submitted,

By: /s/ Christin K. Cho
    Christin K.  Cho
    Cal State Bar No. 238173
    Dovel & Luner, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, CA 90401
    Telephone: (310) 656–7066
    Facsimile: (310) 656–7069
    Email:  christin@dovellaw.com

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of October, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


/s/ Christin Cho