## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

PERFORMANCE PRICING, INC.       )
                                 )
       Plaintiff,                )
                                 )
       v.                      )    Civil Action No. 2:07-CV-432 LED
                                 )
GOOGLE, INC., ET AL.            )
                                 )
       Defendants.            )
                                 )
                                 )

## ORDER

On this day came on to be considered Microsoft Corporation (Microsoft)'s Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint of Performance Pricing, Inc., and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint of Performance Pricing, Inc. be granted and that the deadline for Microsoft to Answer or Otherwise Respond to the Amended Complaint has been extended to November 19, 2007.