IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>        Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation;<br><br>        Defendants. | CASE NO.  2:07-cv-432 (LED)<br><br>**Jury Trial Demanded** |

**STIPULATION OF EXTENSION OF TIME FOR GOOGLE INC.
TO ANSWER OR OTHERWISE RESPOND**

TO THE HONORABLE JUDGE OF SAID COURT:

    IT IS HEREBY STIPULATED by and between counsel for Plaintiff Performance Pricing, Inc. ("Performance Pricing"), and Defendant, Google Inc. ("Google"), subject to the approval of the Court, as follows:

    On September 27, 2007, Performance Pricing filed its Complaint for Patent Infringement. Performance Pricing and Google have agreed to an extension of time to answer or otherwise respond, which extends the deadline to November 19, 2007.

Dated:  October 12, 2007                                                                Respectfully submitted,


                                                     By:     /s/ Elizabeth L. DeRieux_____
                                                                 S. Calvin Capshaw
                                                                 State Bar No. 03783900
                                                                Email:  ccapshaw@mailbmc.com
                                                                Elizabeth L. DeRieux
                                                                State Bar No. 05770585
                                                                Email:  ederieux@mailbmc.com
                                                               Brown McCarroll, L.L.P.
                                                               1127 Judson Road, Suite 220
                                                               Longview, TX 75601
                                                               Telephone:  (903) 236-9800
                                                               Facsimile:  (903) 236-8787

                                                               Robert M. Parker
                                                               State Bar No. 15498000
                                                               Email: rmparker@pbatyler.com
                                                               Robert Christopher Bunt
                                                               State Bar No. 00787165
                                                               Email: rcbunt@pbatyler.com
                                                               Charles Ainsworth
                                                               State Bar No. 00783521
                                                               Email: charley@pbatyler.com
                                                               Parker, Bunt & Ainsworth, P.C.
                                                               100 East Ferguson, Ste. 1114
                                                               Tyler, TX 75702
                                                               Telephone:  (903) 531-3535
                                                               Facsimile: (903) 533-9687

                                                               Gregory S. Dovel
                                                               CA State Bar No. 135387
                                                               E-mail: greg@dovellaw.com
                                                               Sean Luner
                                                               CA State Bar No. 165443
                                                               E-mail: sean@dovellaw.com
                                                               Dovel & Luner, LLP
                                                               201 Santa Monica Blvd., Suite 600
                                                               Santa Monica, CA 90401
                                                               Telephone:  (310) 656-7066
                                                               Facsimile:  (310) 657-7069

                                                               ATTORNEYS FOR PLAINTIFF
                                                               PERFORMANCE PRICING, INC.