IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation;<br><br>    Defendants. | CASE NO. 2:07-cv-432 (LED)<br><br>Jury |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Plaintiff, Performance Pricing, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 16th day of October, 2007.

DATED:  October 16, 2007　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　By:  /s/ Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　S. Calvin Capshaw
　　　　　　　　　　　　　　　　　　State Bar No. 0378390
　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　State Bar No. 05770585
　　　　　　　　　　　　　　　　　　N. Claire Abernathy
　　　　　　　　　　　　　　　　　　State Bar No. 24053063
　　　　　　　　　　　　　　　　　　BROWN MCCARROLL, LLP
　　　　　　　　　　　　　　　　　　1127 Judson Road, Suite 220
　　　　　　　　　　　　　　　　　　P.O. Box 3999 (75606-3999)
　　　　　　　　　　　　　　　　　　Longview, Texas 75601-5157
　　　　　　　　　　　　　　　　　　Telephone:  (903) 236-9800
　　　　　　　　　　　　　　　　　　Facsimile:   (903) 236-8787
　　　　　　　　　　　　　　　　　　Email: ccapshaw@mailbmc.com
　　　　　　　　　　　　　　　　　　Email: ederieux@mailbmc.com
　　　　　　　　　　　　　　　　　　Email: cabernathy@mailbmc.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　Performance Pricing, Inc.


## CERTIFICATE OF SERVICE

　　　I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 16th day of October, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth L. DeRieux