IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>                Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation;<br><br>                Defendants. | CASE NO. 2:07-cv-432 (LED)<br><br>Jury |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, N. Claire Abernathy, enters her appearance in this matter as counsel for Plaintiff, Performance Pricing, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 16th day of October, 2007.

DATED: October 16, 2007    Respectfully submitted,


By: /s/ N. Claire Abernathy
S. Calvin Capshaw
State Bar No. 0378390
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com
Email: ederieux@mailbmc.com
Email: cabernathy@mailbmc.com

Attorneys for Plaintiff,
Performance Pricing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 16th day of October, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy