IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation;<br><br>　　　　　Defendants. | CASE NO. 2:07-cv-432 (LED)<br><br>**Jury Trial Demanded** |

**ORDER APPROVING STIPULATION OF EXTENSION OF TIME FOR
GOOGLE INC. TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Stipulation for Extension of Time for Defendant Google to Answer or Otherwise Respond. Having consider the matter, the Court GRANTS the motion and extends the date for Google to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and including November 19, 2007.

**So ORDERED and SIGNED this 16th day of October, 2007.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE