IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-432[LED] |
| | § | |
| GOOGLE INC., AOL LLC, | § | JURY DEMANDED |
| MICROSOFT CORPORATION, | § | |
| YAHOO! INC., IAC SEARCH & MEDIA, | § | |
| INC., and A9.COM, INC. | § | |

## DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant YAHOO! INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for an extension of time in which to answer, move, or otherwise respond to Plaintiff PERFORMANCE PRICING, INC.'S Amended Complaint and would respectfully show the Court as follows:

YAHOO! INC. has requested and Plaintiff has agreed to an extension of YAHOO! INC.'S time to respond in any manner whatsoever including answer, motion, or other pleading of any type to Plaintiff's Amended Complaint. Specifically, YAHOO! INC. requests, and PERFORMANCE PRICING, INC. does not oppose, an additional extension of time up to and including November 21, 2007.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: October 22, 2007                    Respectfully submitted,

                                           By:   */s/ Michael E. Jones*
                                           Michael E. Jones
                                           State Bar No. 10929400
                                           POTTER MINTON
                                           A Professional Corporation
                                           110 N. College, Suite 500 (75702)

{A07\NEW\NEW\W0341470.1 }

                                                               P. O. Box 359  
                  Tyler, Texas 75710  
                  (903) 597 8311  
                  (903) 593 0846 (Facsimile)  
                  mikejones@potterminton.com

<u>OF COUNSEL</u>:  
Michael A. Jacobs  
mjacobs@mofo.com  
Rachel Krevans  
rkrevans@mofo.com  
Richard S.J. Hung  
rhung@mofo.com  
MORRISON & FOERSTER LLP  
425 Market Street  
San Francisco, CA 94105

                  ATTORNEYS FOR DEFENDANT  
                  YAHOO! INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 22nd day of October, 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

                  */s/ Michael E. Jones*  
                  Michael E. Jones