UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. <br><br> Defendants. | Civil Action No. 2-07-cv-432 (LED) <br><br> JURY DEMANDED |

**AGREED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT AOL LLC TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Performance Pricing, Inc. files this Agreed Motion to Extend Time for Defendant AOL LLC to file its Answer or Otherwise Respond to Plaintiff's Original Complaint and would respectfully show the Court as follows:

Defendant AOL LLC has requested an extension of time to answer. Plaintiff has agreed to such an extension. The parties respectfully request that Defendant AOL LLC be granted an extension of time to file its Answer or otherwise respond to Plaintiff's Original Complaint to November 16, 2007.

WHEREFORE, PREMISES CONSIDERED, Plaintiff PERFORMANCE PRICING, INC. respectfully moves the Court to extend the deadline as set forth above pursuant to the request of AOL LLC and award the parties such other and further relief as they may show themselves justly entitled.

Dated: October 22, 2007

Respectfully submitted,

By:    /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    N. Claire Abernathy
    State Bar No. 24053063
    Brown McCarroll, L.L.P.
    1127 Judson Rd., Suite 220
    Longview, TX 75601
    P O Box 3999
    Longview, TX 75606
    Phone: (903) 236-9800
    Fax: (903) 236-8787
    Email: ccapshaw@mailbmc.com
    Email: ederieux@mailbmc.com
    Email: cabernathy@mailbmc.com

    Robert M. Parker
    State Bar No. 15498000
    Email: rmparker@pbatyler.com
    Robert Christopher Bunt
    State Bar No. 00787165
    Email: rcbunt@pbatyler.com
    Charles Ainsworth
    State Bar No. 00783521
    Email: charley@pbatyler.com
    Parker, Bunt & Ainsworth, P.C.
    100 East Ferguson, Ste. 1114
    Tyler, TX 75702
    Telephone: (903) 531-3535
    Facsimile: (903) 533-9687

>Gregory S. Dovel
>CA State Bar No. 135387
>Email: greg@dovellaw.com
>Sean Luner
>CA Bar No. 165443
>Email: sean@dovellaw.com
>Christin K. Cho
>CA Bar No. 238173
>Email: christin@dovellaw.com
>Dovel & Luner, LLP
>201 Santa Monica Blvd., Suite 600
>Santa Monica, CA 90401
>Telephone: (310) 656-7066
>Facsimile: (310) 657-7069
>
>ATTORNEYS FOR PLAINTIFF
>PERFORMANCE PRICING, INC.

## CERTIFICATE OF CONFERENCE

I certify that Gregory S. Dovel and Elizabeth L. DeRieux, counsel for Plaintiff Performance Pricing, Inc., and Katherine Bennett, counsel for AOL LLC, have conferred and agreed to the relief sought in this motion.

>/s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 22, 2007. Any other counsel of record will be served by facsimile transmission and first class mail.

>/s/ Elizabeth L. DeRieux
>Elizabeth L. DeRieux