UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. <br><br> Defendants. | Civil Action No. 2-07-cv-432 (LED) <br><br> JURY DEMANDED |

**ORDER**

Came on for consideration the Agreed Motion for Extension of Time for Defendant AOL LLC to Answer or Otherwise Respond and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time for Defnedant AOL LLC to Answer or Otherwise Respond is GRANTED and the deadline for Defendant AOL LLC to file its Answer to Plaintiff's Complaint or to otherwise respond is extended to November 16, 2007.