IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-432[LED] |
| | § | |
| GOOGLE INC., AOL LLC, | § | JURY DEMANDED |
| MICROSOFT CORPORATION, | § | |
| YAHOO! INC., IAC SEARCH & MEDIA, | § | |
| INC., and A9.COM, INC. | § | |

## ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant YAHOO! INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Amended Complaint until and through November 21, 2007.  Such motion is GRANTED.

It is therefore ORDERED that Defendant YAHOO! INC. has until and through November 21, 2007 to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

**So ORDERED and SIGNED this 23rd day of October, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**