Appendix K                                                                        Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

U.S. DISTRICT COURT
2007 OCT 24   PM 4:38
TEXAS EASTERN

1. This application is being made for the following: Case # __07-CV-432__
Style: __PERFORMANCE PRICING, INC. v. GOOGLE INC. ET AL.__
2. Applicant is representing the following party/ies: __YAHOO! INC.__
3. Applicant was admitted to practice in __CA__ (state) on __12/7/1998__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__CALIFORNIA STATE; N.D.CAL; E.D.CAL; 9TH CIR.; FED. CIR.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __RICHARD S. HUNG__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __10/23/07__            Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): RICHARD S HUNG
State Bar Number: CA SBN 197425
Firm Name: MORRISON + FOERSTER LLP
Address/P.O. Box: 425 MARKET ST.
City/State/Zip: SAN FRANCISCO, CA 94105
Telephone #: (415) 268-7602
Fax #: (415) 268-7522
E-mail Address: RHUNG@MOFO.COM
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____

_____
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

Receipt for Payment          Receipt No.

# United States District Court
for the
Eastern District of Texas at Tyler

Date: Wednesday, October 24, 2007

Received from:

**POTTER MINTON**
**P. O. BOX 359**
**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: **Check**
Case or other reference: **2:07CV432**
Comments: **PHV - CK 66999**

Received by: **KB**