Appendix K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT

2007 OCT 24  PM 4:38

TEXAS EASTERN

1. This application is being made for the following: Case # __2-07cv-432 LED__
Style: __Performance Pricing, Inc. v. Google Inc., et al.__
2. Applicant is representing the following party/ies: __Yahoo! Inc.__
3. Applicant was admitted to practice in __CA__ (state) on __12-12-83__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__See attached__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Michael A. Jacobs__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __10-23-07__          Signature __[signature]__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Michael A. Jacobs
State Bar Number 11664
Firm Name: Morrison & Foerster LLP
Address/P.O. Box: 425 Market Street
City/State/Zip: San Francisco, CA 94105
Telephone #: (415) 268-7000
Fax #: (415) 268-7522
E-mail Address: mjacobs@mofo.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____

*David Malone* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

| | |
|---|---|
| The State Bar of California (No. 111664) | December 12, 1983 |
| USDC, Northern District of California | December 12, 1983 |
| USDC, Southern District of California | October 9, 1991 |
| USDC, Central District of California | January 7, 1993 |
| USDC, District of Connecticut (No. CT18510) | January 21, 1998 |
| U.S. Court of Appeals, 2nd Circuit | May 17, 2001 |
| U.S. Court of Appeals, Fourth Circuit | December 5, 1988 |
| U.S. Court of Appeals, Ninth Circuit | March 11, 1991 |
| U.S. Supreme Court | September 10, 1993 |
| U.S. Court of Appeals for the Federal Circuit (No. 27833) | March 11, 1992 |

sf-1052255

# United States District Court

for the
Eastern District of Texas at Tyler

Date: Wednesday, October 24, 2007

Received from:

**POTTER MINTON**
**P. O. BOX 359**
**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check
Case or other reference: 2:07CV432
Comments: PHV - CK 66999

Received by: KB