UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; A9.COM, INC., a Delaware corporation,<br><br>        Defendants. | CIVIL ACTION NO. 2:07-cv-432 (LED)<br><br>JURY TRIAL DEMANDED |

## DEFENDANT YAHOO! INC.'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rachel Krevans of Morrison & Foerster LLP hereby enters her appearance as counsel for Defendant YAHOO! INC. in this action. Rachel Krevans was duly admitted to practice in this Court on the 9th day of November, 2006.

Dated: October 31, 2007                 Respectfully submitted,

                                                */s/ Rachel Krevans*
                                                Rachel Krevans
                                                MORRISON & FOERSTER LLP
                                                425 Market Street
                                                San Francisco, CA 94105
                                                Telephone: 415.268-7178
                                                Facsimile: 415.276-7178
                                                rkrevans@mofo.com

                                                ATTORNEYS FOR DEFENDANT
                                                YAHOO! INC.

sf-2411032

**CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31st day of October, 2007.  Any other counsel of record will be served by first class U. S. mail on this same day.

                                                                 */s/ Rachel Krevans*
                                                                  Michael E. Jones

sf-2411032