IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., § | |
| § | |
| Plaintiff § | Civil Action No. 2-07-CV-432 (LED) |
| § | |
| v. § | JURY DEMANDED |
| § | |
| GOOGLE INC., AOL LLC, MICROSOFT § | |
| CORPORATION, YAHOO! INC., IAC § | |
| SEARCH & MEDIA, INC., AND A9.COM, § | |
| INC. § | |
| § | |
| Defendant § | |

**JOINT MOTION TO EXTEND TIME FOR
DEFENDANT A.9.COM, INC. TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Performance Pricing, Inc. and Defendant A9.COM Inc. file this Joint Motion to Extend Time for Defendant A9.COM Inc. to Answer or Otherwise Respond to Plaintiff's Complaint and in support of same would show the Court as follows:

I.

Defendant A9.COM, Inc. has requested an extension of time file its Answer or otherwise respond to Plaintiff's Complaint from November 7, 2007 to December 7, 2007. Plaintiff has agreed to such an extension. The parties respectfully request that Defendant A9.COM, Inc. be granted an extension of time to file its Answer or otherwise respond to Plaintiff's Original Complaint to December 7, 2007.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully move the Court to extend the deadline as set forth above and award the parties such other and further relief as they may show themselves justly entitled.

Date: November 7, 2007

Respectfully submitted,

By: /s/ Christin K. Cho
Gregory S. Dovel
CA State Bar No. 135387
greg@dovellaw.com
Christin K. Cho
Cal State Bar No. 238173
Email: christin@dovellaw.com
Dovel & Luner LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656–7066
Facsimile: (310) 656–7069

Attorneys for Plaintiff
Performance Pricing, Inc.

By: /s/ David Zapolsky
David Zapolsky
Washington State Bar No. 22451
1200 12th Avenue South
Suite 1200
Seattle, WA 98144
(206) 266-1323
davidz@amazon.com

Attorney for Defendant Amazon.com

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of November, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                      /s/ Christin K. Cho
                                      Christin K. Cho

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PERFORMANCE PRICING, INC.,** | § § § | |
| **Plaintiff** | § | Civil Action No. 2-07-CV-432 (LED) |
| | § | |
| v. | § | **JURY DEMANDED** |
| | § | |
| **GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., AND A9.COM, INC.** | § § § § § § | |
| **Defendant** | § | |

## ORDER

On this day came on to be heard the Joint Motion to Extend Time for Defendant A9.COM, Inc. to Answer or Otherwise Respond to Plaintiff's Complaint, and the Court, after considering the Motion is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, that the deadline for Defendant A9.COM, Inc. to Answer or otherwise respond to Plaintiff's Complaint be extended from November 7, 2007 until December 7, 2007.