IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | § § § |
| Plaintiff | § Civil Action No. 2-07-CV-432 (LED) § |
| v. | § JURY DEMANDED § |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., AND A9.COM, INC. | § § § § § § |
| Defendant | § § |

## ORDER

On this day came on to be heard the Joint Motion to Extend Time for Defendant A9.COM, Inc. to Answer or Otherwise Respond to Plaintiff's Complaint, and the Court, after considering the Motion is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, that the deadline for Defendant A9.COM, Inc. to Answer or otherwise respond to Plaintiff's Complaint be extended from November 7, 2007 until December 7, 2007.

So ORDERED and SIGNED this 8th day of November, 2007.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE