# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:07-CV-432 LED |
| GOOGLE, INC., ET AL. | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT OF PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendant Microsoft Corporation (Microsoft), without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to enlarge the time within which Defendant Microsoft is required to move, answer or otherwise respond to Plaintiff's Complaint to and including December 7, 2007.

II.

Counsel for Plaintiff, Performance Pricing, Inc., is unopposed to this request.

III.

Defendant Microsoft seeks this extension of time not for delay but for good cause and that justice may be served.

1

WHEREFORE, Microsoft respectfully prays that the time to answer, move or otherwise respond to Performance Pricing, Inc.'s Complaint be enlarged to and including December 7, 2007.

Dated: November 19, 2007

/s/ Eric H. Findlay
Eric H. Findlay (Lead Counsel)
Ramey & Flock PC
100 E. Ferguson, Suite 500
Tyler, TX  75702-0629
Tel. (903) 510-5213
Fax (903) 597-2413
E-mail: efindlay@rameyflock.com

**COUNSEL FOR MICROSOFT CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT OF PLAINTIFF** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
ERIC H. FINDLAY