IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC. a Texas Corporation; | ) ) ) |
| Plaintiff, | ) ) CASE NO. 2:07-cv-432 (LED) |
| v. | ) ) ) |
| GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability Company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; A9.COM, INC., a Delaware corporation; | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

On this day came on to be considered Defendant Google, Inc.'s ("Google") Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Amended Complaint of Performance Pricing, Inc., and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Amended Complaint of Performance Pricing, Inc. be granted and that the deadline for Google to Answer or Otherwise Respond to the Amended Complaint has been extended to December 7, 2007.

Signed this _____ day of _____, 2007.

**So ORDERED and SIGNED this 19th day of November, 2007.**



1167.00001/350973.1

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**