# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation; § § § | |
| Plaintiff, § | CASE NO. 2:07CV432 |
| § | |
| vs. § | **Jury Trial Demanded** |
| § | |
| GOOGLE INC., a Delaware corporation; § AOL LLC, a Delaware limited liability § company; MICROSOFT CORPORATION, § a Washington corporation; YAHOO! INC., § a Delaware corporation; § § | |
| Defendants. § | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR AOL LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant AOL LLC moves the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff PERFORMANCE PRICING, INC.'s Complaint up to and including December 7, 2007.

Having considered the pleading, the Court is of the opinion that the motion should be GRANTED. Thus, it is therefore, ORDERED that Defendant is required to move, answer or otherwise respond to Plaintiff's Complaint up to and including December 7, 2007.

**So ORDERED and SIGNED this 19th day of November, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**