IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-432[LED] |
| | § | |
| GOOGLE INC., AOL LLC, | § | JURY DEMANDED |
| MICROSOFT CORPORATION, | § | |
| YAHOO! INC., IAC SEARCH & MEDIA, | § | |
| INC., and A9.COM, INC. | § | |

**ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION FOR AN
ADDITIONAL EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant YAHOO! INC., without waiving any defenses or any matters that might be
presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed
its unopposed motion for an additional extension of its time to answer, move or otherwise
respond to Plaintiff's Amended Complaint until and through December 7, 2007. Such motion is
GRANTED.

It is therefore ORDERED that Defendant YAHOO! INC. has until and through
December 7, 2007 to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

**So ORDERED and SIGNED this 26th day of November, 2007.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

{A07\7854\0004\W0343839.1 }

Dockets.Justia.com