# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

## ORDER REFERRING PRETRIAL PROCEEDINGS
## TO MAGISTRATE JUDGE

The following styled and numbered causes are hereby **REFERRED** to United States Magistrate Judge John D. Love to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

| Case Number | Case Style |
| --- | --- |
| 207CV432 | Performance Pricing, Inc. v Google, Inc., AOL, LLC, Microsoft Corporation, Yahoo! Inc., A9.com, Inc. And IAC Search & Media, Inc. |
| 207CV502 | Whipstock Services, Inc. v Key Energy Services, Inc. |

**So ORDERED and SIGNED this 26th day of November, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**