IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT YAHOO! INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yahoo!, Inc. states that it has no parent corporation and that Capital Research and Management Corporation, an investment advisor registered under Section 203 of the Investment Advisors Act of 1940, is deemed to be the beneficial owner of 10% or more of the shares of Yahoo!'s common stock.

Dated:  December 7, 2007

Respectfully submitted,

/s/  Michael E. Jones
Michael A. Jacobs (mjacobs@mofo.com)
Lead Attorney
Rachel Krevans (rkrevans@mofo.com)
Richard S.J. Hung (rhung@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Michael E. Jones (mikejones@potterminton.com)
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846

*For Defendant/Counterclaimant Yahoo! Inc.*

sf-2429716

Dockets.Justia.com

## CERTIFICATE OF SERVICE

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 7th day of December, 2007.  Any other counsel of record will be served via electronic mail or facsimile transmission.

                                               /s/ Michael E. Jones
                                                 Michael E. Jones

sf-2429716