Appendix K                 Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT
2007 DEC -7 AM 11:41
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:07-CV-432 (LED)__
Style: __PERFORMANCE PRICING, INC. v. GOOGLE INC., ET AL__
2. Applicant is representing the following party/ies: __A9.COM, INC.__
3. Applicant was admitted to practice in __OREGON__ (state) on __October 8, 1987__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
       __See attached Exhibit A__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Jeffrey S. Love__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __11/19/07__      Signature __Jeffrey S. Love__

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Jeffrey S. Love
State Bar Number 87398
Firm Name: KLARQUIST SPARKMAN, LLP
Address/P.O. Box: 121 S.W. SALMON ST., STE 1600
City/State/Zip: PORTLAND, OR 97204
Telephone #: 503-595-5300
Fax #: 503-595-5301
E-mail Address: jeffrey.love@klarquist.com
Secondary E-Mail Address: linda.schroeder@klarquist.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 12-7-07

### DAVID J. MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By C. Hinton
Deputy Clerk

## **EXHIBIT A**

Jeffrey S. Love
Court and Bar Admissions

Admitted to U.S. District Courts for Oregon (2/1988) and California (Northern, Southern, Eastern & Central – 1998); U.S. Court of Appeals for the Third (12/1999); Ninth Circuit (10/1989); Federal Circuit (6/2004); U.S. Supreme Court (1995). Admitted to Oregon Bar, 10/1987; California Bar, 5/1998

# Receipt for Payment

Receipt No: 2-T-000306

## United States District Court
for the
Eastern District of Texas at Marshall

Date: Friday, December 7, 2007

Received from:

**Klarquist Sparkman LLP**
**One World Trade Center Ste 1600**
**121 SW Salmon Street**
**Portland, Or 97204**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 2:07-cv-432
Comments: Ck# 133220 PHV for Love

Received by: ch