# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>*Plaintiff*,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; A9.COM, INC., a Delaware corporation;<br><br>*Defendants*. | CASE NO. 2:07-cv-432 (LED)<br><br>**Jury Trial Demanded** |
| Microsoft Corporation,<br><br>*Counterclaim-Plaintiff*,<br><br>vs.<br><br>Performance Pricing, Inc.,<br><br>*Counterclaim-Defendant*. | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MICROSOFT CORPORATION

Pursuant to Fed. R. Civ. P. 7.1, Defendant Microsoft Corporation hereby files its Corporate Disclosure Statement. Defendant Microsoft Corporation has no parent corporations, and there is no publicly held company that owns 10% or more of Microsoft Corporation's stock.

Dated: December 7, 2007              Respectfully submitted,


                                               /s/ Eric H. Findlay

Eric H. Findlay (Lead Counsel)
Ramey & Flock PC
100 E. Ferguson, Suite 500
Tyler, TX 75702-0629
Tel. (903) 510-5213
Fax (903) 597-2413
E-mail: efindlay@rameyflock.com

Richard A. Cederoth
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
tel. 312-853-7000
fax 312-853-7036

*Attorneys for Microsoft Corporation*


## CERTIFICATE OF SERVICE

I, Eric H. Findlay, hereby certify that this document is being served via the Court's Electronic Filing System pursuant to Local Rule CV-5(a)(3) before 5 p.m. local time on December 7, 2007.


                                              /s/ Eric H. Findlay
                                              Eric H. Findlay