# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>   Plaintiff,<br><br>   v.<br><br>(1) GOOGLE INC., a Delaware corporation;<br>(2) AOL LLC, a Delaware limited liability company;<br>(3) MICROSOFT CORPORATION, a Washington corporation;<br>(4) YAHOO! INC., a Delaware corporation;<br>(5) IAC SEARCH & MEDIA, INC., a Delaware corporation;<br>(6) A9.COM, INC., a Delaware corporation;<br><br>   Defendants. | Civil Action No. 2:07-cv-432-LED-JDL<br><br><br>Hon. Leonard E. Davis (JURY) |

## DEFENDANT A9.COM, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant A9.com, Inc. ("A9.com") states that its parent corporation is Amazon.com, Inc., and that no other publicly held company owns 10% or more of A9.com's stock.


Dated this 7th day of December, 2007     By: */s/ Andy Tindel w/permission of Lead Attorney*
                                         **Kristin L. Cleveland** (OR Bar No. 001318)
                                         kristin.cleveland@klarquist.com
                                         Lead Attorney
                                         Admitted *Pro Hac Vice*
                                         **Jeffrey S. Love** (OR Bar No. 87398)
                                         jeffrey.love@klarquist.com
                                         Admitted *Pro Hac Vice*
                                         **Richard D. Mc Leod** (TX Bar No. 24026836)
                                         rick.mcleod@klarquist.com

1

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Fax: 503-595-5301

**David A. Zapolsky** (WA Bar No. 22451)
davidz@amazon.com
*Pro Hac Vice* Pending
Vice President and Associate General Counsel
AMAZON.COM, INC.
P.O. Box 81226
Seattle, Washington 98101
Telephone: 206-266-1323
Facsimile: 206-266-7010

**Andy Tindel** (TX Bar No. 20054500)
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: 903-596-0900
Facsimile: 903-596-0909

*Attorneys for Defendant A9.com, Inc.*

**CERTIFICATE OF SERVICE**

      This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 7th day of December, 2007. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

                                          */s/ Andy Tindel*