UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC.; AOL LLC; MICROSOFT CORP.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AND A9.COM, INC. <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br><br> JURY TRIAL REQUESTED |

## DEFENDANT AOL LLC's CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AOL LLC ("AOL") hereby states that it is a wholly owned subsidiary of AOL Holdings, LLC, which is a subsidiary of TW AOL Holdings Inc., which is a subsidiary of Time Warner Inc. Time Warner Inc. owns 10% or more of TW AOL Holdings Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant America Online, Inc. hereby states that it is a wholly owned subsidiary of Time Warner Inc., a publicly held corporation, which itself has no parent corporation.

51300/2293836.1
**DEFENDANT AOL LLC'S CORPORATE**
**DISCLOSURE STATEMENT**

| | |
|---|---|
| DATED:  December 7, 2007 | Respectfully submitted, |

                                           /s/ _____
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar. No. 170151
charlesverhoeven@quinnemanuel.com
JENNIFER A. KASH
Cal. Bar No. 203679
jenniferkash@quinnemanuel.com
KEVIN A. SMITH
N.Y. Bar No. 4318952
kevinsmith@quinnemanuel.com
KATHERINE H. BENNETT
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendant AOL LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 7th day of December, 2007.

/s/   Harry L. Gillam, Jr.
Harry L. Gillam, Jr.