Performance Pricing, Inc. v. Google Inc. et al                                                                    Doc. 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC.; AOL LLC; MICROSOFT CORP.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AND A9.COM, INC. <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br><br> JURY TRIAL REQUESTED |

### DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Google Inc. declares that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

Dated:  December 7, 2007

    Respectfully submitted,

    By: /s/ _____
        David J. Beck
        Texas Bar No. 00000070
        dbeck@brsfirm.com
    BECK, REDDEN & SECREST, L.L.P.
    One Houston Center
    1221 McKinney St., Suite 4500
    Houston, TX.  77010
    (713) 951-3700
    (713) 951-3720 (Fax)

    **LEAD ATTORNEY FOR DEFENDANT GOOGLE INC.**

>Geoff A. Gannaway
>State Bar No. 24036617
>ggannaway@brsfirm.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

**OF COUNSEL
FOR DEFENDANT GOOGLE INC.**

>Charles K. Verhoeven,
>charlesverhoeven@quinnemanuel.com
>Attorney In Charge
>David A. Perlson,
>davidperlson@quinnemanuel.com
>Antonio R. Sistos,
>antoniosistos@quinnemanuel.com
>Emily C. O'Brien,
>emilyobrien@quinnemanuel.com
>Katherine H. Bennett,
>katherinebennett@quinnemanuel.com

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875 6600
Facsimile:    (415) 875 6700

**OF COUNSEL
FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/
Geoff Gannaway
