# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation, YAHOO! INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; A9.COM, Inc., a Delaware corporation;<br><br>Defendants. | Civil Action No. 2:07-cv-432 (LED)<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Collin Maloney, enters his appearance in this matter for Defendant IAC Search & Media, Inc. for purposes of receiving notices and orders from the Court.

DATE: December 14, 2007         Respectfully submitted,

                                BY: /s/ Collin Maloney_____
                                Collin Maloney
                                State Bar No. 00794219
                                Ireland, Carroll & Kelley, PC
                                6101 S. Broadway, Suite 500
                                Tyler, Texas 75703
                                Tel: (903) 561-1600
                                Fax: (903) 581-1071
                                Email: Fedserv@icklaw.com

                                ATTORNEYS FOR DEFENDANT
                                IAC SEARCH & MEDIA, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 14th day of December, 2007.

/s/ Collin Maloney_____