IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>                Plaintiff,<br>v.<br><br>GOOGLE INC., A9 LLC, MICROSOFT CORPORATION, YAHOO! INC., A9 SEARCH & MEDIA, INC., and A9.COM, INC.,<br><br>                Defendants. | Case No. 2:07-cv-432 (LED)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF AND COUNTERDEFENDANT PERFORMANCE PRICING, INC.'S REPLY TO COUNTERCLAIMS OF DEFENDANT A9.COM, INC.

Plaintiff Performance Pricing, Inc. ("Performance Pricing") hereby answers the counterclaims of Defendant A9.COM, Inc. ("A9"). The paragraphs in this reply are numbered to correspond with the paragraph numbers in A9's counterclaims. All of the allegations of the counterclaims not specifically admitted herein are specifically denied.

### COUNTERCLAIMS

### First Counterclaim: Patent Non-Infringement

1.      Performance Pricing admits the allegations in paragraph 1 of A9's counterclaims.

2.      Performance Pricing admits the allegations set forth in paragraph 1 of A9's counterclaims.

3.      Performance Pricing admits the allegations contained in paragraph 3 of A9's counterclaims.

1

4. Performance Pricing admits the allegations contained in paragraph 4 of A9's counterclaims.

5. Performance Pricing admits the allegations contained in paragraph 5 of A9's counterclaims.

6. Performance Pricing admits the allegations contained in paragraph 6 of A9's counterclaims.

7. Performance Pricing admits the allegations contained in paragraph 7 of A9's counterclaims.

8. Performance Pricing denies the allegations contained in paragraph 8 of A9's counterclaims.

9. Performance Pricing denies the allegations contained in paragraph 9 of A9's counterclaims.

## Second Counterclaim: Patent Invalidity

10. Performance Pricing incorporates by reference its responses to the facts and allegations in paragraphs 1 through 6 of its reply to A9's counterclaims as if fully set forth herein.

11. Performance Pricing admits the allegations contained in paragraph 11 of A9's counterclaims.

12. Performance Pricing denies the allegations contained in paragraph 12 of A9's counterclaims.

## PRAYER FOR RELIEF

Plaintiff and Counterdefendant Performance Pricing denies that A9 is entitled to the relief it seeks or any relief for the allegations made in its Answer or Counterclaims. Plaintiff

and Counterdefendant Performance Pricing requests that judgment be entered in its favor on all issues and it be awarded the appropriate damages, exceptional damages, costs, and attorneys' fees.

**JURY DEMAND**

Performance Pricing demands trial by jury of all issues.

Dated: December 26, 2007                              Respectfully submitted,

By:   /s/ Christin Cho
     Christin Cho
     CA State Bar No. 238173
     Email: christin@dovellaw.com
     Gregory S. Dovel
     CA State Bar No. 135387
     Email: greg@dovellaw.com
     Sean Luner
     CA State Bar No. 165443
     Email: sean@dovellaw.com
     Dovel & Luner, LLP
     201 Santa Monica Blvd., Suite 600
     Santa Monica, CA 90401
     Telephone: 310-656-7066
     Facsimile: 310-657-7069

     S. Calvin Capshaw
     State Bar No. 03783900
     Elizabeth L. DeRieux
     State Bar No. 05770585
     Brown McCarroll, L.L.P.
     1127 Judson Road, Suite 220
     Longview, TX 75601
     Telephone: (903) 236-9800
     Facsimile: (903) 236-8787
     Email: capshaw@mailbmc.com
     Email: ederieux@mailbmc.com

        Robert M. Parker
        State Bar No. 15498000
        Email: rmparker@cox-internet.com
        Robert Christopher Bunt
        State Bar No. 00787165
        Email: cbunt@cox-internet.com
        Parker & Bunt, P.C.
        100 East Ferguson, Ste. 1114
        Tyler, TX 75702
        Telephone: 903/531-3535
        Facsimile: 903/533-9687

        Franklin Jones, Jr.
        State Bar No. 00000055
        Email: maizieh@millerfirm.com
        Jones & Jones, Inc., P.C.
        201 W. Houston St.
        P.O. Drawer 1249
        Marshall, TX 75670

        Otis W. Carroll, Jr.
        State Bar No. 03895700
        Email: fedserv@icklaw.com
        6101 S. Broadway, Suite 500
        Tyler, TX 75703


        ATTORNEYS FOR PLAINTIFF
        PERFORMANCE PRICING, INC.