IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>        Plaintiff,<br>v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC.,<br><br>        Defendants. | Case No. 2:07-cv-432 (LED)<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF AND COUNTERDEFENDANT PERFORMANCE PRICING, INC.'S**

**REPLY TO COUNTERCLAIMS OF DEFENDANT GOOGLE INC.**

Plaintiff Performance Pricing, Inc. ("Performance Pricing") hereby answers the counterclaims of Defendant Google Inc. ("GOOGLE"). The paragraphs in this reply are numbered to correspond with the paragraph numbers in Google's counterclaims. All of the allegations of the counterclaims not specifically admitted herein are specifically denied.

PARTIES

1.  Performance Pricing admits the allegations contained in paragraph 1 of Google's counterclaims.

2.  Performance Pricing admits the allegations contained in paragraph 2 of Google's counterclaims.

JURISDICTION AND VENUE

3.  Performance Pricing admits the allegations contained in paragraph 3 of Google's counterclaims.

1

4.   Performance Pricing admits the allegations contained in paragraph 4 of Google's counterclaims.

## COUNTERCLAIMS

5.   Performance Pricing denies that the '253 patent was issued improperly. Performance Pricing admits the remaining allegations in paragraph 5 of Google's counterclaims.

6.   Performance Pricing admits the allegations contained in paragraph 6 of Google's counterclaims.

7.   Performance Pricing admits the allegations contained in paragraph 7 of Google's counterclaims.

### FIRST CAUSE OF ACTION: Declaratory Judgment of Non-Infringement

8.   Performance Pricing incorporates by reference its responses to the facts and allegations in its complaint and paragraphs 1 through 7 of its reply to Google's counterclaims as if fully set forth herein. With respect to Google's incorporation of paragraphs 1-16 of the answer, paragraphs 1-16 of Google's answer do not appear to contain any allegations, so no response appears necessary. To the extent that paragraphs 1-16 of Google's answer contain any allegations, Performance Pricing denies those allegations. Performance Pricing denies the allegations contained in Google's defenses.

9.   Performance Pricing denies the allegations contained in paragraph 9 of Google's counterclaims.

### SECOND CAUSE OF ACTION: Declaratory Judgment of Invalidity and/or Unenforceability

10.   Performance Pricing incorporates by reference its responses to the facts and allegations in its complaint and paragraphs 1 through 9 of its reply to Google's counterclaims as if fully set forth herein. With respect to Google's incorporation of paragraphs 1-16 of the

answer, paragraphs 1-16 of Google's answer do not appear to contain any allegations, so no response appears necessary. To the extent that paragraphs 1-16 of Google's answer contain any allegations, Performance Pricing denies those allegations. Performance Pricing denies the allegations contained in Google's defenses.

11.   Performance Pricing denies the allegations contained in paragraph 11 of Google's counterclaims.

## EXCEPTIONAL CASE

12.   Performance Pricing denies the allegations contained in paragraph 12 of Google's counterclaims.

## RELIEF REQUESTED

Plaintiff and Counterdefendant Performance Pricing denies that Google is entitled to the relief it seeks or any relief for the allegations made in its Answer or Counterclaims. Plaintiff and Counterdefendant Performance Pricing requests that judgment be entered in its favor on all issues and it be awarded the appropriate damages, exceptional damages, costs, and attorneys' fees.

### Demand for Jury Trial

Performance Pricing demands trial by jury of all issues.

Dated:  December 26, 2007                    Respectfully submitted,

                                             By:   /s/ Christin Cho
                                                   Christin Cho
                                                   CA State Bar No. 238173
                                                   Email: christin@dovellaw.com
                                                   Gregory S. Dovel
                                                   CA State Bar No. 135387

3

Email: greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
Email: sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: capshaw@mailbmc.com
Email: ederieux@mailbmc.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687

Franklin Jones, Jr.
State Bar No. 00000055
Email: maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 W. Houston St.
P.O. Drawer 1249
Marshall, TX 75670

Otis W. Carroll, Jr.
State Bar No. 03895700
Email: fedserv@icklaw.com
6101 S. Broadway, Suite 500

4

                      Tyler, TX 75703

                      ATTORNEYS FOR PLAINTIFF
                      PERFORMANCE PRICING, INC.