Appendix K                                                                        Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1.  This application is being made for the following:
    Case #2:07-CV-432 (LED)
    Style: PERFORMANCE PRICING, v. GOOGLE INC, ET AL

2.  Applicant is representing the following party: MICROSOFT CORPORATION

3.  Applicant was admitted to practice in **Illinois on October 1974.**

4.  Applicant is in good standing and is otherwise eligible to practice law before this court

5.  Applicant is not currently suspended or disbarred in any other court

6.  Applicant has/has not had an application for admission to practice before another court denied. If so, give Complete information on a separate page.

7.  Applicant has/has not ever had the privilege to practice before another court suspended. If so, give complete information on a separate page

8.  Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar. If so, give complete information on a separate page

9.  Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: <u>See Attached</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
I, **David T. Pritikin**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 1/17/08     Signature _David D. Pritikin_

Name (please print): David T. Pritikin
State Bar Number: 2256339
Firm Name: Sidley Austin LLP
Address/P.O. Box: 1 S. Dearborn
City/State/Zip: Chicago, IL 60657
Telephone #: 312-853-7000
Fax #: 312-853-7036
E-mail Address: dpritikin@sidley.com

Applicant is authorized to enter an appearance as counsel for the party listed above. This application has been approved for the court this 22 day of Jan , 20 08.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas
By _____
Deputy Clerk

2

Attachment to Appendix K

| | |
|---|---|
| **Supreme Court of the United States of America** | October 30, 1978 |
| **United States Court of Appeals for the Federal Circuit** | March 2, 1993 |
| **United States Court of Appeals for the 2nd Circuit** | 1996 |
| **United States Court of Appeals for the 3rd Circuit** | January 5, 1995 |
| **United States Court of Appeals for the 4th Circuit** | June 26, 1989 |
| **United States Court of Appeals for the 5th Circuit** | March 3, 1993 |
| **United States Court of Appeals for the 6th Circuit** | July 22, 2005 |
| **United States Court of Appeals for the 7th Circuit** | September 23, 1976 |
| **United States Court of Appeals for the 9th Circuit** | May 7, 1993 |
| **United States Court of Appeals for the 11th Circuit** | November 21, 2001 |
| **Supreme Court of Illinois** | 1974 |
| **United States District Court for the Northern District of Illinois** | December 10, 1974 |

# Receipt for Payment

Receipt No. 2-000342

## United States District Court
### for the
### Eastern District of Texas at Marshall

Date: **Tuesday, January 22, 2008**

Received from:

**SIDLEY**

**CHICAGO, IL**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: **Check**

Case or other reference: **2:07cv432 PHV**

Comments: **ck 632711 Kolb McBride Pritikin Cederoth**

Received by: **pa**