Appendix K                                              Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

2008 JAN 22 AM 11:12

EASTERN-MARSHALL

BY _____

1. This application is being made for the following:
   Case #2:07-CV-432 (LED)
   Style: PERFORMANCE PRICING, v GOOGLE INC, ET AL.

2. Applicant is representing the following party: MICROSOFT CORPORATION

3. Applicant was admitted to practice in Illinois on November 8, 2007.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/(has not) had an application for admission to practice before another court denied. If so, give complete information on a separate page

7. Applicant has/(has not) ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar. If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: State of Illinois

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, John W. McBride, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 1/17/2008   Signature: _____

Name: John W. McBride
State Bar Number: 6294453
Firm Name: Sidley Austin LLP
Address: One South Dearborn
City/State/Zip: Chicago, Illinois 60603
Telephone #: 312-853-7000
Fax #: 312-853-7036
E-mail Address: jwmcbride@sidley.com

Applicant is authorized to enter an appearance as counsel for the party listed above. This application has been approved for the court this 22 day of Jan, 2008.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas
By:_____
Deputy Clerk

2

CH1 4086020v.1

# Receipt for Payment

Receipt No. 2-1-000342

## United States District Court

for the
Eastern District of Texas at Marshall

Date: Tuesday, January 22, 2008

Received from:

**SIDLEY**

**CHICAGO, IL**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: Check

Case or other reference: 2:07cv432 PHV

Comments: ck 632711 Kolb McBride Pritikin Cederoth

Received by: pa