AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

PERFORMANCE PRICING, INC.

NOTICE

V.

GOOGLE, INC., ET AL.

CASE NUMBER: 2:07-cv-432

TYPE OF CASE:

☒ CIVIL     ☐ CRIMINAL

TYPE OF PROCEEDING

## SCHEDULING CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been **CANCELLED** as set forth below:

| PLACE | PREVIOUS DATE AND TIME: |
|---|---|
| **UNITED STATES DISTRICT COURT 211 WEST FERGUSON, 2nd FLOOR TYLER, TEXAS 75702** | FEBRUARY 28, 2008 @ 1:30 PM |
| ROOM NO. | DATE AND TIME CHANGED TO: |
| 207 - Judge Love's Courtroom | **OFF CALENDAR – HEARING CANCELLED** |

Date: 02.06.2008

DAVID J. MALAND
CLERK OF THE COURT

(BY) *Sharon Guthrie, Judicial Assistant*

TO: All Counsel of Record