UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC.; AOL LLC; MICROSOFT CORP.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AND A9.COM, INC.<br><br>        Defendants. | Civil Action No. 2-07-CV-432-LED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that attorney Antonio Sistos enters his appearance in this matter on behalf of Defendant IAC Search & Media, Inc. for purposes of receiving notices and orders from the Court. Mr. Sistos has previously been admitted *pro hac vice* in this matter.[1] Mr. Sistos's contact information is as follows:

Antonio Sistos
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
email: antoniosistos@quinnemanuel.com

---

[1] See Dkt. 56.

Dated:  March 11, 2008                    Respectfully submitted,

                                                             By ____/s/_____
                                                             Antonio Sistos
                                                             *admitted pro hac vice*
                                                             Quinn Emanuel Urquhart Oliver & Hedges
                                                             50 California St., 22nd Floor
                                                             San Francisco, California  94111
                                                             antoniosistos@quinnemanuel.com

                                                             Attorney for Defendant IAC Search & Media.

## CERTIFICATE OF SERVICE

     I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 11th day of March, 2008 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

                                                             ____/s/_____
                                                             Antonio Sistos