UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC.; AOL LLC; MICROSOFT CORP.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AND A9.COM, INC. <br><br> Defendants. | Civil Action No. 2-07-CV-432-LED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney David A. Perlson enters his appearance in this matter on behalf of Defendant IAC Search & Media, Inc. for purposes of receiving notices and orders from the Court. Mr. Perlson has previously been admitted *pro hac vice* in this matter.[1]  Mr. Perlson's contact information is as follows:

David A. Perlson
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
email: davidperlson@quinnemanuel.com

---

[1] See Dkt. 55.

Dated: March 11, 2008                    Respectfully submitted,

                                         By ___/s/_____
                                         David A. Perlson
                                         *admitted pro hac vice*
                                         Quinn Emanuel Urquhart Oliver & Hedges
                                         50 California St., 22nd Floor
                                         San Francisco, California  94111
                                         davidperlson@quinnemanuel.com

                                         Attorney for Defendant IAC Search & Media.

## **CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 11th day of March, 2008 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

                         ___/s/_____
                         Antonio Sistos

- 2 -