UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>GOOGLE INC.; AOL LLC; MICROSOFT CORP.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AND A9.COM, INC.<br><br>   Defendants. | Civil Action No. 2-07-CV-432-LED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Emily C. O'Brien enters her appearance in this matter on behalf of Defendant IAC Search & Media, Inc. for purposes of receiving notices and orders from the Court. Ms. O'Brien has previously been admitted *pro hac vice* in this matter.[1]

Ms. O'Brien's contact information is as follows:

Emily C. O'Brien
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
email: emilyobrien@quinnemanuel.com

---

[1] See Dkt. 57.

| | |
|---|---|
| Dated: March 11, 2008 | Respectfully submitted, |

                                                By ____/s/_____
                                                Emily C. O'Brien
                                                *admitted pro hac vice*
                                                Quinn Emanuel Urquhart Oliver & Hedges
                                                50 California St., 22nd Floor
                                                San Francisco, California  94111
                                                emilyobrien@quinnemanuel.com

                                                Attorney for Defendant IAC Search & Media.

## CERTIFICATE OF SERVICE

     I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 11th day of March, 2008 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

                                                ____/s/_____
                                                Antonio Sistos