IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>(1) GOOGLE INC., a Delaware corporation;<br>(2) AOL LLC, a Delaware limited liability company;<br>(3) MICROSOFT CORPORATION, a Washington corporation;<br>(4) YAHOO! INC., a Delaware corporation;<br>(5) IAC SEARCH & MEDIA, INC., a Delaware corporation;<br>(6) A9.COM, INC., a Delaware corporation;<br><br>    Defendants. | Civil Action No. 2:07-cv-432-LED-JDL<br><br><br><br>Hon. Leonard E. Davis (JURY) |

### DEFENDANT A9.COM, INC.'S
### NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant A9.COM, Inc., and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant A9.COM, Inc.

Inge Larish is a member in good standing of the bar of the United States District Court for the Eastern District of Texas. The information required by E. Dist. Tex. Loc. Ct. R. CV-11 for Associate Counsel is as follows:

    Inge A. Larish
    inge.larish@klarquist.com
    KLARQUIST SPARKMAN, LLP
    One Union Square
    600 University Street, Suite 2950
    Seattle, Washington 98101
    Telephone: 206-264-2960

1

Facsimile: 206-624-2719

Dated this 13th day of March, 2008   By: /s/ Inge A. Larish
Inge A. Larish (TX Bar No. 00796924)
inge.larish@klarquist.com
KLARQUIST SPARKMAN, LLP
One Union Square
600 University Street, Suite 2950
Seattle, Washington 98101
Telephone: 206-264-2960
Kristin L. Cleveland (OR Bar No. 001318)
kristin.cleveland@klarquist.com
Lead Attorney
Admitted *Pro Hac Vice*
Jeffrey S. Love (OR Bar No. 87398)
jeffrey.love@klarquist.com
Admitted *Pro Hac Vice*
Richard D. Mc Leod (TX Bar No. 24026836)
rick.mcleod@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

David A. Zapolsky (WA Bar No. 22451)
davidz@amazon.com
*Pro Hac Vice* Pending
Vice President and Associate General Counsel
AMAZON.COM, INC.
P.O. Box 81226
Seattle, Washington 98101
Telephone: 206-266-1323
Facsimile: 206-266-7010

Andy Tindel (TX Bar No. 20054500)
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: 903-596-0900
Facsimile: 903-596-0909

*Attorneys for Defendant A9.com, Inc.*

2

## CERTIFICATE OF SERVICE

    This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 13th day of March, 2008. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

                                                                                                          /s/ _____