IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation; | § § | |
| Plaintiff, | § | CASE NO. 2:07CV432 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation; | § § § § § | |
| Defendants. | § | |

## MOTION TO WITHDRAW AS COUNSEL

Harry L. Gillam, Jr. of Gillam and Smith respectfully moves to be permitted to withdraw as counsel for Defendant, AOL, LLC, in the above-captioned case.

WHEREFORE, PREMISES CONSIDERED, Harry L. Gillam, Jr. of Gillam and Smith, respectfully moves this Court to permit him withdrawal from representation of Defendant, AOL, LLC, in this case.

Dated: March 18, 2008

Respectfully submitted,

GILLAM & SMITH, LLP

/s/
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
Melissa R. Smith
State Bar No. 24001351
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

ATTORNEYS FOR DEFENDANT
AOL LLC

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant and counsel for Plaintiff conferred on March 18, 2008 and Plaintiff does not oppose this motion.

/s/
Harry L. Gillam, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 18th day of March, 2008.

/s/
Harry L. Gillam, Jr.