IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| v. | ) |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., A9.COM, INC., | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Notice is hereby given that attorney Michael E. Richardson enters his appearance as additional counsel for Defendant AOL LLC. Mr. Richardson requests that copies of all notices and filings be provided to him as follows:

BECK, REDDEN & SECREST, LLP
1221 McKinney, Suite 4500
One Houston Center
Houston, Texas 77010
(713) 951-3700 - Telephone
(713) 951-3720 – Facsimile
mrichardson@brsfirm.com

1167.00001/354945.1

Respectfully submitted,


By: __/s/_____
    Michael E. Richardson
    Texas Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
dbeck@brsfirm.com

**ATTORNEY FOR DEFENDANT
AOL LLC**


## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 19th day of March, 2008 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).


__/s/_____
Michael E. Richardson