IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation; § § § | |
| Plaintiff, § | CASE NO. 2:07CV432 |
| § § | |
| vs. § § | |
| GOOGLE INC., a Delaware corporation; § AOL LLC, a Delaware limited liability § company; MICROSOFT CORPORATION, § a Washington corporation; YAHOO! INC., § a Delaware corporation; § Defendants. § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this date came on for consideration the Motion to Withdraw filed by Harry L. Gillam, Jr. as counsel for Defendant, AOL, LLC.

Having considered the Motion, the Court is of the opinion that the motion should be GRANTED.

It is therefore, ORDERED that Harry L. Gillam, Jr.'s Motion to Withdraw as Counsel for Defendant, AOL, LLC be and the same is hereby GRANTED and Harry L. Gillam, Jr. is no longer counsel for Defendant, AOL, LLC, in this matter.

**So ORDERED and SIGNED this 19th day of March, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE