# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation; <br><br> Plaintiff, <br><br> v. <br><br> (1) GOOGLE INC., a Delaware corporation; <br> (2) AOL LLC, a Delaware limited liability company; <br> (3) MICROSOFT CORPORATION, a Washington corporation; <br> (4) YAHOO! INC., a Delaware corporation; <br> (5) IAC SEARCH & MEDIA, INC., a Delaware corporation; <br> (6) A9.COM, INC., a Delaware corporation; <br><br> Defendants. | Civil Action No. 2:07-cv-432-LED-JDL <br><br><br><br> Hon. Leonard E. Davis (JURY) |

## DEFENDANT A9.COM, INC.'S
## NOTICE OF DESIGNATION OF LEAD ATTORNEY

The following attorney of record for A9.com, Inc. is hereby designated as "lead attorney" for Defendant A9.com, Inc.:

> Jeffrey S. Love
> jeffrey.love@klarquist.com
> Klarquist Sparkman, LLP
> 1600 World Trade Center
> 121 S.W. Salmon Street
> Portland, Oregon 97204
> 503-595-5300 (Telephone)
> 503-595-5301 (Facsimile)

Dated this 24th day of March, 2008   By: */s/ Jeffrey S. Love*
                                      **Jeffrey S. Love** (OR Bar No. 87398)
                                      jeffrey.love@klarquist.com
                                      **Lead Attorney**
                                      Admitted *Pro Hac Vice*

1

2

        **Andy Tindel** (TX Bar No. 20054500)
        atindel@andytindel.com
        PROVOST UMPHREY LAW FIRM, LLP
        112 E. Line Street, Suite 304
        Tyler, Texas 75702
        Telephone: 903-596-0900
        Facsimile: 903-596-0909

        *Attorneys for Defendant A9.com, Inc.*

**CERTIFICATE OF SERVICE**

    This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 24th day of March, 2008. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

                              /s/ Jeffrey S. Love