## April 7, 2008 STATUS CONFERENCE CASES
## U.S. DISTRICT JUDGE, LEONARD DAVIS, and U.S. MAGISTRATE JUDGE, JOHN LOVE, Presiding

1:30 PM – Court outlined procedures that will occur today.  Court called each case and parties announced ready for proceedings.  (See Attached Sign-In Sheet for Attorney appearances)   Court re-called each case and parties announced whether they consented to Magistrate Judge John Love.  Court recessed.

Hearing resumed.  Judge Love gave parties their Markman Hearing Dates and Jury Selection Dates as indicated below.

| Filing Date | Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|---|
| 10.09.07 | 207cv447-LED **NO CONSENT** | IP Innovation, LLC, et al v. Red Hat, Inc., et al | 7.9.2009 | | 4.6.10 | |
| 10.15.07 | 607cv480-LED **NO CONSENT** | Swit Electronics Co v. Litepanels, LLC | 9.3.2009 | | 5.3.10 | |
| 10.23.07 | 607cv492-LED **NO CONSENT** | Trent West v. Target Corporation | 9.10.2009 | | 5.3.10 | |
| 01.15.08 | 608cv14-LED **NO CONSENT** | Dr. Paul Teirstein v. AGA Medical Corporation | | 8.20.2009 | 2.1.20 | |
| 09.27.07 | 207cv432-LED-JDL **NO CONSENT** | Performance Pricing, Inc. v. Google, Inc., et al | | 6.18.2009 | 4.6.10 | |
| 10.18.07 | 607cv490-LED-JDL **NO CONSENT** | Saxon Innovations, LLC v. Nokia Corporation, et al | | 6.25.2009 | 5.3.10 | |
| 10.05.07 | 607cv467-LED **NO CONSENT** | Digital Reg of Texas, LLC v. LFC, LLC, et al | 7.2.2009 | | 2.1.10 | |

2:05 pm There being nothing further, Court adjourned.