# CASE NO. 2:07-CV-432

# PERFORMANCE PRICING
# V GOOGLE, INC, et al

## April 7, 2008 - STATUS CONFERENCE
### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| ANDY TINDEL | A9.COM |
| Brad Coffey | Google, Inc. & AOL, LLC |
| John Bufe | Yahoo |
| Rickard Cederoth | Microsoft |
| Eric Findlay | Microsoft |
| Brian Craft | Microsoft |
| Collin Maloney | IAC |
| Chris Bunt | Performance Pricing |
| ELIZABETH DeRieux | Performance Pricing |