IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PERFORMANCE PRICING, INC.** § § **Plaintiff** § § vs. § § **GOOGLE, INC., AOL, LLC., MICROSOFT CORPORATION, YAHOO! INC., A9.COM., INC., and IAC SEARCH & MEDIA, INC.,** § § § § § **Defendants** § | **CASE NO. 2:07 CV 432** |

### ORDER

In accordance with the status conference held April 7, 2008, this case is set for *Markman* hearing on June 18, 2009 at 9:00 a.m., pretrial hearing on March 18, 2010 at 9.a.m., jury selection on April 6, 2010 at 9 a.m., and jury trial on April 12, 2010 at 9 a.m.

The parties are to submit agreed Docket Control and Discovery Orders to the Court by April 21, 2008.[1] If the parties are unable to resolve their disagreements concerning these orders, the parties shall submit to the Court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the Court deems April 21, 2008 as the effective Rule 16 Initial Case Management Conference date, and thus <u>Plaintiff's P.R. 3-1 and 3-2 disclosures will be due April 11, 2008</u> in accordance with recent changes to the Local Rules.

**So ORDERED and SIGNED this 10th day of April, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's standard Docket Control Order and Discovery Order are available on the Court's website at http://www.txed.uscourts.gov/Judges/Davis/Orders&Forms.htm. *The Docket Control Order was revised on February 4, 2008.*