IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE, INC., ET AL, <br><br> Defendants. | Civil No. 2:07-CV-432 (LED/JDL) <br><br><br> JURY DEMANDED |

### NOTICE OF CHANGE OF FIRM NAME AND ELECTRONIC ADDRESSES

PLEASE TAKE NOTICE that the firm name and electronic addresses of S. Calvin Capshaw and Elizabeth L. DeRieux, counsel for Plaintiff, Performance Pricing, Inc., have been changed to:

**Capshaw DeRieux, LLP**
E-mail: **ccapshaw@capshawlaw.com**
E-mail: **ederieux@capshawlaw.com**

The firm's address, telephone number and fax number will remain the same.

Respectfully submitted,

By:   /s/ Elizabeth L. DeRieux
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585

        Capshaw DeRieux, LLP
        1127 Judson Road, Suite 220
        Longview, Texas 75601
        (903) 236-9800 Telephone
        (903) 236-8787 Facsimile
        E-mail: ccapshaw@capshawlaw.com
        E-mail: ederieux@capshawlaw.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 10th day of April, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Elizabeth L. DeRieux
        Elizabeth L. DeRieux