IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PERFORMANCE PRICING, INC.,

                    Plaintiff,

        v.                                                  Case No. 2:07-cv-432 (LED)

GOOGLE INC., AOL LLC, MICROSOFT
CORPORATION, YAHOO! INC.,                                   **JURY TRIAL DEMANDED**
IAC SEARCH & MEDIA, INC., and
A9.COM, INC.,

                    Defendants.

## <u>ORDER</u>

CAME ON to be heard Defendants GOOGLE, INC., AOL, LLC, MICROSOFT

CORPORATION, YAHOO!, INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC.'s

Unopposed Motion for Extension of Time to File Proposed Discovery and Docket Control

Orders, and the Court, after review of the subject Motion, and noting that Plaintiff does not

oppose the Motion, and upon due consideration, it is hereby ORDERED that said Motion shall

be in all things **granted**; and it is

FURTHER ORDERED that the deadline for Plaintiff and Defendants to file their

proposed Discovery Order and Docket Control Order shall be extended to and including April

28, 2008.

{VRT\7854\0004\W0363868.1 }

Dockets.Justia.com