IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | |
| Plaintiff, | |
| v. | Case No. 2:07-cv-432 (LED) |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., | **JURY TRIAL DEMANDED** <br><br> **Unopposed** |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED DISCOVERY AND DOCKET CONTROL ORDERS**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendants GOOGLE, INC., AOL, LLC, MICROSOFT CORPORATION, YAHOO!, INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. (hereinafter collectively referred to as "Defendants") to file this their Unopposed Motion for Extension of Time to File Proposed Discovery and Docket Control Orders, and for their Motion would respectfully show to the Court the following:

The current deadline to file a proposed Discovery Order and Docket Control Order is April 21, 2008. Defendants respectfully request a seven (7) day extension of time to and including April 28, 2008 in which to file their proposed Discovery and Docket Control Orders. The additional time will increase the chances that the two (2) proposed Orders will be agreed.

Counsel for Defendants has conferred with counsel for Plaintiff. Plaintiff does not oppose the Motion.

{VRT\7854\0004\W0363866.1 }

Dockets.Justia.com

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendants respectfully request that their Motion be **granted**, and that the deadline to file proposed Discovery and Docket Control Orders be extended from April 21, 2008 to and including April 28, 2008.

Dated: April 16, 2008                      Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By:    */s/ John F. Bufe*
     JOHN F. BUFE
     Texas State Bar No. 03316930
     johnbufe@potterminton.com
     P.O. Box 359 (75710)
     110 N. College Ave.
     500 Plaza Tower
     Tyler, Texas 75702
     Telephone: 903.597.8311
     Facsimile: 903.593.0846

     Morrison & Foerster, LLP
     425 Market Street
     San Francisco, CA 94105

*Attorneys for Defendant*
**YAHOO!, INC.**

/s/ Jeffrey S. Love
KLARQUIST SPARKMAN, LLP
121 E.W. Salmon St., Suite 1600
Portland, OR 97204
Telephone: 503-595-530
Facsimile: 503-595-5301

*Attorneys for Defendant*
**A9.COM, INC.**

/s/ Jennifer a. Kash
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**AOL, LLC**

/s/ Jennifer A. Kash
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**GOOGLE, INC.**

/s/ Jennifer A. Kash
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

*Attorneys for Defendant*
**IAC SEARCH & MEDIA, INC.**

/s/ Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-70363

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

3

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 16, 2008. Any other counsel of record will be served by first class mail on this same date.

*/s/ John F. Bufe*
John F. Bufe

{VRT\7854\0004\W0363866.1 }