IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE PROPOSED DISCOVERY AND DOCKET CONTROL ORDERS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendants GOOGLE, INC., AOL, LLC, MICROSOFT CORPORATION, YAHOO!, INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. (hereinafter collectively referred to as "Defendants") to file this their Unopposed Motion for An Additional Extension of Time to File Proposed Discovery and Docket Control Orders, and for their Motion would respectfully show to the Court the following:

The current deadline to file a proposed Discovery Order and Docket Control Order is April 28, 2008. Defendants respectfully request an additional ten (10) day extension of time to and including May 8, 2008 in which to file their proposed Discovery and Docket Control Orders. The additional time will increase the chances that the two (2) proposed Orders will be agreed.

Counsel for Defendants has conferred with counsel for Plaintiff. Plaintiff does not oppose the Motion.

{A07\7854\0004\W0364536.1 }

Dockets.Justia.com

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendants respectfully request that their Motion be **granted**, and that the deadline to file proposed Discovery and Docket Control Orders be extended from April 28, 2008 to and including May 8, 2008.

Dated: April 25, 2008                                Respectfully submitted,

                                               **POTTER MINTON**
                                               **A Professional Corporation**

                                               By:   */s/ Michael E. Jones*
                                                      Michael E. Jones
                                                      Texas State Bar No. 10929400
                                                      mikejones@potterminton.com
                                                      John F. Bufe
                                                      Texas State Bar No. 03316930
                                                      johnbufe@potterminton.com
                                                      P.O. Box 359 (75710)
                                                      110 N. College Ave.
                                                      500 Plaza Tower
                                                      Tyler, Texas 75702
                                                      Telephone: 903.597.8311
                                                      Facsimile: 903.593.0846

                                                      Morrison & Foerster, LLP
                                                      425 Market Street
                                                      San Francisco, CA 94105

                                               *Attorneys for Defendant*
                                               **YAHOO!, INC.**


                                               */s/ Jeffrey S. Love, with permission by*
                                               *Michael E. Jones*
                                               KLARQUIST SPARKMAN, LLP
                                               121 E.W. Salmon St., Suite 1600
                                               Portland, OR 97204
                                               Telephone: 503-595-530
                                               Facsimile: 503-595-5301

                                               *Attorneys for Defendant*
                                               **A9.COM, INC.**

*/s/ Jennifer a. Kash, with permission by*
*Michael E. Jones*
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**AOL, LLC**

*/s/ Jennifer A. Kash, with permission by*
*Michael E. Jones*
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**GOOGLE, INC.**

*/s/ Jennifer A. Kash, with permission by*
*Michael E. Jones*
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

*Attorneys for Defendant*
**IAC SEARCH & MEDIA, INC.**

*/s/ Richard A. Cederoth, with permission by*
*Michael E. Jones*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-70363

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 25, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones