IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE PROPOSED DISCOVERY AND DOCKET CONTROL ORDERS

CAME ON to be heard Defendants GOOGLE, INC., AOL, LLC, MICROSOFT CORPORATION, YAHOO!, INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC.'s Unopposed Motion for An Additional Extension of Time to File Proposed Discovery and Docket Control Orders, and the Court, after review of the subject Motion, and noting that Plaintiff does not oppose the Motion, and upon due consideration, it is hereby ORDERED that said Motion shall be in all things **granted**; and it is

FURTHER ORDERED that the deadline for Plaintiff and Defendants to file their proposed Discovery Order and Docket Control Order shall be extended to and including May 8, 2008.