# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## Joint Motion for Entry of Proposed Docket Control Order

The parties have reached an agreement on a proposed Docket Control Order. The parties jointly request that the Court issue the attached proposed order.

Dated: May 13, 2008                              Respectfully submitted,

                                                 By:   /s/ Christin Cho
                                                       Christin Cho
                                                       CA State Bar No. 238173
                                                       Email: christin@dovellaw.com
                                                       Gregory S. Dovel
                                                       CA State Bar No. 135387
                                                       Email: greg@dovellaw.com
                                                       Sean Luner
                                                       CA State Bar No. 165443
                                                       Email: sean@dovellaw.com
                                                       Dovel & Luner, LLP
                                                       201 Santa Monica Blvd., Suite 600
                                                       Santa Monica, CA 90401
                                                       Telephone: 310-656-7066
                                                       Facsimile: 310-657-7069

                                                       S. Calvin Capshaw

State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
Energy Centre
1127 Judson Road, Ste 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  capshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  903/531-3535
Facsimile: 903/533-9687

Franklin Jones, Jr.
State Bar No. 00000055
Email:  maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 W. Houston St.
P.O. Drawer 1249
Marshall, TX 75670

Otis W. Carroll, Jr.
State Bar No. 03895700
Email: fedserv@icklaw.com
6101 S. Broadway, Suite 500
Tyler, TX 75703

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

By:   /s/ Jeffrey S. Love

KLARQUIST SPARKMAN, LLP
121 E.W. Salmon St., Suite 1600
Portland, OR 97204
Telephone: 503-595-530
Facsimile: 503-595-5301
Email: jeffrey.love@klarquist.com
ATTORNEYS FOR DEFENDANT
A9.COM, INC.

By:   /s/ Jennifer a. Kash
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700
Email:
jenniferkash@quinnemanuel.com
ATTORNEYS FOR DEFENDANT
AOL, LLC

By:   /s/ Jennifer a. Kash
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700
Email:
jenniferkash@quinnemanuel.com
ATTORNEYS FOR DEFENDANT
GOOGLE, INC.

By:   /s/ Jennifer a. Kash
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700
Email:
jenniferkash@quinnemanuel.com
ATTORNEYS FOR DEFENDANT
IAC SEARCH & MEDIA, INC.

By:   /s/ Richard A. Cederoth
SIDLEY AUSTIN LLP

One South Dearborn  
Chicago, IL 60603  
Telephone: 312-853-7000  
Facsimile: 312-853-70363  
Email: rcederoth@sidley.com  
ATTORNEYS FOR DEFENDANT  
MICROSOFT CORPORATION

By:   /s/ John F. Bufe  
P.O. Box 359 (75710)  
110 N. College Ave.  
500 Plaza Tower  
Tyler, Texas 75702  
Telephone: 903.597.8311  
Facsimile: 903.593.0846  
Email: johnbufe@potterminton.com  
Morrison & Foerster, LLP  
425 Market Street  
San Francisco, CA 94105  
ATTORNEYS FOR DEFENDANT  
YAHOO!, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of May, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Christin K. Cho  
Christin K. Cho

51300/2482118.1

4

sf-2452586