# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT COOPERATION, a Washington corporation; YAHOO! INC., a Delaware corporation;<br><br>　　　　　Defendants. | CASE NO. 2-07CV-432-LED<br><br>**Jury Trial Demanded** |

## <u>PLAINTIFF'S  NOTICE OF P. R. 3-1 AND P.R. 3-2 DISCLOSURES</u>

Please take notice that on May 14, 2008, plaintiff Performance Pricing, Inc., served P.R. 3-1 and P.R. 3-2 Disclosures on Counsel for Defendants, pursuant to the Local Rules for the United States District Court for the Eastern District of Texas.

Dated:  May 15, 2008

By:  /s/ Christin Cho
Christin Cho
CA State Bar No. 238173
Gregory S. Dovel
CA State Bar No. 135387
Sean A. Luner
CA State Bar No. 165443
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069
Email:  christin@dovellaw.com
Email:  greg@dovellaw.com
Email:  sean@dovellaw.com


S. Calvin Capshaw
State Bar No. 03783900

Dockets.Justia.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
Energy Centre
1127 Judson Road, Ste 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  capshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  903/531-3535
Facsimile: 903/533-9687

Franklin Jones, Jr.
State Bar No. 00000055
Email:  maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 W. Houston St.
P.O. Drawer 1249
Marshall, TX 75670

Otis W. Carroll, Jr.
State Bar No. 03895700
Email: fedserv@icklaw.com
6101 S. Broadway, Suite 500
Tyler, TX 75703

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a true and correct copy of the foregoing instrument was filed electronically in compliance with Local Rule CV-5(a)(3) and has been served this 14th day of May 15, 2008, on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


/s/  Christin Cho_____
 Christin Cho