IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** <br><br> **Unopposed** |

## AGREED PROPOSED MEDIATOR

Counsel for Plaintiff, Performance Pricing, Inc. and Counsel for Defendants, Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., IAC Search & Media, Inc. and A9.com, Inc., have conferred and have selected Judge Edward A. Infante (Ret.) to serve as the mediator in the above-captioned case. Judge Infante's address, telephone number and fax number are as follows:

Hon. Edward A. Infante
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
Tel: 415-982-5267
Fax: 415-982-5287

Dated: May 19, 2008

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By: */s/ Michael E. Jones*
    Michael E. Jones
    Texas State Bar No. 10929400
    mikejones@potterminton.com
    JOHN F. BUFE

Texas State Bar No. 03316930
johnbufe@potterminton.com
P.O. Box 359 (75710)
110 N. College Ave.
500 Plaza Tower
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846

Michael A. Jacobs
mjacobs@mofo.com
Rachel Krevans
rkrevans@mofo.com
Richard S.J. Hung
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415.268.7178
F: 415.276.7178

*Attorneys for Defendant*
**YAHOO!, INC.**


*/s/ Jeffrey S. Love, with permission by Michael E. Jones*
Jeffrey S. Love
Jeffrey.love@klarquist.com
Kristin L. Cleveland
Kristin.cleveland@klarquist.com
KLARQUIST SPARKMAN, LLP
121 E.W. Salmon St., Suite 1600
Portland, OR 97204
Telephone: 503-595-530
Facsimile: 503-595-5301

*Attorneys for Defendant*
**A9.COM, INC.**

*/s/ Jennifer A. Kash, with permission by Michael E. Jones*
Jennifer A. Kash
jenniferkash@quinnemaneul.com
Charles Verhoeven
charlesverhoeven@quinnemanuel.com
David Perlson

davidperlson@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
Emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

David J. Beck
dbeck@brsfirm.com
Michael E. Richardson
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, LLP
1221 McKinney, Suite 4500
One Houston Center
Houston, TX 77010
Telephone: 713-951-3700
Facsimile: 713-951-3720

*Attorneys for Defendant*
**AOL, LLC**

*/s/ Jennifer A. Kash, with permission by Michael E. Jones*
Jennifer A. Kash
jenniferkash@quinnemaneul.com
Charles Verhoeven
charlesverhoeven@quinnemanuel.com
David Perlson
davidperlson@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
Emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

Michael E. Richardson

mrichardson@brsfirm.com
BECK, REDDEN & SECREST, LLP
1221 McKinney, Suite 4500
One Houston Center
Houston, TX 77010
Telephone: 713-951-3700
Facsimile: 713-951-3720

*Attorneys for Defendant*
**GOOGLE, INC.**

*/s/ Jennifer A. Kash, with permission by*
*Michael E. Jones*
Jennifer A. Kash
jenniferkash@quinnemaneul.com
Charles Verhoeven
charlesverhoeven@quinnemanuel.com
David Perlson
davidperlson@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
Emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

Collin Maloney
fedserv@icklaw.com
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703
Telephone: 903-561-1600
Facsimile: 903-581-1071

*Attorneys for Defendant*
**IAC SEARCH & MEDIA, INC.**

*/s/ Richard A. Cederoth, with permission by*
*Michael E. Jones*
Richard A. Cederoth
rcederoth@sidley.com
Laura Lynn Kolb

lkolb@sidley.com
John W. McBride
jwmcbride@sidley.com
David T. Pritikin
dpritikin@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-70363

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

*/s/ Christin Cho, with permission by Michael E. Jones*
Christin Cho
christen@dovellaw.com
Gregory S. Dovel
greg@dovellaw.com
Sean Luner
sean@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

Calvin Capshaw
ccapshaw@capshawlaw.com
Elizabeth DeRieux
ederieux@capshawlaw.com
N. Claire Abernathy
cabernathy@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: 903-236-9800
Facsimile: 903-236-8787

Robert Parker
rmparker@pbatyler.com
Christopher Bunt
rcbunt@pbatyler.com
Charles Ainsworth
charley@pbatyler.com

PARKER, BUNT & AINSWORTH PC
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687

*Attorneys for Plaintiff*
**PERFORMANCE PRICING, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 19th, 2008. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                                      */s/ Michael E. Jones*