UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. <br><br> Defendants. | Civil Action No. 2:07-cv-432 (LED/JDL) <br><br> JURY DEMANDED |

**AGREED MOTION FOR LEAVE TO AMEND PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS REGARDING DEFENDANTS MICROSOFT CORPORATION AND IAC SEARCH & MEDIA, INC.**

Pursuant to Patent Rules 3-1 and 3-2 and the Court's Docket Control Order (Dkt. 99) issued on May 14, 2008, Plaintiff Performance Pricing, Inc. hereby submits its Agreed Motion for Leave to Amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions regarding Defendants Microsoft Corporation and IAC Search & Media, Inc. in order to correct certain errors found in Plaintiff's original infringement contentions. Plaintiff's First Amended Disclosure of Asserted Claims and Infringement Contentions under Patent Rule 3-1 is attached hereto as Exhibit A. Defendants do not oppose this request.

Wherefore premises considered, Plaintiff respectfully requests that the Court grant Plaintiff leave to amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions regarding Defendants Microsoft Corporation and IAC Search & Media, Inc.

1

Dated: June 5, 2008                    Respectfully submitted,


                                       By:    /s/ N. Claire Abernathy
                                              S. Calvin Capshaw
                                              State Bar No. 03783900
                                              Email: ccapshaw@capshawlaw.com
                                              Elizabeth L. DeRieux
                                              State Bar No. 05770585
                                              Email: ederieux@capshawlaw.com
                                              N. Claire Abernathy
                                              State Bar No. 24056650
                                              Email: chenry@capshawlaw.com
                                              Capshaw DeRieux, LLP
                                              1127 Judson Road, Suite 220
                                              Longview, TX 75601
                                              Telephone: (903) 236-9800
                                              Facsimile: (903) 236-8787

                                              Robert M. Parker
                                              State Bar No. 15498000
                                              Email: rmparker@pbatyler.com
                                              Robert Christopher Bunt
                                              State Bar No. 00787165
                                              Email: rcbunt@pbatyler.com
                                              Charles Ainsworth
                                              State Bar No. 00783521
                                              Email: charley@pbatyler.com
                                              Parker, Bunt & Ainsworth, P.C.
                                              100 East Ferguson, Ste. 1114
                                              Tyler, TX 75702
                                              Telephone: (903) 531-3535
                                              Facsimile: (903) 533-9687

Gregory S. Dovel
CA State Bar No. 135387
E-mail: greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
E-mail: sean@dovellaw.com
Christin K. Cho
CA State Bar No. 238173
E-mail: christin@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and that this motion is unopposed.

/s/ N. Claire Abernathy
N. Claire Abernathy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ N. Claire Abernathy
N. Claire Abernathy