UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. <br><br> Defendants. | Civil Action No. 2:07-cv-432 (LED/JDL) <br><br> JURY DEMANDED |

## **ORDER**

Before the Court is Plaintiff Performance Pricing, Inc.'s Agreed Motion for Leave to Amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions regarding Defendant's Microsoft Corporation and IAC Search & Media, Inc. After careful consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiff Performance Pricing, Inc.'s Agreed Motion for Leave to Amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions is GRANTED. It is further ORDERED that Plaintiff Performance Pricing, Inc. may serve its First Amended Disclosure of Asserted Claims and Infringement Contentions upon Defendants in this matter.

**So ORDERED and SIGNED this 6th day of June, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE