UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC.<br><br>        Defendants. | Civil Action No. 2:07-cv-432 (LED/JDL)<br><br>JURY DEMANDED |

**AGREED AMENDED MOTION FOR LEAVE TO AMEND PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS REGARDING DEFENDANTS MICROSOFT CORPORATION AND IAC SEARCH & MEDIA, INC. AND MOTION FOR EXTENSION FOR DEFENDANTS TO COMPLY WITH PATENT RULES 3-3 AND 3-4**

Pursuant to Patent Rules 3-1 and 3-2 and the Court's Docket Control Order (Dkt. 99) issued on May 14, 2008, Plaintiff Performance Pricing, Inc. hereby submits its Agreed Amended Motion for Leave to Amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions regarding Defendants Microsoft Corporation and IAC Search & Media, Inc. in order to correct certain errors found in Plaintiff's original infringement contentions. Plaintiff's First Amended Disclosure of Asserted Claims and Infringement Contentions under Patent Rule 3-1 is attached hereto as Exhibit A. Defendants do not oppose this request.

Furthermore, Plaintiff Performance Pricing, Inc. requests that the Court extend the deadline for Defendants to comply with Patent Rules 3-3 and 3-4 from July 14, 2008 to July 30, 2008.

1

Wherefore premises considered, Plaintiff respectfully requests that the Court grant Plaintiff leave to amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions regarding Defendants Microsoft Corporation and IAC Search & Media, Inc., and extend the deadline for Defendants to comply with Patent Rules 3-3 and 3-4 as requested above.

Dated: June 6, 2008

Respectfully submitted,

By:    /s/ N. Claire Abernathy
      S. Calvin Capshaw
      State Bar No. 03783900
      Email: ccapshaw@capshawlaw.com
      Elizabeth L. DeRieux
      State Bar No. 05770585
      Email: ederieux@capshawlaw.com
      N. Claire Abernathy
      State Bar No. 24056650
      Email: chenry@capshawlaw.com
      Capshaw DeRieux, LLP
      1127 Judson Road, Suite 220
      Longview, TX 75601
      Telephone: (903) 236-9800
      Facsimile: (903) 236-8787

      Robert M. Parker
      State Bar No. 15498000
      Email: rmparker@pbatyler.com
      Robert Christopher Bunt
      State Bar No. 00787165
      Email: rcbunt@pbatyler.com
      Charles Ainsworth
      State Bar No. 00783521
      Email: charley@pbatyler.com
      Parker, Bunt & Ainsworth, P.C.
      100 East Ferguson, Ste. 1114
      Tyler, TX 75702
      Telephone: (903) 531-3535
      Facsimile: (903) 533-9687

Gregory S. Dovel  
CA State Bar No. 135387  
E-mail: greg@dovellaw.com  
Sean Luner  
CA State Bar No. 165443  
E-mail: sean@dovellaw.com  
Christin K. Cho  
CA State Bar No. 238173  
E-mail: christin@dovellaw.com  
Dovel & Luner, LLP  
201 Santa Monica Blvd., Suite 600  
Santa Monica, CA 90401  
Telephone: (310) 656-7066  
Facsimile: (310) 657-7069  

**ATTORNEYS FOR PLAINTIFF**
**PERFORMANCE PRICING, INC.**

**CERTIFICATE OF CONFERENCE**

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and that this motion is unopposed.

/s/ N. Claire Abernathy
N. Claire Abernathy

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 6, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ N. Claire Abernathy
N. Claire Abernathy