UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC.<br><br>        Defendants. | Civil Action No. 2:07-cv-432 (LED/JDL)<br><br>JURY DEMANDED |

## **ORDER**

Before the Court is Plaintiff Performance Pricing, Inc.'s Agreed Amended Motion for Leave to Amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions regarding Defendants Microsoft Corporation and IAC Search & Media, Inc. and Motion for Extension for Defendants to Comply with Patent Rules 3-3 and 3-4. After careful consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiff Performance Pricing, Inc.'s Agreed Amended Motion for Leave to Amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions regarding Defendants Microsoft Corporation and IAC Search & Media, Inc. is GRANTED. It is further ORDERED that Plaintiff Performance Pricing, Inc. may serve its First Amended Disclosure of Asserted Claims and Infringement Contentions upon Defendants in this matter. It is further ORDERED that the Motion for Extension for Defendants to Comply with

Patent Rules 3-3 and 3-4 is GRANTED.  Defendants are hereby granted an extension to July 30, 2008 to comply with Patent Rules 3-3 and 3-4.

**So ORDERED and SIGNED this 9th day of June, 2008.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE