# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED/JDL) <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF FIRST AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS UNDER PATENT RULE 3-1

Please take notice that on June 9, 2008, Plaintiff Performance Pricing, Inc. served its First Amended Disclosure of Asserted Claims and Infringement Contentions under Patent Rule 3-1 on counsel for Defendants, pursuant to Patent Rule 3-1 and the Court's Order (Dkt. 106) dated June 9, 2008 granting Plaintiff Performance Pricing, Inc.'s Agreed Amended Motion for Leave to Amend Plaintiff's Disclosure of Asserted Claims and Infringement Contentions regarding Microsoft Corporation and IAC Search & Media, Inc. and Motion for Extension for Defendants to Comply with Patent Rules 3-3 and 3-4.

Dated: June 10, 2008                    Respectfully submitted,

By:   /s/ N. Claire Abernathy
      S. Calvin Capshaw
      State Bar No. 03783900
      Email:  ccapshaw@capshawlaw.com
      Elizabeth L. DeRieux
      State Bar No. 05770585
      Email:  ederieux@capshawlaw.com
      N. Claire Abernathy
      State Bar No. 24056650
      Email: chenry@capshawlaw.com
      Capshaw DeRieux, LLP
      1127 Judson Road, Suite 220
      Longview, TX 75601
      Telephone: (903) 236-9800
      Facsimile: (903) 236-8787

      Robert M. Parker
      State Bar No. 15498000
      Email: rmparker@pbatyler.com
      Robert Christopher Bunt
      State Bar No. 00787165
      Email: rcbunt@pbatyler.com
      Charles Ainsworth
      State Bar No. 00783521
      Email: charley@pbatyler.com
      Parker, Bunt & Ainsworth, P.C.
      100 East Ferguson, Ste. 1114
      Tyler, TX 75702
      Telephone:  (903) 531-3535
      Facsimile: (903) 533-9687

Gregory S. Dovel  
CA State Bar No. 135387  
E-mail: greg@dovellaw.com  
Sean Luner  
CA State Bar No. 165443  
E-mail: sean@dovellaw.com  
Christin K. Cho  
CA State Bar No. 238173  
E-mail: christin@dovellaw.com  
Dovel & Luner, LLP  
201 Santa Monica Blvd., Suite 600  
Santa Monica, CA 90401  
Telephone: (310) 656-7066  
Facsimile: (310) 657-7069  

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of June, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy
N. Claire Abernathy