IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| v. | ) |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., A9.COM, INC., | ) |
| Defendants. | ) |

**JOINT MOTION TO EXTEND DEADLINES
FOR FILING PROTECTIVE ORDER AND SERVING INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Performance Pricing, Inc. ("Plaintiff") and Defendants Google Inc., AOL LLC, Microsoft Corporation, YAHOO! Inc., IAC Search & Media, Inc. and A9. Com, Inc. ("Defendants") file this joint motion and respectfully ask the Court to extend two deadlines in this matter. Plaintiff and Defendants would show the Court as follows:

1. The current deadline for the parties to file a protective order is **June 13, 2008.** Plaintiff and Defendants have diligently worked to reach agreement, and request a short extension to finalize the terms of the protective order.

2. Plaintiff and Defendants have conferred and believe that two weeks is sufficient to complete the order. The parties therefore request this Court extend the deadline for filing the protective order to **June 27, 2008.**

3. Plaintiff and Defendants have also conferred regarding the deadline for serving their initial disclosures. Pursuant to the Agreed Docket Control Order entered by this Court on May 14, 2008, the current deadline for filing the disclosures is **June 20, 2008.**

4. Plaintiff and Defendants have agreed to a one week extension to serve their initial disclosures and respectfully request this Court extend the deadline to serve initial disclosure to **June 27, 2008.**

5. Plaintiff and Defendants seek these two short extensions of time not for delay but for good cause and that justice may be served.

WHEREFORE, Plaintiff and Defendants request that the Court extend the deadlines for filing a Protective Order and serving initial disclosures until June 27, 2008.

Dated: June 13, 2008

Respectfully submitted,

By: /s/ David J. Beck
    David J. Beck
    Texas Bar No. 00000070
    dbeck@brsfirm.com
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos,
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875 6600
Facsimile:   (415) 875 6700

**ATTORNEYS FOR DEFENDANTS GOOGLE INC. AND AOL.LLC**

/s/ S. Calvin Capshaw
S. Calvin Capshaw
Texas Bar No. 0378900
Elizabeth L. DeRieux
Texas Bar No. 05770585
N. Claire Abernathy
Texas Bar No. 24053063
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800
(903) 236-8787 (FAX)

Robert M. Parker
Texas Bar No. 15498000
Robert Chrisopher Bunt
Texas Bar No. 00787165
Charles Ainsworth
Texas Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (FAX)

Gregory S. Dovel
CA Bar No. 135387
Sean Luner
CA Bar No. 165443
Christian K. Cho
CA Bar No. 238173
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
(310) 657-7069 (FAX)

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

/s/ Otis Carroll
Otis Carroll
Texas Bar No. 03895700
Collin Maloney
Texas Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600
(903) 581-1071 (FAX)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos,
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875 6600
Facsimile:    (415) 875 6700

**ATTORNEYS FOR DEFENDANT
IAC SEARCH & MEDIA, INC.**

/s/ Michael A. Jacobs
Michael A. Jacobs
Rachel Krevans
Richard S.J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000
(415) 268-7522 (FAX)

Michael E. Jones
POTTER MINTON, A PROFESSIONAL CORPORATION
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311
(903) 593-0846 (FAX)

**ATTORNEYS FOR DEFENDANT
YAHOO!**

/s/ Eric H. Findlay
Eric H. Findlay
RAMEY & FLOCK PC
100 E. Ferguson, Suite 500
Tyler, Texas 75702-0629
(903) 510-5213
(903) 597-2413 (FAX)

Richard A. Cederoth
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
(312) 853-7036 (FAX)

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

/s/ Kristin L. Cleveland
Kristin L. Cleveland
OR Bar No. 001318
Jeffrey S. Love
OR Bar No. 87398
Richard D. McLeod
Texas Bar No. 24026836
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300
(503) 595-5301 (FAX)

David A. Zapolsky
Vice President and Associate General Counsel
AMAZON.COM, INC.
P.O. Box 81226
Seattle, Washington 98101
(206) 266-1323
(206) 266-7010 (FAX)

Andy Tindel
Texas Bar No. 20054500
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 596-0900
(903) 596-0909 (FAX)

**ATTORNEYS FOR DEFENDANT**
**A9.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson

999.00000/201625.01