## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:07-cv-432 (LED) |
| | ) | |
| v. | ) | |
| | ) | |
| GOOGLE INC., AOL LLC, | ) | |
| MICROSOFT CORPORATION, | ) | |
| YAHOO! INC., IAC SEARCH & | ) | |
| MEDIA, INC., A9.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

ON THIS __16__ day of ____June____, 2008, the Court considered the Joint Motion to Extend

Deadlines for Filing Protective Order and Serving Initial Disclosures filed by Plaintiff Performance

Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, YAHOO! Inc., IAC

Search & Media, Inc. and A9. Com, Inc.  After considering the motion, the Court is of the opinion

that it is meritorious.  It is therefore:

ORDERED that the new deadline for filing a Protective Order is June 27, 2008 and the new

deadline for serving initial disclosures is June 27, 2008.

**So ORDERED and SIGNED this 16th day of June, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

999.00000/201625.01

Dockets.Justia.com