IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Performance Pricing, Inc., Plaintiff in the above-styled and numbered cause, pursuant to the May 8, 2008 Discovery Order, on the 27th day of June, 2008, served its Initial Disclosures upon the attorneys for the parties in this cause.

Dated: June 27, 2008       Respectfully submitted,

By: /s/ *Christin Cho with permission by Charles Ainsworth*
Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
Email: sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

1

S. Calvin Capshaw  
State Bar No. 03783900  
Elizabeth L. DeRieux  
State Bar No. 05770585  
Capshaw DeRieux, L.L.P.  
Energy Centre  
1127 Judson Road, Ste 220  
P. O. Box 3999 (75606-3999)  
Longview, Texas 75601-5157  
Telephone: (903) 236-9800  
Facsimile: (903) 236-8787  
Email: capshaw@capshawlaw.com  
Email: ederieux@capshawlaw.com  

*/s/ Charles Ainsworth*  
Charles Ainsworth  
State Bar No. 00783521  
Robert Christopher Bunt  
State Bar No. 00787165  
**PARKER, BUNT & AINSWORTH, P.C.**  
100 E. Ferguson, Suite 1114  
Tyler, Texas 75702  
903/531-3535  
903/533-9687 - Facsimile  
E-mail: rcbunt@pbatyler.com  
E-mail: charley@pbatyler.com  

Franklin Jones, Jr.  
State Bar No. 00000055  
Email: maizieh@millerfirm.com  
Jones & Jones, Inc., P.C.  
201 W. Houston St.  
P.O. Drawer 1249  
Marshall, TX 75670  

Otis W. Carroll, Jr.  
State Bar No. 03895700  
Email: fedserv@icklaw.com  
6101 S. Broadway, Suite 500  
Tyler, TX 75703  

ATTORNEYS FOR PLAINTIFF  
PERFORMANCE PRICING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this 27th day of June, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
Charles Ainsworth