# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| Performance Pricing, INC., ) | |
| ) | |
| *Plaintiff*, ) | CASE NO. 2:07-cv-432 (LED) |
| ) | |
| vs. ) | **Jury Trial Demanded** |
| ) | |
| GOOGLE INC., AOL LLC, MICROSOFT ) | |
| CORPORATION, YAHOO! INC., IAC ) | |
| SEARCH & MEDIA, and A9.COM, INC., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## DEFENDANT MICROSOFT CORPORATION'S NOTICE OF DISCLOSURE

Defendant Microsoft Corporation files this Notice of Disclosure, hereby notifying the Court and counsel that pursuant to the Court's May 9, 2008 Discovery Order and June 16, 2008 Order, Microsoft has served its disclosures on Performance Pricing on June 27, 2008.


Dated:   June 27, 2008                    Respectfully submitted,

                                          By:   /s/ Laura L. Kolb


                                          Eric H. Findlay (Lead Counsel)
                                          Ramey & Flock PC
                                          100 E. Ferguson, Suite 500
                                          Tyler, TX 75702-0629
                                          Tel. (903) 510-5213
                                          Fax (903) 597-2413
                                          E-mail: efindlay@rameyflock.com

David T. Pritikin  
Richard A. Cederoth  
Laura L. Kolb  
Sidley Austin LLP  
1 South Dearborn Street  
Chicago, Illinois 60603  
Tel. (312) 853-7000  
Fax (312) 853-7036  
Email: dpritikin@sidley.com  
        rcederoth@sidley.com  
        lkolb@sidley.com  

*Attorneys for Defendant Microsoft*

## **CERTIFICATE OF SERVICE**

I, Laura Kolb, hereby certify that on June 27, 2008, this document is being served via the Court's Electronic Filing System pursuant to Local Rule CV-5(a)(3).

                                             /s/ Laura L. Kolb