# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., ) <br> a Texas corporation; ) <br> ) <br>         Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> (1) GOOGLE INC., a Delaware corporation; ) <br> (2) AOL LLC, a Delaware limited liability ) <br>   company; ) <br> (3) MICROSOFT CORPORATION, a Washington ) <br>   corporation; ) <br> (4) YAHOO! INC., a Delaware corporation; ) <br> (5) IAC SEARCH & MEDIA, INC., a Delaware ) <br>   corporation; ) <br> (6) A9.COM, INC., a Delaware corporation; ) <br> ) <br>         Defendants. ) | Civil Action No. 2:07-cv-432-LED-JDL <br><br><br><br><br><br><br><br><br><br><br><br> Hon. Leonard E. Davis (JURY) |

## DEFENDANT A9.COM, INC.'S NOTICE OF INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

    Please take notice that Defendant A9.com, Inc. ("A9.com"), pursuant to the May 8 and June 16, 2008 Discovery Orders, on the 27th day of June, 2008, served its Initial Disclosures upon the attorneys for the parties in this cause.

Dated this 27th day of June, 2008      By*: /s/ Jeffrey S. Love*
                                                                 **Jeffrey S. Love** (Oregon Bar No. 873987)
                                                                 jeffrey.love@klarquist.com
                                                                 Lead Attorney
                                                                 Admitted *Pro Hac Vice*
                                                                 KLARQUIST SPARKMAN, LLP
                                                                 121 S.W. Salmon Street, Suite 1600
                                                                 Portland, Oregon 97204
                                                                 Telephone: 503-595-5300
                                                                 Fax: 503-595-5301

**Andy Tindel** (Texas Bar No. 20054500)
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas  75702
Telephone:  903-596-0900
Facsimile:  903-596-0909

*Attorneys for Defendant A9.com, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 27th day of June, 2008. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

                                                 /s/ Jeffrey S. Love