IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED/JDL) |

**ORDER GRANTING THE JOINT MOTION FOR AN ADDITIONAL EXTENSION OF
TIME TO FILE A JOINT, PROPOSED PROTECTIVE ORDER
OR COMPETING VERSIONS THEREOF**

Performance Pricing, Inc. ("Plaintiff') and Google Inc., AOL, LLC, Microsoft Corporation, Yahoo! Inc., IAC Search & Media, Inc., and A9.Com, Inc. ("Defendants") filed their joint motion and asked the Court to further extend the deadline to provide the Court with a proposed protective order, or competing versions thereof, until and through July 8, 2008. Upon consideration, it is hereby ORDERED that said Motion shall be in all things granted, and it is further ORDERED that the deadline for Plaintiff and Defendants to file their proposed protective order, or competing versions thereof, shall be extended until and through July 8, 2008.

**So ORDERED and SIGNED this 30th day of June, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{A48\7854\0004\W0368682.1 }