IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| PERFORMANCE PRICING, INC., | |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:07-cv-432 (LED/JDL) |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., | |
| Defendants. | |

## **DEFENDANT YAHOO! INC.'S NOTICE OF DISCLOSURES**

NOW COMES Defendant Yahoo! Inc., and hereby notifies the Court that on June 27, 2008, Yahoo! Inc. served, by electronic mail upon all counsel of record, its disclosures pursuant to the May 9, 2008 Discovery Order and June 16, 2008 Order in this matter.

| Dated: June 27, 2008 | | Respectfully submitted, | |
|---|---|---|---|
| | | By: | */s/ Michael E. Jones* |
| | | | Michael A. Jacobs |
| | | | Rachel Krevans |
| | | | Richard S.J. Hung |
| | | | Morrison & Foerster LLP |
| | | | 425 Market Street |
| | | | San Francisco, California 94105 |
| | | | (415) 268-7000 |
| | | | (415) 268-7522 (FAX) |
| | | | |
| | | | Michael E. Jones |
| | | | Texas State Bar No. 10929400 |
| | | | mikejones@potterminton.com |
| | | | John F. Bufe |
| | | | Texas State Bar No. 03316930 |
| | | | johnbufe@potterminton.com |
| | | | Potter Minton |
| | | | A Professional Corporation |
| | | | P.O. Box 359 (75710) |
| | | | 110 N. College Ave. |

{A07\7854\0004\W0368817.1 }

| | | |
|---|---|---|
| | | 500 Plaza Tower<br>Tyler, Texas 75702<br>Telephone: 903.597.8311<br>Facsimile: 903.593.0846 |
| | | |
| | | ***Attorneys for Defendant***<br>**YAHOO! INC.** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 30, 2008. Any other counsel of record will be served by First Class mail on this same date.

*/s/ Michael E. Jones*