# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation, YAHOO! INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; A9.COM, Inc., a Delaware corporation;<br><br>Defendants. | Civil Action No. 2:07-cv-432 (LED)<br><br><br><br>**JURY TRIAL DEMANDED** |

## IAC SEARCH & MEDIA, INC. NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant, IAC Search & Media, Inc. notifies the Court that it served its initial disclosures in compliance with the Court's May 9, 2008 Discovery Order on June 26, 2008.

June 30, 2008                                   Respectfully submitted,

/s/ Collin Maloney
Otis Carroll, Lead Counsel
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

*Attorneys for Defendant IAC Search & Media, Inc.*

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was filed electronically in compliance with Local Rule CV-5(a)(3) and has been served this 30th day of June, 2008 on the counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission or first class mail on this same date.

/s/     Collin Maloney