IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br>                 Plaintiff, <br><br>     v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br>                 Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO ENTER AGREED PROTECTIVE ORDER

Counsel for Plaintiff, Performance Pricing, Inc. and Counsel for Defendants, Google Inc.,

AOL LLC, Microsoft Corporation, Yahoo! Inc., IAC Search & Media, Inc. and A9.com, Inc.,

respectfully request the Court to enter the attached agreed protective order for the above

referenced matter.

Dated: July 8, 2008

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By:   */s/ Michael E. Jones*
      John Frederick Bufe
      Michael Edwin Jones
      Potter Minton
      P. O. Box 359
      Tyler, TX 75710
      Telephone: (903) 597-8311
      Facsimile: (903) 593-0846
      Email: johnbufe@potterminton.com
            mikejones@potterminton.com

      Michael A. Jacobs
      Rachel Krevans
      Richard S. J. Hung

Dockets.Justia.com

Morrison & Foerster LLP
425 Market St
34th Floor
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mjacobs@mofo.com
     rhung@mofo.com
     rkrevans@mofo.com

***Attorneys for Defendant***
**YAHOO!, INC.**

*/s/ Jeffrey S. Love, with permission by*
*Michael E. Jones*
Andy Tindel
Provost Umphrey Law Firm
112 E Line
Suite 304
Tyler, TX 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

Jeffrey S Love
Kristin L Cleveland
Klarquist Sparkman LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301
Email: jeffrey.love@klarquist.com
     kristin.cleveland@klarquist.com

Inge A. Larish
Seed IP Law Group PLLC
701 Fifth Avenue
Suite 6300
Seattle, WA 98104-7092
Telephone: (206) 264-2960
Facsimile: (206) 624-2719
Email: Inge.Larish@klarquist.com

***Attorneys for Defendant***
**A9.COM, INC.**

*/s/ David Perlson, with permission by Michael*
*E. Jones*

David J. Beck
Michael Ernest Richardson
Beck Redden & Secrest
1221 McKinney St, Suite 4500
One Houston Center
Houston, TX 77010-2020
Telephone: (713) 951-3700
Facsimile: (713)951-3720
Email: dbeck@brsfirm.com
        mrichardson@brsfirm.com

Charles K. Verhoeven
David A. Perlson
Jennifer A. Kash
Antonio Sistos
Emily C. O'Brien
Quinn Emanuel Urquhart Oliver & Hedges
LLP
50 California Street
22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: charlesverhoeven@quinnemanuel.com
        davidperlson@quinnemanuel.com
        jenkash@quinnemanuel.com
        antoniosistos@quinnemanuel.com
        emilyobriend@quinnemanuel.com

**Attorneys for Defendants**
**GOOGLE and AOL, LLC**

*/s/ David Perslon, with permission by Michael E. Jones*

Otis W Carroll, Jr
Collin Michael Maloney
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: fedserv@icklaw.com
      fedserv@icklaw.com

Charles K. Verhoeven
David A. Perlson
Jennifer A. Kash
Antonio Sistos
Emily C. O'Brien
Quinn Emanuel Urquhart Oliver & Hedges LLP
50 California Street
22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: charlesverhoeven@quinnemanuel.com
      davidperlson@quinnemanuel.com
      jenkash@quinnemanuel.com
      antoniosistos@quinnemanuel.com
      emilyobriend@quinnemanuel.com

**Attorneys for Defendant**
**IAC SEARCH & MEDIA, INC.**

*/s/ Richard A. Cederoth, with permission by*
*Michael E. Jones*
Eric Hugh Findlay
Ramey & Flock
100 East Ferguson
Ste 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
Email: efindlay@rameyflock.com

David T. Pritikin
Richard A. Cederoth
Laura L. Kolb
John W. McBride
Sidley Austin
One South Dearborn St
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: dpritikin@sidley.com
            rcederoth@sidley.com
            lkolb@sidley.com
            jwmcbride@sidley.com

***Attorneys for Defendant***
**MICROSOFT CORPORATION**

*/s/ Christin Cho, with permission by*
*Michael E. Jones*
Sidney Calvin Capshaw, III
Elizabeth L. DeRieux
Nancy Claire Abernathy
Capshaw DeRieux, LLP
1127 Judson Road
Ste 220
Longview, TX 75601-5157
Telephone: (903) 233-4826
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
        ederieux@capshawlaw.com
        chenry@capshawlaw.com

Charles Ainsworth
Robert Christopher Bunt
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
Email: charley@pbatyler.com
        rcbunt@pbatyler.com

Gregory S. Dovel
Christin K. Cho
Dovel & Luner
201 Santa Monica Blvd
Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
Email: greg@dovellaw.com
        christin@dovellaw.com

*Attorneys for Plaintiff*
**PERFORMANCE PRICING, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 8th, 2008. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*