# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation; <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., a Delaware corporation; <br> AOL LLC, a Delaware limited liability company; <br> MICROSOFT CORPORATION, a Washington corporation; <br> YAHOO! INC., a Delaware corporation; <br> IAC SEARCH & MEDIA, INC., a Delaware corporation; <br> A9.COM, INC., a Delaware corporation; <br><br> Defendants. | Civil Action No. 2:07-cv-432-LED-JDL <br><br> (JURY) |

## DEFENDANT A9.COM, INC.'S MOTION FOR WITHDRAWAL OF COUNSEL

Defendant A9.com, Inc. ("A9.com"), pursuant to LR CV-11(d), moves the Court to allow the withdrawl of Inge A. Larish as an attorney of record for Defendant A9.com, Inc. in this matter. Ms. Larish was attorney of record when she was practicing with Klarquist Sparkman, LLP, but she has since left the firm and no longer represents A9.com, Inc.

Dated this 10th day of July, 2008        By: */s/ Jeffrey S. Love*
                                            **Jeffrey S. Love** (Oregon Bar No. 873987)
                                            jeffrey.love@klarquist.com
                                            Lead Attorney
                                            Admitted *Pro Hac Vice*
                                            KLARQUIST SPARKMAN, LLP
                                            121 S.W. Salmon Street, Suite 1600
                                            Portland, Oregon 97204
                                            Telephone: 503-595-5300
                                            Fax: 503-595-5301

**Andy Tindel** (Texas Bar No. 20054500)
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: 903-596-0900
Facsimile: 903-596-0909

*Attorneys for Defendant A9.com, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned counsel complied with the meet and confer requirements of Local Rule CV-7(h) by telephoning counsel for Plaintiff on July 10, 2008 concerning the foregoing motion. The motion is unopposed by counsel for Plaintiff.

                                                */s/Jeffrey S. Love*_____
                                                Jeffrey S. Love

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 10th day of July, 2008. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

                                                /s/ *Jeffrey S. Love*_____