# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation; | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:07-cv-432-LED-JDL ) |
| GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; A9.COM, INC., a Delaware corporation; | ) ) ) ) ) ) ) ) ) ) ) |
| | ) (JURY) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT A9.COM, INC.'S
## MOTION FOR WITHDRAWAL OF COUNSEL

On this date came on for consideration the Motion for Withdrawal of Counsel of Inge A. Larish as an attorney of record for Defendant A9.com, Inc. in this matter.

Having considered the Motion, the Court is of the opinion that the motion should be GRANTED.

It is therefore, ORDERED that the Motion for Withdrawal of Counsel of Inge A. Larish for Defendant A9.com, Inc. be and the same is hereby GRANTED and Inge A. Larish is no longer counsel for Defendant A9.com, Inc., in this matter.

**So ORDERED and SIGNED this 13th day of July, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1