```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF TEXAS
 2                     TYLER AND MARSHALL DIVISIONS

 3   IP INNOVATION, LLC, ET AL    )
           -vs-                   )   DOCKET NO. 2:07cv447
 4   RED HAT, INC., ET AL         )
                                      *****
 5   SWIT ELECTRONICS CO.         )
           -vs-                   )   DOCKET NO. 6:07cv480
 6   LITEPANELS, LLC              )
                                      *****
 7   TRENT WEST                   )
           -vs-                   )   DOCKET NO. 6:07cv492
 8   TARGET CORPORATION           )
                                      *****
 9   DR. PAUL TEIRSTEIN           )
           -vs-                   )   DOCKET NO. 6:08cv14
10   AGA MEDICAL CORPORATION      )
                                      *****
11   PERFORMANCE PRICING, INC.    )
           -vs-                   )   DOCKET NO. 2:07cv432
12   GOOGLE, INC., ET AL          )
                                      *****
13   SAXON INNOVATIONS, LLC       )
           -vs-                   )   DOCKET NO. 6:07cv490
14   NOKIA CORPORATION            )
                                      *****
15   DIGITAL REG OF TEXAS, LLC    )
           -vs-                   )   DOCKET NO. 6:07cv467
16   HUSTLER.COM, ET AL           )

17               TRANSCRIPT OF STATUS CONFERENCE CASES
                  BEFORE THE HONORABLE LEONARD DAVIS,
18                   UNITED STATES DISTRICT JUDGE
                 AND BEFORE THE HONORABLE JOHN D. LOVE,
19                   UNITED STATES MAGISTRATE JUDGE
                              ******
20      HEARING HELD APRIL 7, 2008 AT 1:30 P.M. IN TYLER, TEXAS
                              ******
21                      A P P E A R A N C E S
           (SEE ATTORNEY SIGN IN SHEETS ATTACHED AND DOCKETED IN
22          EACH OF THE ABOVE-CAPTIONED CASES)

23   COURT REPORTER:        MS. SHEA SLOAN
                            shea_sloan@txed.uscourts.gov
24
     Proceedings taken by Machine Stenotype; transcript was
25   produced by a Computer.
```

1                P R O C E E D I N G S

2                HON. JUDGE DAVIS:  Please be seated.

3                All right.  We are here for a Status Conference.

4      I'm going to call each case, and I am just going to ask you

5      just for your announcements, just who you are and who you

6      represent at this point.  And then I will have a few comments,

7      and then we will go into the status.

8                So the first case, 2:07cv447, IP Innovation v. Red

9      Hat.

10               MR. WARD:  Johnny Ward for the plaintiffs, Your

11     Honor.

12               MR. GEISZLER:  Steven Geiszler for defendants.

13               HON. JUDGE DAVIS:  Thank you.

14               6:07cv480, Swit Electronics v. Litepanels.

15               MR. CAULEY:  Richard Cauley and Travis Bardon for

16     defendants.

17               MS. DeRIEUX:  Elizabeth DeRieux for Litepanels.

18               HON. JUDGE DAVIS:  All right.  Now, is Swit the

19     plaintiff or the defendant in this case?

20               MR. CAULEY:  I believe, Your Honor, actually we are

21     the plaintiff, and I believe the consolidated action that you

22     are proceeding --

23               HON. JUDGE DAVIS:  It is the same patents and

24     everything as the other Litepanels case?

25               MR. CAULEY:  Same patents, Your Honor, so we are

1  defendants in their action filed here, and we were the

2  plaintiff in the action filed in California that was

3  transferred and consolidated.

4          HON. JUDGE DAVIS:  Okay.  Very good.  Thank you.

5          6:07cv492, Trent West v. Target Corporation.

6          MS. DeVASTO:  Diane DeVasto for Trent West, Your

7  Honor.  Ready to proceed.

8          MR. YARBROUGH:  Your Honor, Trey Yarbrough and

9  Debbie Gunter on behalf of defendant, Target Corporation.

10         HON. JUDGE DAVIS:  Very good.  Anyone else?

11         All right.  6:08cv14, Dr. Paul Teirstein v. AGA

12 Medical Corp.

13         MR. ALLEN:  Vincent Allen for the plaintiff.

14         MR. PICKETT:  John Pickett, together with Ray Kurz

15 and Robert Weinschenk for the defendant, Your Honor.

16         HON. JUDGE DAVIS:  Very good.  Thank you.

17         2:07cv432, Performance Pricing, Inc. v. Google.

18         MR. BUNT:  Chris Bunt and Elizabeth DeRieux here on

19 behalf of Performance Pricing.  We are ready.

20         MR. COFFEY:  Your Honor, Brad Coffey here for the

21 defendants, Google and AOL.

22         MR. BUFE:  Your Honor, John Bufe here for defendant

23 Yahoo.

24         MR. MALONEY:  Collin Maloney here for IAC Search &

25 Media.

1          MR. TINDEL:  Your Honor, Andy Tindel.  I am here on

2     behalf of A9.com.

3          MR. FINDLAY:  Your Honor, Eric Findlay and Richard

4     Cederoth here on behalf of Microsoft.

5          HON. JUDGE DAVIS:  Thank you.

6          6:07cv490, Saxon Innovations v. Nokia Corp.

7          MR. WARD:  Johnny Ward for the plaintiff.

8          MR. GARDNER:  Your Honor, Allen Gardner and Matt

9     Brigham here for Nintendo.

10          MR. CHASSMAN:  Your Honor, Pete Chassman and Gil

11     Gillam on behalf of Research in Motion Corporation and

12     Research in Motion, Ltd.

13          MS. DeVASTO:  Diane DeVasto on behalf of Nokia Corp,

14     Inc.

15          MR. WILCOX:  Melvin Wilcox on behalf of the Sharp

16     entities, Your Honor.

17          MR. GUARAGNA:  Your Honor, John Guaragna for Palm,

18     Inc.

19          MR. CRAFT:  Brian Craft on behalf of High Tech

20     Computer.  We are ready.

21          HON. JUDGE DAVIS:  Thank you.

22          MR. ALBRITTON:  Eric Albritton on behalf of the Sony

23     entity.

24          MR. CARTER:  Good afternoon, Your Honor, Winn Carter

25     for LG.

1          HON. JUDGE DAVIS:  Okay.  Thank you.

2          6:07cv467, Digital Register -- I guess that is -- of

3     Texas v. Hustler.

4          MR. WARD:  Johnny Ward for the plaintiff.

5          MR. ALBRITTON:  Eric Albritton for Apple.

6          MR. HEARTFIELD:  Thad Heartfield for Audible, Inc.

7          MR. MALONEY:  Collin Maloney for Blockbuster and

8     Playboy, Your Honor.

9          MR. CHASSMAN:  Pete Chassman and James Tidwell on

10    behalf of LFP Internet Group, LLC.

11         MR. WILCOX:  Melvin Wilcox on behalf of the Sony

12    entities, Your Honor.

13         MR. FINDLAY:  Eric Findlay and Joe Micallef on

14    behalf of Microsoft, Your Honor.

15         HON. JUDGE DAVIS:  What's that case about?  We'll

16    get into it later.  I'm going to keep that one.

17         HON. JUDGE LOVE:  No comment.

18         HON. JUDGE DAVIS:  All right.  I think that y'all

19    know why we are here, in an effort to try to move our docket.

20    We have got three goals for the Court; try to be

21    user-friendly, correct on the law, and timely in our

22    dispositions.  We are sort of lagging behind on timely, so we

23    are soliciting some of the Bar's help to try to keep our cases

24    moving on a 24-month trial schedule on the IP docket and get

25    those matters resolved, hopefully, economically and promptly

1    for all of the parties.

2           But we have limited resources; and to most

3    effectively utilize those, we are having this early Status

4    Conference in an effort to help you and your clients make an

5    early determination who will try your case, myself or Judge

6    Love so that everybody is on the same page rather than

7    becoming a moving target of whether you are going to consent

8    or not.

9           So what I am going to do, is I am going to call each

10   of your cases again, and we will ask you to tell me whether

11   you consent to trial before Judge Love or not.  And for those

12   of you who do, you will have my undying gratitude.  And I hope

13   we can get several consents during this exercise.

14          And so with that, let me go back through the cases,

15   and I will call them in no particular order.  But the first

16   one IP Innovation, LLC v. Red Hat.

17          MR. WARD:  The plaintiffs consent.

18          MR. GEISZLER:  Your Honor, the defendants do not

19   consent.

20          HON. JUDGE DAVIS:  All right.  6:07cv480, Swit

21   Electronics v. Litepanels.  That will stay with me since it is

22   an affiliated case.

23          MS. DeRIEUX:  Thank you, Your Honor.

24          HON. JUDGE DAVIS:  Were y'all going to consent?

25          MR. CAULEY:  Oh, yes, we consent, Your Honor.

1          HON. JUDGE DAVIS:  Okay.  Ms. DeRieux, do you

2     consent?

3          MS. DeRIEUX:  It is our position that it ought to

4     stay with you, Your Honor.

5          HON. JUDGE DAVIS:  Okay.  We'll look at that since

6     it is already here and we have got some time invested in it.

7     We will probably keep that one.

8          6:07cv492, Trent West v. Target Corp.

9          MS. DeVASTO:  Your Honor, we do not consent.  We

10    have Trent West.

11         HON. JUDGE DAVIS:  All right.

12         MR. YARBROUGH:  Do I need to speak, Your Honor?

13    Defendant Target Corporation does not consent.

14         HON. JUDGE DAVIS:  All right.  Hope we get on a roll

15    here.  6:08cv14, Dr. Teirstein v. AGA Medical Corp.

16         MR. ALLEN:  The plaintiff consents, Your Honor.

17         MR. PICKETT:  Your Honor, respectfully we would not

18    consent.  We would like to consider this particular inquiry of

19    the Court given the fact that we were not under the impression

20    that the plaintiff was going to consent until the first thing

21    this morning.  We have just not had a chance to discuss that

22    with our clients and to go to obtain that type of authority.

23    We would just like to advise the Court some time in the future

24    about that.

25         HON. JUDGE DAVIS:  Well, we issued this status

1    order -- I thought it was pretty clear.

2            MR. PICKETT:  Yes, Your Honor.

3            HON. JUDGE DAVIS:  But you have not had meaningful

4    discussions with your client?

5            MR. PICKETT:  No, we have not, Your Honor, because

6    the early-on discussions that we had during the

7    meet-and-confer process with the plaintiff, there was

8    indication they were not going to consent.  So as a result,

9    open and full discussion with our client did not take place.

10   I apologize.

11           HON. JUDGE DAVIS:  Have you made an effort to

12   contact your client today?

13           MR. WEINSCHENK:  Your Honor, if I may, up until this

14   morning, as we mentioned, we agreed not to consent.  We

15   understood the plaintiff not to consent, so we need to -- we

16   were just advised this morning about the fact that they had

17   changed their position.  We are still talking and discussing

18   with Local Counsel --

19           HON. JUDGE DAVIS:  Why don't y'all step out and see

20   if you can get your client on the phone and come back and

21   report to me.

22           MR. ALLEN:  Thank you very much.

23           HON. JUDGE DAVIS:  All right.  Saxon Innovations v.

24   Nokia Corporation.

25           MR. WARD:  The plaintiff does not consent, Your

1    Honor.

2              MR. GARDNER:  Nintendo consents, Your Honor.

3              MR. CHASSMAN:  Research in motion consents, Your

4    Honor.

5              MR. GUARAGNA:  Palm consents, Your Honor.

6              MS. DeVASTO:  Nokia consents.

7              MR. WILCOX:  Sharp does not consent.

8              MR. ALBRITTON:  Samsung consents, Your Honor.

9              MR. CRAFT:  High Tech Computer does not consent.

10             MR. CARTER:  LG consents.

11             HON. JUDGE DAVIS:  Okay.  6:07cv467, Digital

12   Register of Texas v. Hustler.com.

13             MR. WARD:  The plaintiff does not consent, Your

14   Honor.

15             MR. HEARTFIELD:  Audible consents.

16             MR. CHASSMAN:  LFP Internet Group, LLC consents.

17             MR. FINDLAY:  Microsoft consents, Your Honor.

18             MR. WILCOX:  Sony does not consent, Your Honor.

19             MR. ALBRITTON:  Apple consents.

20             MR. MALONEY:  Blockbuster and Playboy both consent,

21   Your Honor.

22             HON. JUDGE DAVIS:  All right.  We are going to take

23   a short recess.  Did I call Performance Pricing 2:07cv432?

24             MR. BUNT:  No, Your Honor.

25             HON. JUDGE DAVIS:  I'm sorry.  I missed that one.

1          MR. BUNT:  I could use as much gratitude as I can

2     get from Your Honor, so we will gladly consent.

3          HON. JUDGE DAVIS:  Thank you.

4          MR. BUFE:  Your Honor, defendant Yahoo consents.

5          HON. JUDGE DAVIS:  Wonderful.

6          MR. COFFEY:  Your Honor, defendants Google and AOL,

7     unfortunately, do not consent.

8          MR. MALONEY:  Your Honor, IAC also does not consent.

9          MR. TINDEL:  A9 does not consent, Your Honor.

10          MR. FINDLAY:  Your Honor, Microsoft does not

11     consent.

12          HON. JUDGE DAVIS:  Okay.  All right.  Well, I don't

13     know what this is going to do to us, but we are going to take

14     a brief recess about ten minutes and review the schedule and

15     come back and call the cases.

16          (Recess was taken at this time.)

17          HON. JUDGE DAVIS:  Please be seated.

18          All right.  AGA Medical, what did we find out?

19          MR. PICKETT:  Your Honor, we would respectfully not

20     consent to Magistrate Judge Love presiding.

21          HON. JUDGE DAVIS:  Very well.

22          Judge Love, if you would read the settings so

23     everyone can take note.

24          HON. JUDGE LOVE:  All right.  First of all, IP

25     Innovation 2:07cv447, your Markman date before Judge Davis is

1  July 9th of '09.  Trial date April 6th of '10 before Judge

2  Davis.  And all of these, obviously, will be before Judge

3  Davis -- well, actually -- I will go ahead and state that.

4            Let me go to the next case.  6:07cv480, Swit

5  Electronics v. Litepanels, your Markman date is before Judge

6  Davis, September 3rd of '09; trial date, May 3rd of '10.

7            The next case, 6:07cv492, Trent West v. Target Corp.

8  Your Markman date before Judge Davis, September 10th, '09;

9  trial date, May 3rd, '10.

10            The next case, 6:08cv14, Teirstein v. AGA Medical,

11  Markman date before me will be August 20th of '09; trial date

12  February 1st of '10.

13            The next case, 2:07cv432, Performance Pricing v.

14  Google.  Your Markman date before me is June 18th, 2009;

15  trial date before Judge Davis, April 6th, 2010.

16            6:07cv490, Saxon v. Nokia.  Markman date before me

17  June 25th, '09; trial date May 3rd of '10 before Judge Davis.

18            The next case, 6:07cv467, Digital Register v.

19  Hustler.  The Markman date before Judge Davis July 2nd of '09;

20  trial date before Judge Davis, February 1st of 2010.

21            HON. JUDGE DAVIS:  All right.  Everyone has those

22  settings.  I would encourage the three cases that Judge Love

23  is handling the Markman in, you can still consent.  He is

24  going to be handling everything right up until putting a jury

25  in the box, so I would encourage you to continue to talk to

1    your clients and see if you might be interested in consenting

2    in those cases.  He, of course, will be a lot more familiar

3    with the cases than I am by the time those cases reach trial.

4    But if you elect not to, you have your trial dates for me.  If

5    you do decide to consent in any of those cases, contact Judge

6    Love and he can give you a trial date that is fairly close to

7    what I was able to give you on those settings.

8            Does anyone have any questions?  We will be issuing

9    an order in each of these cases today giving you the pertinent

10   dates for you to plug into your Docket Control Order and

11   Scheduling Order.  And, hopefully, you can meet and confer, if

12   you have not already done so, and submit those to us in agreed

13   format.  If you can't agree, as stated in the order, indicate

14   your differences and submit it to us by the date called for

15   and we will make a decision and get that in and get you

16   rolling.  This order we will be entering will also tell you

17   what the exact date is to start triggering all of your other

18   dates under the Docket Control Order.  I think it is stated in

19   the order and you can calculate it.  We are going to issue

20   that order so there won't be any confusion among any of the

21   attorneys.

22           All right.  Well, y'all were not a lot of help

23   today.  I hope by the next time we get together that y'all can

24   get a little more agreement, but I hope we have been helpful

25   to you.  So any questions from anybody?  All right.  We will

1  see you down the road.  Good luck.

2       (End of hearing.)

3

4

5                    C E R T I F I C A T I O N

6

7  I certify that the foregoing is a correct transcript from the

8  record of proceedings in the above-entitled matter.

9

10

11  /s/

12  SHEA SLOAN, CSR, RPR
    OFFICIAL COURT REPORTER
13  STATE OF TEXAS NO. 3081

14

15

16

17

18

19

20

21

22

23

24

25