IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>    v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT<br>CORPORATION, YAHOO! INC.,<br>IAC SEARCH & MEDIA, INC., and<br>A9.COM, INC. | Case No. 2:07-cv-432 (LED/JDL) |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION
OF TIME TO COMPLY WITH PR 3-3 AND 3-4 DISCLOSURES**

    Defendants Google Inc., AOL, LLC, Microsoft Corporation, Yahoo! Inc., IAC Search & Media, Inc., and A9.Com, Inc. ("Defendants") file this joint motion and respectfully ask the Court to further extend the deadline to comply with Patent Rules 3-3 and 3-4 and would show the court the following:

    The current deadline for the Defendants to comply with P.R. 3-3 and 3-4 is July 30, 2008 per the Court's June 9, 2008 Order [Dkt #106]. Defendants have requested and plaintiff has agreed to an additional seven (7) day extension for Defendants to comply with P.R. 3-3 and 3-4.

    WHEREAS, Defendants respectfully request the Court grant an additional extension of time for Defendants to comply with Patent Rule 3-3 and 3-4 up to and including August 6, 2008. A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: July 28, 2008

Respectfully submitted,

By:  */s/ Michael E. Jones*
      Michael A. Jacobs
      Rachel Krevans
      Richard S.J. Hung
      Morrison & Foerster, LLP
      425 Market Street
      San Francisco, California 94105
      (415) 268-7000
      (415) 268-7522 (FAX)

                    Michael E. Jones
                    Texas State Bar No. 10929400
                    mikejones@potterminton.com
                    John F. Bufe
                    Texas State Bar No. 03316930
                    johnbufe@potterminton.com
                    Potter Minton
                    A Professional Corporation
                    110 N. College Ave.
                    500 Plaza Tower
                    Tyler, Texas 75702
                    Telephone: 903.597.8311
                    Facsimile: 903.593.0846

*Attorneys for Defendant*
**YAHOO! INC.**

*/s/ Jeffrey S. Love*
*(with permission by Michael E. Jones)*
Kristin L. Cleveland
OR Bar No. 001318
Jeffrey S. Love
OR Bar No. 87398
Richard D. McLeod
Texas Bar No. 24026836
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Suite 1600
Portland, OR 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

David A. Zapolsky
Vice President and Associate General Counsel
AMAZON.COM, INC.
P.O. Box 81226
Seattle, Washington 98101
(206) 266-1323
(206) 266-7010 (FAX)

Andy Tindel
Texas Bar No. 20054500
Provost Umphrey Law Firm, LLP
ll2 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 596-0900
(903) 596-0909 (FAX)
*Attorneys for Defendant*
**A9.COM, INC.**

*/s/ David J. Beck*
*(with permission by Michael E. Jones)*
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
Beck, Redden & Secrest, L.L.P.
One Houston Center
I22I McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**GOOGLE, INC. and AOL, LLC**

*/s/ Otis Carroll*
*(with permission by Michael E. Jones)*
Otis Carroll
Texas Bar No. 03895700
Collin Maloney
Texas Bar No. 00794219
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600
(903) 581-1071 (FAX)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**IAC SEARCH & MEDIA, INC.**

*/s/ Richard A. Cederoth*
*(with permission by Michael E. Jones)*
Eric H. Findlay
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 757 02-0629
(903) 510-5213
(903) 597-2413 (FAX)

Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 28, 2008. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones