IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>   v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. | Case No. 2:07-cv-432 (LED/JDL) |

### ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO COMPLY WITH PATENT RULES 3-3 AND 3-4

Defendants Google Inc., AOL, LLC, Microsoft Corporation, Yahoo! Inc., IAC Search & Media, Inc., and A9.Com, Inc. ("Defendants") filed their joint unopposed motion and asked the Court to further extend the deadline to comply with PR 3-3 and 3-4 up to an including August 6, 2008. Such motion is GRANTED.

It is therefore ORDERED that Defendants Google Inc., AOL, LLC, Microsoft Corporation, Yahoo! Inc., IAC Search & Media, Inc., and A9.Com, Inc. have until and through August 6, 2008 to comply with Patent Rules 3-3 and 3-4.

**So ORDERED and SIGNED this 29th day of July, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE