IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| | ) |
| v. | ) |
| | ) |
| GOOGLE INC., AOL LLC, | ) |
| MICROSOFT CORPORATION, | ) |
| YAHOO! INC., IAC SEARCH & | ) |
| MEDIA, INC., A9.COM, INC., | ) |
| | ) |
| Defendants. | ) |

## GOOGLE INC.'S NOTICE OF
## COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

Defendant Google Inc. hereby notifies the Court that on August 6, 2008 it complied with its disclosure requirements under Patent Rules 3-3 and 3-4 pursuant to the Court's Order dated July 29, 2008.

Dated: August 8, 2008

Respectfully submitted,

By: /s/ David J. Beck
    David J. Beck
    Texas Bar No. 00000070
    dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

**LEAD ATTORNEY FOR DEFENDANT GOOGLE INC.**

OF COUNSEL:
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
David A. Perlson (admitted *pro hac vice*)
davidperlson@quinnemanuel.com
Antonio R. Sistos (admitted *pro hac vice*)
antoniosistos@quinnemanuel.com
Emily C. O'Brien (admitted *pro hac vice*)
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 1st day of July, 2008, with a copy of the above document via the court's CM/ECF system per local rule CV-5(a)(3).

/s/ Michael E. Richardson