IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED/JDL) |

## DEFENDANT YAHOO! INC.'S NOTICE OF COMPLIANCE REGARDING PR 3-3 AND 3-4

NOW COMES Defendant Yahoo! Inc. and hereby notifies the Court that on August 6, 2008, Yahoo! Inc. served, by electronic mail upon all counsel of record, its disclosure requirements pursuant to Patent Rules 3-3 and 3-4 according to the May 14, 2008 Amended Docket Control Order and July 29, 2008 Order in this matter.

Dated: August 8, 2008

Respectfully submitted,

By:  */s/ Michael E. Jones*
Michael A. Jacobs
Rachel Krevans
Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000
(415) 268-7522 (FAX)

Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
John F. Bufe
Texas State Bar No. 03316930
johnbufe@potterminton.com
Potter Minton

{A07\7854\0004\W0371653.1 }

A Professional Corporation
P.O. Box 359 (75710)
110 N. College Ave.
500 Plaza Tower
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846

*Attorneys for Defendant*
**YAHOO! INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 8, 2008. Any other counsel of record will be served by First Class mail on this same date.

                                            */s/ Michael E. Jones*