# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFERMANCE PRICING, INC., ) <br> a Texas corporation; ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE INC., a Delaware corporation; ) <br> AOL LLC, a Delaware limited liability ) <br>  company; ) <br> MICROSOFT CORPORATION, a Washington ) <br>  corporation; ) <br> YAHOO! INC., a Delaware corporation; ) <br> IAC SEARCH & MEDIA, INC., a Delaware ) <br>  corporation; ) <br> A9.COM, INC., a Delaware corporation; ) <br> ) <br> Defendants. ) | Civil Action No. 2:07-cv-432-LED-JDL <br><br><br> (JURY) |

## DEFENDANT A9.COM, INC.'S NOTICE OF
## COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

Defendant A9.com, Inc. ("A9.com") hereby notifies the Court that on August 6, 2008, it complied with its disclosure requirements under Patent Rules 3-3 and 3-4 pursuant to the May 14, 2008 Amended Docket Control Order and the July 29, 2008 Order in this matter.

Dated this 8th day of August, 2008   By: */s/ Jeffrey S. Love*
　　　　　　　　　　　　　　　　　　　**Jeffrey S. Love** (Oregon Bar No. 873987)
　　　　　　　　　　　　　　　　　　　jeffrey.love@klarquist.com
　　　　　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　　　　　Admitted *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　KLARQUIST SPARKMAN, LLP
　　　　　　　　　　　　　　　　　　　121 S.W. Salmon Street, Suite 1600
　　　　　　　　　　　　　　　　　　　Portland, Oregon 97204
　　　　　　　　　　　　　　　　　　　Telephone: 503-595-5300
　　　　　　　　　　　　　　　　　　　Fax: 503-595-5301

1

**Andy Tindel** (Texas Bar No. 20054500)
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: 903-596-0900
Facsimile: 903-596-0909

*Attorneys for Defendant A9.com, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 8th day of August, 2008. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

                                                   /s/ Jeffrey S. Love