# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation;<br><br>    *Plaintiff*,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; AOL LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; YAHOO! INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; A9.COM, INC., a Delaware corporation;<br><br>    *Defendants*. | CASE NO. 2:07-cv-432 (LED)<br><br>**Jury Trial Demanded** |

### DEFENDANT MICROSOFT CORPORATION'S NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

Defendant Microsoft Corporation hereby notifies the Court that on August 6, 2008, it complied with its disclosure requirements under Patent Rules 3-3 and 3-4, pursuant to the Court's May 14, 2008 Amended Docket Control Order and the Court's July 29, 2008 Order.

Dated: August 8, 2008

Respectfully submitted,

/s/ John W. McBride

Eric H. Findlay (Lead Counsel)
Ramey & Flock PC
100 E. Ferguson, Suite 500
Tyler, TX 75702-0629
Tel. (903) 510-5213
Fax (903) 597-2413
E-mail: efindlay@rameyflock.com

Richard A. Cederoth

*Admitted Pro Hac Vice*
John W. McBride
*Admitted Pro Hac Vice*
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
Tel. 312-853-7000
Fax 312-853-7036

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 8th day of August, 2008, with a copy of the above document via the court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3).

/s/ John W. McBride