# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **PERFORMANCE PRICING, INC.** | § | |
| | § | |
| VS. | § | **CASE NO. 2:07-CV-432 LED** |
| | § | |
| **GOOGLE, INC.; AOL, LLC;** | § | |
| **MICROSOFT CORPORATION;** | § | |
| **YAHOO! INC.; IAC SEARCH &** | § | |
| **MEDIA, INC. and A9.COM, INC.** | § | **JURY TRIAL DEMANDED** |

### DEFENDANT IAC SEARCH & MEDIA, INC.'S
### NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

Defendant IAC SEARCH & MEDIA, INC. hereby notifies the Court that on August 6, 2008, it complied with its disclosure requirements under Patent Rules 3-3 and 3-4, pursuant to the Court's order dated July 29, 2008.

Date: August 14, 2008                          Respectfully submitted,

/s/ Collin Maloney
Otis Carroll, Lead Counsel
Texas Bar No. 03895700
Collin Maloney
Texas Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax; (903) 581-1071
Email: **Fedserv@icklaw.com**

ATTORNEYS FOR DEFENDANT
IAC SEARCH & MEDIA, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was filed electronically in compliance with Local Rule CV-5(a)(3) and has been served this 14th day of August, 2008, on the counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Collin Maloney