IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:07-cv-432 (LED) |
| | ) | |
| v. | ) | |
| | ) | |
| GOOGLE INC., AOL LLC, | ) | |
| MICROSOFT CORPORATION, | ) | |
| YAHOO! INC., IAC SEARCH & | ) | |
| MEDIA, INC., A9.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT AOL LLC'S NOTICE OF
## COMPLIANCE WITH DISCLOSURE REQUIREMENTS

Defendant AOL LLC notifies the Court that on October 22, 2008 it complied with its

disclosure requirements in accordance with Paragraph 2(c) of the Court's May 8, 2008 Discovery

Order.

Dated: October 23, 2008                    Respectfully submitted,

By:  /s/ David J. Beck
        David J. Beck
        Texas Bar No. 00000070
        dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

**LEAD ATTORNEY FOR DEFENDANT
AOL LLC**

OF COUNSEL:
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas  77010
Telephone:  (713) 951-3700
Facsimile:  (713) 951-3720

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
David A. Perlson (admitted *pro hac vice*)
davidperlson@quinnemanuel.com
Antonio R. Sistos (admitted *pro hac vice*)
antoniosistos@quinnemanuel.com
Emily C. O'Brien (admitted *pro hac vice*)
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875 6600
Facsimile:  (415) 875 6700

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 23rd day of October, 2008, with a copy of the above document via the court's CM/ECF system per local rule CV-5(a)(3).


/s/ Michael E. Richardson

1167.00001/417214.1