# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., a Texas corporation; <br><br> Plaintiff, <br><br> v. <br><br> (1) GOOGLE INC., a Delaware corporation; <br> (2) AOL LLC, a Delaware limited liability company; <br> (3) MICROSOFT CORPORATION, a Washington corporation; <br> (4) YAHOO! INC., a Delaware corporation; <br> (5) IAC SEARCH & MEDIA, INC., a Delaware corporation; <br> (6) A9.COM, INC., a Delaware corporation; <br><br> Defendants. | Civil Action No. 2:07-cv-432-LED-JDL <br><br><br><br> Hon. Leonard E. Davis (JURY) |

## DEFENDANT A9.COM, INC.'S NOTICE
## OF COMPLIANCE WITH DISCLOSURE REQUIREMENTS

Defendant A9.com, Inc. ("A9.com") notifies the Court that on October 22, 2008 it complied with its disclosure requirements in accordance with Paragraph 2(c) of the Court's May 8, 2008 Discovery Order.

Dated this 23rd day of October, 2008    By: */s/ Robert T. Cruzen*
**Jeffrey S. Love** (Oregon Bar No. 873987)
jeffrey.love@klarquist.com
Lead Attorney
Admitted *Pro Hac Vice*
Robert T. Cruzen (Oregon Bar No. 080167)
rob.cruzen@klarquist.com

Admitted *Pro Hac Vice*
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Fax:  503-595-5301

**Andy Tindel** (Texas Bar No. 20054500)
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas  75702
Telephone:  903-596-0900
Facsimile:  903-596-0909

*Attorneys for Defendant A9.com, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 23rd day of October, 2008, with a copy of the above document via the court's CM/ECF system per local rule CV-5(a)(3).

By: */s/ Robert T. Cruzen*
**Jeffrey S. Love** (Oregon Bar No. 873987)
jeffrey.love@klarquist.com
Lead Attorney
Admitted *Pro Hac Vice*
Robert T. Cruzen (Oregon Bar No. 080167)
rob.cruzen@klarquist.com
Admitted *Pro Hac Vice*
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Fax: 503-595-5301

**Andy Tindel** (Texas Bar No. 20054500)
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: 903-596-0900
Facsimile: 903-596-0909

*Attorneys for Defendant A9.com, Inc.*