# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| Performance Pricing, INC., ) | |
| ) | |
| *Plaintiff*, ) | CASE NO. 2:07-cv-432 (LED) |
| ) | |
| vs. ) | **Jury Trial Demanded** |
| ) | |
| GOOGLE INC., AOL LLC, MICROSOFT ) | |
| CORPORATION, YAHOO! INC., IAC ) | |
| SEARCH & MEDIA, and A9.COM, INC., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## DEFENDANT MICROSOFT CORPORATION'S NOTICE OF DISCLOSURE

Defendant Microsoft Corporation files this Notice of Disclosure, hereby notifying the Court and counsel that pursuant to the Court's May 9, 2008 Discovery Order, Microsoft served disclosures on Performance Pricing on October 22, 2008.

Dated: October 23, 2008          Respectfully submitted,

By: /s/ Laura L. Kolb

David T. Pritikin
Richard A. Cederoth
Laura L. Kolb
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
Tel. (312) 853-7000
Fax (312) 853-7036
Email: dpritikin@sidley.com
          rcederoth@sidley.com

lkolb@sidley.com

Eric H. Findlay
Ramey & Flock PC
100 E. Ferguson, Suite 500
Tyler, TX 75702-0629
Tel. (903) 510-5213
Fax (903) 597-2413
E-mail: efindlay@rameyflock.com

*Attorneys for Defendant Microsoft*

## CERTIFICATE OF SERVICE

I, Laura Kolb, hereby certify that on October 23, 2008, this document is being served via the Court's Electronic Filing System pursuant to Local Rule CV-5(a)(3).

/s/ Laura L. Kolb