# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>    Plaintiff,<br>v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC.,<br><br>    Defendants. | Case No. 2:07-cv-432 (LED/JDL)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF PERFORMANCE PRICING, INC.'S NOTICE OF COMPLIANCE WITH DISCLOSURE REQUIREMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

  Please take notice that Performance Pricing, Plaintiff in the above-styled and numbered case, pursuant to the May 9, 2008 Discovery Order, served its Additional Disclosures upon all counsel of record on October 22, 2008.

Dated: October 23, 2008             Respectfully submitted,

                    By: /s/ Christin Cho
                      Christin Cho
                      CA State Bar No. 238173
                      Email: christin@dovellaw.com
                      Gregory S. Dovel
                      CA State Bar No. 135387
                      Email: greg@dovellaw.com
                      Sean Luner
                      CA State Bar No. 165443
                      Email: sean@dovellaw.com
                      Dovel & Luner, LLP
                      201 Santa Monica Blvd., Suite 600
                      Santa Monica, California 90401
                      Telephone: (310) 656-7066
                      Facsimile: (310) 657-7069

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
N. Claire Abernathy
State Bar No. 24053063
Email: chenry@capshawlaw.com
Capshaw DeRieux, L.L.P.
Energy Centre
1127 Judson Road, Ste 220
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of October, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Christin Cho
    Christin Cho