IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED/JDL) |

## DEFENDANT YAHOO! INC.'S NOTICE OF COMPLIANCE REGARDING COMPUTATION OF DAMAGES

NOW COMES Defendant Yahoo! Inc. and hereby notifies the Court that on October 22, 2008, Yahoo! Inc. served, by electronic mail upon all counsel of record, its disclosure requirements pursuant to paragraph 2(c) of the Court's Discovery Order dated May 9, 2008 in this matter.

Dated: October 23, 2008         Respectfully submitted,

By:   */s/ Michael E. Jones*
      Michael A. Jacobs
      Rachel Krevans
      Richard S.J. Hung
      Morrison & Foerster LLP
      425 Market Street
      San Francisco, California 94105
      (415) 268-7000
      (415) 268-7522 (FAX)

      Michael E. Jones
      Texas State Bar No. 10929400
      mikejones@potterminton.com
      John F. Bufe
      Texas State Bar No. 03316930
      johnbufe@potterminton.com
      Potter Minton

A Professional Corporation
P.O. Box 359 (75710)
110 N. College Ave.
500 Plaza Tower
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846


*Attorneys for Defendant*
**YAHOO! INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 23, 2008. Any other counsel of record will be served by First Class mail on this same date.

*/s/ Michael E. Jones*