IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC. | § | |
| | § | |
| VS. | § | CASE NO. 2:07-CV-432 LED |
| | § | |
| GOOGLE, INC.; AOL, LLC; | § | |
| MICROSOFT CORPORATION; | § | |
| YAHOO! INC.; IAC SEARCH & | § | |
| MEDIA, INC. and A9.COM, INC. | § | JURY TRIAL DEMANDED |

## IAC SEARCH & MEDIA, INC. NOTICE OF SERVICE OF ADDITIONAL DISCLOSURES

Defendant, IAC Search & Media, Inc. notifies the Court that it served its additional disclosures on October 22, 2008 in compliance with the Court's May 9, 2008 Discovery Order.

Respectfully submitted,

/s/ Collin Maloney
Otis Carroll, Lead Counsel
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

*Attorneys for Defendant IAC Search*
*& Media, Inc.*

1

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument was filed electronically in compliance with Local Rule CV-5(a)(3) and has been served this 24th day of October, 2008 on the counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/     Collin Maloney