UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. <br><br> Defendants. | Civil Action No. 2:07-cv-432 (LED/JDL) <br><br> JURY DEMANDED |

## **DEFENDANTS GOOGLE, INC., AOL LLC, MICROSOFT CORP.,YAHOO! INC., IAC SEARCH & MEDIA, AND A9.COM'S UNOPPOSED MOTION FOR LEAVE TO AMEND DEFENDANTS' INVALIDITY CONTENTIONS**

Defendants Google, Inc., AOL LLC, Microsoft Corp., Yahoo! Inc., IAC Search & Media, Inc., and A9.com, Inc. (collectively "Defendants") respectfully request the Court for leave to amend Defendants' Invalidity Contentions ("invalidity contentions") pursuant to Patent Rule 3-6(b).

Defendants seek leave to amend their invalidity contentions to identify four additional items of prior art, to add four additional claim charts, incorporate the newly-charted prior art into the cover pleading and three other claim charts, and to correct typographical errors found in the Defendants' original invalidity contentions served August 6, 2008.

Plaintiff has been provided with a copy of the proposed amended invalidity contentions and has indicated that it does not oppose this motion.

1

Defendants therefore request the Court grant Defendants Google, Inc., AOL LLC, Microsoft Corp., Yahoo! Inc., IAC Search & Media, and A9.com's Unopposed Motion for Leave to Amend Defendants' Invalidity Contentions.

DATED: October 29, 2008

Respectfully submitted,

By: /s/ Laura L. Kolb
    Laura L. Kolb

David T. Pritikin
Richard A. Cederoth
Laura L. Kolb
John W. McBride
Sidley Austin
One South Dearborn St
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: dpritikin@sidley.com
    rcederoth@sidley.com
    lkolb@sidley.com
    jwmcbride@sidley.com

Eric Hugh Findlay
Ramey & Flock
100 East Ferguson
Ste 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
Email: efindlay@rameyflock.com

ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION

By: /s/ David A. Perlson
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven
  David A. Perlson
  Jennifer A. Kash
  Antonio R. Sistos
  Emily C. O'Brien
50 California Street, 22nd Floor

San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
jenniferkash@quinnemanuel.com
antoniosistos@quinnemanuel.com
emilyobrien@quinnemanuel.com

Attorneys for Defendants AOL LLC, Google Inc., IAC Search & Media, Inc.

BECK REDDEN & SECREST, L.L.P.
  David J. Beck
  Michael Ernest Richardson
One Houston Center
1221 McKinney St. Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
jbeck@brsfirm.com
mrichardson@brsfirm.com

Attorneys for Defendants AOL LLC and Google Inc.

IRELAND CARROLL & KELLEY
  Otis W Carroll, Jr.
  Collin Michael Maloney
6101 S Broadway
Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendant IAC Search & Media, Inc.

By: /s/ Richard S.J. Hung
  Richard S.J. Hung

Michael A. Jacobs
Rachel Krevans
Richard S. J. Hung
Morrison & Foerster LLP
425 Market St

34th Floor
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mjacobs@mofo.com
      rhung@mofo.com
      rkrevans@mofo.com

John Frederick Bufe
Michael Edwin Jones
Potter Minton
P. O. Box 359
Tyler, TX 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: johnbufe@potterminton.com
      mikejones@potterminton.com

ATTORNEYS FOR DEFENDANT YAHOO! INC.


By: /s/ Jeffrey A. Love
    Jeffrey S. Love

Andy Tindel
Provost Umphrey Law Firm
112 E Line
Suite 304
Tyler, TX 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

Jeffrey S. Love
Robert T. Cruzen
Klarquist Sparkman LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301
Email: jeffrey.love@klarquist.com
      rob.cruzen@klarquist.com

ATTORNEYS FOR DEFENDANT A9.COM, INC.

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that this motion is unopposed.

/s/ Laura L. Kolb
Laura L. Kolb

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 29, 2008.

/s/ Laura L. Kolb
Laura L. Kolb

CH1 4434483v.2