UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | |
| Plaintiff, | Civil Action No. 2:07-cv-432 (LED/JDL) |
| v. | JURY DEMANDED |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. | |
| Defendants. | |

**ORDER GRANTING DEFENDANTS GOOGLE, INC., AOL LLC,
MICROSOFT CORP.,YAHOO! INC., IAC SEARCH & MEDIA,
AND A9.COM'S UNOPPOSED MOTION FOR LEAVE
TO AMEND DEFENDANTS' INVALIDITY CONTENTIONS**

Before the Court is Defendants Google, Inc., AOL LLC, Microsoft Corp., Yahoo! Inc., IAC Search & Media, and A9.com's Unopposed Motion for Leave to Amend Defendants' Invalidity Contentions.  After careful consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that Defendants Google, Inc., AOL LLC, Microsoft Corp., Yahoo! Inc., IAC Search & Media, and A9.com's Unopposed Motion for Leave to Amend Defendants' Invalidity Contentions is GRANTED.  It is further ORDERED that Defendants may serve their First Amended Invalidity Contentions upon Plaintiff in this matter.

**So ORDERED and SIGNED this 30th day of October, 2008.**

*John P. Love*

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE