# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., ) <br> a Texas corporation; ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE INC., a Delaware corporation; ) <br> AOL LLC, a Delaware limited liability ) <br>   company; ) <br> MICROSOFT CORPORATION, a Washington ) <br>   corporation; ) <br> YAHOO! INC., a Delaware corporation; ) <br> IAC SEARCH & MEDIA, INC., a Delaware ) <br>   corporation; ) <br> A9.COM, INC., a Delaware corporation; ) <br> ) <br> Defendants. ) | Civil Action No. 2:07-cv-432-LED-JDL <br><br><br> (JURY) |

## JOINT MOTION TO EXTEND DEADLINE
## FOR EXCHANGE OF PROPOSED TERMS AND
## CLAIM ELEMENTS FOR CONSTRUCTION UNDER PATENT RULE 4-1

TO THE HONORABLE JUDGE OF THIS COURT:

    Plaintiff Performance Pricing, Inc. ("Plaintiff') and Defendants Google Inc., AOL LLC, Microsoft Corporation, YAHOO! Inc., IAC Search & Media, Inc. and A9.com, Inc. ("Defendants") file this joint motion and respectfully ask the Court to extend a deadline in this matter. Plaintiff and Defendants would show the Court as follows:

    1.    Plaintiff and Defendants have conferred regarding the deadline to exchange proposed terms and claim elements for construction under P.R. 4-1. Pursuant to the Agreed

1

Docket Control Order entered by this Court on May 14, 2008, the current deadline for exchange of those terms and elements is October 30, 2008.

2. Plaintiff and Defendants have agreed to an extension of two business days to exchange proposed terms and claim elements for construction and respectfully request that this Court extend the deadline to exchange those terms and elements to November 3, 2008.

3. Plaintiff and Defendants seek this short extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Plaintiff and Defendants request that the Court extend the deadline for exchange of proposed terms and claim elements until November 3, 2008.

Dated this 30th day of October, 2008   By: /s/ Jeffrey S. Love
Jeffrey S. Love (Oregon Bar No. 873987)
jeffrey.love@klarquist.com
Lead Attorney
Admitted *Pro Hac Vice*
Krisitn L. Cleveland (Oregon Bar No. 001318)
kristin.cleveland@klarquist.com
Richard D. Mc Leod (Texas Bar No. 24026836)
rick.mcleod@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Fax: 503-595-5301

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
PROVOST UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: 903-596-0900
Facsimile: 903-596-0909

*Attorneys for Defendant A9.com, Inc.*

/s/ David A. Perlson
David A. Perlson
davidperlson@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendants GOOGLE, INC.
and AOL, LLC; IAC SEARCH & MEDIA, INC.*

   /s/ Laura L. Kolb
Laura L Kolb
lkolb@sidley.com
Richard A. Cederoth
rcederoth@sidley.com,
Sidley Austin - Chicago
Bank One Plaza
One South Dearborn Ave
Chicago, IL 60603
312/853-9983
Fax: 312/853-7036

*Attorneys for Defendant
MICROSOFT CORPORATION*

   /s/ Richard S.J. Hung
Richard S.J. Hung
rhung@mofo.com
Michael A. Jacobs
mjacobs@mofo.com
Rachel Krevans
rkrevans@mofo.com
Morrison & Foerster, LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000
(415) 268-7522 (FAX)

*Attorneys for Defendant YAHOO! INC*

   */s/ Christin Cho*_____
Christin Cho
christin@dovellaw.com
Gregory S. Dovel
greg@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

*Attorneys for Plaintiff*
*PERFORMANCE PRICING, INC.*

**CERTIFICATE OF SERVICE**

      This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 30th day of October, 2008. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

                                                /s/ Jeffrey S. Love