# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., ) <br> a Texas corporation; ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE INC., a Delaware corporation; ) <br> AOL LLC, a Delaware limited liability ) <br>  company; ) <br> MICROSOFT CORPORATION, a Washington ) <br>  corporation; ) <br>  YAHOO! INC., a Delaware corporation; ) <br> IAC SEARCH & MEDIA, INC., a Delaware ) <br>  corporation; ) <br> A9.COM, INC., a Delaware corporation; ) <br> ) <br> Defendants. ) | Civil Action No. 2:07-cv-432-LED-JDL <br><br><br> (JURY) |

## ORDER GRANTING THE JOINT MOTION TO
## EXTEND DEADLINE FOR EXCHANGE OF PROPOSED TERMS AND
## CLAIM ELEMENTS FOR CONSTRUCTION UNDER PATENT RULE 4-1

Performance Pricing, Inc. ("Plaintiff") and Google Inc., AOL, LLC, Microsoft Corporation, Yahoo! Inc., IAC Search & Media, Inc., and A9.Com, Inc. ("Defendants") filed their joint motion and asked the Court to extend the deadline to Exchange Proposed Terms and Claim Elements for Construction under P.R. 4-1 through and until November 3, 2008. Upon consideration, it is hereby ORDERED that said Motion shall be in all things granted, and it is further ORDERED that the deadline for Plaintiff and Defendants to Exchange Proposed Terms and Claim Elements for Construction under P.R. 4-1 shall be extended until and through November 3, 2008.

**So ORDERED and SIGNED this 31st day of October, 2008.**

1    _____
           JOHN D. LOVE
     UNITED STATES MAGISTRATE JUDGE