# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Performance Pricing, INC., ) | |
| ) | |
| *Plaintiff*, ) | CASE NO. 2:07-cv-432 (LED) |
| ) | |
| vs. ) | **Jury Trial Demanded** |
| ) | |
| GOOGLE INC., AOL LLC, MICROSOFT ) | |
| CORPORATION, YAHOO! INC., IAC ) | |
| SEARCH & MEDIA, and A9.COM, INC., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## DEFENDANT'S NOTICE OF DISCLOSURE
## OF FIRST AMENDED INVALIDITY CONTENTIONS

Defendants Google, Inc., AOL LLC, Microsoft Corp., Yahoo! Inc., IAC Search & Media, Inc., and A9.com, Inc. ("Defendants") file this Notice of Disclosure, hereby notifying the Court and counsel that pursuant to Patent Rule 3-3 and the Court's October 30, 2008 Order (Dkt. 144) granting Defendants' Motion for Leave to Amend Defendants' Invalidity Contentions, Defendants served their First Amended Invalidity Contentions on Performance Pricing on October 30, 2008.

Dated:   October 31, 2008          Respectfully submitted,

                                   By:   /s/ Laura L. Kolb

                                         David T. Pritikin
                                         Richard A. Cederoth
                                         Laura L. Kolb
                                         Sidley Austin LLP
                                         1 South Dearborn Street
                                         Chicago, Illinois 60603
                                         Tel. (312) 853-7000

Fax (312) 853-7036
Email: dpritikin@sidley.com
rcederoth@sidley.com
lkolb@sidley.com

Eric H. Findlay
Ramey & Flock PC
100 E. Ferguson, Suite 500
Tyler, TX 75702-0629
Tel. (903) 510-5213
Fax (903) 597-2413
E-mail: efindlay@rameyflock.com

*Attorneys for Defendant Microsoft*


By: /s/ David A. Perlson
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
  Charles K. Verhoeven
  David A. Perlson
  Jennifer A. Kash
  Antonio R. Sistos
  Emily C. O'Brien
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
jenniferkash@quinnemanuel.com
antoniosistos@quinnemanuel.com
emilyobrien@quinnemanuel.com

Attorneys for Defendants AOL LLC, Google Inc.,
IAC Search & Media, Inc.

BECK REDDEN & SECREST, L.L.P.
  David J. Beck
  Michael Ernest Richardson
One Houston Center
1221 McKinney St. Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
jbeck@brsfirm.com
mrichardson@brsfirm.com

Attorneys for Defendants AOL LLC and Google Inc.

IRELAND CARROLL & KELLEY
  Otis W Carroll, Jr.
  Collin Michael Maloney
6101 S Broadway
Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendant IAC Search & Media, Inc.

By: /s/ Richard S.J. Hung
  Richard S.J. Hung

Michael A. Jacobs
Rachel Krevans
Richard S. J. Hung
Morrison & Foerster LLP
425 Market St
34th Floor
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mjacobs@mofo.com
      rhung@mofo.com
      rkrevans@mofo.com

John Frederick Bufe
Michael Edwin Jones
Potter Minton
P. O. Box 359
Tyler, TX 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: johnbufe@potterminton.com
      mikejones@potterminton.com

ATTORNEYS FOR DEFENDANT YAHOO! INC.


By: /s/ Jeffrey A. Love
    Jeffrey S. Love

Andy Tindel
Provost Umphrey Law Firm
112 E Line
Suite 304
Tyler, TX 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

Jeffrey S. Love
Robert T. Cruzen
Klarquist Sparkman LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301
Email: jeffrey.love@klarquist.com
      rob.cruzen@klarquist.com

ATTORNEYS FOR DEFENDANT A9.COM, INC.

## **CERTIFICATE OF SERVICE**

I, Laura Kolb, hereby certify that on October 31, 2008, this document is being served via the Court's Electronic Filing System pursuant to Local Rule CV-5(a)(3).

/s/ Laura L. Kolb