Appendix K                         **Revised: 1/24/07**

FILED CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT** DEC -3 PM 3: 41
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**    TEXAS EASTERN
**APPLICATION TO APPEAR PRO HAC VICE**

BY _____

1. This application is being made for the following: Case #    2-07CV-432-LED

Style:   Performance Pricing, Inc. v. Google Inc, AOL LLC, IAC Search & Media, Inc., Microsoft Corp., Yahoo! Inc., and A9.com,

2. Applicant is representing the following party/ies:   Google Inc., AOL LLC, IAC Search & Media, Inc.

3. Applicant was admitted to practice in   CA   (state) on   June 12, 2007   (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Northern District of California

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I,   Joshua Sohn                  do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date   October 28, 2008        Signature _____

Y7/2682803.1

Name (please print) __Joshua Sohn__

State Bar Number __250105__

Firm Name: __Quinn Emanuel Urquhart Oliver & Hedges, LLP__

Address/P.O. Box: __50 California Street, 22nd Floor__

City/State/Zip: __San Francisco, CA 94111__

Telephone #: __Telephone: (415) 875 6600__

Fax #: __Facsimile: (415) 875 6700__

E-mail Address: __joshuasohn@quinnemanuel.com__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: __**12/3/08**__

*David J. Maland*

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

                    P. Bell
By _____

Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0016089

# United States District Court

for the

Eastern District of Texas at Tyler

Date: **Wednesday, December 3, 2008**

Received from:

**IRELAND, CARROLL & KELLEY**

**6101 sOUTH bROADWAY**

**SUITE 500**

**TYLER, TX 75703**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| | |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07-CV-432 LED**

Comments: **PHV FEE PAID FOR JOSHUA SOHN**
**CHECK #28066**

Received by: **GG**