IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| | ) |
| v. | ) |
| | ) |
| GOOGLE INC., AOL LLC, | ) |
| MICROSOFT CORPORATION, | ) |
| YAHOO! INC., IAC SEARCH & | ) |
| MEDIA, INC., A9.COM, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO EXTEND DEADLINES FOR EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Performance Pricing, Inc. ("Plaintiff") and Defendants Google Inc., AOL LLC, Microsoft Corporation, YAHOO! Inc. and IAC Search & Media, Inc. ("Defendants") file this joint motion and respectfully ask the Court to extend one deadline in this matter. Plaintiff and Defendants would show the Court as follows:

1. The current deadline for the parties to exchange preliminary claim constructions and identification of extrinsic evidence pursuant to Patent Rule 4-2 is **December 5, 2008.**

2. Plaintiff and Defendants have agreed to a one week extension to serve their Patent Rule 4-2 disclosures and respectfully request this Court extend the deadline to serve these disclosures to **December 12, 2008.**

3. Plaintiff and Defendants seek this one short extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Plaintiff and Defendants request that the Court extend the deadline for serving preliminary claim constructions and identification of extrinsic evidence until December 12, 2008.

Dated: December 4, 2008

Respectfully submitted,

By: /s/ David J. Beck
    David J. Beck
    Texas Bar No. 00000070
    dbeck@brsfirm.com
    Michael E. Richardson
    State Bar No. 24002838
    mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos,
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875 6600
Facsimile:    (415) 875 6700

**ATTORNEYS FOR DEFENDANTS GOOGLE INC. AND AOL LLC**

By: /s/ S. Calvin Capshaw
    S. Calvin Capshaw
    Texas Bar No. 0378900
    Elizabeth L. DeRieux
    Texas Bar No. 05770585
    N. Claire Abernathy
    Texas Bar No. 24053063
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800
(903) 236-8787 (FAX)

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
Charles Ainsworth
Texas Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (FAX)

Gregory S. Dovel
CA Bar No. 135387
Sean Luner
CA Bar No. 165443
Christin K. Cho
CA Bar No. 238173
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
(310) 657-7069 (FAX)

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

By: /s/ Otis Carroll
Otis Carroll
Texas Bar No. 03895700
Collin Maloney
Texas Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600
(903) 581-1071 (FAX)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos,
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

**ATTORNEYS FOR DEFENDANT
IAC SEARCH & MEDIA, INC.**

By: /s/ Michael A. Jacobs
       Michael A. Jacobs
       Rachel Krevans
       Richard S.J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000
(415) 268-7522 (FAX)

Michael E. Jones
POTTER MINTON, A PROFESSIONAL CORPORATION
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311
(903) 593-0846 (FAX)

**ATTORNEYS FOR DEFENDANT
YAHOO!**

By: Eric H. Findlay
       Eric H. Findlay
RAMEY & FLOCK PC
100 E. Ferguson, Suite 500
Tyler, Texas 75702-0629
(903) 510-5213
(903) 597-2413 (FAX)

Richard A. Cederoth
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
(312) 853-7036 (FAX)

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson