IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-CV-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

# JOINT MOTION TO EXTEND DEADLINE FOR EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Performance Pricing, Inc. ("Plaintiff") and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. ("Defendants") file this joint motion and respectfully ask the Court to extend one deadline in this matter. Plaintiff and Defendants would show the Court as follows:

1.      The current deadline for the parties to exchange preliminary claim constructions and identification of extrinsic evidence pursuant to Patent Rule 4-2 is December 12, 2008.

2.      Plaintiff and Defendants have agreed to an extension to serve their Patent Rule 4-2 disclosures and respectfully request this Court to extend the deadline to serve these disclosures to December 23, 2008.

3.      Plaintiff and Defendants seek this short extension of time not for delay but for good cause and that justice may be served.

sf-2617079

WHEREFORE, Plaintiff and Defendants request that the Court extend the deadline for serving preliminary claim constructions and identification of extrinsic evidence until December 23, 2008.

Dated: December 11, 2008

*/s/ Michael E. Jones*
Michael A. Jacobs (mjacobs@mofo.com)
Lead Attorney
Rachel Krevans (rkrevans@mofo.com)
Richard S.J. Hung (rhung@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Michael E. Jones (mikejones@potterminton.com)
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendant/Counterclaimant Yahoo! Inc.*

*/s/ David J. Beck*
*(with permission by Michael E. Jones)*
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
Beck, Redden & Secrest, L.L.P.
One Houston Center
I22I McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**GOOGLE, INC. and AOL, LLC**

*/s/ Otis Carroll*
*(with permission by Michael E. Jones)*
Otis Carroll
Texas Bar No. 03895700
Collin Maloney
Texas Bar No. 00794219
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600
(903) 581-1071 (FAX)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**IAC SEARCH & MEDIA, INC.**

*/s/ Richard A. Cederoth*
*(with permission by Michael E. Jones)*
Eric H. Findlay
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 757 02-0629
(903) 510-5213
(903) 597-2413 (FAX)

Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

*/s/ Christin Cho, with permission by Michael E. Jones*
Christin Cho
christen@dovellaw.com
Gregory S. Dovel
greg@dovellaw.com
Sean Luner
sean@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

Calvin Capshaw
ccapshaw@capshawlaw.com
Elizabeth DeRieux
ederieux@capshawlaw.com
N. Claire Abernathy
cabernathy@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: 903-236-9800
Facsimile: 903-236-8787

>
> Robert Parker
> rmparker@pbatyler.com
> Christopher Bunt
> rcbunt@pbatyler.com
> Charles Ainsworth
> charley@pbatyler.com
> PARKER, BUNT & AINSWORTH PC
> 100 East Ferguson, Ste. 1114
> Tyler, TX 75702
> Telephone: 903-531-3535
> Facsimile: 903-533-9687
>
> *Attorneys for Plaintiff*
> **PERFORMANCE PRICING, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2008. Any other counsel of record will be served by First Class U.S. mail on this same date.

> */s/ Michael E. Jones*