IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-CV-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR FIRST ROUND OF MEDIATION**

On this day, the Court considered the Joint Motion to Extend Deadline for First Round of Mediation filed by Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the new deadline for the first round of mediation is May 15, 2009.

**So ORDERED and SIGNED this 17th day of December, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

sf-2617495