# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC. | ) |
|     Plaintiff, | ) |
|     v. | ) |
| GOOGLE, INC., AOL LLC, MICROSOFT CORPORATION, and YAHOO! INC. | ) Civil Action No. 2:07-CV-432 LED |
|     Defendants. | ) |

## **NOTICE OF CHANGE OF CONTACT INFORMATION**

PLEASE TAKE NOTICE that the contact information of Eric H. Findlay, counsel for Defendant, Microsoft Corporation has been changed to:

**Findlay Craft**
**6760 Old Jacksonville Hwy**
**Suite 101**
**Tyler, TX  75703**
**903/534-1100**
**903/534-1137 FAX**
efindlay@findlaycraft.com

**Dated: January 20, 2009**    Respectfully submitted,

/s/ Eric H. Findlay
**Eric H. Findlay**
**Texas State Bar No. 00789886**
**Findlay Craft**
**6760 Old Jacksonville**
**Suite 101**
**Tyler, TX  75703**
**903/534-1100**

903/534-1137 FAX
efindlay@findlaycraft.com

**<u>Certificate of Service</u>**

I hereby certify that on this the 20th day of January, 2009, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

/s/ Eric H. Findlay
Eric H. Findlay