IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC.,<br>IAC SEARCH & MEDIA, INC., and A9.COM, INC.,<br><br>               Defendants. | Case No. 2:07-CV-432 (LED)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER REGARDING THE P.R. 4-3 DEADLINE

On this day, the Court considered the Joint Motion to Amend the Docket Control Order Regarding the P.R. 4-3 Deadline filed by Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the new deadline for the parties to file their P.R. 4-3 Joint Claim Construction and Pre-hearing Statement is February 10, 2009.

**So ORDERED and SIGNED this 27th day of January, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{A07\7854\0004\W0383988.1 }
sf-2617079

dockets.Justia.com