IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-CV-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

# JOINT MOTION FOR EXTENSION OF DEADLINE
## TO PROVIDE PROPOSED TECHNICAL ADVISORS

Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. respectfully file this Joint Motion seeking the Court's permission for an extension of time for the parties to provide proposed technical advisors to the Court.

According to the Court's Docket Control Order entered May 14, 2008 (Dkt. 99), the deadline for the parties to provide the name, address, phone number, and curriculum vitae for three (3) agreed technical advisors and information regarding the nominees' availability for Markman hearing or a statement that they could not reach an agreement as to any potential technical advisor is January 30, 2009.

Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. jointly move for the Court to extend said deadline to February 13, 2009.

WHEREFORE, Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. respectfully pray that the Court grant this Motion and extend the deadline for the parties to provide proposed technical advisors to the Court until and through February 13, 2009.

Dated: January 30, 2009

Respectfully submitted,

*/s/ Michael E. Jones*
Michael A. Jacobs (mjacobs@mofo.com)
Lead Attorney
Rachel Krevans (rkrevans@mofo.com)
Richard S.J. Hung (rhung@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Michael E. Jones (mikejones@potterminton.com)
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendant/Counterclaimant Yahoo! Inc.*

*/s/ David J. Beck*
*(with permission by Michael E. Jones)*
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
Beck, Redden & Secrest, L.L.P.
One Houston Center
I22I McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**GOOGLE, INC. and AOL, LLC**

*/s/ Otis Carroll*
*(with permission by Michael E. Jones)*
Otis Carroll
Texas Bar No. 03895700
Collin Maloney
Texas Bar No. 00794219
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600
(903) 581-1071 (FAX)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

*Attorneys for Defendant*
**IAC SEARCH & MEDIA, INC.**

*/s/ Eric H. Findlay*
*(with permission by Michael E. Jones)*
Eric H. Findlay
Efindlay@findlaycraft.com
FINDLAY CRAFT
6760 Old Jacksonville
Suite 101
Tyler, TX 75703
Tel: 903-534-1100
Fax: 903-534-1137

Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

*/s/ Christin Cho*
*(with permission by Michael E. Jones)*
Christin Cho
christin@dovellaw.com
Gregory S. Dovel
greg@dovellaw.com
Sean Luner
sean@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

Calvin Capshaw
ccapshaw@capshawlaw.com
Elizabeth DeRieux
ederieux@capshawlaw.com
N. Claire Abernathy
cabernathy@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601

Telephone: 903-236-9800
Facsimile: 903-236-8787

Robert Parker
rmparker@pbatyler.com
Christopher Bunt
rcbunt@pbatyler.com
Charles Ainsworth
charley@pbatyler.com
PARKER, BUNT & AINSWORTH PC
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687

*Attorneys for Plaintiff*
**PERFORMANCE PRICING, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 30, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*

6
sf-2617079

Telephone: 903-236-9800
Facsimile: 903-236-8787

Robert Parker
rmparker@pbatyler.com
Christopher Bunt
rcbunt@pbatyler.com
Charles Ainsworth
charley@pbatyler.com
PARKER, BUNT & AINSWORTH PC
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687

*Attorneys for Plaintiff*
**PERFORMANCE PRICING, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 30, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*