IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-CV-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO PROVIDE PROPOSED TECHNICAL ADVISORS

Having considered the parties' Joint Motion for Extension of Deadline to Provide Proposed Technical Advisors, the Court hereby GRANTS said Motion. It is therefore

ORDERED that the deadline for the parties to provide the name, address, phone number, and curriculum vitae for three (3) agreed technical advisors and information regarding the nominees' availability for Markman hearing or a statement that they could not reach an agreement as to any potential technical advisor is extended until and through February 13, 2009.

**So ORDERED and SIGNED this 2nd day of February, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{A07\7854\0004\W0384702.1 }
sf-2617079