IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFERMANCE PRICING, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC.,<br>IAC SEARCH & MEDIA, INC., and A9.COM, INC.,<br><br>　　　　　Defendants. | Case No. 2:07-CV-432 (LED)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME REGARDING THE PARTIES' P.R. 4-3 DEADLINE

On this day, the Court considered the Joint Motion for Additional Extension of Time Regarding the Parties' P.R. 4-3 Deadline filed by Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the new deadline for the parties to file their P.R. 4-3 Joint Claim Construction and Pre-hearing Statement is February 12, 2009.

**So ORDERED and SIGNED this 11th day of February, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{A07\7854\0004\W0385546.1 }
sf-2617079