# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF DEADLINE TO PROVIDE PROPOSED TECHNICAL ADVISORS

Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. respectfully file this Joint Motion seeking the Court's permission for an extension of time for the parties to provide proposed technical advisors to the Court.

The deadline for the parties to provide the name, address, phone number, and curriculum vitae for up to three (3) agreed technical advisors and information regarding the nominees' availability for Markman hearing or a statement that they could not reach an agreement as to any potential technical advisor is February 27, 2009.

Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. jointly move for the Court to extend said deadline to March 13, 2009.

WHEREFORE, Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL

LLC, Microsoft Corporation, Yahoo! Inc., and IAC Search & Media, Inc. respectfully pray that

the Court grant this Motion and extend the deadline for the parties to provide proposed technical advisors to the Court until and through March 13, 2009.

Dated: February 27, 2009

Respectfully submitted,

By:    /s/ Christin Cho

Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
Email: sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
Energy Centre
1127 Judson Road, Ste 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: capshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702

Telephone: 903/531-3535
Facsimile: 903/533-9687

Franklin Jones, Jr.
State Bar No. 00000055
Email: maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 W. Houston St.
P.O. Drawer 1249
Marshall, TX 75670

Otis W. Carroll, Jr.
State Bar No. 03895700
Email: fedserv@icklaw.com
6101 S. Broadway, Suite 500
Tyler, TX 75703

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.


By: /s/ Jennifer a. Kash
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700
Email:
jenniferkash@quinnemanuel.com
ATTORNEYS FOR DEFENDANT
AOL, LLC

By: /s/ Jennifer a. Kash
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700
Email:
jenniferkash@quinnemanuel.com
ATTORNEYS FOR DEFENDANT
GOOGLE, INC.

By: /s/ Jennifer a. Kash

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700
Email:
jenniferkash@quinnemanuel.com
ATTORNEYS FOR DEFENDANT
IAC SEARCH & MEDIA, INC.

By:   /s/ Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-70363
Email: rcederoth@sidley.com
ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

By:   /s/ John F. Bufe
P.O. Box 359 (75710)
110 N. College Ave.
500 Plaza Tower
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846
Email: johnbufe@potterminton.com
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105
ATTORNEYS FOR DEFENDANT
YAHOO!, INC.

## CERTIFICATE OF SERVICE

       I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of February, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        /s/ Christin K. Cho
                                        Christin K. Cho