IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AS TO IAC SEARCH & MEDIA, INC.

The plaintiff, Performance Pricing, Inc. ("Plaintiff") and defendant IAC Search & Media, Inc., pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), hereby move for an order dismissing all claims against IAC Search & Media, Inc. in this action WITH PREJUDICE, and dismissing all counterclaims by IAC Search & Media, Inc. against Plaintiff in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "**RELEASE AGREEMENT,**" and dated February 12, 2009, with each party to bear its own costs, expenses and attorneys' fees.

Dated: March 2, 2009

By:   /s/ Christin Cho
Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Sean Luner

1

CA State Bar No. 165443
Email: sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: capshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

By: /s/ Otis Carroll
(with permission by Christin Cho)
Otis W. Carroll, Jr.
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY,
P.C.
6101 S. Broadway, Suite 500
Tyler, TX 75703
Telephone: 903-561-1600

Facsimile: 903-581-1071
Email: fedserv@icklaw.com

Charles K. Verhoeven
David A. Perlson
Jennifer A. Kash
Antonio R. Sistos
Emily C. O'Brien
QUINN EMANUEL URQUHART OLVER & HEDGES, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700
Email:
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
jenniferkash@quinnemanuel.com
antoniosistos@quinnemanuel.com
emilyobrien@quinnemanuel.com


ATTORNEYS FOR DEFENDANT IAC SEARCH & MEDIA, INC.

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument was served on all counsel of record by E-mail and/or Federal Express this 2nd day of March, 2009.

                                          /s/ Christin Cho
                                          Christin Cho