## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

PERFORMANCE PRICING, INC.,

                Plaintiff,

v.

GOOGLE INC., AOL LLC, MICROSOFT
CORPORATION, YAHOO! INC.,
IAC SEARCH & MEDIA, INC., and
A9.COM, INC.,

                Defendants.

Case No. 2:07-cv-432 (LED)

**JURY TRIAL DEMANDED**

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE
## TO PROVIDE PROPOSED TECHNICAL ADVISORS

Having considered the parties' Joint Motion for Extension of Deadline to Provide

Proposed Technical Advisors, the Court hereby GRANTS said Motion. It is therefore

ORDERED that the deadline for the parties to provide the name, address, phone number,

and curriculum vitae for up to three (3) agreed technical advisors and information regarding the

nominees' availability for Markman hearing or a statement that they could not reach an

agreement as to any potential technical advisor is extended until and through March 13, 2009.

**So ORDERED and SIGNED this 3rd day of March, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com