IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-CV-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO PROVIDE TECHNICAL TUTORIALS

Having considered the parties' Joint Motion for Extension of Deadline to Provide Proposed Technical Tutorials, the Court hereby GRANTS said Motion. It is therefore

ORDERED that the deadline for the parties to provide technical tutorials is extended until and through March 26, 2009.

**So ORDERED and SIGNED this 4th day of March, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

51307/2814250.1