IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-CV-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## **JOINT NOTICE REGARDING A PROPOSED TECHNICAL ADVISOR**

Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, Microsoft Corporation, and Yahoo! Inc. respectfully file this Joint Notice Regarding a Proposed Technical Advisor pursuant to the Docket Control Order and the Court's March 3, 2009 Order extending the deadline.

The parties hereby notify the Court that, after meeting and conferring, they agree that a technical advisor is not necessary for this case. If the Court is inclined to appoint a technical advisor, however, the parties agree to confer further to propose one or more alternatives for the Court's consideration.

Dated: March 13, 2009                    Respectfully submitted,

*/s/ Michael A. Jacobs, with permission*
*by Michael E. Jones*
Michael A. Jacobs (mjacobs@mofo.com)
Lead Attorney
Rachel Krevans (rkrevans@mofo.com)
Richard S.J. Hung (rhung@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Michael E. Jones (mikejones@potterminton.com)
State Bar No. 10929400
John F. Bufe (johnbufe@potterminton.com)
State Bar No. 03316930
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846

*Attorneys for Defendant/Counterclaimant*
*Yahoo! Inc.*

/s/ David J. Beck
*(with permission by Michael E. Jones)*
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
Beck, Redden & Secrest, L.L.P.
One Houston Center
I22I McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile:415.875.6700

**Attorneys for Defendant**
**GOOGLE, INC. and AOL, LLC**

*/s/ Eric H. Findlay*
*(with permission by Michael E. Jones)*
Eric H. Findlay
Efindlay@findlaycraft.com
FINDLAY CRAFT
6760 Old Jacksonville
Suite 101
Tyler, TX 75703
Tel: 903-534-1100

Fax: 903-534-1137

Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

<mark>/s/ Christin Cho</mark>
<u>(with permission by Michael E. Jones)</u>
Christin Cho
christin@dovellaw.com
Gregory S. Dovel
greg@dovellaw.com
Sean Luner
sean@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

Calvin Capshaw
ccapshaw@capshawlaw.com
Elizabeth DeRieux
ederieux@capshawlaw.com
N. Claire Abernathy
cabernathy@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: 903-236-9800
Facsimile: 903-236-8787

Robert Parker
rmparker@pbatyler.com
Christopher Bunt
rcbunt@pbatyler.com
Charles Ainsworth
charley@pbatyler.com
PARKER, BUNT & AINSWORTH PC
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687

*Attorneys for Plaintiff*
**PERFORMANCE PRICING, INC.**

<mark>ג</mark>

<mark>{A07\7854\0004\W0388257.1 }5</mark>
sf-2656347

# **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 13, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                         */s/ Michael E. Jones*