| | |
|---|---|
| PERFORMANCE PRICING, INC., | |
| Plaintiff, | Civil Action No. 2-07CV-432-LED |
| v. | JURY TRIAL REQUESTED |
| GOOGLE INC.; AOL LLC; MICROSOFT CORP.; AND YAHOO! INC. | |
| Defendants. | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Google Inc. and AOL LLC ("Google and AOL") respectfully request that Katherine H. Bennett be permitted to withdraw as counsel of record for Google and AOL in this matter. The reason for this request is that Ms. Bennett has terminated her employment with Quinn Emanuel Urquhart Oliver & Hedges, LLP.

No other changes are requested regarding the other attorneys acting as counsel of record. Plaintiff does not oppose this motion.

Further, the clerk is requested to terminate ECF/CM notices as to Katherine H. Bennett for this civil action.

DATED: March 16, 2009

By  /s/ Emily C. O'Brien
    Charles K. Verhoeven, *pro hac vice*
    David A. Perlson, *pro hac vice*
    Jennifer A. Kash, *pro hac vice*
    Antonio R. Sistos, *pro hac vice*
    Emily C. O'Brien, *pro hac vice*
    Joshua L. Sohn, *pro hac vice*
    QUINN EMANUEL URQUHART OLIVER &
      HEDGES, LLP
    50 California Street, 22nd Floor
    San Francisco, California  94111
    Telephone:   (415) 875-6600
    Facsimile:   (415) 875-6700

    Attorneys for Defendants Google Inc. and AOL
    LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2009, I served the foregoing:

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

by email and via the Court's Electronic Filing System to all counsel of record.

By  /s/ Emily C. O'Brien
    Emily C. O'Brien, *pro hac vice*
    emilyobrien@quinnemanuel.com
    QUINN EMANUEL URQUHART OLIVER &
      HEDGES, LLP
    50 California Street, 22nd Floor
    San Francisco, California  94111
    Telephone:   (415) 875-6600
    Facsimile:   (415) 875-6700

    Attorney for Defendants Google Inc. and AOL
    LLC.