UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | |
| Plaintiff, | Civil Action No. 2-07CV-432-LED |
| v. | JURY TRIAL REQUESTED |
| GOOGLE INC.; AOL LLC; MICROSOFT CORP.; AND YAHOO! INC. | |
| Defendants. | |

### ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is an Unopposed Motion for Withdrawal of Katherine H. Bennett as Counsel for Defendants Google Inc. and AOL LLC ("Google and AOL"). The Court has determined that the motion should be GRANTED. It is hereby,

ORDERED that Katherine H. Bennett is withdrawn as counsel for Defendants Google Inc. and AOL LLC in this matter.

**So ORDERED and SIGNED this 17th day of March, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

51305/2829085.1