IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, | ) |
| MICROSOFT CORPORATION, | ) |
| YAHOO! INC., IAC SEARCH & | ) |
| MEDIA, INC., A9.COM, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF DEADLINE
## TO SUBMIT TECHNOLOGY TUTORIALS

Plaintiff Performance Pricing, Inc. ("Plaintiff") and Defendants Google Inc., AOL LLC, Microsoft Corporation and Yahoo! Inc. ("Defendants") file this Joint Motion seeking a short extension of time for the parties to submit technology tutorials.

The Court's Docket Control Order sets March 12, 2009 as the deadline for submitting technology tutorials. The Court subsequently entered an order extending that deadline until March 26, 2009.

Plaintiff and Defendants jointly request that the Court extend the deadline for submitting technology tutorials until April 2, 2009.

WHEREFORE, Plaintiff and Defendant respectfully pray that the Court extend the deadline for the submission of technology tutorials until and through April 2, 2009.

Dated: March 24, 2009

Respectfully submitted,

By: /s/ David J. Beck
    David J. Beck
    Texas Bar No. 00000070
    dbeck@brsfirm.com
    Michael E. Richardson
    State Bar No. 24002838
    mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos,
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

**ATTORNEYS FOR DEFENDANT GOOGLE INC. AND AOL LLC**

By: /s/ S. Calvin Capshaw
S. Calvin Capshaw
Texas Bar No. 0378900
Elizabeth L. DeRieux
Texas Bar No. 05770585
N. Claire Abernathy
Texas Bar No. 24053063
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800
(903) 236-8787 (FAX)

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
Charles Ainsworth
Texas Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (FAX)

Gregory S. Dovel
CA Bar No. 135387
Sean Luner
CA Bar No. 165443
Christin K. Cho
CA Bar No. 238173
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
(310) 657-7069 (FAX)

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

By: /s/ Richard S. J. Hung
    Michael A. Jacobs
    Rachel Krevans
    Richard S.J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000
(415) 268-7522 (FAX)

Michael E. Jones
POTTER MINTON, A PROFESSIONAL CORPORATION
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311
(903) 593-0846 (FAX)

**ATTORNEYS FOR DEFENDANT
YAHOO! INC.**


By: /s/ Eric H. Findlay
    Eric H. Findlay
    Efindlay@findlaycraft.com
FINDLAY CRAFT
6760 Old Jacksonville
Suite 101
Tyler, TX 75703
Tel: 903-534-1100
Fax: 903-534-1137

Richard A. Cederoth
Laura Kolb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

1167.00001/427552.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson