IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., A9.COM, INC., | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF
DEADLINE TO SUBMIT TECHNOLOGY TUTORIALS**

The Joint Motion for Extension of Deadline to Submit Technology Tutorials is GRANTED.

It is hereby

ORDERED that the deadline for the parties to provide technical tutorials to the Court is extended until and through April 2, 2009.

**So ORDERED and SIGNED this 25th day of March, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE