# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | |
| Plaintiff, | Civil Action No. 2-07-cv-432 (LED-JL) |
| v. | |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. | JURY DEMANDED |
| Defendants. | |

## AGREED MOTION FOR EXTENSION OF TIME FOR
## PARTIES TO SUBMIT TECHNOLOGY TUTORIALS TO THE COURT

Plaintiff Performance Pricing, Inc., ("Plaintiff") files this Agreed Motion for Extension of Time for the Parties to Submit Technology Tutorials to the Court and in support of same would show the Court as follows:

The Court's Docket Control Order sets March 12, 2009, as the deadline for submitting technology tutorials [Dkt. No. 99]. The Court subsequently entered an order extending that deadline until April 2, 2009 [Dkt. 181].

Plaintiff hereby requests an extension of time for the parties to submit their technology tutorials up to and including April 3, 2009. All parties agree to this extension.

WHEREFORE, Plaintiff respectfully prays that the Court extend the deadline for the submission of technology tutorials up to and including April 3, 2009.

Dated: April 2, 2009　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　/s/ N. Claire Abernathy
　　　　　　　　　　　　　　　　　　　　S. Calvin Capshaw
　　　　　　　　　　　　　　　　　　　　State Bar No. 03783900
　　　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　State Bar No. 05770585
　　　　　　　　　　　　　　　　　　　　N. Claire Abernathy
　　　　　　　　　　　　　　　　　　　　State Bar No. 24053063
　　　　　　　　　　　　　　　　　　　　**CAPSHAW DERIEUX, L.L.P.**
　　　　　　　　　　　　　　　　　　　　1127 Judson Road, Suite 220
　　　　　　　　　　　　　　　　　　　　Longview, Texas 75601
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 236-9800
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 236-8787
　　　　　　　　　　　　　　　　　　　　Email: ccapshaw@capshawlaw.com
　　　　　　　　　　　　　　　　　　　　Email: ederieux@capshawlaw.com
　　　　　　　　　　　　　　　　　　　　Email: cabernathy@capshawlaw.com

　　　　　　　　　　　　　　　　　　　　Robert M. Parker
　　　　　　　　　　　　　　　　　　　　State Bar No. 15498000
　　　　　　　　　　　　　　　　　　　　E-mail: rmparker@pbatyler.com
　　　　　　　　　　　　　　　　　　　　Robert Christopher Bunt
　　　　　　　　　　　　　　　　　　　　State Bar No. 00787165
　　　　　　　　　　　　　　　　　　　　E-mail: rcbunt@pbatyler.com
　　　　　　　　　　　　　　　　　　　　Charles Ainsworth
　　　　　　　　　　　　　　　　　　　　State Bar No. 00783521
　　　　　　　　　　　　　　　　　　　　E-mail: charley@pbatyler.com
　　　　　　　　　　　　　　　　　　　　Parker, Bunt & Ainsworth, P.C.
　　　　　　　　　　　　　　　　　　　　100 East Ferguson, Suite 1114
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 531-3535
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 533-9687

　　　　　　　　　　　　　　　　　　　　Gregory S. Dovel
　　　　　　　　　　　　　　　　　　　　CA Bar No. 135387
　　　　　　　　　　　　　　　　　　　　E-mail: greg@dovellaw.com
　　　　　　　　　　　　　　　　　　　　Sean Luner
　　　　　　　　　　　　　　　　　　　　CA Bar No. 165443
　　　　　　　　　　　　　　　　　　　　E-mail: sean@dovellaw.com
　　　　　　　　　　　　　　　　　　　　Christin K. Cho
　　　　　　　　　　　　　　　　　　　　CA Bar No 238173
　　　　　　　　　　　　　　　　　　　　E-mail: christin@dovellaw.com

Dovel & Luner, L.L.P.
201 Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

### **CERTIFICATE OF CONFERENCE**

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ Christin K. Cho by permission NCA

### **CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of April, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy