UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br>     Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. <br><br>     Defendants. | Civil Action No. 2-07-cv-432 (LED) <br><br> JURY DEMANDED |

## ORDER

Came on for consideration Plaintiff Performance Pricing, Inc.'s Agreed Motion for Extension of Time for Parties to Submit Technology Tutorials to the Court and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Agreed Motion for Extension of Time for Parties to Submit Technology Tutorials to the Court is GRANTED and the deadline for submission of technology tutorials is extended up to and including April 3, 2009.

**So ORDERED and SIGNED this 3rd day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE