IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, | ) |
| MICROSOFT CORPORATION, | ) |
| YAHOO! INC., IAC SEARCH & | ) |
| MEDIA, INC., A9.COM, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBMISSION OF COPIES OF UNPUBLISHED CASES
CITED IN DEFENDANTS' JOINT RESPONSE BRIEF ON CLAIM CONSTRUCTION**

Defendants Google Inc, AOL LLC and Microsoft Corporation file copies of the following unpublished cases cited in Defendants' Joint Response Brief on Claim Construction:

Tab A: *Bid for Position, LLC v. AOL LLC et al.*, 2008 WL 5784151 (E.D. Va. 2008)

Tab B: *Bright Solutions, Inc. v. Tire Seal, Inc.*, 2008 WL 5428163 (E.D. Tex. 2008)

Tab C: *Lifenet, Inc. v. Musculoskeletal Transplant Found.*, 2007 WL 1815629 (E.D. Va. 2007)

Tab D: *Techradium, Inc. v. Blackboard Connect Inc.*, 2009 WL 1152985 (E.D. Tex. 2009)

Dated: June 5, 2009                    Respectfully submitted,


                                       By:  /s/ David J. Beck
                                            David J. Beck
                                            Michael E. Richardson
                                       BECK REDDEN & SECREST, L.L.P.
                                       One Houston Center
                                       1221 McKinney St., Suite 4500
                                       Houston, Texas 77010
                                       Telephone: (713) 951-3700
                                       Facsimile: (713) 951-3720 (Fax)
                                       jbeck@brsfirm.com
                                       mrichardson@brsfirm.com

                                       QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
                                            David A. Perlson
                                            Charles K. Verhoeven
                                            David A. Perlson
                                            Antonio R. Sistos
                                            Emily C. O'Brien
                                       50 California Street, 22nd Floor
                                       San Francisco, California 94111
                                       Telephone: (415-875-6600
                                       Facsimile: 415-875-6700
                                       charlesverhoeven@quinnemanuel.com
                                       davidperlson@quinnemanuel.com
                                       jenniferkash@quinnemanuel.com
                                       antoniosistos@quinnemanuel.com
                                       emilyobrien@quinnemanuel.com

                                       **ATTORNEYS FOR DEFENDANTS**
                                       **GOOGLE INC. AND AOL LLC**

By: /s/ Richard A. Cederoth
    Richard A. Cederoth
    David T. Pritikin
    Laura L. Kolb
    John W. McBride
SIDLEY AUSTIN
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dpritikin@sidley.com
rcederoth@sidley.com
lkolb@sidley.com
jwmcbride@sidley.com

    Eric Hugh Findlay
RAMEY & FLOCK
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
efindlay@rameyflock.com

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

# CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 5th day of June, 2009, with a copy of the above document via the court's CM/ECF system per local rule CV-5(a)(3).

/s/ Michael E. Richardson
Michael E. Richardson