UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC.<br><br>Defendants. | Civil Action No. 2:07-cv-432 (LED/JDL)<br><br>JURY DEMANDED |

## AGREED MOTION FOR EXTENSION OF CERTAIN DEADLINES AND PAGE LIMITS

COMES NOW Plaintiff, Performance Pricing, Inc., and files this Agreed Motion for Extension of Certain Deadlines and Page Limits in said cause and in support of such motion would respectfully show the Court as follows: The current deadline for Plaintiff's Reply Claim Construction Brief is June 5, 2009, plaintiff respectfully requests an extension until June 8 to file its Reply Claim Construction Brief. Additionally, Plaintiff requests a page limit extension from 10 pages to 18 pages on its Reply Claim Construction Brief.

Plaintiff also requests the Court allow Google, Inc., AOL LLC, Microsoft Corporation, Yahoo! Inc., IAC Search & Media, Inc. and A9.com, Inc. (collectively "defendants") to file a Sur-Reply Claim Construction Brief of no greater than 10 pages in length, to be filed no later than June 12, 2009.

Plaintiff has conferred with Defendants, and Defendants are not opposed to the requests in this Motion.

Dated: June 5, 2009                                         Respectfully submitted,

1

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Email: ccapshaw@capshawlaw.com
    Elizabeth L. DeRieux
    State Bar No. 05770585
    Email: ederieux@capshawlaw.com
    N. Claire Abernathy
    State Bar No. 24056650
    Email: chenry@capshawlaw.com
    D. Jeffrey Rambin
    State Bar No. 00791478
    Email: jrambin@capshawlaw.com
    Capshaw DeRieux, LLP
    1127 Judson Road, Suite 220
    Longview, TX 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787

    Robert M. Parker
    State Bar No. 15498000
    Email: rmparker@pbatyler.com
    Robert Christopher Bunt
    State Bar No. 00787165
    Email: rcbunt@pbatyler.com
    Charles Ainsworth
    State Bar No. 00783521
    Email: charley@pbatyler.com
    Parker, Bunt & Ainsworth, P.C.
    100 East Ferguson, Ste. 1114
    Tyler, TX 75702
    Telephone: (903) 531-3535
    Facsimile: (903) 533-9687

    Gregory S. Dovel
    CA State Bar No. 135387
    E-mail: greg@dovellaw.com
    Sean Luner
    CA State Bar No. 165443
    E-mail: sean@dovellaw.com
    Christin K. Cho
    CA State Bar No. 238173
    E-mail: christin@dovellaw.com
    Dovel & Luner, LLP
    201 Santa Monica Blvd., Suite 600

Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

**CERTIFICATE OF CONFERENCE**

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and that this motion is unopposed.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2009. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux