UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC. <br><br> Defendants. | Civil Action No. 2:07-cv-432 (LED/JDL) <br><br> JURY DEMANDED |

## ORDER

Before the Court is Plaintiff Performance Pricing, Inc.'s Agreed Motion for Extension of Certain Deadlines and Page Limits. After careful consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiff Performance Pricing, Inc.'s Agreed Motion for Extension of Certain Deadlines and Page Limits is GRANTED. It is further ORDERED that Plaintiff Performance Pricing, Inc. may file its Reply Claim Construction Brief on or before June 8, 2009 and may have an additional eight (8) pages in which to file their Reply Claim Construction Brief for a total of eighteen (18) pages.

It is further ORDERED that Defendants may file a Sur-Reply Claim Construction Brief on or before June 12, such brief not to exceed 10 pages.

**So ORDERED and SIGNED this 8th day of June, 2009.**

1

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE