IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORP., YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | CASE NO.  2:07-cv-432 (LED) <br><br> **Jury trial demanded** |

**Notice of Estimate of Time Needed for Markman Hearing**

Please take notice that the parties estimate that they will need a total of four hours for the Markman hearing, with each side receiving a total of two hours.

Dated June 9, 2009                                           Respectfully submitted,

By:   /s/ Christin Cho

Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
Email:  greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
Email:  sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

S. Calvin Capshaw

1

State Bar No. 03783900  
Elizabeth L. DeRieux  
State Bar No. 05770585  
Capshaw DeRieux, L.L.P.  
Energy Centre  
1127 Judson Road, Ste 220  
P. O. Box 3999 (75606-3999)  
Longview, Texas 75601-5157  
Telephone: (903) 236-9800  
Facsimile: (903) 236-8787  
Email:  capshaw@capshawlaw.com  
Email:  ederieux@capshawlaw.com  

Robert M. Parker  
State Bar No. 15498000  
Email: rmparker@cox-internet.com  
Robert Christopher Bunt  
State Bar No. 00787165  
Email: cbunt@cox-internet.com  
Parker & Bunt, P.C.  
100 East Ferguson, Ste. 1114  
Tyler, TX 75702  
Telephone:  903/531-3535  
Facsimile: 903/533-9687  

ATTORNEYS FOR PLAINTIFF  
PERFORMANCE PRICING, INC.

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing document was served, via E-mil, on counsel for Defendants this 9th day of June, 2009.

              /s/ Christin Cho
                Christin Cho