UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC.; AOL LLC; MICROSOFT CORP.; YAHOO! INC.; AND IAC SEARCH & MEDIA, INC., <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br> (Eastern District of Texas) <br><br><br> **JURY TRIAL DEMANDED** |

## **JOINT MOTION TO EXTEND DEADLINE FOR FIRST ROUND OF MEDIATION**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Performance Pricing, Inc. ("Plaintiff") and Defendants Google Inc., AOL LLC, and Microsoft Corporation ("Defendants") file this joint motion and respectfully ask the Court to extend one deadline in this matter. Plaintiff and Defendants would show the Court as follows:

1. Pursuant to the Court's Order Granting Joint Motion to Extend Deadline for First Round of Mediation, the current deadline for the parties to complete the first round of mediation is July 31, 2009.

2. Plaintiff and Defendants request an extension of the mediation deadline in order to accommodate the schedules of both the parties and the assigned mediator, who were unavailable on the same date prior to July 31, 2009. Additionally, mediation has now been scheduled with Judge Infante for August 13, 2009.

3. Plaintiff and Defendants believe a third extension of the deadline for the first round of mediation would be helpful, and therefore respectfully request this Court to extend the deadline to August 13, 2009.

4. Plaintiff and Defendants seek this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Plaintiff and Defendants request that the Court extend the deadline for the first round of mediation until August 13, 2009.

DATED: June 10, 2009

*/s/ Emily C. O'Brien*
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700

***Attorneys for Defendant*
GOOGLE INC. and AOL LLC**

/s/ Laura A. Kolb
*(with permission by Emily C. O'Brien)*
Eric H. Findlay
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 757 02-0629
(903) 510-5213
(903) 597-2413 (FAX)

Richard A. Cederoth
Laura A. Kolb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

|  | */s/ Christin Cho* |
|---|---|
|  | *(with permission by Emily C. O'Brien)* |

Christin Cho
christin@dovellaw.com
Gregory S. Dovel
greg@dovellaw.com
Sean Luner
sean@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

Calvin Capshaw
ccapshaw@capshawlaw.com
Elizabeth DeRieux
ederieux@capshawlaw.com
N. Claire Abernathy
cabernathy@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: 903-236-9800
Facsimile: 903-236-8787

Robert Parker
rmparker@pbatyler.com
Christopher Bunt
rcbunt@pbatyler.com
Charles Ainsworth
charley@pbatyler.com
PARKER, BUNT & AINSWORTH PC
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687

*Attorneys for Plaintiff*
**PERFORMANCE PRICING, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 10, 2009.

*/s/ Emily C. O'Brien*