4745

**Appendix K**

FILED-CLERK
U.S. DISTRICT COURT

**Revised: 1/24/07**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

2009 JUN 11 AM 9: 55

IN EASTERN-MARSHALL

BY_____

1. This application is being made for the following: **Case # 2:07-CV-432 (LED)**

   Style: **PERFORMANCE PRICING, INC. V. GOOGLE INC., ET AL**

2. Applicant is representing the following party/ies: **MICROSOFT CORPORATION**

3. Applicant was admitted to practice in **Michigan** (state) on **November 15, 1990** (date) and **California** (state) on **June 6, 1994**

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page

7. Applicant has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: **State of Michigan, U.S. District Court for the Western District of Michigan and the U.S. District Court for the Eastern District of Michigan; State of California, U.S. District Court for the Northern District of California and U.S. District Court for the Central District of California.**

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, **Bryan K. Anderson**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _6/9/09_      Signature _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

Name (please print):    Bryan K. Anderson
State Bar Number:    17066
Firm Name:    Sidley Austin LLP
Address/P.O. Box:    555 California St., Suite 2000
City/State/Zip:    San Francisco, CA 94104
Telephone #:    (415) 772-1200
Fax #:    (415) 772-1274
E-mail Address:    bkanderson@sidley.com
Secondary E-Mail
     Address:    mobri2@earthlink.net

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____ 6-11-09 _____

_____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
    Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004745

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Thursday, June 11, 2009**

Received from:

**SIDLEY**

**CHICAGO, IL**

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07cv432 PHV Anderson**

Comments: **ck 668650**

Received by: **pa**