UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC.; AOL LLC; MICROSOFT CORP.; YAHOO! INC.; AND IAC SEARCH & MEDIA, INC., <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br> (Eastern District of Texas) <br><br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR FIRST ROUND OF MEDIATION

On this day, the Court considered the Joint Motion to Extend Deadline for First Round of Mediation filed by Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, and Microsoft Corporation. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the new deadline for the first round of mediation is August 13, 2009.

**So ORDERED and SIGNED this 12th day of June, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1