**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERFORMANCE PRICING, INC.** <br> Plaintiff, <br><br> v. <br><br> **GOOGLE, INC., AOL LLC, MICROSOFT CORPORATION, AND YAHOO! INC.** <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:07-CV-432-LED-JDL |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Microsoft Corporation, files this Notice of Appearance, and hereby notifies the Court that Brian Craft, of the law firm Findlay Craft LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Defendant. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

June 17, 2009

Respectfully Submitted,

/s/ Brian Craft
Brian Craft
State Bar No. 04972020
Findlay Craft LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
(903) 534-1100
(903) 534-1137 FAX
bcraft@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2009, true and correct copies of the foregoing were served upon all parties via the Court's ECF delivery system.

/s/ Brian Craft
Brian Craft