# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC.<br><br>                Defendants. | Civil Action No. 2-07-cv-432 (LED-JL)<br><br>JURY DEMANDED |

## NOTICE OF FILING OF P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART

Plaintiff and Defendants hereby respectfully notify the Court that they have complied with Patent Rule 4-5(d) on June 15, 2009. The Joint Claim Construction Chart is attached hereto as Exhibit A. A WordPerfect version of this chart was hand delivered to the Court on June 15, 2009.


Dated: June 22, 2009                              Respectfully submitted,

/s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
**CAPSHAW DERIEUX, L.L.P.**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: cabernathy@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
E-mail: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
E-mail: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
E-mail: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Gregory S. Dovel
CA Bar No. 135387
E-mail: greg@dovellaw.com
Sean Luner
CA Bar No. 165443
E-mail: sean@dovellaw.com
Christin K. Cho
CA Bar No 238173
E-mail: christin@dovellaw.com
Dovel & Luner, L.L.P.
201 Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

**ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.**

/s/ Emily O'Brien *by permission ELD*
David J. Beck
Michael E. Richardson
Beck, Redden & Secrest
1221 McKinney Street, Suite 4500
Houston, Texas 77010-3700
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
E-mail: dbeck@brsfirm.com
E-mail: mrichardson@brsfirm.com

Antonio Sistos
Charles K. Verhoeven
David Perlson
Emily C. O'Brien
Jamie Lisagor
Jennifer A. Kash
Joshua Sohn
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
E-mail: antoniosistos@quinnemanuel.com
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davidperlson@quinnemanuel.com
E-mail: emilyobrien@quinnemanuel.com
E-mail: jamielisagor@quinnemanuel.com
E-mail: jenniferkash@quinnemanuel.com
E-mail: joshuasohn@quinnemanuel.com

**ATTORNEYS FOR GOOGLE INC. and
AOL LLC**

/s/ Laura L. Kolb *by permission ELD*
Eric H. Findlay
Roger B. Craft
Findlay Craft
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137
E-mail:  efindlay@findlaycraft.com

Bryan K. Anderson
Sidley Austin LLP – San Francisco
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-1274
E-mail:  bkanderson@sidley.com

David T. Pritikin
John W. McBride
Laura L. Kolb
Richard A. Cederoth
Sidley Austin – Chicago
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-9983
Facsimile:  (312) 853-7036
E-mail: dpritikin@sidley.com
E-mail: jwmcbride@sidley.com
E-mail: lkolb@sidley.com
E-mail: rcederoth@sidley.com

**ATTORNEYS FOR**
**MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of June, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux