UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | |
| Plaintiff, | Civil Action No. 2-07CV-432-LED <br> (Eastern District of Texas) |
| v. | |
| GOOGLE INC.; AOL LLC; MICROSOFT CORP.; YAHOO! INC.; AND IAC SEARCH & MEDIA, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCLOSURES, DISCOVERY AND DISPOSITIVE MOTIONS

On this day, the Court considered the Joint Motion to Extend Deadlines for Expert Disclosures, Discovery and Dispositive Motions filed by Plaintiff Performance Pricing, Inc. and Defendants Google Inc., AOL LLC, and Microsoft Corporation. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore ORDERED that the:

Deadline for parties with the burden of proof to designate expert witnesses, and that expert reports are due, is September 18, 2009;

Deadline to designate responsive expert witnesses, and that are expert reports due, is October 30, 2009;

Discovery deadline is November 13, 2009;

Last day to file dispositive motions (including Daubert) is November 20, 2009; and

Last day to respond to dispositive motions (including Daubert) is December 18, 2009.

1

**So ORDERED and SIGNED this 22nd day of June, 2009.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE