IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AS TO MICROSOFT CORPORATION

Performance Pricing, Inc. ("Plaintiff") and Defendant Microsoft Corporation ("Microsoft) pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), hereby move for an order dismissing all claims by Plaintiff against Microsoft in this action WITH PREJUDICE, and dismissing all counterclaims by Microsoft against Plaintiff in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 29, 2009                By:    /s/ Christin Cho
                                           Christin Cho
                                           CA State Bar No. 238173
                                           Email: christin@dovellaw.com
                                           Gregory S. Dovel
                                           CA State Bar No. 135387
                                           Email: greg@dovellaw.com
                                           Sean Luner
                                           CA State Bar No. 165443
                                           Email: sean@dovellaw.com
                                           Dovel & Luner, LLP
                                           201 Santa Monica Blvd., Suite 600

Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: capshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

By:  /s/ Richard A. Cederoth
(with permission by Christin Cho)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-70363
Email: rcederoth@sidley.com

ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of June, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Christin Cho
Christin Cho