# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | |
| Plaintiff, | |
| v. | Case No. 2:07-cv-432 (LED) |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT FURTHER LIMITED CLAIM CONSTRUCTION BRIEFING

Plaintiff Performance Pricing, Inc. respectfully files this Unopposed Motion seeking the Court's permission for a two-day extension of the deadline for Plaintiff to submit further claim construction briefing limited to the disputes identified in section 4 (pp. 4-5) of the Court's Order issued on July 15, 2009 (Docket No. 218) ("Order"), and in support of the same would show the Court as follows:

The deadline for Plaintiff to submit the further limited claim construction briefing under section 4 of the Order is Monday, July 20, 2009, and the deadline for Defendants to submit its response is Friday, July 24, 2009.

Plaintiff requests an extension of its deadline because Plaintiff's lead counsel, Greg Dovel, will be out of town from Friday, July 17, until Monday, July 20, 2009. Plaintiff believes that an extension of the deadline is necessary to complete the briefing. The motion is unopposed by Defendants.

WHEREFORE, Plaintiff respectfully requests that this Court adjust the briefing schedule

as follows:

Deadline for Plaintiff to submit further claim construction briefing to Wednesday, July 22, 2009;

Deadline for Defendants to submit further claim constructing briefing to Tuesday, July 28, 2009.

Dated: July 16, 2009                 Respectfully submitted,

By:   /s/ Christin Cho

Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
Email:  greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
Email:  sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
Energy Centre
1127 Judson Road, Ste 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  capshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com

Robert M. Parker

State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  903/531-3535
Facsimile: 903/533-9687


ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of July, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Christin K. Cho
Christin K. Cho