# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Came on for consideration Plaintiff Performance Pricing, Inc.'s Unopposed Motion for Extension of Time to Submit Further Limited Claim Construction Briefing and the Court is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED that the new deadline for Plaintiff to submit the further limited claim construction briefing under section 4 (pp. 4-5) of the Court's July 15, 2009 Order is Wednesday, July 22, 2009, and the new deadline for Defendants to submit its response is Tuesday, July 28, 2009.

**So ORDERED and SIGNED this 17th day of July, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE