IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORP., YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | CASE NO. 2:07-cv-432 (LED) <br><br> **Notice of Appearance** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Richard E. Lyon, enters his appearance in this matter as counsel for Plaintiff Performance Pricing, Inc. for the purpose of receiving notices and orders from the Court.

Dated: July 22, 2009

Respectfully submitted,

By:   /s/ Richard E. Lyon

Richard E. Lyon
CA State Bar No. 229288
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: rick@dovellaw.com

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

## CERTIFICATE OF SERVICE

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 22, 2009, with a copy if this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          /s/ Richard E. Lyon