IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, | ) |
| MICROSOFT CORPORATION, | ) |
| YAHOO! INC., IAC SEARCH & | ) |
| MEDIA, INC., A9.COM, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT GOOGLE INC.'S UNOPPOSED MOTION FOR LEAVE TO EXTEND DEADLINE FOR RESPONDING TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS REGARDING GOOGLE'S CALCULATION OF ACTUAL COST PER CLICK AND QUALITY SCORE**

The current deadline for Defendant Google Inc. ("Google") to file a response to Plaintiff's Motion to Compel Documents Regarding Google's Calculation of Actual Cost Per Click and Quality Score is July 23, 2009. Google requests that the deadline for filing its response be extended to and including July 30, 2009.

Plaintiff Performance Pricing, Inc. ("Plaintiff") does not oppose this motion.

WHEREFORE, Google requests that the deadline for filing its response to Plaintiff's Motion to Compel Documents Regarding Google's Calculation of Actual Cost Per Click and Quality be extended to and including July 30, 2009.

1167.00001/436250.1

Dated: July 23, 2009                    Respectfully submitted,

                                                        By: /s/ David J. Beck
                                                             David J. Beck
                                                             Texas Bar No. 00000070
                                                             dbeck@brsfirm.com
                                         **BECK, REDDEN & SECREST, L.L.P.**
                                         One Houston Center
                                         1221 McKinney St., Suite 4500
                                         Houston, Texas 77010
                                         (713) 951-3700
                                         (713) 951-3720 (Fax)

                                         **LEAD ATTORNEY FOR DEFENDANT GOOGLE INC.**

OF COUNSEL:

Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
David A. Perlson (admitted *pro hac vice*)
davidperlson@quinnemanuel.com
Antonio R. Sistos (admitted *pro hac vice*)
antoniosistos@quinnemanuel.com
Emily C. O'Brien (admitted *pro hac vice*)
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson

## CERTIFICATE OF CONFERENCE

Counsel for Google has conferred with Counsel for Plaintiff regarding the relief requested herein and Plaintiff is unopposed to such motion.

/s/ Michael E. Richardson
Michael E. Richardson

1167.00001/436250.1