IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:07-cv-432 (LED) |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, ) | |
| MICROSOFT CORPORATION, ) | |
| YAHOO! INC., IAC SEARCH & ) | |
| MEDIA, INC., A9.COM, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANT GOOGLE INC.'S UNOPPOSED MOTION FOR LEAVE TO EXTEND DEADLINE FOR RESPONDING TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS REGARDING GOOGLE'S CALCULATION OF ACTUAL COST PER CLICK AND QUALITY SCORE**

Before the Court is Defendant Google Inc.'s Unopposed Motion for Leave to Extend Deadline for Responding to Plaintiff's Motion to Compel Documents Regarding Google's Calculation of Actual Cost Per Click and Quality Score. The Court finds that the motion should be GRANTED. Therefore, it is hereby

**ORDERED** that the deadline for Google Inc. to file a response to Plaintiff's Motion to Compel Documents Regarding Google's Calculation of Actual Cost Per Click and Quality Score is extended to and including July 30, 2009.

So ORDERED and SIGNED this 24th day of July, 2009.

-4-                                         *[signature: John D. Love]*
                                             JOHN D. LOVE
                                             UNITED STATES MAGISTRATE JUDGE

1167.00001/436250.1