IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
SUBMIT THEIR SUPPLEMENTAL RESPONSE BRIEF ON CLAIM CONSTRUCTION**

The current deadline for Defendants Google Inc. and AOL LLC (collectively, "Defendants") to submit a supplemental response claim construction brief as ordered by the Court in section 4 (pp. 4-5) of the Court's Order issued on July 15, 2009 (Docket No. 218) ("Order") is Tuesday, July 28, 2009. Plaintiff submitted its supplemental claim construction brief pursuant to section 4 of the Order on Wednesday, July 22, 2009, following a two-day extension granted by the Court.

Plaintiff Performance Pricing ("Plaintiff") does not oppose this motion.

WHEREFORE, Defendants respectfully request that the deadline for Defendants to submit a supplemental response brief on claim constructing be extended to Thursday, July 30, 2009.

Dated: July 28, 2009                    Respectfully submitted,

                                        By: ___/s/ Antonio R. Sistos_____

                                        QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
                                            Charles K. Verhoeven
                                            David A. Perlson
                                            Jennifer A. Kash
                                            Antonio R. Sistos
                                            Emily C. O'Brien
                                        50 California Street, 22nd Floor
                                        San Francisco, California 94111
                                        Telephone: (415) 875-6600
                                        Facsimile: (415) 875-6700
                                        charlesverhoeven@quinnemanuel.com
                                        davidperlson@quinnemanuel.com
                                        jenniferkash@quinnemanuel.com
                                        antoniosistos@quinnemanuel.com
                                        emilyobrien@quinnemanuel.com

                                        BECK REDDEN & SECREST, L.L.P.
                                            David J. Beck
                                            Michael Ernest Richardson
                                        One Houston Center
                                        1221 McKinney St. Suite 4500
                                        Houston, Texas 77010-2010
                                        Telephone: (713) 951-3700
                                        Facsimile: (713) 951-3720
                                        jbeck@brsfirm.com
                                        mrichardson@brsfirm.com

                                        Attorneys for Defendants Google Inc. and AOL
                                        LLC

**CERTIFICATE OF SERVICE**

      I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 28, 2009.

      /s/ Antonio R. Sistos
      Antonio R. Sistos

**CERTIFICATE OF CONFERENCE**

      I certify that Defendants have conferred with Plaintiff regarding the relief requested herein and Plaintiff is unopposed to such motion.

      /s/ Antonio R. Sistos
      Antonio R. Sistos