# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS GOOGLE INC. AND AOL LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SUBMIT THEIR SUPPLEMENTAL RESPONSE BRIEF ON CLAIM CONSTRUCTION

Before the Court is Defendants Google Inc. and AOL LLC's (collectively, "Defendants") Unopposed Motion for an Extension of Time to Submit to Submit Their Supplemental Response Brief on Claim Construction as ordered by the Court in section 4 (pp. 4-5) of the Court's Order issued on July 15, 2009 (Docket No. 218) ("Order").  The Court finds that the motion should be GRANTED.  Therefore, it is hereby

**ORDERED** that the deadline for Defendants to submit a supplemental response brief on claim constructing is extended to Thursday, July 30, 2009.

**So ORDERED and SIGNED this 29th day of July, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE