UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br><br> JURY TRIAL REQUESTED |

## ORDER

Before the Court is Plaintiff Performance Pricing, Inc.'s Motion to Compel Documents Regarding Google's Calculation of Actual Cost Per Click and Quality Score. Having read and considered the moving and opposition papers and the evidence submitted in support thereof, the Court now DENIES Plaintiff's motion.