QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and
AOL LLC

FILED 2009 AUG 28 AM 11: 47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | CASE NO.: **CV09-6283 GAF (CTx)** <br><br> **DISCOVERY MATTER** <br><br> **DEFENDANT GOOGLE INC. AND AOL LLC'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP LLC** <br><br> Crtrm.: ROYBAL - 740 <br> Judge: GARY A. FEESS <br> Hrg. Date: 9/21/2009 <br> Hrg. Time: 9:30 AM |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____, at _____, or as soon thereafter as this matter can be heard before the Honorable _____ of the United States District Court for the Central District of California, at 411 West Fourth Street, Santa Ana, CA 92701-4516, Defendants Google Inc. and AOL LLC ("Defendants") will and hereby do move to compel the production of documents by third parties Neal Cohen and Vista IP Law Group, LLP ("Cohen").

The parties have met and conferred in good faith in an attempt to resolve this dispute as required by Local Rule 37-1. *See generally* Declaration of Emily C. O'Brien.

This Motion is related to *Performance Pricing, Inc. v. Google Inc. et al.*, Case No. 2:07-cv-432 (LED), currently pending in the Eastern District of Texas. Discovery closes on November 13, 2009. The pretrial conference is set for March 18, 2010. Trial begins on April 12, 2010.

This Motion is based on this Notice of Motion, the Joint Stipulation of the parties pursuant to Local Rule 37-2, the Declaration of Emily C. O'Brien, the exhibits thereto, and upon such oral argument and submissions that may be presented at or before the hearing on this Motion.

DATED: August 25, 2009          Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *David A. Perlson*
David A. Perlson

Attorneys for Defendant Google Inc. and AOL LLC