# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Performance Pricing, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Google, Inc. et al.,<br><br>Defendants. | 2:07-cv-432 (LED)<br><br>PRIVILEGE LOG CORRESPONDING TO: 1) SUBPOENA COMMANDING NON-PARTY NEAL M. COHEN TO PRODUCE DOCUMENTS; AND 2) SUBPOENA COMMANDING NON-PARTY VISTA IP LAW GROUP LLP TO PRODUCE DOCUMENTS |

The Privilege Log attached hereto as Exhibit A is being produced in connection with: 1) **RESPONSE TO SUBPOENA COMMANDING NON-PARTY NEAL M. COHEN TO PRODUCE DOCUMENTS**; and 2) **RESPONSE TO SUBPOENA COMMANDING NON-PARTY VISTA IP LAW GROUP LLP TO PRODUCE DOCUMENTS**. All documents identified in said Privilege Log are being withheld on the bases identified, and are not being produced.

The following abbreviations are used in the Privilege Log:

"NMC" means Neal M. Cohen;

"WL" means Wayne Lin;

"VLS" means Valerie L. Sarigumba, who was at all relevant times an associate attorney at Vista IP Law Group LLP;

"JLL" means Jocelyn L. Lee, who was at all relevant times a senior paralegal at Vista IP Law Group LLP;

"A/C" means a claim of Attorney / Client Privilege;

"W/P" means a claim of Work Product;

"TPM" means a claim of Trial Preparation Materials.

_____10-6-08_____  _____/s/ Neal M. Cohen_____
Dated                 Neal M. Cohen

_____10-6-08_____  _____/s/ Neal M. Cohen_____
Dated                 Vista IP Law Group LLP
                      by Neal M. Cohen

EXHIBIT C
PAGE 64

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 1 | various | NMC | WL | 27 Word files (letters re: 09/342,866) | A/C, W/P, TPM |
| 2 | various | NMC | N/A | 50 Word files (drafts of legal documents) | W/P, TPM |
| 3 | various | NMC | WL | 40 Word files (letters re: trademarks) | A/C, W/P, TPM |
| 4 | various | NMC | WL | 9 Word files (letters re: PCT application) | A/C, W/P, TPM |
| 5 | various | NMC | WL | 4 Word files (letters re: patent application) | A/C, W/P, TPM |
| 6 | various | NMC | WL | 6 Word files (letters re: Japanese patent application) | A/C, W/P, TPM |
| 7 | various | NMC | Japanese patent counsel | 7 Word files (letters re: Japanese patent application) | A/C, W/P, TPM |
| 8 | various | NMC | WL | 6 Word files (letters re: Korean patent application) | A/C, W/P, TPM |
| 9 | various | NMC | Korean patent counsel | 2 Word files (letters re: Korean patent application) | A/C, W/P, TPM |
| 10 | various | NMC | N/A | 7 Word files (drafts of various legal documents, legal research notes) | W/P, TPM |
| 11 | various | NMC | WL | 14 word files (letters to client re: various legal matters) | A/C, W/P, TPM |
| 12 | 06/07/1999 | WL | NMC | Inventor notes / attorney notes | A/C, W/P, TPM |

EXHIBIT C
PAGE 65

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 13 | 06/10/1999 - 10/04/2002 | WL, NMC, Sam Stone | WL, NMC, Sam Stone | Attorney notes and correspondence file re: U.S. Patent application S/N 09/342,866, including 3.5" floppy disk dated 06/15/1999 | A/C, W/P, TPM |
| 14 | 06/14/1999 | Sam Stone, counsel | NMC | email w/ attachment re: patent application (includes email chain from 06/07/1999 - 06/13/1999 b/t Sam Stone and WL) | A/C, W/P, TPM |
| 15 | 06/28/1999 | WL | NMC | Inventor notes | A/C, W/P, TPM |
| 16 | 11/10/1999 | NMC | WL | hardcopy email | A/C, W/P, TPM |
| 17 | 11/29/1999 - 05/07/2002 | NMC | WL | letters re: U.S. Trademark Application S/N. 75/845,119 | A/C, W/P, TPM |
| 18 | 12/06/1999 - 09/10/2001 | NMC | WL | letters re: U.S. Trademark Application S/N. 75/850,356 | A/C, W/P, TPM |
| 19 | 12/13/1999 - 01/17/2002 | NMC | WL | Attorney notes and correspondence file re: PCT Patent application S/N PCT/US99/30811 | A/C, W/P, TPM |
| 20 | 12/13/1999 | NMC | N/A | 2 text files (drafts of legal documents) | W/P, TPM |
| 21 | 12/13/1999 | NMC | N/A | 1 Zip file (draft of legal documents) | W/P, TPM |
| 22 | 12/14/1999 | NMC | WL | letter with attached legal research memo | A/C, W/P, TPM |
| 23 | 01/26/2000 - 09/10/2001 | NMC | WL | letters re: U.S. Trademark Application S/N. 75/910,068 | A/C, W/P, TPM |

EXHIBIT C PAGE 44

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 24 | 02/05/2000 - 01/29/2001 | NMC | WL | hardcopy emails and letters re: U.S. Trademark Application S/N. 75/925,227 | A/C, W/P, TPM |
| 25 | 03/13/2000 - 09/26/2002 | NMC | WL | letters and hardcopy emails re: Japanese pat. app. S/N 2000-195243 | A/C, W/P, TPM |
| 26 | 04/05/2000 - 09/27/2002 | NMC, Japanese patent counsel | NMC, Japanese patent counsel | correspondence re: Japanese pat. app. S/N 2000-195243 | A/C, W/P, TPM |
| 27 | 05/16/2000 - 09/26/2002 | NMC, WL | WL, NMC | letters and hardcopy emails re: U.S. Trademark Application S/N. 78/010,243 | A/C, W/P, TPM |
| 28 | 05/31/2000 - 10/04/2002 | NMC | WL (some attorney notes have no recipient) | Attorney notes and correspondence file re: US Pat. app. S/N 09/585,902 | A/C, W/P, TPM |
| 29 | 09/13/2000 | NMC | N/A | 2 Word files (drafts of legal documents) | W/P, TPM |
| 30 | 11/01/2001 - 10/13/2004 | NMC, Korean patent counsel | NMC, Korean patent counsel | correspondence re: Korean pat. app. S/N 10-2001-7016629 | A/C, W/P, TPM |
| 31 | 11/16/2001 - 09/26/2002 | NMC, WL | WL, NMC | letters and hardcopy emails re: Korean pat. app. S/N 10-2001-7016629 | A/C, W/P, TPM |
| 32 | 10/29/2002 | NMC | WL | email | A/C, W/P, TPM |
| 33 | 12/27/2002 | NMC | WL | email | A/C, W/P, TPM |
| 34 | 06/12/2003 | NMC | WL | email | A/C, W/P, TPM |
| 35 | 07/22/2003 | WL | NMC | email | A/C, W/P, TPM |
| 36 | 12/02/2004 | NMC | WL | email | A/C, W/P, TPM |
| 37 | 12/03/2004 | NMC, WL | WL, NMC | email chain | A/C, W/P, TPM |
| 38 | 12/03/2004 | WL | NMC | email | A/C, W/P, TPM |

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 39 | 12/03/2004-12/09/2004 | NMC, WL | WL, NMC | email chain | A/C, W/P, TPM |
| 40 | 12/13/2004 | NMC | WL | email | A/C, W/P, TPM |
| 41 | 09/17/2005-09/20/2005 | NMC, WL | WL, NMC | email chain | A/C, W/P, TPM |
| 42 | 09/17/2005-09/23/2005 | NMC, WL | WL, NMC | email chain | A/C, W/P, TPM |
| 43 | 10/06/2005 | NMC | N/A | 1 PDF file (draft patent drawings) | W/P, TPM |
| 44 | 12/20/2005 | WL | NMC | email | A/C, W/P, TPM |
| 45 | 12/20/2005-12/22/2005 | NMC, WL | WL, NMC | email chain | A/C, W/P, TPM |
| 46 | 02/02/2006 | NMC | WL | email | A/C, W/P, TPM |
| 47 | 02/08/2006 | NMC, WL | WL, NMC | email chain | A/C, W/P, TPM |
| 48 | 02/26/2007 | NMC | WL | emails (3) | A/C, W/P, TPM |
| 49 | 02/26/2007 | WL | NMC | emails (3) | A/C, W/P, TPM |
| 50 | 02/27/2007 | WL | NMC | emails (3) | A/C, W/P, TPM |
| 51 | 02/27/2007 | NMC | WL | email | A/C, W/P, TPM |
| 52 | 03/02/2007 | WL | NMC | email | A/C, W/P, TPM |
| 53 | 03/05/2007 | WL | NMC | email | A/C, W/P, TPM |
| 54 | 03/06/2007 | WL | NMC | email | A/C, W/P, TPM |
| 55 | 03/06/2007 | NMC | WL | email | A/C, W/P, TPM |
| 56 | 03/07/2007 | WL | NMC | email | A/C, W/P, TPM |
| 57 | 03/07/2007 | NMC | WL | email | A/C, W/P, TPM |
| 58 | 03/11/2007 | NMC | WL, VLS | email | A/C, W/P, TPM |
| 59 | 03/13/2007 | WL | NMC, VLS | emails (2) | A/C, W/P, TPM |
| 60 | 03/13/2007 | NMC | WL | emails (2) | A/C, W/P, TPM |
| 61 | 03/17/2007 | NMC | WL, VLS | emails (2) | A/C, W/P, TPM |
| 62 | 03/17/2007 | WL | NMC | email | A/C, W/P, TPM |
| 63 | 03/17/2007 | WL | NMC, VLS | email | A/C, W/P, TPM |
| 64 | 03/17/2007 | NMC | WL | Word file (letter) | A/C, W/P, TPM |
| 65 | 03/17/2007 | NMC | WL | PDF file (letter) | A/C, W/P, TPM |
| 66 | 03/20/2007 | WL | NMC, VLS | email | A/C, W/P, TPM |
| 67 | 03/20/2007 | NMC | WL | email | A/C, W/P, TPM |

EXHIBIT C PAGE 68

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 68 | 03/21/2007 | WL | NMC, VLS | email | A/C, W/P, TPM |
| 69 | 03/26/2007 | NMC | WL, VLS | emails (2) | A/C, W/P, TPM |
| 70 | 03/26/2007 | WL | NMC, VLS | emails (2) | A/C, W/P, TPM |
| 71 | 03/28/2007 | WL | NMC, VLS | emails (2) | A/C, W/P, TPM |
| 72 | 03/29/2007 | JLL | NMC | email | W/P, TPM |
| 73 | 03/17/2007 - 03/30/2007 | NMC | N/A | 8 Word files (drafts of documents related to patent applications) | W/P, TPM |
| 74 | 03/30/2007 | NMC | WL | email | A/C, W/P, TPM |
| 75 | 03/30/2007 | NMC | WL, VLS | email | A/C, W/P, TPM |
| 76 | 03/30/2007 | WL | NMC, VLS | emails (2) | A/C, W/P, TPM |
| 77 | 03/30/2007 | NMC | WL, VLS, JLL | emails (3) | A/C, W/P, TPM |
| 78 | 03/30/2007 | WL | NMC, VLS, JLL | emails (4) | A/C, W/P, TPM |
| 79 | 03/30/2007 | NMC | WL | emails (3) | A/C, W/P, TPM |
| 80 | 03/30/2007 | NMC | VLS, JLL | email | W/P, TPM |
| 81 | 03/30/2007 | NMC | N/A | 2 PDF files related to patent applications | W/P, TPM |
| 82 | 05/01/2007 | WL | NMC | emails (2) | A/C, W/P, TPM |
| 83 | 05/01/2007 | NMC | WL | email | A/C, W/P, TPM |
| 84 | 05/03/2007 | NMC | WL | email | A/C, W/P, TPM |
| 85 | 05/09/2007 | WL | NMC | email | A/C, W/P, TPM |
| 86 | 05/18/2007 | NMC | WL | email | A/C, W/P, TPM |
| 87 | 07/04/2007 | NMC | WL | email | A/C, W/P, TPM |
| 88 | 10/02/2007 | NMC | WL | email | A/C, W/P, TPM |
| 89 | 10/02/2007 | WL | NMC | email | A/C, W/P, TPM |
| 90 | 10/03/2007 | WL | NMC | email | A/C, W/P, TPM |
| 91 | 10/05/2007 | NMC | WL | email | A/C, W/P, TPM |
| 92 | 10/05/2007 | WL | NMC | email | A/C, W/P, TPM |
| 93 | 12/17/2007 | NMC | WL | email | A/C, W/P, TPM |
| 94 | 06/11/2008 | WL | NMC | email | A/C, W/P, TPM |
| 95 | 06/14/2008 | NMC | WL | email | A/C, W/P, TPM |
| 96 | 10/26/2008 | Christin Cho | NMC | email | A/C, W/P, TPM |
| 97 | 10/27/2008 | WL | NMC | email | A/C, W/P, TPM |