# EXHIBIT E

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 1 | various | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 2 | various | NMC | N/A | Document related to litigation involving PricePlay. | W/P, TPM |
| 3 | various | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 4 | various | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 5 | various | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |

EXHIBIT PAGE 23

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 6 | various | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 7 | various | NMC | Japanese patent counsel | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 8 | various | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 9 | various | NMC | Korean patent counsel | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 10 | various | NMC | N/A | Document related to litigation involving PricePlay. | W/P, TPM |

EXHIBIT
PAGE 2 4

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 11 | various | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 12 | 06/07/1999 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 13 | 06/10/1999 - 10/04/2002 | WL, NMC, Sam Stone | WL, NMC, Sam Stone | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 14 | 06/14/1999 | Sam Stone, counsel | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 15 | 06/28/1999 | WL | NMC | Document concerning legal advice and including confidential | A/C, W/P, TPM |

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
|  |  |  |  | communications between client and attorney. Document related to litigation involving PricePlay. |  |
| 16 | 11/10/1999 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 17 | 11/29/1999 - 05/07/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 18 | 12/06/1999 - 09/10/2001 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 19 | 12/13/1999 - 01/17/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to | A/C, W/P, TPM |

EXHIBIT
PAGE

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | litigation involving PricePlay. | |
| 20 | 12/13/1999 | NMC | N/A | Document related to litigation involving PricePlay. | W/P, TPM |
| 21 | 12/13/1999 | NMC | N/A | Document related to litigation involving PricePlay. | W/P, TPM |
| 22 | 12/14/1999 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 23 | 01/26/2000 – 09/10/2001 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 24 | 02/05/2000 – 01/29/2001 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 25 | 03/13/2000 – 09/26/2002 | NMC | WL | Document concerning legal advice and including confidential | A/C, W/P, TPM |

EXHIBIT 2 PAGE 5

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | communications between client and attorney. Document related to litigation involving PricePlay. | |
| 26 | 04/05/2000 – 09/27/2002 | NMC, Japanese patent counsel | NMC, Japanese patent counsel | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 27 | 05/16/2000 – 09/26/2002 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 28 | 05/31/2000 – 10/04/2002 | NMC | WL (some attorney notes have no recipient) | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 29 | 09/13/2000 | NMC | N/A | Document related to litigation involving PricePlay. | W/P, TPM |
| 30 | 11/01/2001 – 10/13/2004 | NMC, Korean patent counsel | NMC, Korean patent counsel | Document concerning legal advice and including confidential | A/C, W/P, TPM |

EXHIBIT
PAGE __ 78

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
|  |  |  |  | communications between client and attorney. Document related to litigation involving PricePlay. |  |
| 31 | 11/16/2001 – 09/26/2002 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 32 | 10/29/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 33 | 12/27/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 34 | 06/12/2003 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to | A/C, W/P, TPM |

EXHIBIT
PAGE 79

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | litigation involving PricePlay. | |
| 35 | 07/22/2003 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 36 | 12/02/2004 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 37 | 12/03/2004 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 38 | 12/03/2004 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 39 | 12/03/2004- | NMC, WL | WL, NMC | Document concerning | A/C, W/P, TPM |

EXHIBIT 2
PAGE 80

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | 12/09/2004 | | | legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | |
| 40 | 12/13/2004 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 41 | 09/17/2005- 09/20/2005 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 42 | 09/17/2005- 09/23/2005 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 43 | 10/06/2005 | NMC | N/A | Document related to litigation involving PricePlay. | W/P, TPM |
| 44 | 12/20/2005 | WL | NMC | Document concerning | A/C, W/P, TPM |

EXHIBIT 2
PAGE 81

Page 9

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | |
| 45 | 12/20/2005– 12/22/2005 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 46 | 02/02/2006 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 47 | 02/08/2006 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 48 | 02/26/2007 | NMC | WL | Document concerning legal advice and including confidential communications between | A/C, W/P, TPM |

EXHIBIT C PAGE 82

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
|     |      |           |              | client and attorney. Document related to litigation involving PricePlay. | |
| 49 | 02/26/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 50 | 02/27/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 51 | 02/27/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 52 | 03/02/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving | A/C, W/P, TPM |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------------|-----------|-----------|---------------------------------------------------------------------------------------------------------------------------------------------|------------------|
| | | | | PricePlay. | |
| 53 | 03/05/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 54 | 03/06/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 55 | 03/06/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 56 | 03/07/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 57 | 03/07/2007 | NMC | WL | Document concerning legal advice and | A/C, W/P, TPM |

EXHIBIT
PAGE 84

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation involving PricePlay. | |
| 58 | 03/11/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 59 | 03/13/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 60 | 03/13/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 61 | 03/17/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. | A/C, W/P, TPM |

EXHIBIT
PAGE 85

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | Document related to litigation involving PricePlay. | |
| 62 | 03/17/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 63 | 03/17/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 64 | 03/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 65 | 03/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |

EXHIBIT ___ PAGE ___ 82

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 66 | 03/20/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 67 | 03/20/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 68 | 03/21/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 69 | 03/26/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 70 | 03/26/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential | A/C, W/P, TPM |

EXHIBIT 4
PAGE 82

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | communications between client and attorney. Document related to litigation involving PricePlay. | |
| 71 | 03/28/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 72 | 03/29/2007 | JLL | NMC | Document related to litigation involving PricePlay. | W/P, TPM |
| 73 | 03/17/2007 – 03/30/2007 | NMC | N/A | Document related to litigation involving PricePlay. | W/P, TPM |
| 74 | 03/30/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 75 | 03/30/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |

EXHIBIT PAGE 88 2

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 76 | 03/30/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 77 | 03/30/2007 | NMC | WL, VLS, JLL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 78 | 03/30/2007 | WL | NMC, VLS, JLL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 79 | 03/30/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 80 | 03/30/2007 | NMC | VLS, JLL | Document related to litigation involving PricePlay. | W/P, TPM |

EXHIBIT 4
PAGE 67

Exhibit A

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 81 | 03/30/2007 | NMC | N/A | Document related to litigation involving PricePlay. | W/P, TPM |
| 82 | 05/01/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 83 | 05/01/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 84 | 05/03/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 85 | 05/09/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |

EXHIBIT
PAGE 90

3

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 86 | 05/18/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 87 | 07/04/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 88 | 10/02/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 89 | 10/02/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 90 | 10/03/2007 | WL | NMC | Document concerning legal advice and including confidential | A/C, W/P, TPM |

EXHIBIT C
PAGE 9

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | communications between client and attorney. Document related to litigation involving PricePlay. | |
| 91 | 10/05/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 92 | 10/05/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 93 | 12/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 94 | 06/11/2008 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to | A/C, W/P, TPM |

EXHIBIT PAGE 42

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
|     |      |           |              | litigation involving PricePlay. | |
| 95 | 06/14/2008 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 96 | 10/26/2008 | Christin Cho | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |
| 97 | 10/27/2008 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation involving PricePlay. | A/C, W/P, TPM |

EXHIBIT
PAGE ___
23