# EXHIBIT H

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

Performance Pricing, Inc.      )    2:07-cv-432 (LED)

          Plaintiff,         )

              v.            )

Google, Inc. et al.,          )

          Defendants.      )

**REVISED PRIVILEGE LOG CORRESPONDING TO: 1) SUBPOENA COMMANDING NON-PARTY NEAL M. COHEN TO PRODUCE DOCUMENTS; AND 2) SUBPOENA COMMANDING NON-PARTY VISTA IP LAW GROUP LLP TO PRODUCE DOCUMENTS**

The Revised Privilege Log attached hereto as Exhibit A is being produced in connection with: 1) **RESPONSE TO SUBPOENA COMMANDING NON-PARTY NEAL M. COHEN TO PRODUCE DOCUMENTS; and 2) RESPONSE TO SUBPOENA COMMANDING NON-PARTY VISTA IP LAW GROUP LLP TO PRODUCE DOCUMENTS.** All documents identified in said Privilege Log are being withheld on the bases identified, and are not being produced.

Abbreviations used in the Privilege Log:

"NMC" means Neal M. Cohen;

"WL" means Wayne Lin;

"VLS" means Valerie L. Sarigumba, who was at all relevant times an associate attorney at Vista IP Law Group;

"JLL" means Jocelyn L. Lee, who was at all relevant times a senior paralegal at Vista IP Law Group;

"HO" means Hidehiko Okada, who was at all relevant times an attorney at the law firm, Okada Patent & Trademark Office;

"SS" means Samuel B. Stone, who was at all relevant times a partner at Lyon & Lyon LLP;

"JT" means Jeff Tekanic, who was at all relevant times an attorney at the law firm, Okada Patent & Trademark Office;

"PJE" means Patricia J. English, who was at all relevant times an employee at Cohen, Sakaguchi & English LLP;

"YPY" means Yeo-Pyo Yoon, who was at all relevant times an attorney at Honesty & Patent;



EXHIBIT _H_
PAGE ___/0O

"A/C" means a claim of Attorney/Client Privilege;

"W/P" means a claim of Work Product;

"TPM" means a claim of Trial Preparation Material.

EXHIBIT _H_

PAGE ___ 101

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|------|------|------|------|
| 1-1 | 8/2/2001 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-2 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-3 | 3/29/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-4 | 1/12/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-5 | 2/20/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-6 | 2/27/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-7 | 1/3/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-8 | 10/1/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | AC, WP |

EXHIBIT 4
PAGE 102

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|----------|------|------|-----------------------------------------------|----------|
| | | | | related to litigation. | |
| 1-9 | 12/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-10 | 11/15/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-11 | 4/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-12 | 7/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-13 | 5/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-14 | 10/14/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-15 | 8/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-16 | 11/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | related to litigation. | |
| 1-17 | 10/27/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-18 | 6/1/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-19 | 4/18/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-20 | 10/16/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-21 | 3/6/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-22 | 10/9/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-23 | 7/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-24 | 2/18/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | related to litigation. | |
| 1-25 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-26 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-27 | 7/31/02 | | | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | WP |
| 2-5 | 8/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 2-6 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 2-11 | 3/17/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-1 | 5/7/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-2 | 9/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | AC, WP |

EXHIBIT A
PAGE 105

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| | | | | related to litigation. | |
| 3-3 | 9/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-4 | 8/21/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-5 | | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. | AC, WP |
| 3-6 | 8/21/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-7 | 5/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-8 | 4/30/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-9 | 4/23/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-10 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| 3-11 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-12 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-13 | 3/20/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-14 | 1/29/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-15 | 11/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-16 | 11/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-17 | 11/6/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-18 | 11/6/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| 3-19 | 10/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-20 | 9/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-21 | 9/12/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-22 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-23 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-24 | 5/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-25 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-26 | 4/24/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| 3-27 | 3/23/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-28 | 3/9/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-29 | 2/9/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-31 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. | AC, WP |
| 3-33 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-34 | 1/17/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-35 | 12/6/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-36 | 11/29/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-1 | 10/16/01 | NMC | WL | Document concerning legal advice and | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|---------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 4-2 | 8/14/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigatio... | AC, WP |
| 4-3 | 4/5/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-4 | 1/19/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-5 | 6/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-6 | 6/1/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-7 | 2/15/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-8 | 12/21/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-9 | 12/13/99 | NMC | WL | Document concerning legal advice and | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|--------|------------|---------------|--------------|--------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 5-1 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 5-2 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 5-3 | 8/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 5-4 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-1 | 7/9/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-2 | 3/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-3 | 3/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-4 | 7/12/00 | NMC | WL | Document concerning legal advice and | AC, WP |

EXHIBIT #
PAGE 1/1

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|------|------|-------------|------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 6-5 | 4/11/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-6 | 4/11/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 7-1 | | NMC | HO | Document related to litigation. | WP |
| 7-2 | | NMC | HO | Document related to litigation. | WP |
| 7-3 | | NMC | HO | Document related to litigation. | WP |
| 7-4 | | NMC | HO | Document related to litigation. | WP |
| 7-5 | | NMC | HO | Document related to litigation. | WP |
| 7-6 | | NMC | HO | Document related to litigation. | WP |
| 7-7 | | NMC | HO | Document related to litigation. | WP |
| 8-1 | 1/2/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 8-2 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 8-3 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 8-4 | | NMC | WL | Document concerning legal advice and including confidential communications | AC, WP |

EXHIBIT 4
PAGE 12

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | between client and attorney. Document related to litigation. | |
| 8-5 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 8-6 | 4/25/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 9-1 | | NMC | YPY | Document related to litigation. | WP |
| 9-2 | 12/14/01 | NMC | YPY | Document related to litigation. | WP |
| 10-1 | 3/21/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-2 | 3/21/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-3 | 12/13/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-4 | 11/10/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-5 | 9/28/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| 10-6 | 9/26/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-7 | 9/24/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-1 | 3/17/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-3 | 7/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-4 | 7/1/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-5 | 5/4/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-6 | 5/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-7 | 5/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

EXHIBIT 4
PAGE 114

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 11-8 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-9 | 2/10/00 | NMC | Trademark attorney in Taiwan | Document related to litigation involving PricePlay | WP |
| 11-9 | 12/31/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-9 | 12/14/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-10 | 11/10/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-11 | 9/27/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-12 | 9/28/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 12 | 6/14/99 | SS | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 13 | 06/10/1999 - 10/04/2002 | WL, NMC, SS | WL, NMC, SS | Document concerning legal advice and including confidential communications | A/C, W/P, TPM |

EXHIBIT 4
PAGE 17

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|---------------------|
| | | | | between client and attorney. Document related to litigation. | |
| 14 | 06/14/1999 | SS | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 15 | 06/28/1999 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 16 | 11/10/1999 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 17-1 | 5/7/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-2 | 9/19/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-3 | 8/21/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-4 | 4/30/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-5 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications | AC, WP |

EXHIBIT
PAGE ___ H
116

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | between client and attorney. Document related to litigation. | |
| 17-6 | 3/20/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-7 | 9/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-8-9 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-10 | 4/24/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-11-12 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-13-15 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-16-19 | 1/17/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-20 | 11/29/99 | NMC | WL | Document concerning legal advice and including confidential communications | AC, WP |

EXHIBIT __#__
PAGE __/\__

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
|  |  |  |  | between client and attorney. Document related to litigation. |  |
| 18-1 | 9/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-2 | 4/23/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-3 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-4-5 | 11/6/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-6-7 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-8-11 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-12-14 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-15-17 | 12/6/99 | NMC | WL | Document concerning legal advice and including confidential communications | AC, WP |

EXHIBIT # 18
PAGE 118

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | between client and attorney. Document related to litigation. | |
| 19 | 12/13/1999 - 01/17/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 20 | 12/13/1999 | NMC | N/A | Document related to litigation. | W/P, TPM |
| 21 | 12/13/1999 | NMC | N/A | Document related to litigation. | W/P, TPM |
| 22 | 12/14/1999 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-1 | 9/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-2 | 4/23/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-3 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-4-5 | 11/6/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-6-7 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| 23-8 | 3/9/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-9-11 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-12-14 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-1 | 1/29/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-2 | 11/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-3-4 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-5 | 3/23/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-6-7 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|------|------|-------------|------------------|
| 24-8-10 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-11-13 | 2/9/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-14-15 | 2/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-16 | 2/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 25-1 | 9/26/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-2 | 7/9/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-3 | 3/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-4 | 7/12/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. . | AC, WP, TPM |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| 25-5 | 4/11/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-6-7 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-8 | 10/8/02 | NMC | JT, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 26-1 | 9/27/02 | NMC | JT, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 26-2-3 | 9/26/02 | NMC | JT, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 26-4 | 7/2/01 | HO | NMC | Document related to litigation. | WP |
| 26-5 | 3/2/01 | JT | NMC | Document related to litigation. | WP |
| 26-6-7 | 2/28/01 | NMC | HO | Document related to litigation. | WP |
| 26-8-9 | 7/12/00 | NMC | HO | Document related to litigation. | WP |
| 26-10-11 | 7/4/00 | HO | NMC | Document related to litigation. | WP |
| 26-12-14 | 7/5/00 | HO | NMC | Document related to litigation. | WP |
| 26-15-16 | 6/22/00 | HO | NMC | Document related to litigation. | WP |
| 26-17-18 | 6/21/00 | NMC | HO | Document related to litigation. | WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 26-19-18 | 6/21/00 | NMC | HO | Document related to litigation. | WP |
| 26-17-18 | 6/21/00 | NMC | HO | Document related to litigation. | WP |
| 27-1 | 9/26/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-2 | 8/21/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-3-4 | 11/14/01 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-5 | 5/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-6 | 11/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-7 | 10/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-8 | 9/12/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| 27-9 | 5/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-10 | 5/16/00 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-1 | 10/4/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-2 | 9/30/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-3 | 9/28/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-4 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-5 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-6 | 8/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

EXHIBIT H
PAGE 124

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 28-7 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-8 | 5/31/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 29-1 | 9/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. | AC |
| 29-2 | 9/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. | AC |
| 30-1 | 10/13/04 | Honesty & Patent | PJE | Document related to litigation. | WP |
| 30-2 | 10/11/04 | Honesty & Patent | PJE | Document related to litigation. | WP |
| 30-3 | 10/13/04 | PJE | Honesty & Patent | Document related to litigation. | WP |
| 30-4 | 10/6/04 | Se-Chang Kang, Korean patent counsel | NMC | Document related to litigation. | WP |
| 30-5 | 10/19/02 | NMC | YPY | Document related to litigation. | WP |
| 30-6-7 | 10/18/02 | NMC | YPY, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | WP |
| 30-8-9 | 10/17/02 | NMC | YPY, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC |
| 30-10-11 | 10/17/02 | YPY | NMC | Document related to litigation. | WP |
| 30-12- | 9/26/02 | NMC | YPY, WL | Document concerning legal advice and | AC, WP |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 13 | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 30-14 | 7/29/02 | YPY | NMC | Document related to litigation. | WP |
| 30-15 | 7/29/02 | YPY | NMC | Document related to litigation. | WP |
| 30-16 | 4/17/02 | YPY | NMC | Document related to litigation. | WP |
| 30-17-19 | 12/29/01 | YPY | NMC | Document related to litigation. | WP |
| 30-20-21 | 12/26/01 | Honest & Patent | NMC | Document related to litigation. | WP |
| 30-21 | 12/25/01 | YPY | NMC | Document related to litigation. | WP |
| 30-22-23 | 12/24/01 | NMC | YPY | Document related to litigation. | WP |
| 30-24 | 12/14/01 | NMC | YPY | Document related to litigation. | WP |
| 30-25-26 | 12/14/01 | NMC | YPY | Document related to litigation. | WP |
| 30-27-32 | 12/9/01 | NMC | YPY | Document related to litigation. | WP |
| 30-33-34 | 11/15/01 | YPY | NMC | Document related to litigation. | WP |
| 30-35-37 | 11/15/01 | YPY | NMC | Document related to litigation. | WP |
| 30-38 | 11/14/01 | NMC | Honest & Patent | Document related to litigation. | WP |
| 30-39-40 | 11/1/01 | Honest & Patent | NMC | Document related to litigation. | WP |
| 31-1 | 10/4/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-2 | 9/30/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| 31-3 | 9/26/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-4 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-5 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-6 | 8/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-7 | 10/4/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-8 | 6/5/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-8 | 5/31/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 32 | 10/29/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

EXHIBIT #
PAGE 122

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 33 | 12/27/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 34 | 06/12/2003 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 35 | 07/22/2003 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 36 | 12/02/2004 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 37 | 12/03/2004 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 38 | 12/03/2004 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 39 | 12/03/2004 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 40 | 12/13/2004 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

EXHIBIT H
PAGE 28

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| 41 | 09/17/2005-09/20/2005 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 42 | 09/17/2005-09/23/2005 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 43 | 10/06/2005 | NMC | N/A | Document related to litigation. | W/P, TPM |
| 44 | 12/20/2005 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 45 | 12/22/2005 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 46 | 02/02/2006 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 47 | 02/08/2006 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 48-1 | 3/3/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 48-2 | 2/26/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | A/C, W/P |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | related to litigation. | |
| 48-3 | 2/26/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 49-1 | 2/26/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 49-2 | 2/26/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 49-3 | 2/26/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 50-1 | 2/27/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 50-2 | 2/27/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 50-3 | 2/27/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 51 | 02/27/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | A/C, W/P, TPM |

EXHIBIT A
PAGE 3D

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------------|-----------|--------------|-------------|----------------------|
| | | | | related to litigation. | |
| 52 | 03/02/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 53 | 03/05/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 54 | 03/06/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 55 | 03/06/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 56 | 03/07/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 57 | 03/07/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 58 | 03/11/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 59-1 | 3/13/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document | A/C, W/P |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | related to litigation. | |
| 59-2 | 3/13/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 60-1 | 3/13/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 60-2 | 3/13/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 61-1 | 3/17/07 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 61-2 | 3/17/07 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 62 | 03/17/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 63 | 03/17/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 64 | 03/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | A/C, W/P, TPM |

EXHIBIT H
PAGE 132

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | related to litigation. | |
| 65 | 03/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 66 | 03/20/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 67 | 03/20/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 68 | 03/21/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 69 | 03/26/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 70 | 03/26/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 71 | 03/28/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 72 | 03/29/2007 | JLL | NMC | Document related to litigation. | W/P, TPM |
| 73-1 | 3/13/07 | NMC | WL | Document concerning legal advice and including confidential communications | A/C, W/P |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|---------------------|
| | | | | between client and attorney. Document related to litigation. | |
| 73-2 | | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 73-3 | | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 73-4 | | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 73-5 | | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 73-6 | 3/17/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 73-7-8 | | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 74 | 03/30/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 75 | 03/30/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications | A/C, W/P, TPM |

EXHIBIT H
PAGE 134

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|-----------|-----------|----------------|-----------------------------------------------------------|-----------------|
|      |           |           |                | between client and attorney. Document related to litigation. |                 |
| 76   | 03/30/2007 | WL       | NMC, VLS       | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 77   | 03/30/2007 | NMC      | WL, VLS, JLL   | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 78   | 03/30/2007 | WL       | NMC, VLS, JLL  | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 79   | 03/30/2007 | NMC      | WL             | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 80   | 03/30/2007 | NMC      | VLS, JLL       | Document related to litigation. | W/P, TPM |
| 81   | 03/30/2007 | NMC      | N/A            | Document related to litigation. | W/P, TPM |
| 82   | 05/01/2007 | WL       | NMC            | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 83   | 05/01/2007 | NMC      | WL             | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 84   | 05/03/2007 | NMC      | WL             | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------------|-----------|--------------|-------------|----------------------|
| 85 | 05/09/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 86 | 05/18/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 87 | 07/04/2007 | NMC | WL . | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 88 | 10/02/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 89 | 10/02/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 90 | 10/03/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 91 | 10/05/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 92 | 10/05/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

EXHIBIT H
PAGE 136

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 93 | 12/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 94 | 06/11/2008 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 95 | 06/14/2008 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 96 | 10/26/2008 | Christin Cho | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 97 | 10/27/2008 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |