# EXHIBIT I

## Emily O'Brien

| | |
|---|---|
| From: | Rachel Kim [rachel@dovellaw.com] |
| Sent: | Thursday, April 16, 2009 2:26 PM |
| To: | dbeck@brsfirm.com; rcbunt@pbatyler.com; efindlay@rameyflock.com; rhung@mofo.com; mjacobs@mofo.com; mikejones@potterminton.com; Jennifer A Kash; rkrevans@mofo.com; Emily O'Brien; David Perlson; Antonio Sistos; Charles K Verhoeven; mrichardson@brsfirm.com; lkolb@sidley.com; dpritikin@sidley.com; jwmcbride@sidley.com; rcederoth@sidley.com; johnbufe@potterminton.com; jgilfoil@mofo.com; Google-Performance Pricing |
| Cc: | charley@pbatyler.com; ccapshaw@capshawlaw.com; ederieux@capshawlaw.com; greg@dovellaw.com; christin@dovellaw.com; chenry@capshawlaw.com; risaac@capshawlaw.com |
| Subject: | Performance Pricing v. Google, et al.- Neal Cohen/Vista IP Law Documents |
| Attachments: | NMC-002.txt; NMC-001.log |

Counsel,

Please find attached two documents logged as Entry 20 on the Neal Cohen and Vista IP Law Privilege Log that were previously withheld. A revised privilege log will be circulated shortly.

Do not hesitate to contact me with any questions.

Rachel Kim
Legal Assistant
Dovel & Luner, LLP
(310) 656-7066
201 Santa Monica Bvld.
Suite 600
Santa Monica, CA 90401

EXHIBIT I
PAGE 138