# EXHIBIT J

**Emily O'Brien**

| | |
|---|---|
| **From:** | Rachel Kim [rachel@dovellaw.com] |
| **Sent:** | Tuesday, April 21, 2009 3:34 PM |
| **To:** | dbeck@brsfirm.com; rcbunt@pbatyler.com; efindlay@rameyflock.com; rhung@mofo.com; mjacobs@mofo.com; mikejones@potterminton.com; Jennifer A Kash; rkrevans@mofo.com; Emily O'Brien; David Perlson; Antonio Sistos; Charles K Verhoeven; mrichardson@brsfirm.com; lkolb@sidley.com; dpritikin@sidley.com; jwmcbride@sidley.com; rcederoth@sidley.com; johnbufe@potterminton.com; jgilfoil@mofo.com; Google-Performance Pricing |
| **Cc:** | charley@pbatyler.com; ccapshaw@capshawlaw.com; ederieux@capshawlaw.com; greg@dovellaw.com; christin@dovellaw.com; chenry@capshawlaw.com; risaac@capshawlaw.com |
| **Subject:** | Performance Pricing v. Google, et al.- Neal Cohen/Vista IP Law Documents |
| **Attachments:** | Single_pg VIP02.zip; Multi_pg VIP02.zip; Privilege Log(REVISED) 4'21'09.pdf |

Counsel,

Please find attached a revised Privilege Log for the documents produced by Neal Cohen and Vista IP Law along with documents previously withheld.

Do not hesitate to contact me with any questions.

Rachel Kim
Legal Assistant
Dovel & Luner, LLP
(310) 656-7066
201 Santa Monica Bvld.
Suite 600
Santa Monica, CA 90401

1

EXHIBIT ⊃
PAGE 139

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Performance Pricing, Inc.        )    2:07-cv-432 (LED)
                                 )
            Plaintiff,           )
                                 )    REVISED PRIVILEGE LOG CORRESPONDING TO: 1)
            v.                   )    SUBPOENA COMMANDING NON-PARTY NEAL M.
Google, Inc. et al.,             )    COHEN TO PRODUCE DOCUMENTS; AND 2)
                                 )    SUBPOENA COMMANDING NON-PARTY VISTA IP
            Defendants.          )    LAW GROUP LLP TO PRODUCE DOCUMENTS
                                 )

The Revised Privilege Log attached hereto as Exhibit A is being produced in
connection with: 1) RESPONSE TO SUBPOENA COMMANDING NON-PARTY NEAL M. COHEN
TO PRODUCE DOCUMENTS; and 2) RESPONSE TO SUBPOENA COMMANDING NON-PARTY
VISTA IP LAW GROUP LLP TO PRODUCE DOCUMENTS. All documents identified in said
Privilege Log are being withheld on the bases identified, and are not being produced.

Abbreviations used in the Privilege Log:

"NMC" means Neal M. Cohen;

"WL" means Wayne Lin;

"VLS" means Valerie L. Sarigumba, who was at all relevant times an associate
attorney at Vista IP Law Group;

"JLL" means Jocelyn L. Lee, who was at all relevant times a senior paralegal at Vista IP
Law Group;

"HO" means Hidehiko Okada, who was at all relevant times an attorney at the law
firm, Okada Patent & Trademark Office;

"SS" means Samuel B. Stone, who was at all relevant times a partner at Lyon & Lyon
LLP;

"JT" means Jeff Tekanic, who was at all relevant times an attorney at the law firm,
Okada Patent & Trademark Office;

"PJE" means Patricia J. English, who was at all relevant times an employee at Cohen,
Sakaguchi & English LLP;

"YPY" means Yeo-Pyo Yoon, who was at all relevant times an attorney at Honesty &
Patent;


EXHIBIT 3
PAGE 140

"A/C" means a claim of Attorney/Client Privilege;

"W/P" means a claim of Work Product;

"TPM" means a claim of Trial Preparation Material.

EXHIBIT J
PAGE   141

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 1-1 | 8/2/2001 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-2 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-3 | 3/29/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-4 | 1/12/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-5 | 2/20/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-6 | 2/27/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-7 | 1/3/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-8 | 10/1/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | AC, WP |

EXHIBIT
PAGE 142

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | related to litigation. | |
| 1-9 | 12/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-10 | 11/15/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-11 | 4/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-12 | 7/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-13 | 5/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-14 | 10/14/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-15 | 8/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-16 | 11/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | AC, WP |

EXHIBIT 5
PAGE 143

| Ref. | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
|  |  |  |  | related to litigation. |  |
| 1-17 | 10/27/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-18 | 6/1/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-19 | 4/18/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-20 | 10/16/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-21 | 3/6/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-22 | 10/9/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-23 | 7/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-24 | 2/18/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | AC, WP |

EXHIBIT 3
PAGE 144

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|------|------|----------------------------------|--------|
|      |         |      |      | related to litigation            |        |
| 1-25 | 8/13/01 | NMC  | WL   | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-26 | 4/17/02 | NMC  | WL   | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 1-27 | 7/31/02 | NMC  | WL   | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 2-5  | 8/2/01  | NMC  | WL   | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 2-6  | 8/13/01 | NMC  | WL   | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 2-11 | 3/17/07 | NMC  | WL   | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-1  | 5/7/02  | NMC  | WL   | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-2  | 9/10/01 | NMC  | WL   | Document concerning legal advice and including confidential communications between client and attorney. Document | AC, WP |

EXHIBIT PAGE 5 145

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| | | | | related to litigation. | |
| 3-3 | 9/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-4 | 8/21/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-5 | | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. | AC, WP |
| 3-6 | 8/21/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-7 | 5/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-8 | 4/30/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-9 | 4/23/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-10 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

EXHIBIT
PAGE 146

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 3-11 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-12 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-13 | 3/20/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-14 | 1/29/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-15 | 11/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-16 | 11/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-17 | 11/6/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-18 | 11/6/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

EXHIBIT 5
PAGE 147

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 3-19 | 10/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-20 | 9/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-21 | 9/12/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-22 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-23 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-24 | 5/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-25 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-26 | 4/24/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

EXHIBIT 3
PAGE 196

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|----------|-----------|--------------|-------------|---------------------|
| 3-27 | 3/23/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-28 | 3/9/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-29 | 2/9/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-31 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. | AC, WP |
| 3-33 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-34 | 1/17/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-35 | 12/6/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 3-36 | 11/29/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-1 | 10/16/01 | NMC | WL | Document concerning legal advice and | AC, WP |

EXHIBIT 5
PAGE 149

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|----------|-----------|--------------|-------------|----------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 4-2 | 8/14/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-3 | 4/5/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-4 | 1/19/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-5 | 6/26/00 | NMC | WL | Document concerning legal advice and Including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-6 | 6/1/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-7 | 2/15/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-8 | 12/21/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 4-9 | 12/13/99 | NMC | WL | Document concerning legal advice and | AC, WP |

EXHIBIT
PAGE ___
150

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 5-1 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 5-2 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 5-3 | 8/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 5-4 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-1 | 7/9/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-2 | 3/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-3 | 3/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-4 | 7/12/00 | NMC | WL | Document concerning legal advice and | AC, WP |

EXHIBIT 5
PAGE 151

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 6-5 | 4/11/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 6-6 | 4/11/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 7-1 | | NMC | HO | Document related to litigation. | WP |
| 7-2 | | NMC | HO | Document related to litigation. | WP |
| 7-3 | | NMC | HO | Document related to litigation. | WP |
| 7-4 | | NMC | HO | Document related to litigation. | WP |
| 7-5 | | NMC | HO | Document related to litigation. | WP |
| 7-6 | | NMC | HO | Document related to litigation. | WP |
| 7-7 | | NMC | HO | Document related to litigation. | WP |
| 8-1 | 1/2/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 8-2 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 8-3 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 8-4 | | NMC | WL | Document concerning legal advice and including confidential communications | AC, WP |

EXHIBIT 7
PAGE 152

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | between client and attorney. Document related to litigation. | |
| 8-5 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 8-6 | 4/25/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 9-1 | | NMC | YPY | Document related to litigation. | WP |
| 9-2 | 12/14/01 | NMC | YPY | Document related to litigation. | WP |
| 10-1 | 3/21/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-2 | 3/21/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-3 | 12/13/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-4 | 11/10/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-5 | 9/28/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

EXHIBIT
PAGE 153

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 10-6 | 9/26/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 10-7 | 9/24/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-1 | 3/17/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-3 | 7/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-4 | 7/1/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-5 | 5/4/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-6 | 5/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-7 | 5/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |

EXHIBIT PAGE 154

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 11-8 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-9 | 2/10/00 | NMC | Trademark attorney in Taiwan | Document related to litigation involving PricePlay | WP |
| 11-9 | 12/31/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-9 | 12/14/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-10 | 11/10/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-11 | 9/27/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 11-12 | 9/28/99 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 12 | 6/14/99 | SS | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 13 | 06/10/1999 - 10/04/2002 | WL, NMC, SS | WL, NMC, SS | Document concerning legal advice and including confidential communications | A/C, W/P, TPM |

EXHIBIT 5
PAGE 155

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | between client and attorney. Document related to litigation. | |
| 14 | 06/14/1999 | SS | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 15 | 06/28/1999 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 16 | 11/10/1999 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 17-1 | 5/7/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-2 | 9/19/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-3 | 8/21/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-4 | 4/30/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-5 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications | AC, WP |

EXHIBIT
PAGE 156

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | between client and attorney. Document related to litigation. | |
| 17-6 | 3/20/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-7 | 9/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-8-9 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-10 | 4/24/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-11-12 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-13-15 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-16-19 | 1/17/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 17-20 | 11/29/99 | NMC | WL | Document concerning legal advice and Including confidential communications | AC, WP |

EXHIBIT
PAGE ___
152

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | between client and attorney. Document related to litigation. | |
| 18-1 | 9/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-2 | 4/23/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-3 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-4-5 | 11/6/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-6-7 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-8-11 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-12-14 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 18-15-17 | 12/6/99 | NMC | WL | Document concerning legal advice and including confidential communications | AC, WP |

EXHIBIT 5
PAGE 158

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | between client and attorney. Document related to litigation. | |
| 19 | 12/13/1999 - 01/17/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 21 | 12/13/1999 | NMC | N/A | Document related to litigation. | W/P, TPM |
| 22 | 12/14/1999 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-1 | 9/10/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-2 | 4/23/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-3 | 4/6/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-4-5 | 11/6/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-6-7 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-8 | 3/9/00 | NMC | WL | Document concerning legal advice and | A/C, W/P, TPM |

EXHIBIT PAGE 159

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 23-9-11 | 2/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 23-12-14 | 1/26/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-1 | 1/29/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-2 | 11/30/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-3-4 | 6/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-5 | 3/23/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-6-7 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-8-10 | 2/16/00 | NMC | WL | Document concerning legal advice and | A/C, W/P, TPM |

EXHIBIT 3
PAGE 160

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 24-11-13 | 2/9/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-14-15 | 2/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 24-16 | 2/5/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 25-1 | 9/26/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-2 | 7/9/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-3 | 3/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-4 | 7/12/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-5 | 4/11/00 | NMC | WL | Document concerning legal advice and | AC, WP, TPM |

EXHIBIT 5
PAGE 161

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 25-6-7 | 3/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 25-8 | 10/8/02 | NMC | JT, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP, TPM |
| 26-1 | 9/27/02 | NMC | JT, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 26-2-3 | 9/26/02 | NMC | JT, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC, WP |
| 26-4 | 7/2/01 | HO | NMC | Document related to litigation. | WP |
| 26-5 | 3/2/01 | JT | NMC | Document related to litigation. | WP |
| 26-6-7 | 2/28/01 | NMC | HO | Document related to litigation. | WP |
| 26-8-9 | 7/12/00 | NMC | HO | Document related to litigation. | WP |
| 26-10-11 | 7/4/00 | HO | NMC | Document related to litigation. | WP |
| 26-12-14 | 7/5/00 | HO | NMC | Document related to litigation. | WP |
| 26-15-16 | 6/22/00 | HO | NMC | Document related to litigation. | WP |
| 26-17-18 | 6/21/00 | NMC | HO | Document related to litigation. | WP |
| 26-19- | 6/21/00 | NMC | HO | Document related to litigation. | WP |

PAGE 162 EXHIBIT 1

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 18 | | | | | |
| 26-17-18 | 6/21/00 | NMC | HO | Document related to litigation. | WP |
| 27-1 | 9/26/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-2 | 8/21/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-3-4 | 11/14/01 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-5 | 5/2/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-6 | 11/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-7 | 10/16/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-8 | 9/12/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 27-9 | 5/30/00 | NMC | WL | Document concerning legal advice and | A/C, W/P, TPM |

EXHIBIT
PAGE ___ 2
163

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 27-10 | 5/16/00 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-1 | 10/4/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-2 | 9/30/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-3 | 9/28/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-4 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-5 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-6 | 8/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 28-7 | 6/5/00 | NMC | WL | Document concerning legal advice and | A/C, W/P, TPM |

EXHIBIT
PAGE 164

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 28-8 | 5/31/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 29-1 | 9/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. | AC |
| 29-2 | 9/13/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. | AC |
| 30-1 | 10/13/04 | Honesty & Patent | PJE | Document related to litigation. | WP |
| 30-2 | 10/11/04 | Honesty & Patent | PJE | Document related to litigation. | WP |
| 30-3 | 10/13/04 | PJE | Honesty & Patent | Document related to litigation. | WP |
| 30-4 | 10/6/04 | Se-Chang Kang , Korean patent counsel | NMC | Document related to litigation. | WP |
| 30-5 | 10/19/02 | NMC | YPY | Document related to litigation. | WP |
| 30-6-7 | 10/18/02 | NMC | YPY, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | WP |
| 30-8-9 | 10/17/02 | NMC | YPY, WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | AC |
| 30-10-11 | 10/17/02 | YPY | NMC | Document related to litigation. | WP |
| 30-12-13 | 9/26/02 | NMC | YPY, WL | Document concerning legal advice and including confidential communications | AC, WP |

EXHIBIT
PAGE 165

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | between client and attorney. Document related to litigation. | |
| 30-14 | 7/29/02 | YPY | NMC | Document related to litigation. | WP |
| 30-15 | 7/29/02 | YPY | NMC | Document related to litigation. | WP |
| 30-16 | 4/17/02 | YPY | NMC | Document related to litigation. | WP |
| 30-17-19 | 12/29/01 | YPY | NMC | Document related to litigation. | WP |
| 30-20- | 12/26/01 | Honest & Patent | NMC | Document related to litigation. | WP |
| 30-21 | 12/25/01 | YPY | NMC | Document related to litigation. | WP |
| 30-22-23 | 12/24/01 | NMC | YPY | Document related to litigation. | WP |
| 30-24 | 12/14/01 | NMC | YPY | Document related to litigation. | WP |
| 30-25-26 | 12/14/01 | NMC | YPY | Document related to litigation. | WP |
| 30-27-32 | 12/9/01 | NMC | YPY | Document related to litigation. | WP |
| 30-33-34 | 11/15/01 | YPY | NMC | Document related to litigation. | WP |
| 30-35-37 | 11/15/01 | YPY | NMC | Document related to litigation. | WP |
| 30-38 | 11/14/01 | NMC | Honest & Patent | Document related to litigation. | WP |
| 30-39-40 | 11/1/01 | Honest & Patent | NMC | Document related to litigation. | WP |
| 31-1 | 10/4/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-2 | 9/30/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-3 | 9/26/02 | NMC | WL | Document concerning legal advice and | A/C, W/P, TPM |

EXHIBIT
PAGE 166

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
|  |  |  |  | including confidential communications between client and attorney. Document related to litigation. |  |
| 31-4 | 4/17/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-5 | 8/13/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-6 | 8/28/00 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-7 | 10/4/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-8 | 6/5/02 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 31-8 | 5/31/01 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 32 | 10/29/2002 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 33 | 12/27/2002 | NMC | WL | Document concerning legal advice and | A/C, W/P, TPM |

EXHIBIT 3
PAGE 162

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|---------------------|
| | | | | including confidential communications between client and attorney. Document related to litigation. | |
| 34 | 06/12/2003 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 35 | 07/22/2003 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 36 | 12/02/2004 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 37 | 12/03/2004 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 38 | 12/03/2004 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 39 | 12/03/2004 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 40 | 12/13/2004 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 41 | 09/17/2005- | NMC, WL | WL, NMC | Document concerning legal advice and | A/C, W/P, TPM |

EXHIBIT 1
PAGE 168

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | 09/20/2005 | | | including confidential communications between client and attorney. Document related to litigation. | |
| 42 | 09/17/2005-09/23/2005 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 43 | 10/06/2005 | NMC | N/A | Document related to litigation. | W/P, TPM |
| 44 | 12/20/2005 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 45 | 12/22/2005 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 46 | 02/02/2006 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 47 | 02/08/2006 | NMC, WL | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 48-1 | 3/3/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 48-2 | 2/26/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |

EXHIBIT
PAGE 169

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| 48-3 | 2/26/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 49-1 | 2/26/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 49-2 | 2/26/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 49-3 | 2/26/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 50-1 | 2/27/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 50-2 | 2/27/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 50-3 | 2/27/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 51 | 02/27/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

EXHIBIT
PAGE __ 7
__ 70

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|---------------------|
| 52 | 03/02/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 53 | 03/05/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 54 | 03/06/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 55 | 03/06/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 56 | 03/07/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 57 | 03/07/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 58 | 03/11/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 59-1 | 3/13/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |

EXHIBIT 3
PAGE 124

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| 59-2 | 3/13/07 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 60-1 | 3/13/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 60-2 | 3/13/07 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 61-1 | 3/17/07 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 61-2 | 3/17/07 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P |
| 62 | 03/17/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 63 | 03/17/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 64 | 03/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

EXHIBIT
PAGE __3__
__22__

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 65 | 03/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 66 | 03/20/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 67 | 03/20/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 68 | 03/21/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 69 | 03/26/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 70 | 03/26/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 71 | 03/28/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 72 | 03/29/2007 | JLL | NMC | Document related to litigation. | W/P, TPM |
| 74 | 03/30/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document | A/C, W/P, TPM |

EXHIBIT
PAGE 123

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | related to litigation. | |
| 75 | 03/30/2007 | NMC | WL, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 76 | 03/30/2007 | WL | NMC, VLS | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 77 | 03/30/2007 | NMC | WL, VLS, JLL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 78 | 03/30/2007 | WL | NMC, VLS, JLL. | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 79 | 03/30/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 80 | 03/30/2007 | NMC | VLS, JLL | Document related to litigation. | W/P, TPM |
| 82 | 05/01/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 83 | 05/01/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 84 | 05/03/2007 | NMC | WL | Document concerning legal advice and including confidential communications | A/C, W/P, TPM |

EXHIBIT 5
PAGE 124

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | between client and attorney. Document related to litigation. | |
| 85 | 05/09/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 86 | 05/18/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 87 | 07/04/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 88 | 10/02/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 89 | 10/02/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 90 | 10/03/2007 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorncy. Document related to litigation. | A/C, W/P, TPM |
| 91 | 10/05/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 92 | 10/05/2007 | WL | NMC | Document concerning legal advice and including confidential communications | A/C, W/P, TPM |

EXHIBIT
PAGE 175

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------------|--------------|--------------|-------------|-----------------------|
| | | | | between client and attorney. Document related to litigation. | |
| 93 | 12/17/2007 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 94 | 06/11/2008 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 95 | 06/14/2008 | NMC | WL | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 96 | 10/26/2008 | Christin Cho | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |
| 97 | 10/27/2008 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. Document related to litigation. | A/C, W/P, TPM |

EXHIBIT 5
PAGE 126