# EXHIBIT O

| | |
|---|---|
| Performance Pricing, Inc. | ) 2:07-cv-432 (LED) |
| Plaintiff, | ) |
| | ) **REVISED PRIVILEGE LOG CORRESPONDING TO: 1)** |
| v. | ) **SUBPOENA COMMANDING NON-PARTY NEAL M.** |
| Google, Inc. et al., | ) **COHEN TO PRODUCE DOCUMENTS; AND 2)** |
| Defendants. | ) **SUBPOENA COMMANDING NON-PARTY VISTA IP** |
| | ) **LAW GROUP LLP TO PRODUCE DOCUMENTS** |
| | ) |

The Revised Privilege Log attached hereto as Exhibit A is being produced in
connection with: 1) **RESPONSE TO SUBPOENA COMMANDING NON-PARTY NEAL M. COHEN
TO PRODUCE DOCUMENTS;** and 2) **RESPONSE TO SUBPOENA COMMANDING NON-PARTY
VISTA IP LAW GROUP LLP TO PRODUCE DOCUMENTS.** All documents identified in said
Privilege Log are being withheld on the bases identified, and are not being produced.

Abbreviations used in the Privilege Log:

"NMC" means Neal M. Cohen;

"WL" means Wayne Lin;

"VLS" means Valerie L. Sarigumba, who was at all relevant times an associate
attorney at Vista IP Law Group;

"JLL" means Jocelyn L. Lee, who was at all relevant times a senior paralegal at Vista IP
Law Group;

"HO" means Hidehiko Okada, who was at all relevant times an attorney at the law
firm, Okada Patent & Trademark Office;

"SS" means Samuel B. Stone, who was at all relevant times a partner at Lyon & Lyon
LLP;

"JT" means Jeff Tekanic, who was at all relevant times an attorney at the law firm,
Okada Patent & Trademark Office;

"PJE" means Patricia J. English, who was at all relevant times an employee at Cohen,
Sakaguchi & English LLP;

"YPY" means Yeo-Pyo Yoon, who was at all relevant times an attorney at Honesty &
Patent;

EXHIBIT _0_
PAGE _262_

"A/C" means a claim of Attorney/Client Privilege;

"W/P" means a claim of Work Product;

"TPM" means a claim of Trial Preparation Material;

"patent" means US Patent No. 6,978,253;

"litigation" means Performance Pricing, Inc. v. Google, Inc., et al.;

"licensing" means licensing of US Patent No. 6,978,253;

"representation" means representation of Wayne Lin by Neal Cohen.

EXHIBIT _O_
PAGE _263_

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|----------|-----------|--------------|-------------|----------------------|
| 1-1 | 8/2/2001 | NMC | WL | Letter concerning the Final Office Action including confidential communications between client and attorney. | A/C |
| 1-2 | 8/13/01 | NMC | WL | Letter concerning the Response After Final including confidential communications between client and attorney. | A/C |
| 1-3 | 3/29/01 | NMC | WL | Letter concerning strategy for patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-4 | 1/12/01 | NMC | WL | Letter concerning publishing of statement regarding patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-5 | 2/20/01 | NMC | WL | Letter concerning the first Office Action for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-6 | 12/27/99 | NMC | WL | Letter concerning correspondence address re patent prosecution including confidential communications between client and attorney. | A/C |
| 1-7 | 1/3/01 | NMC | WL | Letter concerning communication with the PTO for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-8 | 10/1/01 | NMC | WL | Letter concerning the Advisory Action received on 10/1/01 for the purpose of legal | A/C |


EXHIBIT
PAGE 264
D

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | advice and including confidential communications between client and attorney. | |
| 1-9 | 12/13/00 | NMC | WL | Letter concerning publication of application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-10 | 11/15/01 | NMC | WL | Letter concerning appeal brief for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-11 | 4/2/01 | NMC | WL | Letter concerning amendment and response filed 4/2/01 including confidential communications between client and attorney. | A/C |
| 1-12 | 7/28/00 | NMC | WL | Letter concerning certified copy of application including confidential communications between client and attorney. | A/C |
| 1-13 | 5/10/01 | NMC | WL | Letter concerning status of application including confidential communications between client and attorney. | A/C |
| 1-14 | 10/14/02 | NMC | WL | Letter concerning the Examiner's Answer to the Supplemental Appeal for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-15 | 8/2/01 | NMC | WL | Letter concerning the Final Office Action received 8/2/01 for the purpose of legal advice and including confidential communications between client and attorney. | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|----------|-----------|--------------|-------------|----------------------|
| 1-16 | 11/30/00 | NMC | WL | Letter concerning formal drawings for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-17 | 10/27/99 | NMC | WL | Letter concerning Information Disclosure Statement for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-18 | 6/1/00 | NMC | WL | Letter concerning the Supplemental Information Disclosure Statement for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-19 | 4/18/02 | NMC | WL | Letter concerning preparation for interview with Examiner for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-20 | 10/16/01 | NMC | WL | Letter concerning Interview Summary including confidential communications between client and attorney. | A/C |
| 1-21 | 3/6/02 | NMC | WL | Letter concerning Office Action received 3/6/02 including confidential communications between client and attorney. | A/C |
| 1-22 | 10/9/01 | NMC | WL | Letter concerning Notice of Appeal for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-23 | 7/5/00 | NMC | WL | Letter concerning certified copy of application including confidential communications between client and | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | attorney. | |
| 1-24 | 2/18/00 | NMC | WL | Letter concerning preliminary amendment filed 2/18/00 including confidential communications between client and attorney. | A/C |
| 1-25 | 8/13/01 | NMC | WL | Letter concerning the Response After Final filed 8/13/01 including confidential communications between client and attorney. | A/C |
| 1-26 | 4/17/02 | NMC | WL | Letter concerning the Supplemental Appeal Brief for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 1-27 | 7/31/02 | NMC | WL | Letter concerning the filing of the Supplemental Appeal Brief including confidential communications between client and attorney. | A/C |
| 2-5 | 8/2/01 | NMC | WL | Letter concerning the Final Office Action received 8/2/01 including confidential communications between client and attorney. | A/C |
| 2-6 | 8/13/01 | NMC | WL | Letter concerning the Response after Final filed 8/13/01 including confidential communications between client and attorney. | A/C |
| 2-11 | 3/17/07 | NMC | WL | Letter concerning prosecution representation for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-1 | 5/7/02 | NMC | WL | Letter concerning '119 trademark application for the purpose of legal advice | A/C |

EXHIBIT I
PAGE 262

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| | | | | and including confidential communications between client and attorney. | |
| 3-2 | 9/10/01 | NMC | WL | Letter re '068 trademark application including confidential communications between client and attorney. | A/C |
| 3-3 | 9/10/01 | NMC | WL | Letter concerning '356 trademark application including confidential communications between client and attorney. | A/C |
| 3-4 | 8/21/01 | NMC | WL | Letter concerning '119 trademark application including confidential communications between client and attorney. | A/C |
| 3-5 | | NMC | WL | Document concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-6 | 8/21/01 | NMC | WL | Letter concerning Certificate of Registration re '243 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-7 | 5/2/01 | NMC | WL | Letter concerning Notice of Publication received on 5/2/01 re '243 trademark application including confidential communications between client and attorney. | A/C |
| 3-8 | 4/30/01 | NMC | WL | Letter concerning Notice of Approval of Extension Request re '119 trademark application including confidential communications between client and attorney. | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|---------------------|
| 3-9 | 4/23/01 | NMC | WL | Letter concerning Statement of Use re '068 and '356 trademark applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-10 | 4/6/01 | NMC | WL | Letter concerning Statement of Use re '356 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-11 | 4/6/01 | NMC | WL | Letter concerning filing of Statement of Use re '119 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-12 | 4/6/01 | NMC | WL | Letter concerning filing of Statement of Use re '068 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-13 | 3/20/01 | NMC | WL | Letter concerning filing of request for extension of time to file Statement of Use re '119 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-14 | 1/29/01 | NMC | WL | Letter concerning '227 trademark application including confidential communications between client and attorney. | A/C |
| 3-15 | 11/30/00 | NMC | WL | Letter concerning '227 trademark application including confidential | A/C |

EXHIBIT O
PAGE 265

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|----------|-----------|--------------|-------------|----------------------|
| | | | | communications between client and attorney. | |
| 3-16 | 11/13/00 | NMC | WL | Letter concerning Examiner's Amendment re '243 trademark application including confidential communications between client and attorney. | A/C |
| 3-17 | 11/6/00 | NMC | WL | Letter concerning Notice of Allowance re '068 trademark application for trademark application including confidential communications between client and attorney. | A/C |
| 3-18 | 11/6/00 | NMC | WL | Letter concerning Notice of Allowance re '356 trademark application for trademark application including confidential communications between client and attorney. | A/C |
| 3-19 | 10/16/00 | NMC | WL | Letter concerning First Office Action re '243 trademark application for trademark application including confidential communications between client and attorney. | A/C |
| 3-20 | 9/28/00 | NMC | WL | Letter concerning Notice of Allowance re '119 trademark application including confidential communications between client and attorney. | A/C |
| 3-21 | 9/12/00 | NMC | WL | Letter concerning '243 foreign trademark applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-22 | 6/5/00 | NMC | WL | Letter concerning Notice of Publication re '119 trademark application including confidential communications between client | A/C |

EXHIBIT
PAGE 220
C

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| | | | | and attorney. | |
| 3-23 | 6/5/00 | NMC | WL | Letter concerning the First Office Action for '227 trademark application including confidential communications between client and attorney. | A/C |
| 3-24 | 5/30/00 | NMC | WL | Letter concerning filing of '243 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-25 | 1/26/00 | NMC | WL | Letter concerning foreign rights re trademark applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-26 | 4/24/00 | NMC | WL | Letter concerning Examiner's Amendment re trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-27 | 3/23/00 | NMC | WL | Letter concerning filing of '227 trademark application including confidential communications between client and attorney. | A/C |
| 3-28 | 3/9/00 | NMC | WL | Letter concerning Official Filing Receipt re '068 trademark application including confidential communications between client and attorney. | A/C |
| 3-29 | 2/9/00 | NMC | WL | Letter concerning filing of trademark application including confidential communications between client and attorney. | A/C |
| 3-31 | 1/26/00 | NMC | WL | Letter concerning filing of trademark | A/C |

EXHIBIT C PAGE 221

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|----------|-----------|--------------|-------------|----------------------|
| | | | | application including confidential communications between client and attorney. | |
| 3-33 | 1/26/00 | NMC | WL | Letter concerning foreign rights trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-34 | 1/17/00 | NMC | WL | Letter concerning foreign trademark options re application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 3-35 | 12/6/99 | NMC | WL | Letter concerning filing of '356 trademark application including confidential communications between client and attorney. | A/C |
| 3-36 | 11/29/99 | NMC | WL | Letter concerning filing of '119 trademark application including confidential communications between client and attorney. | A/C |
| 4-1 | 10/16/01 | NMC | WL | Letter concerning filing of international patent applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 4-2 | 8/14/01 | NMC | WL | Letter concerning the International Preliminary Examination Report including confidential communications between client and attorney. | A/C |
| 4-3 | 4/5/01 | NMC | WL | Letter concerning foreign patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |

EXHIBIT ___
PAGE ___

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 4-4 | 1/19/01 | NMC | WL | Letter concerning international application and search report including confidential communications between client and attorney. | A/C |
| 4-5 | 6/26/00 | NMC | WL | Letter concerning the Chapter II demand re international patent application including confidential communications between client and attorney. | A/C |
| 4-6 | 6/1/00 | NMC | WL | Letter concerning communication with the International Searching Authority re international patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 4-7 | 2/15/00 | NMC | WL | Letter concerning PCT communication including confidential communications between client and attorney. | A/C |
| 4-8 | 12/21/99 | NMC | WL | Letter concerning filing of international application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 4-9 | 12/13/99 | NMC | WL | Letter concerning Formal International application papers including confidential communications between client and attorney. | A/C |
| 5-1 | 4/17/02 | NMC | WL | Letter concerning filing of Information Disclosure Statement including confidential communications between client and attorney. | A/C |
| 5-2 | 8/13/01 | NMC | WL | Letter concerning filing of Information Disclosure Statement including confidential communications between client and | A/C |

EXHIBIT 8
PAGE 223

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | attorney. | |
| 5-3 | 8/28/00 | NMC | WL | Letter concerning the Filing Receipt received from PTO including confidential communications between client and attorney. | A/C |
| 5-4 | 6/5/00 | NMC | WL | Letter concerning filing of Continuation In Part application including confidential communications between client and attorney. | A/C |
| 6-1 | 7/9/01 | NMC | WL | Letter concerning filing of Japanese patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 6-2 | 3/2/01 | NMC | WL | Letter concerning Japanese patent application process for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 6-3 | 3/2/01 | NMC | WL | Letter concerning Japanese patent application process for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 6-4 | 7/12/00 | NMC | WL | Letter concerning filing of Japanese patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 6-5 | 4/11/00 | NMC | WL | Letter concerning status of Japanese patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 6-6 | 4/11/00 | NMC | WL | Letter concerning status of Japanese patent | A/C |

EXHIBIT O
PAGE 224

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | application for the purpose of legal advice and including confidential communications between client and attorney. | |
| 7-1 | | NMC(on behalf of WL) | HO | Document concerning Japanese patent prosecution representation for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 7-2 | | NMC(on behalf of WL) | HO | Document concerning legal invoices related to Japanese patent application including confidential communications between client and attorney. | A/C |
| 7-3 | | NMC(on behalf of WL) | HO | Document concerning US patent application status related to Japanese patent application including confidential communications between client and attorney. | A/C |
| 7-4 | | NMC(on behalf of WL) | HO | Document concerning Japanese patent application process including confidential communications between client and attorney. | A/C |
| 7-5 | | NMC(on behalf of WL) | HO | Document concerning preliminary US amendment related to Japanese patent application including confidential communications between client and attorney. | A/C |
| 7-6 | | NMC(on behalf of WL) | HO | Document concerning legal invoices related to Japanese patent application including confidential communications between client and attorney. | A/C |
| 7-7 | 4/17/00 | NMC(on behalf of WL) | HO | Letter concerning US patent application related to Japanese patent prosecution. | A/C |

EXHIBIT C
PAGE 225

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| 8-1 | 1/2/02 | NMC | WL | Letter concerning Official Filing receipt of Korean patent application including confidential communications between client and attorney. | A/C |
| 8-2 | 4/17/02 | NMC | WL | Letter concerning Korean patent application publication including confidential communications between client and attorney. | A/C |
| 8-3 | 4/17/02 | NMC | WL | Letter concerning Korean patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 8-4 | | NMC | WL | Document concerning Power of Attorney form re Korean patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 8-5 | 4/17/02 | NMC | WL | Letter concerning Official Filing receipt of Korean patent application including confidential communications between client and attorney. | A/C |
| 8-6 | 4/25/02 | NMC | WL | Letter concerning priority documents re Korean patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 9-1 | | NMC(on behalf of WL) | YPY | Document concerning filing of Korean patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 9-2 | 12/14/01 | NMC(on behalf of | YPY | Letter concerning Power of Attorney forms | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | WL) | | and International Preliminary Examination report related to Korean patent application including confidential communications between client and attorney. | |
| 10-1 | 3/21/00 | NMC | WL | Drafts of User Agreement including confidential communications between client and attorney. | A/C |
| 10-2 | 3/21/00 | NMC | WL | Drafts of User Agreement including confidential communications between client and attorney. | A/C |
| 10-3 | 12/13/99 | NMC | WL | Document concerning legal research regarding business models for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 10-4 | 11/10/99 | NMC | WL | Draft of licensing document for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 10-5 | 9/28/99 | NMC | WL | Draft of licensing document for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 10-6 | 9/26/99 | NMC | WL | Draft of licensing document for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 10-7 | 9/24/99 | NMC | WL | Draft of licensing document for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 11-1 | 3/17/07 | NMC | WL | Letter concerning publication laws including | A/C |

EXHIBIT C
PAGE 322

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|------------------------|--------------------|---------------------------------------------------------------------------------------------------------------------------------------|------|
| | | | | confidential communications between client and attorney. | |
| 11-3 | 7/5/00 | NMC | WL | Letter concerning legal invoices including confidential communications between client and attorney. | A/C |
| 11-4 | 7/1/00 | NMC | WL | Letter concerning legal invoice #10099 including confidential communications between client and attorney. | A/C |
| 11-5 | 5/4/00 | NMC | WL | Document concerning patent and trademark prosecution status for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 11-6 | 3/13/00 | NMC | WL | Letter regarding a previous financial meeting including confidential communications between client and attorney. | A/C |
| 11-7 | 3/13/00 | NMC | WL | Document concerning foreign patent application costs for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 11-8 | 2/16/00 | NMC | WL | Document concerning foreign trademark application costs for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 11-9 | 2/10/00 | NMC(on behalf of WL) | Taiwanese attorney | Document related to Taiwanese patent application. | A/C |
| 11-10 | 12/31/99 | NMC | WL | Letter concerning legal fees and costs including confidential communications between client and attorney. | A/C |
| 11-11 | 12/14/99 | NMC | WL | Letter concerning research regarding | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | business models for the purpose of legal advice and including confidential communications between client and attorney. | |
| 11-12 | 11/10/99 | NMC | WL | Letter concerning licensing agreement draft for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 11-13 | 9/27/99 | NMC | WL | Document concerning representation for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 11-14 | 9/28/99 | NMC | WL | Letter concerning draft assignments and agreements for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 12 | 6/14/99 | SS | WL, NMC | Document concerning legal advice and including confidential communications between client and attorney. | A/C |
| 13 | 06/10/1999 - 10/04/2002 | WL, NMC, SS | WL, NMC, SS | Document concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 14 | 06/14/1999 | SS | NMC, WL | Email chain concerning patent description and drawings for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 15 | 06/28/1999 | WL | NMC | Document concerning legal advice and including confidential communications between client and attorney. | A/C |
| 16 | 11/10/1999 | NMC | WL | Document concerning legal advice and | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
|  |  |  |  | including confidential communications between client and attorney. |  |
| 17-1 | 5/7/02 | NMC | WL | Letter concerning '119 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-2 | 9/19/01 | NMC | WL | Email chain concerning trademark application status for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-3 | 8/21/01 | NMC | WL | Letter concerning Statement of Use re '119 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-4 | 4/30/01 | NMC | WL | Letter concerning Statement of Use re '119 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-5 | 4/6/01 | NMC | WL | Letter concerning Statement of Use re '119 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-6 | 3/20/01 | NMC | WL | Letter concerning deadline for filing '119 Statement of Use re trademark for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-7 | 9/28/00 | NMC | WL | Letter concerning Notice of Allowance re | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| | | | | '119 trademark for the purpose of legal advice and including confidential communications between client and attorney. | |
| 17-8-9 | 6/5/00 | NMC | WL | Letter concerning Notice of Publication re '119 trademark including confidential communications between client and attorney. | A/C |
| 17-10 | 4/24/00 | NMC | WL | Letter concerning Examiner's Amendment re trademark application including confidential communications between client and attorney. | A/C |
| 17-11-12 | 3/13/00 | NMC | WL | Letter concerning foreign filing costs for trademark applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-13-15 | 2/16/00 | NMC | WL | Letter concerning foreign filing costs re trademark applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-16-19 | 1/17/00 | NMC | WL | Letter concerning foreign trademark rights for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 17-20 | 11/29/99 | NMC | WL | Letter concerning filing of trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 18-1 | 9/10/01 | NMC | WL | Letter concerning '356 trademark application for the purpose of legal advice | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|----------------------|
| | | | | and including confidential communications between client and attorney. | |
| 18-2 | 4/23/01 | NMC | WL | Letter concerning filing of Statement of Use re '356 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 18-3 | 4/6/01 | NMC | WL | Letter concerning deadline for filing Statement of Use re '356 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 18-4-5 | 11/6/00 | NMC | WL | Letter concerning Notice of Allowance re '356 trademark including confidential communications between client and attorney. | A/C |
| 18-6-7 | 3/13/00 | NMC | WL | Letter concerning foreign '356 trademark application costs for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 18-8-11 | 2/16/00 | NMC | WL | Letter concerning foreign '356 trademark application costs for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 18-12-14 | 1/26/00 | NMC | WL | Letter concerning filing of '356 trademark application and foreign trademark rights for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 18-15- | 12/6/99 | NMC | WL | Letter concerning filing of '356 trademark | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 17 | | | | application including confidential communications between client and attorney. | |
| 19 | 12/13/1999 - 01/17/2002 | NMC | WL | Document concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 22 | 12/14/1999 | NMC | WL | Letter concerning legal research for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 23-1 | 9/10/01 | NMC | WL | Letter concerning '068 trademark application including confidential communications between client and attorney. | A/C |
| 23-2 | 4/23/01 | NMC | WL | Letter concerning filing of Statement of Use re '068 trademark for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 23-3 | 4/6/01 | NMC | WL | Letter concerning extension of time to file Statement of Use re '068 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 23-4-5 | 11/6/00 | NMC | WL | Letter concerning Notice of Allowance re '068 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 23-6-7 | 3/13/00 | NMC | WL | Letter concerning foreign '068 trademark application costs for the purpose of legal | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | advice and including confidential communications between client and attorney. | |
| 23-8 | 3/9/00 | NMC | WL | Letter concerning filing of '068 trademark application including confidential communications between client and attorney. | A/C |
| 23-9-11 | 2/16/00 | NMC | WL | Letter concerning foreign '068 trademark application costs for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 23-12-14 | 1/26/00 | NMC | WL | Letter concerning filing of '068 trademark application including confidential communications between client and attorney. | A/C |
| 24-1 | 1/29/01 | NMC | WL | Letter concerning '227 trademark application including confidential communications between client and attorney. | A/C |
| 24-2 | 11/30/00 | NMC | WL | Letter concerning '227 trademark for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 24-3-4 | 6/5/00 | NMC | WL | Letter concerning first Office Action re '227 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 24-5 | 3/23/00 | NMC | WL | Letter concerning filing of '227 trademark application for the purpose of legal advice and including confidential | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | communications between client and attorney. | |
| 24-6-7 | 3/13/00 | NMC | WL | Letter concerning foreign '227 trademark application costs for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 24-8-10 | 2/16/00 | NMC | WL | Letter concerning filing of '227 trademark application including confidential communications between client and attorney. | A/C |
| 24-11-13 | 2/9/00 | NMC | WL | Letter concerning filing of '227 trademark application costs for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 24-14-15 | 2/5/00 | NMC | WL | Email concerning preparation for filing of '227 trademark application including confidential communications between client and attorney. | A/C |
| 24-16 | 2/5/00 | NMC | WL | Email concerning filing of '227 trademark application including confidential communications between client and attorney. | A/C |
| 25-1 | 9/26/02 | NMC | WL | Email concerning power of attorney forms for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 25-2 | 7/9/01 | NMC | WL | Letter concerning publication of Japanese patent application for the purpose of legal advice and including confidential communications between client and | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|---------------------|
| | | | | attorney. | |
| 25-3 | 3/2/01 | NMC | WL | Letter concerning Japanese patent laws for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 25-4 | 7/12/00 | NMC | WL | Letter concerning filing of Japanese patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 25-5 | 4/11/00 | NMC | WL | Letter concerning preparation for filing of Japanese patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 25-6-7 | 3/13/00 | NMC | WL | Letter concerning Japanese patent and trademark application costs for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 25-8 | 10/8/02 | NMC | JT, WL | Email concerning Japanese patent application status for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 26-1 | 9/27/02 | NMC | JT, WL | Email concerning representation for Japanese patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 26-2-3 | 9/26/02 | NMC | JT, WL | Email concerning representation for Japanese patent application for the purpose of legal advice and including confidential | A/C |

EXHIBIT ___
PAGE ___286

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|---------------------|
| | | | | communications between client and attorney. | |
| 26-4 | 7/2/01 | HO | NMC(on behalf of WL) | Letter concerning publication of Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-5 | 3/2/01 | JT | NMC(on behalf of WL) | Email concerning Japanese patent prosecution process for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 26-6-7 | 2/28/01 | NMC(on behalf of WL) | HO | Document concerning Japanese patent prosecution process status including confidential communications between client and attorney. | A/C |
| 26-8-9 | 7/12/00 | NMC(on behalf of WL} | HO | Document concerning legal invoice re Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-10-11 | 7/4/00 | HO | NMC(on behalf of WL) | Document concerning legal invoice re Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-12-14 | 7/5/00 | HO | NMC(on behalf of WL) | Document concerning filing of Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-15-16 | 6/22/00 | HO | NMC(on behalf of WL) | Letter concerning filing of Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-17- | 6/21/00 | NMC(on behalf of | HO | Document concerning filing deadlines for | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 18 | | WL) | | Japanese patent application including confidential communications between client and attorney. | |
| 26-19 | 4/21/00 | NMC(on behalf of WL) | HO | Letter concerning filing of Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-20 | 4/21/00 | HO | NMC(on behalf of WL) | Letter concerning filing of Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-21 | 4/21/00 | HO | NMC(on behalf of WL) | Letter concerning logistical information re Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-22 | 4/17/00 | NMC(on behalf of WL) | HO | Letter concerning US patent application re Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-23-24 | 4/11/00 | NMC(on behalf of WL) | HO | Letter concerning US patent application re Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-25 | 4/7/00 | HO | NMC(on behalf of WL) | Letter concerning filing preparation for the Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-26 | 4/11/00 | HO | NMC(on behalf of WL) | Letter concerning specification of the Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-27 | 4/11/00 | HO | NMC(on behalf of | Letter concerning specification of the | A/C |


EXHIBIT D
PAGE 288

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | WL) | Japanese patent application including confidential communications between client and attorney. | |
| 26-28-29 | 4/7/00 | NMC(on behalf of WL) | HO | Letter concerning filing details of the Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-30 | 4/7/00 | HO | NMC(on behalf of WL) | Letter concerning filing preparation for the Japanese patent application including confidential communications between client and attorney. | A/C |
| 26-31-33 | 4/5/00 | NMC(on behalf of WL) | HO | Letter concerning representation re Japanese patent application including confidential communications between client and attorney. | A/C |
| 27-1 | 9/26/02 | NMC | WL | Letter concerning Power of Attorney forms re trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 27-2 | 8/21/01 | NMC | WL | Letter concerning deadlines re '243 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 27-3-4 | 11/14/01 | WL | NMC | Document concerning trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 27-5 | 5/2/01 | NMC | WL | Letter concerning Notice of Publication re '243 trademark application for the purpose of legal advice and including confidential | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|-----------|--------------|-------------|----------------------|
| | | | | communications between client and attorney. | |
| 27-6 | 11/13/00 | NMC | WL | Letter concerning Examiner's Amendment re '243 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 27-7 | 10/16/00 | NMC | WL | Letter concerning the First Office Action re '243 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 27-8 | 9/12/00 | NMC | WL | Letter concerning filing of foreign trademark applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 27-9 | 5/30/00 | NMC | WL | Letter concerning filing of '243 trademark application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 27-10 | 5/16/00 | WL | NMC | Letter concerning patent technology developments including confidential communications between client and attorney. | A/C |
| 28-1 | 10/4/02 | NMC | WL | Email concerning Power of Attorney re trademark and patent applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 28-2 | 9/30/02 | NMC | WL | Email concerning of Attorney re trademark and patent applications for the purpose of legal advice and including | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|------|------|----------------------------------------------|-----|
| | | | | confidential communications between client and attorney. | |
| 28-3 | 9/26/02 | NMC | WL | Email concerning Power of Attorney forms and foreign trademark and patent applications for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 28-4 | 4/17/02 | NMC | WL | Letter concerning Information Disclosure Statement filed 4/17/02 including confidential communications between client and attorney. | A/C |
| 28-5 | 8/13/01 | NMC | WL | Letter concerning Information Disclosure Statement filed 8/13/02 including confidential communications between client and attorney. | A/C |
| 28-6 | 8/28/00 | NMC | WL | Letter concerning filing of patent application including confidential communications between client and attorney. | A/C |
| 28-7 | 6/5/00 | NMC | WL | Email concerning Continuation-In-Part patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 28-8 | 5/31/00 | NMC | WL | Email chain concerning logistical issues re patent application including confidential communications between client and attorney. | A/C |
| 29-1 | 9/13/00 | NMC | WL | Draft of license agreement including confidential communications between client and attorney. | A/C |
| 29-2 | 9/13/00 | NMC | WL | Draft of license agreement including | A/C |

EXHIBIT — 0
PAGE 31

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | confidential communications between client and attorney. | |
| 30-1 | 10/13/04 | Honesty & Patent | PJE (on behalf of WL) | Email concerning logistical details re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-2 | 10/11/04 | Honesty & Patent | PJE (on behalf of WL) | Email concerning representation re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-3 | 10/13/04 | PJE (on behalf of WL) | Honesty & Patent | Email concerning representation re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-4 | 10/6/04 | Se-Chang Kang , Korean patent counsel | NMC (on behalf of WL) | Letter concerning deadlines and costs re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-5 | 10/19/02 | NMC (on behalf of WL) | YPY | Email concerning representation re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-6-7 | 10/18/02 | NMC | YPY, WL | Email concerning representation re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-8-9 | 10/17/02 | NMC | YPY, WL | Email concerning representation re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-10-11 | 10/17/02 | YPY | NMC(on behalf of WL) | Letter concerning file transfer of Korean patent application including confidential | A/C |

EXHIBIT 0
PAGE 292

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | communications between client and attorney. | |
| 30-12-13 | 9/26/02 | NMC | YPY, WL | Email concerning Korean patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 30-14 | 7/29/02 | YPY | NMC(on behalf of WL) | Letter concerning logistical details re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-15 | 7/29/02 | YPY | NMC(on behalf of WL) | Letter concerning priority documents re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-16 | 4/17/02 | YPY | NMC(on behalf of WL) | Letter concerning public disclosure of Korean patent application including confidential communications between client and attorney. | A/C |
| 30-17-19 | 12/29/01 | YPY | NMC(on behalf of WL) | Letter concerning filing of Korean patent application including confidential communications between client and attorney. | A/C |
| 30-20 | 12/26/01 | Honest & Patent | NMC(on behalf of WL) | Letter concerning filing of Korean patent application including confidential communications between client and attorney. | A/C |
| 30-21 | 12/25/01 | YPY | NMC(on behalf of WL) | Letter concerning preparation of filing Korean patent application including confidential communications between client and attorney. | A/C |
| 30-22-23 | 12/24/01 | NMC(on behalf of WL) | YPY | Document concerning preparation of filing Korean patent application including | A/C |

EXHIBIT D
PAGE 33

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | confidential communications between client and attorney. | |
| 30-24 | 12/14/01 | NMC(on behalf of WL) | YPY | Letter concerning Power of Attorney forms re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-25-26 | 12/14/01 | NMC(on behalf of WL) | YPY | Letter concerning filing of Korean patent application including confidential communications between client and attorney. | A/C |
| 30-27-32 | 12/9/01 | NMC(on behalf of WL) | YPY | Email concerning preparation of filing Korean patent application including confidential communications between client and attorney. | A/C |
| 30-33-34 | 11/15/01 | YPY | NMC(on behalf of WL) | Letter concerning filing of Korean patent application including confidential communications between client and attorney. | A/C |
| 30-35 | 11/15/01 | YPY | NMC(on behalf of WL) | Email concerning Korean patent application process including confidential communications between client and attorney. | A/C |
| 30-36-37 | 11/15/01 | YPY | NMC(on behalf of WL) | Letter concerning legal costs re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-38 | 11/14/01 | NMC | Honest & Patent | Email concerning representation re Korean patent application including confidential communications between client and attorney. | A/C |
| 30-39-40 | 11/1/01 | Honest & Patent | NMC(on behalf of WL) | Letter concerning Korean patent application including confidential communications | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|------|------|-------------|------|
| | | | | between client and attorney. | |
| 31-1 | 10/4/02 | NMC | WL | Email concerning Supplemental Appeal and Power of Attorney for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 31-2 | 9/30/02 | NMC | WL | Email concerning Power of Attorney form including confidential communications between client and attorney. | A/C |
| 31-3 | 9/26/02 | NMC | WL | Email concerning patent prosecution correspondence including confidential communications between client and attorney. | A/C |
| 31-4 | 4/17/02 | NMC | WL | Letter concerning Information Disclosure Statement filed 4/17/02 including confidential communications between client and attorney. | A/C |
| 31-5 | 8/13/01 | NMC | WL | Letter concerning Information Disclosure Statement filed 8/13/01 including confidential communications between client and attorney. | A/C |
| 31-6 | 8/28/00 | NMC | WL | Letter concerning Filing Receipt including confidential communications between client and attorney. | A/C |
| 31-7 | 6/5/02 | NMC | WL | Letter concerning Continuation-In-Patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 31-8 | 5/31/01 | NMC | WL | Email chain concerning legal costs including confidential communications between client and attorney. | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------------|----------|--------------|-------------|-----------|
| 32 | 10/29/2002 | NMC | WL | Email concerning Examiner's Answer including confidential communications between client and attorney. | A/C |
| 33 | 12/27/2002 | NMC | WL | Email concerning status of patent prosecution and legal invoices including confidential communications between client and attorney. | A/C |
| 34 | 06/12/2003 | NMC | WL | Email concerning communication with PTO and legal invoices including confidential communications between client and attorney. | A/C |
| 35 | 07/22/2003 | WL | NMC | Email concerning legal invoices and continuation of patent prosecution including confidential communications between client and attorney. | A/C |
| 36 | 12/02/2004 | NMC | WL | Email concerning pending patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 37 | 12/03/2004 | NMC, WL | WL, NMC | Email concerning prosecuting of patent and legal invoices for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 38 | 12/03/2004 | WL | NMC | Email concerning pursuit of patent application for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 39 | 12/03/2004 | NMC, WL | WL, NMC | Email chain concerning legal fees for the purpose of legal advice and including | A/C |

EXHIBIT D
PAGE 296

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | confidential communications between client and attorney. | |
| 40 | 12/13/2004 | NMC | WL | Email concerning logistical details of patent prosecution including confidential communications between client and attorney. | A/C |
| 41 | 09/17/2005-09/20/2005 | NMC, WL | WL, NMC | Email concerning date of issue of patent for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 42 | 09/17/2005-09/23/2005 | NMC, WL | WL, NMC | Email chain concerning Notice of Allowance for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 43 | 10/06/2005 | NMC | WL | Document relating to draft of patent drawings including confidential communications between client and attorney. | AC |
| 44 | 12/20/2005 | WL | NMC | Email concerning issuing of patent including confidential communications between client and attorney. | A/C |
| 45 | 12/22/2005 | NMC, WL | WL, NMC | Email chain concerning potential licensees and issuing of patent for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 46 | 02/02/2006 | NMC | WL | Email concerning representation logistical details for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 47 | 02/08/2006 | NMC, WL | WL, NMC | Email chain concerning licensing process | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|---------|------|------|-------------|------|
| | | | | for the purpose of legal advice and including confidential communications between client and attorney. | |
| 48-1 | 3/3/07 | NMC | WL | Email concerning legal invoices and patent prosecution including confidential communications between client and attorney. | A/C |
| 48-2 | 2/26/07 | NMC | WL | Email concerning legal invoices and patent prosecution including confidential communications between client and attorney. | A/C |
| 48-3 | 2/26/07 | NMC | WL | Email concerning legal invoices and patent prosecution including confidential communications between client and attorney. | A/C |
| 49-1 | 2/26/07 | WL | NMC | Email concerning financial arrangements and patent prosecution including confidential communications between client and attorney. | A/C |
| 49-2 | 2/26/07 | WL | NMC | Email concerning financial arrangements and patent prosecution including confidential communications between client and attorney. | A/C |
| 49-3 | 2/26/07 | WL | NMC | Email concerning financial arrangements and patent prosecution including confidential communications between client and attorney. | A/C |
| 50-1 | 2/27/07 | WL | NMC | Email concerning financial arrangements and patent prosecution including confidential communications between client and attorney. | A/C |
| 50-2 | 2/27/07 | WL | NMC | Email concerning deadlines including | A/C |

EXHIBIT C
PAGE 228

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|---------------------|
| | | | | confidential communications between client and attorney. | |
| 50-3 | 2/27/07 | WL | NMC | Email concerning licensing and patent claims including confidential communications between client and attorney. | A/C |
| 51 | 02/27/2007 | NMC | WL | Email concerning financial negotiations and legal invoices including confidential communications between client and attorney. | A/C |
| 52 | 03/02/2007 | WL | NMC | Email concerning meeting re patent prosecution including confidential communications between client and attorney. | A/C |
| 53 | 03/05/2007 | WL | NMC | Email concerning meeting re preliminary amendment including confidential communications between client and attorney. | A/C |
| 54 | 03/06/2007 | WL | NMC | Email concerning communication with Examiner for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 55 | 03/06/2007 | NMC | WL | Email concerning communication with Examiner for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 56 | 03/07/2007 | WL | NMC | Email concerning filing of preliminary amendment for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 57 | 03/07/2007 | NMC | WL | Email concerning filing of preliminary amendment for the purpose of legal | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | advice including confidential communications between client and attorney. | |
| 58 | 03/11/2007 | NMC | WL, VLS | Email concerning prior art and material to be addressed in Preliminary Amendment for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 59-1 | 3/13/07 | WL | NMC | Email concerning prior art for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 59-2 | 3/13/07 | WL | NMC | Email concerning Preliminary Amendment for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 60-1 | 3/13/07 | NMC | WL | Email concerning Preliminary Amendment and prior art for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 60-2 | 3/13/07 | NMC | WL | Email concerning Preliminary Amendment and potential licensees for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 61-1 | 3/17/07 | NMC | WL, VLS | Email concerning proposed claim set and legal invoices for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 61-2 | 3/17/07 | NMC | WL, VLS | Email concerning review of issues from 3/13/07 discussion for the purpose of legal advice and including confidential | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------|-----------|--------------|-------------|----------------------|
| | | | | communications between client and attorney. | |
| 62 | 03/17/2007 | WL | NMC | Email concerning claim revision for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 63 | 03/17/2007 | WL | NMC, VLS | Email concerning revised claims and financial arrangements for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 64 | 03/17/2007 | NMC | WL | Letter concerning representation including confidential communications between client and attorney. | A/C |
| 65 | 03/17/2007 | NMC | WL | Letter concerning representation including confidential communications between client and attorney. | A/C |
| 66 | 03/20/2007 | WL | NMC, VLS | Email chain concerning representation and potential infringers for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 67 | 03/20/2007 | NMC | WL | Email chain concerning representation and infringement research for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 68 | 03/21/2007 | WL | NMC, VLS | Email chain concerning licensing and potential infringers for the purpose of legal advice including confidential communications between client and attorney. | A/C |

EXHIBIT
PAGE 301
0

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| 69 | 03/26/2007 | NMC | WL, VLS | Email chain concerning new infringers for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 70 | 03/26/2007 | WL | NMC, VLS | Email chain concerning new infringers and claim issues for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 71 | 03/28/2007 | WL | NMC, VLS | Email chain concerning drafts of patent documents for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 72 | 03/29/2007 | JLL | NMC | Email concerning filing of patent documents including confidential communications between client and attorney. | A/C |
| 74 | 03/30/2007 | NMC | WL | Email chain concerning licensing for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 75 | 03/30/2007 | NMC | WL, VLS | Email chain concerning draft of claims for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 76 | 03/30/2007 | WL | NMC, VLS | Email concerning draft of claims and entity type for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 77 | 03/30/2007 | NMC | WL, VLS, JLL | Email concerning draft of claims for the purpose of legal advice and including | A/C |

EXHIBIT O
PAGE 302

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|---|---|---|---|---|---|
| | | | | confidential communications between client and attorney. | |
| 78 | 03/30/2007 | WL | NMC, VLS, JLL | Email concerning draft of claims and filing deadlines for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 79 | 03/30/2007 | NMC | WL | Email concerning potential infringers and licensees for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 80 | 03/30/2007 | NMC | VLS, JLL | Email concerning draft of claims including confidential communications between client and attorney. | A/C |
| 82 | 05/01/2007 | WL | NMC | Email concerning patent prosecution process changes for the purpose of legal advice and including confidential communications between client and attorney. | A/C |
| 83 | 05/01/2007 | NMC | WL | Email chain concerning scheduling and patent prosecution process developments for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 84 | 05/03/2007 | NMC | WL | Email chain concerning patent prosecution developments for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 85 | 05/09/2007 | WL | NMC | Email chain concerning changes to | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|-----|------|-----------|--------------|-------------|---------------------|
| | | | | prosecution process for the purpose of legal advice including confidential communications between client and attorney. | |
| 86 | 05/18/2007 | NMC | WL | Email chain concerning changes to prosecution process for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 87 | 07/04/2007 | NMC | WL | Email chain concerning trademark applications affidavits for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 88 | 10/02/2007 | NMC | WL | Email chain concerning filing continuation application for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 89 | 10/02/2007 | WL | NMC | Email chain concerning filing continuation application details for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 90 | 10/03/2007 | WL | NMC | Email chain concerning filing of patent document or the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 91 | 10/05/2007 | NMC | WL | Email chain concerning filing additional continuation applications for the purpose of legal advice including confidential communications between | A/C |

| Ref | Date | Author(s) | Recipient(s) | Description | Privilege(s) Claimed |
|------|------------|--------------|--------------|-------------|----------------------|
| | | | | attorney. | |
| 92 | 10/05/2007 | WL | NMC | Email chain concerning filing additional continuation applications for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 93 | 12/17/2007 | NMC | WL | Email chain concerning financial issues for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 94 | 06/11/2008 | WL | NMC | Email concerning litigation representation for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 95 | 06/14/2008 | NMC | WL | Email concerning prosecution documents for the purpose of legal advice including confidential communications between client and attorney. | A/C |
| 96 | 10/26/2008 | Christin Cho | NMC | Email concerning discovery related to the litigation. | W/P, TPM |
| 97 | 10/27/2008 | WL | NMC | Email chain concerning representation and patent prosecution for the purpose of legal advice including confidential communications between client and attorney. | A/C |