Gregory S. Dovel (SB No. 135387)
greg@dovellaw.com
Christin Cho (SB No. 238173)
christin@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
(310) 656-7069 fax

Attorneys for Neal Cohen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | **CV09-6283 GAF (CTx)** <br><br> Discovery Matter <br><br> **Declaration of Christin Cho in support of Cohen's Opposition to Defendants' Motion to Compel** <br><br> Hearing: <br><br> Judge: |

I, Christin Cho, declare:

1. I am an associate with Dovel & Luner LLP, counsel for Neal Cohen. This declaration is submitted in support of Cohen's opposition to defendants' motion to compel production of documents. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently as to those matters.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Neal Cohen, which took place on February 11, 2009.

3. On July 13, 2008, an Agreed Protective Order was entered in this case. Attached as Exhibit 2 is a true and correct copy of the Agreed Protective Order.

4. Wayne Lin and his company, PricePlay, have produced documents and privilege logs in this litigation. Attached as Exhibit 3 is a true and correct copy of the privilege log served by Wayne Lin and PricePlay on May 29, 2009.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and accurate.

Executed in Santa Monica, California, on August 17, 2009.

/s/ Christin Cho

Christin Cho

by
Matthew A. Johnson
Now Legal Services