# EXHIBIT 1

Page 1

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF TEXAS
2  MARSHALL DIVISION
3
4  PERFORMANCE PRICING, INC.,
5      Plaintiff,
6      vs.                    No. 2:07-CV-432(LED)
7  GOOGLE, INC., AOL LLC,
   MICROSOFT CORPORATION,
8  YAHOO! INC., IAC SEARCH
   & MEDIA, INC., and A9.COM,
9  INC.,
10     Defendants.
11
12  _____
13
14
15     DEPOSITION OF NEAL M. COHEN
16  Irvine, California
17     Wednesday, February 11, 2009
18
19
20
21  Reported by:
    DENISE BARDSLEY
22  CSR No. 11241
23  JOB No. 105088
24
25

EXHIBIT 1
PAGE 3

Page 196
1  Q  Let me just ask you globally, and if you need
2  me to ask more specifically, for any of the entries in
3  your privilege log, if I was to ask you whether there
4  were any specific targets of litigation -- of
5  anticipated litigation, would you be able to identify
6  any for any of these documents?
7  A  Not without reading them all and -- no, I
8  don't know that there were any.
9  Q  Can you think of any litigation targets that
10 Mr. Lin ever had?
11 MS. CHO: Objection; form.
12 THE WITNESS: I can state the obvious. There
13 is a lawsuit going on right now, but --
14 BY MR. PERLSON:
15  Q  Do you understand that Mr. Lin is prosecuting
16 that lawsuit?
17  A  I don't understand that, actually.
18  Q  Okay. So my question is: Do you have
19 knowledge of any specific litigation -- let me back up
20 here.
21 Do you have knowledge of any specific target
22 of anticipated litigation by PricePlay?
23  A  For example, if PricePlay said, "I'm going to
24 go sue Google"?
25  Q  Right.

Page 197
1  A  At some point I did, yes.
2  Q  When did you first have that knowledge?
3  A  I'm wondering if that's relevant information.
4  I'm thinking that through my head right now.
5  I believe that would be privileged
6  information.
7  Q  So you're saying --
8  A  I believe the only way I would know about it
9  is communication with the client.
10  Q  So you're refusing to answer that question?
11  A  Yes, on the basis of that privilege.
12 (Refusal to answer.)
13 BY MR. PERLSON:
14  Q  Let me ask you this. Before the '253 patent
15 issued in December of '05 --
16  A  Okay.

EXHIBIT  1
PAGE  3

17  Q  -- were you aware of any specific targets of
18  any anticipated litigation involving PricePlay or
19  Mr. Lin?
20  A  I believe that the answer is privileged,
21  again.
22  Q  So you're refusing to answer that question?
23  A  Based on the privilege, yes, because the only
24  way I would know that is from my client.
25  (Refusal to answer.)

EXHIBIT 1
PAGE 5

Page 238
1  I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4  That the foregoing proceedings were taken
5  before me at the time and place herein set forth; that
6  any witnesses in the foregoing proceedings, prior to
7  testifying, were duly sworn; that a record of the
8  proceedings was made by me using machine shorthand
9  which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12  Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review of
15  the transcript [ x ] was [ ] was not required.
16  I further certify I am neither financially
17  interested in the action nor a relative or employee of
18  any attorney or party to this action.
19  IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: _____
23

24     DENISE BARDSLEY
       CSR No. 11241
25

EXHIBIT  1
PAGE  6