# EXHIBIT 3

# PERFORMANCE PRICING, INC. v. GOOGLE, INC., ET AL.
## PricePlay's Privilege Log (as of May 29, 2009)

EXHIBIT 3
PAGE 30

```
Key:
AC = attorney-client privilege
WP = work product privilege
MF = misfiled
TS = trade secret
```

```
"trial"= trial in Performance Pricing, Inc. v. Google, Inc., et al.;
"litigation"= Performance Pricing, Inc. v. Google, Inc., et al.;
"patent"= US Patent No. 6,978,253;
```

| Date | Author/Sender | Recipient | # of pages | Description | Bates # | Privilege Asserted |
|------|---------------|-----------|-----------|-------------|---------|--------------------|
| | | | | | P 21941-21948 | Bates Labeled in Error. |
| 3/19/2007 | Wayne Lin | Henry Bunsow and Denise DeMory of Howrey, LLP | 11 | Email thread concerning patent prosecution and infringement related to litigation for the purpose of legal advice and including confidential communications between client and attorney. | P 21956-21966 | AC, WP |
| not dated | Wayne Lin | Neel Chatterjee of Orrick | 3 | Letter concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 21967-21969 | AC |
| 3/28/2007 | Denise DeMory | Wayne Lin and Henry Bunsow | 13 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 21970-21982 | AC |
| 9/28/05 | Wayne Lin | Ron Schoenbaum of Knobbe Martin | 9 | Email thread concerning patent assignment for the purpose of legal advice and including confidential communications between client and attorney. | P 21983-21991 | AC |
| | | | | | P 22003-22019 | Bates Labeled in Error. |
| 5/25/2007 | Cheryl Watson of Orrick | Wayne Lin; cc Mark Shean of Orrick | 2 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22022-22023 | AC |
| 4/10/2007 | Neel Chatterjee | Wayne Lin | 2 | Email thread concerning litigation representation by Orrick Herrington & Sutcliffe LLP for the purpose of legal advice and including confidential communications | P 22024-22025 | AC |

## PERFORMANCE PRICING, INC. v. GOOGLE, INC., ET AL.
### PricePlay's Privilege Log (as of May 29, 2009)

| Date | Author/Sender | Recipient | # of pages | Description | Bates # | Privilege Asserted |
|------|---------------|-----------|------------|-------------|---------|--------------------|
| | | | | between client and attorney. | | |
| 4/10/2007 | Wayne Lin | Neel Chatterjee | 2 | Email thread concerning patent litigation for the purpose of legal advice and including confidential communications between client and attorney. | P 22026-22027 | AC, WP |
| | | | | | P 22028-22036 | Bates Labeled in Error. |
| 2/22/2007 | Mark Shean | Wayne Lin | 1 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22037 | AC |
| 10/3/2006 | Cheryl Watson | Wayne Lin; cc Mark Shean | 3 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22038-22040 | AC |
| 9/7/2006 | Wayne Lin | Mark Shean | 3 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22068-22070 | AC |
| | | | | | P 22071-22099 | Bates Labeled in Error. |
| 2/7/2007 | Neel Chatterjee | Wayne Lin | 2 | Email thread concerning patent litigation for the purpose of legal advice and including confidential communications between client and attorney. | P 22115-22116 | AC, WP |
| 11/3/2006 | Mark Shean | Wayne Lin | 3 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22117-22119 | AC |
| 9/7/2006 | Cheryl Watson | Wayne Lin; cc Mark Shean | 2 | Email thread concerning foreign patent application for the purpose of legal advice and including confidential communications between client and attorney. | P 22120-22121 | AC |
| 7/17/2006 | Mark Shean | Wayne Lin | 6 | Email thread concerning foreign patent application for the purpose of legal advice | P 22122-22127 | AC |

EXHIBIT 3
PAGE 3

| Date | Author/Sender | Recipient | # of pages | Description | Bates # | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | and including confidential communications between client and attorney. | | |
| 8/15/2006 | Mark Shean | Wayne Lin; cc Neel Chatterjee | 2 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22128-22129 | AC |
| 7/13/2006 | Mark Shean | Wayne Lin and Neel Chatterjee | 1 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22130 | AC |
| 6/2/2006 | Karen Mudurian of Orrick | Neel Chatterjee, Wayne Lin; cc Mark Shean and Mitchell Zuklie of Orrick | 5 | Email thread concerning licensing and patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22131-22135 | AC |
| 5/23/2006 | Neel Chatterjee | Wayne Lin and Mark Shean | 2 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22166-22167 | AC |
| 5/3/2006 | Karen Mudurian of Orrick | Neel Chatterjee, Mark Shean ; cc  Wayne Lin | 1 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22170 | AC |
| 4/24/2006 | Wayne Lin | Neel Chatterjee and Mark Shean | 1 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22198 | AC |
| 4/24/2006 | Wayne Lin | Neel Chatterjee | 7 | Document concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22199-22205 | AC |
| 4/24/2006 | Wayne Lin | Neel Chatterjee | 3 | Document concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22206-22208 | AC |

EXHIBIT 3
PAGE 3

| Date | Author/Sender | Recipient | # of pages | Description | Bates # | Privilege Asserted |
|------|---------------|-----------|------------|-------------|---------|--------------------|
| 4/24/2006 | Wayne Lin | Neel Chatterjee | 1 | Document concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22209 | AC |
| 4/18/2006 | Karen Mudurian | Mark Shean, Neel Chatterjee; cc Wayne Lin | 1 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22255 | AC |
| 4/18/2006 | Mark Shean | Wayne Lin | 4 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22266-22269 | AC |
| 4/12/2006 | Karen Mudurian | Wayne Lin, Neel Chatterjee; cc Mark Shean | 2 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22270-22271 | AC |
| 4/12/2006 | Karen Mudurian | Wayne Lin, Neel Chatterjee, Mark Shean | 5 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22281-22285 | AC |
| 4/6/2006 | Neel Chatterjee | Wayne Lin and Mark Shean | 3 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22286-22288 | AC |
| 4/4/2006 | Karen Mudurian | Neel Chatterjee, Mark Shean, Mary Smith of Orrick ; cc Wayne Lin | 1 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22289-22294 | AC |
| 4/4/2006 | Mark Shean | Wayne Lin | 1 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22295 | AC |
| | Mark Shean | Wayne Lin | 2 | Document concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22296-22297 | AC |

EXHIBIT 3
PAGE 33

PERFORMANCE PRICING, INC. v. GOOGLE, INC., ET AL.
PricePlay's Privilege Log (as of May 29, 2009)

| Date | Author/Sender | Recipient | # of pages | Description | Bates # | Privilege Asserted |
|---|---|---|---|---|---|---|
| 4/4/2006 | Mark Shean | Wayne Lin | 3 | Email thread concerning licensing and patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22298-22300 | AC |
| 2/28/2006 | Neel Chatterjee | Wayne Lin | 1 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22308 | AC |
| | | | | | P 22309 | Bates Labeled in Error. |
| 3/27/2006 | Mark Shean | Wayne Lin | 10 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22310-22319 | AC |
| | | | | | P 22312-22319 | Bates Labeled in Error. |
| 3/15/2006 | Mark Shean | Wayne Lin and Neel Chatterjee | 3 | Email thread concerning patent prosecution and licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22320-22322 | AC |
| 3/27/2006 | Mark Shean | Wayne Lin | 2 | Email thread concerning patent prosecution for the purpose of legal advice and including confidential communications between client and attorney. | P 22323-22324 | AC |
| | | | | | P 22325-22341 | Bates Labeled in Error. |
| 4/4/2006 | Karen Mudurian | Wayne Lin, Mark Shean, Neal Chatterjee | 1 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22377 | AC |
| 2/15/2006 | Karen Mudurian | Wayne Lin; cc Neel Chatterjee, Mark Shean | 2 | Email thread concerning licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22381-22382 | AC |
| | | | | | P 22403- | Bates Labeled in Error. |

EXHIBIT 3

PAGE 34

## PERFORMANCE PRICING, INC. v. GOOGLE, INC., ET AL.
PricePlay's Privilege Log (as of May 29, 2009)

| Date | Author/Sender | Recipient | # of pages | Description | Bates # | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | 22425 | |
| | | | | | P 22416-22425 | Bates Labeled in Error. |
| | | | | | P 22446-22455 | Bates Labeled in Error. |
| 2/11/2006 | Neel Chatterjee | Wayne Lin; cc Mitchell Zuklie, Jim Black and Mark Shean of Orrick | 13 | Email thread concerning patent litigation and licensing for the purpose of legal advice and including confidential communications between client and attorney. | P 22496-22508 | AC, WP |
| | Hiroyuki Kurihara | Wayne Lin | 4 | Email thread concerning foreign patent application for the purpose of legal advice and including confidential communications between client and attorney. | P 22579-22582 | AC |
| | | | 2 | | P 22602-22603 | Bates labeled in error-Irrelevant. |

EXHIBIT 3
PAGE 35