QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and
AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | CASE NO.: **CV09-6283 GAF (CTx)** <br><br> [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC. AND AOL LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP, LLP <br><br> Crtrm.: <br> Judge: <br> Hrg. Date: <br> Hrg. Time: |

This Court, having considered Defendant Google Inc. and AOL LLC's ("DEFENDANTS") Motion to Compel Production of Documents by Third Parties Neal Cohen and Vista IP Law Group, LLP, the Joint Stipulation of the parties pursuant to Local Rule 37-2, the supporting declarations, the supplemental memoranda, the other pleadings and filings in this proceedings, and further evidence as may be considered by this Court, hereby rules as follows:

IT IS HEREBY ORDERED THAT:

DEFENDANTS' Motion is GRANTED. Neal Cohen and Vista IP Law Group, LLP shall produce documents corresponding with privilege log entries 1-27, 2-5, 2-6, 2-11, 7-1, 7-2, 7-3, 7-4, 7-5, 7-6, 7-7, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-5, 10-6, 10-7, 11-9, 26-4, 26-5, 26-6-7, 26-8-9, 26-10-11, 26-12-14, 26-15-16, 26-17-18, 26-19-18, 26-20, 29-1, 29-2, 30-1, 30-2, 30-3, 30-4, 30-5, 30-6-7, 30-10-11, 30-14, 30-15, 30-16, 30-1-19, 30-20, 30-21, 30-22-23, 30-24, 30-25-26, 30-27-32, 30-33-34, 30-35, 30-36-37, 30-38, 30-39-40, 43, 72 and 80. Neal Cohen and Vista IP Law Group, LLP shall also pay all costs and relief afforded under Federal Rule of Civil Procedure 37, including the costs and fees incurred by Defendants Google Inc. and AOL LLC related to this motion.

IT IS ORDERED.

DATED: _____      _____

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *David A. Perlson*
David A. Perlson

Attorney for Defendants

-2-