UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br> (Eastern District of Texas) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES FOR DAUBERT MOTIONS AND RESPONSES

TO THE HONORABLE JUDGE OF THIS COURT:

Defendants Google Inc. and AOL LLC ("Defendants") file this unopposed motion and respectfully ask the Court to extend the deadline for *Daubert* motions and responses in this matter. Pursuant to the Court's Docket Control Order issued on June 22, 2009, *Daubert* motions are due by November 20, 2009, and responses to such motions are due by December 18, 2009. Defendants respectfully request an extension of the *Daubert* motion deadline until November 24, 2009. This brief extension would give Defendants adequate time to review the depositions of Plaintiff's experts and, as appropriate, to use these depositions in support of its *Daubert* motions. In order to accommodate this four-day proposed extension for *Daubert* motions, Defendants also respectfully request that the deadline for *Daubert* responses be extended by four days as well, until December 22, 2009. Defendants have notified Plaintiff of these requests, and Plaintiff has no opposition to Defendants' proposed extensions.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for *Daubert* motions and responses as outlined above.

Dated: November 5, 2009                    Respectfully submitted,

                                           By: /s/ David J. Beck
                                               David J. Beck
                                               Texas Bar No. 00000070
                                               dbeck@brsfirm.com
                                           BECK, REDDEN & SECREST, L.L.P.
                                           One Houston Center
                                           1221 McKinney St., Suite 4500
                                           Houston, Texas 77010
                                           (713) 951-3700
                                           (713) 951-3720 (Fax)

                                           **LEAD ATTORNEY FOR DEFENDANT
                                           GOOGLE INC.**

OF COUNSEL:

Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
David A. Perlson (admitted *pro hac vice*)
davidperlson@quinnemanuel.com
Antonio R. Sistos (admitted *pro hac vice*)
antoniosistos@quinnemanuel.com
Emily C. O'Brien (admitted *pro hac vice*)
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson

1167.00001/436250.1