IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:07-cv-432 (LED) |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., A9.COM, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES FOR *DAUBERT* MOTIONS AND RESPONSES

Before the Court is Defendants' Unopposed Motion to Extend Deadlines for Daubert Motions and Responses. The Court finds that the motion should be GRANTED. Therefore, it is hereby

**ORDERED** that the deadline for Defendants to file their *Daubert* motions will be extended to November 24, 2009 and the deadline for Plaintiff to file its *Daubert* responses shall be extended to December 22, 2009.

1167.00001/436250.1