IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, | ) |
| MICROSOFT CORPORATION, | ) |
| YAHOO! INC., IAC SEARCH & | ) |
| MEDIA, INC., A9.COM, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES FOR *DAUBERT* MOTIONS AND RESPONSES**

Before the Court is Defendants' Unopposed Motion to Extend Deadlines for Daubert Motions and Responses. The Court finds that the motion should be GRANTED. Therefore, it is hereby

**ORDERED** that the deadline for Defendants to file their *Daubert* motions will be extended to November 24, 2009 and the deadline for Plaintiff to file its *Daubert* responses shall be extended to December 22, 2009.

**So ORDERED and SIGNED this 6th day of November, 2009.**

*[signature: John D. Love]*

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1167.00001/436250.1