IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PERFORMANCE PRICING, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION NO. 2:07cv432 |
| § | |
| **GOOGLE INC., et al.,** § | |
| § | |
| **Defendants.** § | |
| § | |

### ORDER AMENDING ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES FOR *DAUBERT* MOTIONS AND RESPONSES

Before the Court is Defendants' Unopposed Motion to Amend Order Granting Motion to Extend Deadlines for *Daubert* Motions and Responses (Doc. No. 246). The Court finds that the motion should be **GRANTED**.

Therefore, it is hereby **ORDERED** that the deadline for the parties to file their *Daubert* motions will be extended to **November 24, 2009** and the deadline for the parties to file *Daubert* responses shall be extended to **December 22, 2009**.

**So ORDERED and SIGNED this 9th day of November, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE