# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Performance Pricing, Inc.'s Motion to Compel the Deposition of Michelle Lee. Having read and considered the moving and opposition papers and the evidence submitted in support thereof, the Court now **GRANTS** Plaintiff's motion and **ORDERS** Defendant Google Inc. to produce Michelle Lee for a deposition within seven days of this Court's order.