**EXHIBIT 4**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>GOOGLE, INC. et al.,<br><br>        Defendants. | CASE NO. 2:07-CV-432 (LED)<br><br>**Jury Trial Demanded** |

## Notice of Deposition of Michelle Lee

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Performance Pricing, Inc. ("Performance Pricing") will take the deposition of Michelle Lee. The deposition will occur on October 27, 2009, at 9:00 a.m. at a location to be determined in Palo Alto, CA. Should the deposition not be completed on that day, the deposition shall be concluded on a later date to be agreed upon by the parties.

The deposition will be recorded stenographically by a deposition officer, as specified in Rule 28(a) of the Federal Rules of Civil Procedure.

FURTHER NOTICE is hereby given that Plaintiff intends to videotape and audiotape the above deposition pursuant to Rule 30(b)(2), (3), and (4) of the Federal Rules of Civil Procedure.

Dated: October 5, 2009

Respectfully submitted,

By: /s/ Christin Cho
    Christin Cho
    CA State Bar No. 238173
    Email: christin@dovellaw.com

Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
Email: sean@dovellaw.com
Richard E. Lyon
CA State Bar No. 229288
Email: rick@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
Energy Centre
1127 Judson Road, Ste 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: capshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Parker & Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  903/531-3535
Facsimile: 903/533-9687


ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served, via E-mail, on counsel for Defendants this 5th day of October, 2009.

/s/ Christin Cho
Christin Cho