**EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.; AOL, LLC; MICROSOFT CORP.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; and A9.COM, INC.,<br><br>Defendants. | CASE NO. 2-07CV-432-LED<br><br>Jury Trial Demanded |

**Notice of Rule 30(b)(6) Deposition of Google, Inc (Part 3)**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Performance Pricing, Inc., will take the deposition of Google, Inc. at 9:00 a.m. on October 27, 2009, at a location to be determined in Palo Alto, CA. Should the deposition not be completed on that day, the deposition shall be concluded on a later date to be agreed upon by the parties.

The deposition will be recorded stenographically by a deposition officer, as specified in Rule 28(a) of the Federal Rules of Civil Procedure.

FURTHER NOTICE is hereby given that Plaintiff intends to videotape and audiotape the above deposition pursuant to Rule 30(b)(2), (3), and (4) of the Federal Rules of Civil Procedure.

**Definitions**

1. "Performance Pricing" means plaintiff Performance Pricing, Inc.

2. The term "you" or "your" means Google, Inc.

3. "'253 Patent" means United States Patent No. 6,978,253 entitled "Systems and Methods for Transacting Business Over a Global Communications Network such as the Internet."

4. "Accused Systems" means the Google AdWords System.

## Subjects of Examination

(Subject headings are for ease of reference only and are not definitional)

Document collection and authentication

1. Google's efforts to search for, collect and produce documents in this litigation, including efforts to locate documents through electronic searches, company-wide emails asking relevant persons for documents, requesting persons to search local hard drives, and the identify of each person that was specifically asked to look for responsive documents.

2. The authenticity of the documents numbered 1-269 in Exhibit A (attached).

3. The authenticity of the Google web pages depicted in the power point slides bates-labeled GO 1-469.

4. The authenticity of the Google web pages depicted in the production bates-labeled PP-GO 1-16423.

Notice

5. Any investigation undertaken by Google when it received notice that it was infringing the '253 patent.

6. Any investigation undertaken by Google when it received notice of the '253 patent.

7. Any correspondence or communications between Google and Wayne Lin concerning the '253 patent.

Patent policy

8. The procedures and policies Google follows when it is provided with notice of patent infringement.

9. The procedures and policies that Google follows in order to avoid patent infringement.

10. Google's procedures and policies regarding clearance searches.

11. Google's policies and procedures regarding entering patent licenses with patent holders who have filed suit against Google.

12. Google's policies and procedures regarding entering patent licenses with patent holders who have not filed suit against Google.

13. Google's policies and procedures regarding entering patent licenses with non-practicing entities who have filed suit against Google.

14. Google's policies and procedures regarding entering patent licenses with non-practicing entities who have not filed suit against Google.

Infringement

15. Whether Google uses a computer server, centralized server, operation controller, or content server for receiving each of the following: maximum CPC, keyword selection, ad text, landing page information, the buyer's agreement to the terms and conditions, and account activation.

16. The percentage of Google's revenues that are derived from advertisers who bid or pay on a Cost per Mille (CPM) basis as contrasted with a Cost per click (CPC) basis.

AOL Marketplace

17. The operation of AOL Search Marketplace.

IAC

18. For each quarter after January 1, 2006, the revenues that Google has earned from serving ads for IAC Search & Media.

19. For each quarter after January 1, 2006, the revenues that Google has earned from serving ads for the Ask Network.

20. Each revenue sharing agreement between IAC and Google.

Dated: September 30, 2008                                  Respectfully submitted,


By: /s/ Christin Cho
  Christin Cho
  CA State Bar No. 238173
  Gregory S. Dovel
  CA State Bar No. 135387
  Dovel & Luner, LLP
  201 Santa Monica Blvd., Suite 600
  Santa Monica, CA 90401
  Telephone: 310-656-7066
  Facsimile: 310-657-7069

  ATTORNEYS FOR PLAINTIFF
  PERFORMANCE PRICING, INC.

## **CERTIFICATE OF SERVICE**

        This is to certify that a true and correct copy of the above and foregoing document was served, via E-mail, on counsel for Defendants this 30th day of September, 2009.

                              /s/ Christin Cho
                              Christin Cho

# EXHIBIT A

| Number | Description | Bates Range |
|---|---|---|
| 1 | Google, Inc. Form 10-K for the fiscal year ended December 31, 2004. | N/A |
| 2 | Google, Inc. Form 10-K for the fiscal year ended December 31, 2005. | N/A |
| 3 | Google, Inc. Form 10-Q for the quarter ended March 31, 2006. | N/A |
| 4 | Google, Inc. Form 10-K for the fiscal year ended December 31, 2006. | N/A |
| 5 | Google, Inc. Form 10-Q for the period ended June 30, 2007. | GOOGPP00002208 – 277 |
| 6 | Google, Inc. Form 10-Q for the period ended September 30, 2007. | GOOGPP00002278 – 331 |
| 7 | Google, Inc. Form 10-K for the fiscal year ended December 31, 2007. | GOOGPP00002332 – 444 |
| 8 | Google, Inc. Form 10-K for the fiscal year ended December 31, 2007. | GOOGPP00002500 – 614 |
| 9 | Google, Inc. Form 10-Q for the period ended June 30, 2008. | GOOGPP00005377 – 431 |
| 10 | Google, Inc. Form 10-Q for the period ended June 30, 2008. | GOOGPP0398277 – 362 |
| 11 | Google, Inc. Form 10-Q for the period ended September 30, 2008. | GOOGPP0398151 – 230 |
| 12 | Google, Inc. Form 10-K for the fiscal year ended December 31, 2008. | GOOGPP0398043 – 150 |
| 13 | Google, Inc. Form 10-Q for the quarter ended March 31, 2009. | GOOGPP0398231 – 276 |
| 14 | Google, Inc. Form 10-Q for the quarter ended June 30, 2009. | N/A |
| 15 | Technology Acquisition Agreement between Google Inc. and Groupfire, Incorporated, June, 15, 2001. | GOOGPP00011047 – 080 |
| 16 | Patent Assignment and License Agreement between Google Inc., Disney Enterprises, Inc., Infoseek Corporation, and Starwave Corporation, November 4, 2004. | GOOGPP00010987 - 1001 |
| 17 | Patent License Agreement between IBM Corporation and Google Inc., September 29, 2006. | GOOGPP00011081 – 100 |
| 18 | Trust Agreement between Wells Fargo Delaware Trust Company, Google Inc., Motorola, Inc., Hewlett-Packard Company, Sum Microsystems, Inc., Eastman Kodak Company, NXP B.V., Adobe Systems Incorporated, Cisco Systems, Inc., Aulis AB, Avaya Inc., and Verizon Corporate Services Corp., January 1, 2007. | GOOGPP0398422 - 512 |

# EXHIBIT A

| # | Description | Bates |
|---|---|---|
| 19 | License Agreement between Open Invention Network, LLC and Google Inc., July 19, 2007. | GOOGPP0398406 – 411 |
| 20 | Patent License Agreement between Invenda Corporation and Google Inc., October 22, 2007. | GOOGPP0398601 – 605 |
| 21 | Asset Purchase Agreement between About, Inc., PRIMEDIA Inc., and Google Inc., October 23, 2003. | GOOGPP00011101 – 150 |
| 22 | License Agreement and Release between Illinois Computer Research LLC and Scott C. Harris and Google Inc., October 31, 2007. | GOOGPP0398412 - 421 |
| 23 | Patent Purchase and Sale Agreement between Carl Meyer and Google Inc., December 18, 2008. | GOOGPP0398388 – 396 |
| 24 | Patent Purchase and Sale Agreement between Carl Meyer and Google Inc., December 18, 2008. | GOOGPP0398397 – 405 |
| 25 | Patent License Agreement between Red Acre, LLC and Google Inc., May 22, 2009. | GOOGPP0398513 – 523 |
| 26 | Varian, Hal R. "The Economics of Internet Search," *Revista di Politica Economica*, November-December 2006, pp. 117-191. | GOOGPP0398606 - 620 |
| 27 | "Google Announces Second Quarter 2007 Results," Google Financial Release, July 19, 2007. | GOOGPP00002445 – 451 |
| 28 | "Google Announces Third Quarter 2007 Results," Google Financial Release, October 18, 2007. | GOOGPP00002464 – 470 |
| 29 | "Google Announces Fourth Quarter and Fiscal Year 2007 Results," Google Financial Release, January 31, 2008. | GOOGPP00002482 - 488 |
| 30 | 2006 Weekly Rolling Revenue Forecast, April 10, 2006. | GOOGPP00004126 – 137 |
| 31 | 2006 Weekly Rolling Revenue Forecast, April 17, 2006. | GOOGPP00004138 – 149 |
| 32 | 2006 Weekly Rolling Revenue Forecast, April 24, 2006. | GOOGPP00004150 – 161 |
| 33 | 2006 Weekly Rolling Revenue Forecast, May 1, 2006. | GOOGPP00004162 – 173 |
| 34 | 2006 Weekly Rolling Revenue Forecast, May 8, 2006. | GOOGPP00004174 – 185 |
| 35 | 2006 Weekly Rolling Revenue Forecast, May 16, 2006. | GOOGPP00004186 – 197 |
| 36 | 2006 Weekly Rolling Revenue Forecast, May 22, 2006. | GOOGPP00004198 – 209 |

| | | |
|---|---|---|
| 37 | 2006 Weekly Rolling Revenue Forecast, May 30, 2006. | GOOGPP00004210 – 221 |
| 38 | 2006 Weekly Rolling Revenue Forecast, June 5, 2006. | GOOGPP00004222 – 233 |
| 39 | 2006 Weekly Rolling Revenue Forecast, June 12, 2006. | GOOGPP00004234 – 245 |
| 40 | 2006 Weekly Rolling Revenue Forecast, June 19, 2006. | GOOGPP00004246 – 257 |
| 41 | 2006 Weekly Rolling Revenue Forecast, June 26, 2006. | GOOGPP00004258 – 269 |
| 42 | 2006 Weekly Rolling Revenue Forecast, July 3, 2006. | GOOGPP00004270 – 281 |
| 43 | 2006 Weekly Rolling Revenue Forecast, July 3, 2006. | GOOGPP00004282 – 293 |
| 44 | 2006 Weekly Rolling Revenue Forecast, July 10, 2006. | GOOGPP00004294 – 305 |
| 45 | 2006 Weekly Rolling Revenue Forecast, July 17, 2006. | GOOGPP00004306 – 317 |
| 46 | 2006 Weekly Rolling Revenue Forecast, July 24, 2006. | GOOGPP00004318 – 329 |
| 47 | 2006 Weekly Rolling Revenue Forecast, July 31, 2006. | GOOGPP00004330 – 341 |
| 48 | 2006 Weekly Rolling Revenue Forecast, August 6, 2006. | GOOGPP00004342 – 353 |
| 49 | 2006 Weekly Rolling Revenue Forecast, August 14, 2006. | GOOGPP00004354 – 365 |
| 50 | 2006 Weekly Rolling Revenue Forecast, August 18, 2006. | GOOGPP00004366 - 377 |
| 51 | 2006 Weekly Rolling Revenue Forecast, August 28, 2006. | GOOGPP00004378 – 389 |
| 52 | 2006 Weekly Rolling Revenue Forecast, September 5, 2006. | GOOGPP00004390 - 401 |
| 53 | 2006 Weekly Rolling Revenue Forecast, September 8, 2006. | GOOGPP00004402 - 413 |
| 54 | 2006 Weekly Rolling Revenue Forecast, September 18, 2006. | GOOGPP00004414 - 425 |
| 55 | 2006 Weekly Rolling Revenue Forecast, September 24, 2006. | GOOGPP00004426 - 437 |
| 56 | 2006 Weekly Rolling Revenue Forecast, October 2, 2006. | GOOGPP00004438 - 449 |

**EXHIBIT A**

| | | |
|---|---|---|
| 57 | 2006 Weekly Rolling Revenue Forecast, October 9, 2006. | GOOGPP00004462 - 473 |
| 58 | 2006 Weekly Rolling Revenue Forecast, October 17, 2006. | GOOGPP00004487 - 498 |
| 59 | 2006 Weekly Rolling Revenue Forecast, October 18, 2006. | GOOGPP00004450 - 461 |
| 60 | 2006 Weekly Rolling Revenue Forecast, October 23, 2006. | GOOGPP00004512 - 523 |
| 61 | 2006 Weekly Rolling Revenue Forecast, October 24, 2006. | GOOGPP00004474 - 486 |
| 62 | 2006 Weekly Rolling Revenue Forecast, October 24, 2006. | GOOGPP00004499 - 511 |
| 63 | 2006 Weekly Rolling Revenue Forecast, October 27, 2006. | GOOGPP00004524 - 535 |
| 64 | 2006 Weekly Rolling Revenue Forecast, October 31, 2006. | GOOGPP00004536 - 547 |
| 65 | Google Invoice to AOL, October 31, 2006. | GOOGPP00002627 |
| 66 | 2006 Weekly Rolling Revenue Forecast, November 6, 2006. | GOOGPP00004548 - 559 |
| 67 | 2006 Weekly Rolling Revenue Forecast, November 13, 2006. | GOOGPP00004560 - 571 |
| 68 | 2006 Weekly Rolling Revenue Forecast, November 20, 2006. | GOOGPP00004572 - 583 |
| 69 | Google Invoice to AOL, November 30, 2006. | GOOGPP00002629 |
| 70 | 2006 Weekly Rolling Revenue Forecast, December 5, 2006. | GOOGPP00004584 - 595 |
| 71 | 2006 Weekly Rolling Revenue Forecast, December 5, 2006. | GOOGPP00004596 - 607 |
| 72 | 2006 Weekly Rolling Revenue Forecast, December 11, 2006. | GOOGPP00002698 - 709 |
| 73 | 2006 Weekly Rolling Revenue Forecast, December 11, 2006. | GOOGPP00004608 - 619 |
| 74 | 2006 Weekly Rolling Revenue Forecast, December 18, 2006. | GOOGPP00002710 - 721 |
| 75 | 2006 Weekly Rolling Revenue Forecast, December 18, 2006. | GOOGPP00004620 - 631 |
| 76 | 2006 Weekly Rolling Revenue Forecast, December 18, 2006. | GOOGPP00004632 - 643 |

# EXHIBIT A

| | | |
|---|---|---|
| 77 | Google Invoice to AOL, December 31, 2006. | GOOGPP00002631 |
| 78 | 2007 Weekly Rolling Revenue Forecast, January 2, 2007. | GOOGPP00003433 - 444 |
| 79 | 2006 Weekly Rolling Revenue Forecast, January 2, 2007. | GOOGPP00003601 - 612 |
| 80 | 2007 Weekly Rolling Revenue Forecast, January 8, 2007. | GOOGPP00003445 - 456 |
| 81 | 2006 Weekly Rolling Revenue Forecast, January 8, 2007. | GOOGPP00003613 - 624 |
| 82 | 2006 Weekly Rolling Revenue Forecast, January 9, 2007. | GOOGPP00003625 - 636 |
| 83 | 2007 Weekly Rolling Revenue Forecast, January 16, 2007. | GOOGPP00003457 - 468 |
| 84 | 2006 Weekly Rolling Revenue Forecast, January 16, 2007. | GOOGPP00003637 - 648 |
| 85 | 2007 Weekly Rolling Revenue Forecast, January 22, 2007. | GOOGPP00003469 - 480 |
| 86 | 2006 Weekly Rolling Revenue Forecast, January 22, 2007. | GOOGPP00003649 - 660 |
| 87 | 2007 Weekly Rolling Revenue Forecast, January 25, 2007. | GOOGPP00003481 – 492 |
| 88 | 2006 Weekly Rolling Revenue Forecast, January 25, 2007. | GOOGPP00003661 - 672 |
| 89 | Google Invoice to AOL, January 31, 2007. | GOOGPP00002616 |
| 90 | 2007 Weekly Rolling Revenue Forecast, February 2, 2007. | GOOGPP00003493 - 504 |
| 91 | 2007 Weekly Rolling Revenue Forecast, February 8, 2007. | GOOGPP00003505 - 516 |
| 92 | 2007 Weekly Rolling Revenue Forecast, February 26, 2007. | GOOGPP00003517 - 528 |
| 93 | Google Invoice to AOL, February 28, 2007. | GOOGPP00002618 |
| 94 | 2007 Weekly Rolling Revenue Forecast, March 2, 2007. | GOOGPP00003529 - 540 |
| 95. | 2007 Weekly Rolling Revenue Forecast, March 12, 2007. | GOOGPP00003541 - 552 |
| 96 | 2007 Weekly Rolling Revenue Forecast, March 12, 2007. | GOOGPP00003553 - 564 |

# EXHIBIT A

| | | |
|---|---|---|
| 97 | 2007 Weekly Rolling Revenue Forecast, March 19, 2007. | GOOGPP00003565 - 576 |
| 98 | 2007 Weekly Rolling Revenue Forecast, March 26, 2007. | GOOGPP00003577 - 588 |
| 99 | 2007 Weekly Rolling Revenue Forecast, March 30, 2007. | GOOGPP00003589 - 600 |
| 100 | Google Invoice to AOL, March 31, 2007. | GOOGPP00002620 |
| 101 | 2007 Weekly Rolling Revenue Forecast, April 10, 2007. | GOOGPP00003673 - 684 |
| 102 | 2007 Weekly Rolling Revenue Forecast, April 17, 2007. | GOOGPP00003685 - 696 |
| 103 | 2007 Weekly Rolling Revenue Forecast, April 23, 2007. | GOOGPP00003697 - 708 |
| 104 | 2007 Weekly Rolling Revenue Forecast, April 30, 2007. | GOOGPP00003709 - 720 |
| 105 | Google Invoice to AOL, April 30, 2007. | GOOGPP00002622 |
| 106 | 2007 Weekly Rolling Revenue Forecast, May 11, 2007. | GOOGPP00003721 - 732 |
| 107 | 2007 Weekly Rolling Revenue Forecast, May 18, 2007. | GOOGPP00003733 - 744 |
| 108 | 2007 Weekly Rolling Revenue Forecast, May 25, 2007. | GOOGPP00003745 - 756 |
| 109 | 2007 Weekly Rolling Revenue Forecast, May 29, 2007. | GOOGPP00003757 - 768 |
| 110 | Google Invoice to AOL, May 31, 2007. | GOOGPP00002624 |
| 111 | 2007 Weekly Rolling Revenue Forecast, June 4, 2007. | GOOGPP00003769 - 780 |
| 112 | 2007 Weekly Rolling Revenue Forecast, June 11, 2007. | GOOGPP00003781 - 792 |
| 113 | 2007 Weekly Rolling Revenue Forecast, June 14, 2007. | GOOGPP00003793 - 804 |
| 114 | 2007 Weekly Rolling Revenue Forecast, June 25, 2007. | GOOGPP00003805 - 816 |
| 115 | 2007 Weekly Rolling Revenue Forecast, June 29, 2007. | GOOGPP00003817 - 828 |
| 116 | Google Invoice to AOL, June 30, 2007. | GOOGPP00002625 |

# EXHIBIT A

| | | |
|---|---|---|
| 117 | 2007 Weekly Rolling Revenue Forecast, July 6, 2007. | GOOGPP00003829 - 840 |
| 118 | 2007 Weekly Rolling Revenue Forecast, July 16, 2007. | GOOGPP00003841 - 852 |
| 119 | 2007 Weekly Rolling Revenue Forecast, July 20, 2007. | GOOGPP00003853 - 863 |
| 120 | 2007 Weekly Rolling Revenue Forecast, July 23, 2007. | GOOGPP00003864 - 874 |
| 121 | 2007 Weekly Rolling Revenue Forecast, July 30, 2007. | GOOGPP00003875 - 885 |
| 122 | 2007 Weekly Rolling Revenue Forecast, August 6, 2007. | GOOGPP00003886 - 896 |
| 123 | 2007 Weekly Rolling Revenue Forecast, August 16, 2007. | GOOGPP00003897 – 907 |
| 124 | 2007 Weekly Rolling Revenue Forecast, August 20, 2007. | GOOGPP00003908 - 918 |
| 125 | 2007 Weekly Rolling Revenue Forecast, August 27, 2007. | GOOGPP00003919 - 930 |
| 126 | 2007 Weekly Rolling Revenue Forecast, September 3, 2007. | GOOGPP00003931 - 943 |
| 127 | 2007 Weekly Rolling Revenue Forecast, September 17, 2007. | GOOGPP00003983 - 995 |
| 128 | 2007 Weekly Rolling Revenue Forecast, September 21, 2007. | GOOGPP00003944 - 956 |
| 129. | 2007 Weekly Rolling Revenue Forecast, September 24, 2007. | GOOGPP00003957 - 969 |
| 130 | Google Invoice to AOL, September 30, 2007. | GOOGPP00002626 |
| 131 | 2007 Weekly Rolling Revenue Forecast, October 8, 2007. | GOOGPP00003970 - 982 |
| 132 | 2007 Weekly Rolling Revenue Forecast, October 15, 2007. | GOOGPP00004009 - 021 |
| 133 | 2007 Weekly Rolling Revenue Forecast, October 22, 2007. | GOOGPP00004022 - 034 |
| 134 | Google Invoice to AOL, October 31, 2007. | GOOGPP00002628 |
| 135 | 2007 Weekly Rolling Revenue Forecast, November 2, 2007. | GOOGPP00004035 - 047 |
| 136 | 2007 Weekly Rolling Revenue Forecast, November 5, 2007. | GOOGPP00004048 - 060 |

# EXHIBIT A

| # | Description | Bates |
|---|---|---|
| 137 | 2007 Weekly Rolling Revenue Forecast, November 12, 2007. | GOOGPP00004061 - 073 |
| 138 | 2007 Weekly Rolling Revenue Forecast, November 19, 2007. | GOOGPP00004074 - 086 |
| 139 | Google Invoice to AOL, November 30, 2007. | GOOGPP00002630 |
| 140 | 2007 Weekly Rolling Revenue Forecast, December 3, 2007. | GOOGPP00004087 - 099 |
| 141 | 2008 Weekly Rolling Revenue Forecast, December 17, 2007. | GOOGPP00003218 - 230 |
| 142 | 2007 Weekly Rolling Revenue Forecast, December 17, 2007. | GOOGPP00004100 - 112 |
| 143 | Google Invoice to AOL, December 31, 2007. | GOOGPP00002632 |
| 144 | 2008 Weekly Rolling Revenue Forecast, January 4, 2008. | GOOGPP00003165 - 177 |
| 145 | 2008 Weekly Rolling Revenue Forecast, January 14, 2008. | GOOGPP00003178 - 190 |
| 146 | 2007 Weekly Rolling Revenue Forecast, January 14, 2008. | GOOGPP00003996 - 4008 |
| 147 | 2007 Weekly Rolling Revenue Forecast, January 14, 2008. | GOOGPP00004113 - 125 |
| 148 | 2008 Weekly Rolling Revenue Forecast, January 21, 2008. | GOOGPP00003191 - 203 |
| 149 | 2008 Weekly Rolling Revenue Forecast, January 28, 2008. | GOOGPP00003204 - 217 |
| 150 | Google Invoice to AOL, January 31, 2008. | GOOGPP00002617 |
| 151 | 2008 Weekly Rolling Revenue Forecast, February 11, 2008. | GOOGPP00003231 - 244 |
| 152 | 2008 Weekly Rolling Revenue Forecast, February 19, 2008. | GOOGPP00003245 - 258 |
| 153 | 2008 Weekly Rolling Revenue Forecast, February 25, 2008. | GOOGPP00003259 - 272 |
| 154 | Google Invoice to AOL, February 29, 2008. | GOOGPP00002619 |
| 155 | 2008 Weekly Rolling Revenue Forecast, March 3, 2008. | GOOGPP00003287 - 300 |
| 156 | 2008 Weekly Rolling Revenue Forecast, March 10, 2008. | GOOGPP00003273 - 286 |

| | | |
|---|---|---|
| 157 | 2008 Weekly Rolling Revenue Forecast, March 10, 2008. | GOOGPP00003301 - 314 |
| 158 | 2008 Weekly Rolling Revenue Forecast, March 17, 2008. | GOOGPP00003315 - 328 |
| 159 | 2008 Weekly Rolling Revenue Forecast, March 24, 2008. | GOOGPP00003329 – 342 |
| 160 | Google Invoice to AOL, March 31, 2008. | GOOGPP00002621 |
| 161 | Q1 Sales Summary, Google Presentation, April 2008. | GOOGPP00003389 - 432 |
| 162 | 2008 Weekly Rolling Revenue Forecast, April 7, 2008. | GOOGPP00003344 - 352 |
| 163 | 2008 Weekly Rolling Revenue Forecast, April 14, 2008. | GOOGPP00003353 - 361 |
| 164 | 2008 Weekly Rolling Revenue Forecast, April 21, 2008. | GOOGPP00003362 - 370 |
| 165 | 2008 Weekly Rolling Revenue Forecast, April 28, 2008. | GOOGPP00003371 - 379 |
| 166 | Google Invoice to AOL, April 30, 2008. | GOOGPP00002623 |
| 167 | 2008 Weekly Rolling Revenue Forecast, May 5, 2008. | GOOGPP00003380 - 388 |
| 168 | 2008 Weekly Rolling Revenue Forecast, May 12, 2008. | GOOGPP00007131 - 139 |
| 169 | Ads Home, Google AdWords Website Revision, May 21, 2008. | GOOGPP00006638 - 640 |
| 170 | 2008 Weekly Rolling Revenue Forecast, May 27, 2008. | GOOGPP00007140 - 148 |
| 171 | 2008 Weekly Rolling Revenue Forecast, June 2, 2008. | GOOGPP00007149 - 157 |
| 172 | 2008 Weekly Rolling Revenue Forecast, June 16, 2008. | GOOGPP00007167 - 175 |
| 173 | 2008 Weekly Rolling Revenue Forecast, June 23, 2008. | GOOGPP00007176 - 184 |
| 174 | 2008 Weekly Rolling Revenue Forecast, June 30, 2008. | GOOGPP00007185 - 193 |
| 175 | Q2 Sales Summary, Google Presentation, July 2008 | GOOGPP00007269 - 310 |
| 176 | AdWords: The Business, Google Presentation, July 7, 2008. | GOOGPP00008745 - 816 |

| | | |
|---|---|---|
| 177 | 2008 Weekly Rolling Revenue Forecast, July 7, 2008. | GOOGPP00007194 - 202 |
| 178 | 2008 Weekly Rolling Revenue Forecast, July 14, 2008. | GOOGPP00007203 - 211 |
| 179 | 2008 Weekly Rolling Revenue Forecast, July 22, 2008. | GOOGPP00007212 - 220 |
| 180 | 2008 Weekly Rolling Revenue Forecast, July 28, 2008. | GOOGPP00007221 - 229 |
| 181 | 2008 Weekly Rolling Revenue Forecast, August 4, 2008. | GOOGPP00007230 - 237 |
| 182 | 2008 Weekly Rolling Revenue Forecast, August 11, 2008. | GOOGPP00007238 - 245 |
| 183 | 2008 Weekly Rolling Revenue Forecast, August 18, 2008. | GOOGPP00007246 - 253 |
| 184 | 2008 Weekly Rolling Revenue Forecast, August 25, 2008. | GOOGPP00007254 - 261 |
| 185 | 2008 Weekly Rolling Revenue Forecast, September 8, 2008. | GOOGPP00007262 - 268 |
| 186 | 2008 Weekly Rolling Revenue Forecast, June 9, 2008. | GOOGPP00007158 - 166 |
| 187 | Google AFC Revenue Data. | GOOGPP00005432 - 434 |
| 188 | Google AFS Revenue Data. | GOOGPP00005435 - 437 |
| 189 | Google AFC Revenue Data. | GOOGPP0398381 - 383 |
| 190 | Google AFS Revenue Data. | GOOGPP0398384 - 387 |
| 191 | Google AFS Revenue Data. | N/A |
| 192 | Google U.S. Served Revenue Spreadsheet. | GOOGPP0398380 |
| 193 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002633 |
| 194 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002634 |
| 195 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002635 |
| 196 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002636 |

# EXHIBIT A
| 197 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002637 |
| 198 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002638 - 641 |
| 199 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002642 - 643 |
| 200 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002644 - 645 |
| 201 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002646 - 647 |
| 202 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002648 - 649 |
| 203 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002650 - 652 |
| 204 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002653 - 658 |
| 205 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002659 - 664 |
| 206 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002665 - 670 |
| 207 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002671 - 676 |
| 208 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002677 - 682 |
| 209 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002683 - 691 |
| 210 | Google and AOL Clicks and Costs Spreadsheet. | GOOGPP00002692 - 697 |
| 211 | Weekly Variance Analysis - Gross Revenue By Product. | GOOGPP00003343 |
| 212 | Keyword Spend by Date Spreadsheet. | GGPP00000644 - 721 |
| 213 | Summary of Cost Spreadsheet, Q1 2009. | GGPP00000749 |
| 214 | Cost Spreadsheet. | GGPP00000750 – 1339 |
| 215 | Ad Auction - Ranking and Pricing, May 5, 2004. | GOOGPP00012120 - 123 |
| 216 | Google Ad System Overview, July 28, 2004. | GOOGPP00012358 - 396 |

# EXHIBIT A

| | | |
|---|---|---|
| 217 | TheStreet.com Meeting Agenda, May 30, 2008. | GOOGPP0165305 |
| 218 | "The Life of a Dollar," Google Presentation. | GOOGPP00000038 - 078 |
| 219 | Google Communications Plan - Advertisers, "Ad Quality." | GOOGPP00000313 - 322 |
| 220 | Google Ads Quality Current QBB backend design. | GOOGPP00000357 - 361 |
| 221 | Google Communications Plan - Advertisers, "Landing Page Quality." | GOOGPP00000421 - 428 |
| 222 | SmartASS Prediction Model. | GOOGPP00000482 - 489 |
| 223 | Quality-Based Minimum Bids: Overview. | GOOGPP00000492 |
| 224 | Using Sessions in SmartASS. | GOOGPP00000519 - 528 |
| 225 | Google Goowiki: UI Normalizers for SmartASS. | GOOGPP00000529 - 533 |
| 226 | "Ads Quality: Getting Down to the Basics," Google Presentation. | GOOGPP00000578 - 588 |
| 227 | "Google AdWords," Google Presentation. | GOOGPP00000822 - 857 |
| 228 | "Ads Quality: From A - Z in 20 chapters," Google Presentation. | GOOGPP00001136 - 329 |
| 229 | "Google AdRank," Google Presentation. | GOOGPP00002189 |
| 230 | "Auction Simulator," Google Presentation. | GOOGPP00007562 - 576 |
| 231 | "Q2 2007 Quarterly Earnings Summary," Google Presentation. | GOOGPP00002452 - 463 |
| 232 | "Q3 2007 Quarterly Earnings Summary," Google Presentation. | GOOGPP00002471 - 481 |
| 233 | "Q4 2007 Quarterly Earnings Summary," Google Presentation. | GOOGPP00002489 - 499 |
| 234 | Google Inc. Stock Price Graph. | GOOGPP00002615 |
| 235 | Data List by Date. | GGPP00000722 - 748 |
| 236 | Varian, Hal. "Introduction to Google Ad Auction," Google Video (www.youtube.com). | N/A |

EXHIBIT A

| | | |
|---|---|---|
| 237 | Email from Hal Varian to Shankar Ponnekanti, Re: Question about content auction mechanics with multiple ad blocks, May 7, 2007. | GOOGPP0067816 – 821 |
| 238 | Email from Nick Fox to Gopi Kallayil, Re: QBB training deck V 2.0, August 7, 2008. | GOOGPP0242601 – 603 |
| 239 | Email regarding AdWords and Quality Score. | GOOGPP0404019 |
| 240 | Assignment and License Agreement among Infoseek Corporation, Ultraseek Corporation and Inktomi Corporation, July 19, 2000. | GOOGPP00011002 – 046 |
| 241 | Google AdWords website (http://adwords.google.com). | N/A |
| 242 | Google Finance website (www.google.com/finance). | N/A |
| 243 | The Life of a Dollar (Google) | GOOGPP 38-78 |
| 244 | Smart Ad Selection System (SmartASS) | GOOGPP00000198-205 |
| 245 | Communications Plan-Advertisers: Ads Quality | GOOGPP 313-322 |
| 246 | Current QBB Backend Design | GOOGPP 357-361 |
| 247 | Landing Page Quality | GOOGPP 421-428 |
| 248 | SmartAss Prediction Model | GOOGPP 482-489 |
| 249 | Using Sessions in SmartAss | GOOGPP 519-528 |
| 250 | UI Normalizers for SmartASS | GOOGPP 529-533 |
| 251 | Ads Quality: From A-Z in 20 Chapters | GOOGPP 1139-1329 |
| 252 | Ads Database Sharing | GOOGPP 7690-7697 |
| 253 | Sepla Source code | GGPP00000383-00000643 |
| 254 | Ad System Programs documents | GOOGPP 266-288 |
| 255 | SEPLA (A SmartASS Prediction Model) | GOOGPP00008067-8075 |

# EXHIBIT A

| | | |
|---|---|---|
| 256 | Smart Ad Selection System (SmartASS) | GOOGPP00000198-205 |
| 257 | Ad System Overview | GOOGPP00000261-299 |
| 258 | Smart Ass Mapper and Server Design doc. | GOOGPP 206-215 |
| 259 | E-mail chain between Nick Fox, Gopi Kallayil, Jonathan Alferness, etc. re: QBB Traning Desk V 2.0 (8'7'08) | GOOGPP 242601-242603 |
| 260 | SmartASS System Design (diagram of system architecture) | GOOGPP 202 |
| 261 | About Inc.-Google Asset Purchase Agreement | GOOGPP11101-11150 |
| 262 | Groupfire-Google License Agreement | GOOGPP11047-11080 |
| 263 | Infoseek-Starwave-Google Patent License Agreement | GOOGPP10987-11001 |
| 264 | Invenda-Google Patent License Agreement | GOOGPP0398601-0398605 |
| 265 | Meyer-Google Patent Purchase Agreement | GOOGPP0398388-0398396 |
| 266 | Red Acre-Google Patent Purchase License Agreement | GOOGPP0398513-0398523 |
| 267 | Ads Quality: Getting Down to the Basics | GOOGPP00000578-588 |
| 268 | Introduction to AdWords: Frederick Vallaeys, Google AdWords Evangelist | GOOGPP0416242-0416300 |
| 269 | E-mail chain between Hal Varian-Shankar Ponnekanti re: Content Auction Mechanics | GOOGPP0067816-0067821 |
| 270 | Google Webdisk-working screen shots of the Google AdWords website | PP-GO-0-16423 |
| 271 | Screen shots of the Google AdWords website | GO-1-469 |