IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

### Unopposed Motion for Extension of the Deadline for Motions for Summary Judgment

Plaintiff Performance Pricing, Inc. respectfully files this unopposed motion seeking the Court's permission for a one-day extension of the deadline for motions for summary judgment.

Pursuant to the Court's Docket Control Order issued on June 22, 2009, motions for summary judgment are due by November 20, 2009. Plaintiff respectfully requests an extension of the summary judgment motion deadline until November 23, 2009. The brief extension would give Plaintiff time to complete the necessary briefing. The motion is unopposed by Defendants.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadlines as follows:

Deadline for the parties to file motions for summary judgment to Monday, November 23, 2009.

Dated: November 17, 2009                                                 Respectfully submitted,

By:     /s/ Christin Cho

Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
Email:  greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
Email:  sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
Energy Centre
1127 Judson Road, Ste 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  capshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  903/531-3535
Facsimile: 903/533-9687

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of November, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        /s/ Christin K. Cho
                                        Christin K. Cho