**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

PERFORMANCE PRICING, INC.,

                Plaintiff,

v.

GOOGLE INC., AOL LLC, MICROSOFT
CORPORATION, YAHOO! INC.,
IAC SEARCH & MEDIA, INC., and
A9.COM, INC.,

                Defendants.

Case No. 2:07-cv-432 (LED)

**JURY TRIAL DEMANDED**

## ORDER

Came on for consideration Plaintiff Performance Pricing, Inc.'s Unopposed Motion for Extension of the Deadline for Motions for Summary Judgment and the Court is of the opinion that the Motion should be GRANTED.  It is therefore:

ORDERED that the new deadline for the parties to file motions for summary judgment is Monday, November 23, 2009.