# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Came on for consideration Plaintiff Performance Pricing, Inc.'s Unopposed Motion for Extension of the Deadline for Motions for Summary Judgment and the Court is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED that the new deadline for the parties to file motions for summary judgment is Monday, November 23, 2009.

**So ORDERED and SIGNED this 18th day of November, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1