UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br><br> JURY TRIAL REQUESTED |

## **ORDER**

Before the Court is Defendants' Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101. Having read and considered the moving and opposition papers and the evidence submitted in support thereof, the Court now GRANTS Defendants' motion.