IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## **ORDER**

Before this Court is Plaintiff Performance Pricing's Motion for Summary Judgment of Patentability under 35 U.S.C. Section 101. Having read and considered the moving and opposition papers and the evidence in support thereof, the Court now GRANTS Plaintiff's motion.