Performance Pricing, Inc. v. Google Inc. et al    Doc. 259

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC. and AOL LLC,<br><br>        Defendants. | Civil Action No. 2-07CV-432-LED<br>(Eastern District of Texas)<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES

TO THE HONORABLE JUDGE OF THIS COURT:

Defendants Google Inc. and AOL LLC ("Defendants") file this unopposed motion and respectfully ask the Court to extend certain deadlines in this matter. Defendant Google Inc.'s opposition to Plaintiff's Motion to Compel the Deposition of Michelle Lee is due Monday, November 30, 2009. Pursuant to the Court's Order issued on November 9, 2009, *Daubert* motions are due by November 24, 2009, and responses to such motions are due by December 22, 2009. Defendants respectfully request an extension of these deadlines as follows:

Opposition to Motion to Compel Deposition of Michelle Lee extended until December 7, 2009.

*Daubert* motion deadline extended until January 8, 2010.

*Daubert* response deadline extended until January 22, 2010.

The parties agreed to extend expert discovery until December 2009. This requested extension of *Daubert* deadlines would allow the parties to complete this discovery before filing their *Daubert* motions. Plaintiff has no opposition to Defendants' proposed extensions.

WHEREFORE, Defendants respectfully request that the Court extend certain deadlines as outlined above. Defendants seek these extensions of time not for delay but for good cause and that justice may be served.

DATED: November 24, 2009

*/s/ Emily C. O'Brien*
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

*Attorneys for Defendants*
**GOOGLE INC. and AOL LLC**

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 24, 2009.

                                            */s Emily C. O'Brien*
                                            Emily C. O'Brien, *pro hac vice*