# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC; <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br><br> **JURY TRIAL REQUESTED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES

Before the Court is Defendants' Unopposed Motion to Extend Certain Deadlines. The Court finds that the motion should be GRANTED.

Therefore, it is hereby ORDERED that:

Opposition to Motion to Compel Deposition of Michelle Lee is extended until December 7, 2009;

*Daubert* motion deadline is extended until January 8, 2010; and

*Daubert* response deadline is extended until January 22, 2010.

01002.51305/3217302.1