IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:07-cv-432 (LED) |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC. and AOL LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' UNOPPOSED MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD

On November 18, 2009, Defendants Google Inc. and AOL LLC ("Defendants") filed a Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102 and 103 (Doc. No. 254). Exhibit C to that motion is a Japanese to English translation of Asahi Shinbun Company prior art. Defendants respectfully move the Court to supplement the summary judgment record with a corrected Exhibit C that includes a translation verification statement. A copy of the corrected Exhibit C is attached hereto at Tab 1. Plaintiff was provided a copy of the translation verification statement on November 25, 2009. *See* Tab 2.

Plaintiff is unopposed to this motion.

WHEREFORE, Defendants respectfully request that the Court supplement Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102 and 103 (Doc. No. 254) with the corrected Exhibit C attached hereto.

DATED: December 4, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jamie L. Lisagor
Charles K. Verhoeven, *pro hac vice*
charlesverhoeven@quinnemanuel.com
Attorney In Charge
David A. Perlson, *pro hac vice*
davidperlson@quinnemanuel.com
Jamie L. Lisagor, *pro hac vice*
jamielisagor@quinnemanuel.com
Antonio R. Sistos, *pro hac vice*
antoniosistos@quinnemanuel.com
Emily C. O'Brien, *pro hac vice*
emilyobrien@quinnemanuel.com
Joshua L. Sohn, *pro hac vice*
joshuasohn@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

BECK REDDEN & SECREST, L.L.P.
  David J. Beck
  Michael Ernest Richardson
One Houston Center
1221 McKinney St. Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
jbeck@brsfirm.com
mrichardson@brsfirm.com

Attorneys for Defendants Google Inc. and AOL LLC

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                /s/ Jamie L. Lisagor
                Jamie L. Lisagor

## CERTIFICATE OF CONFERENCE

  Counsel for Defendants Google Inc. and AOL LLC has conferred with Counsel for Plaintiff Performance Pricing Inc. regarding the foregoing motion and Plaintiff is unopposed to same.

                s/ Jamie L. Lisagor
                Jamie L. Lisagor