# TAB 1

# CORRECTED
# EXHIBIT C



# QUEST TECHNOLOGY, INC.
*Technical Translation Service*

Albanian
Arabic
Bulgarian
Chinese
Czech
Croatian
Danish
Dutch
Finnish
French
German
Greek
Gujrati
Hebrew
Hindi
Hungarian
Icelandic
Indonesian
Italian
Japanese
Korean
Latvian
Lithuanian
Macedonian
Norwegian
Polish
Portuguese
Romanian
Russian
Slovak
Slovene
Spanish
Swedish
Tagalog
Thai
Turkish
Ukrainian
Vietnamese

## TRANSLATION VERIFICATION STATEMENT

The following is the title of the English text which was translated from Japanese:

E-Commerce That May Be Closer to Home
Key is Safe Settlement of the Bill

I hereby certify that, to the best of my knowledge, the English version of this document represents an accurate translation of the original Japanese document, that the translation was prepared by a person knowledgeable in the English language and in the language of the above document, having extensive experience in translating. I had the translation proofread by a person with similar qualifications.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

Notice: Only accuracy of translation is guaranteed. Quest Technology, Inc. makes no representations or warranties as to the accuracy, legality or content of the source text. Liability on the part of Quest Technology, Inc. for any errors or omissions is hereby limited to the value of the services rendered.

_____  11/18/2005
(Signature)              (Date)

Dr. Nora Liu
President, Quest Technology, Inc.
Technical Translation Service

Postal Office Address
1603 S. Highland Avenue
Arlington Heights, IL 60005

Translation file No.: QV7541

1603 S. Highland Avenue
Arlington Heights, IL 60005
E-mail: questtrans@aol.com

Tel: 847-439-4312
847-439-5910
Fax: 847-437-9869
Outside Illinois: 1-800-323-8707

DEF00009861

E-Commerce That May Be Closer to Home
Key is Safe Settlement of the Bill

*Asahi Shinbun*, June 22, 1996, Tokyo morning edition, page 19, special article, with drawing (total 7,712 characters)

E-commerce (electronic commerce) is now in the spotlight. This is a way to handle everything from the receipt and issuing of orders between consumers and enterprises, and between enterprises themselves, to the payment of money, by means of communications with a computer. Although a good deal of e-commerce is still at the experimental stage, it is now being put into practical use, and it is gradually becoming a familiar part of our daily life.

"Buy chemical-free vegetables straight from the farm online..."

Attracted by such sales pitches, NTT Business Communications (headquarters: Minato-ku, Tokyo) has been trying to experience home shopping services for foodstuffs beginning from April.

Although this service is one kind of personal computer communications, it can be done not only with personal computers but also the game machine "Sega Saturn". I am hopeless with personal computers, but I regularly play television games with my son. I picked the game machine without a second thought about it.

First of all, I connected the game machine to a designated communications modem, and then further connected it to a telephone line. I entered the four letter password that only members of this service have available with the controller of the game machine, and communication with the center started.

It took approximately three minutes for the initial screen, which shows the menu of the products being handled to appear on the television screen. It takes time for the exchange of data with the center, and this is a bit irritating. Illustrations of meat, vegetables, fish, eggs, milk and so on were arrayed on the screen.

I moved the cursor on the screen to the illustration for milk, and clicked on the button for "Decide" as indicated in the user's manual. It changed to a screen that introduced, with text and photographs, three kinds of milk per each screen. After the text appeared, a photograph in what had been blank popped up after a delay of a few seconds. When I selected one, a more detailed description and a photograph of the point of production appeared.

DEF00009862

I decided which kind of milk to buy, and after that inputted the number of items and the delivery date. It was fun because I heard the "pyon pyon" sound effects like those that you hear when playing a video game.

You only have to click on the "Help" button if you can no longer understand the operation part of the way through it. The setup used is such that an illustration of the controller appears on the screen, and the roles of the buttons, which are around ten in all, are displayed.

The product line covers 400 items in all. The vendor is contracting with 160 farming families and so on. The vendor takes pride in the fact that customers can easily buy delicious and safe foodstuffs, starting with organic vegetables from all over Japan, and then such items as sperm eggs of Tochigi Prefecture, sashimi from the Tsukiji Fish Market in Tokyo, chicken from Kagoshima Prefecture, and so on. Moreover, orders can be placed whenever you want 24 hours a day. There are at present 3,000 members in the Kanto area.

**[pronunciation unknown]** Kada, the company president explains the reason why they have made it possible for customers to order with a game machine as follows: "Game machines, which have now spread to homes everywhere, are optimal for making it possible for anyone to handle this." 3 million Sega Saturns have already been shipped, and this is a strategy of riding on the popularity of this device.

DEF00009863

Although user friendliness is a selling point, there is still no screen display for specification of the number wanted or the procedures for sending, there are times when the user is at a loss to know what to do next. I have heard that the company in question also has noticed this, and is now trying to introduce such improvements as a function for displaying guidance-related information, and shortening the processing time by omitting photographs and so on.

Such home shopping using a personal computer and the Internet is increasing rapidly. The shopping districts that are selling commercial goods via the Internet are called "electronic malls", and there are 74 of these based only one what the Nomura Research Institute can figure out. These malls also feature a total of 875 shops hawking their wares. It appears that the number of shops is increasing at a rate of nearly 100 shops per month.

The advantage of home shopping lies in the fact that it is possible to order one's preferred services at a convenient time while at home. This is particularly convenient for two-income households, the elderly and people living in underpopulated rural areas. There are such advantages as ordering directly foreign books that are hard to acquire, and looking at a screen showing the use car marketplaces of every region.

However, it is still at the stage of trial and error. It is reported that there are lots of inquiries to NTT Business Communications about such problems as the fact that users do not know what to do to connect the game machine and the telephone modem, or that the television and telephone are in different rooms and the cord is not long enough to connect them, and son on.

● New Attempts at Electronic Payment: Encoding, telephone confirmation, separate line ....

The majority of the shopping services introduced on the page at left adopt long-standing payment methods involving bank transfers and so on, in isolation from personal computer communications, once you have reached the final point for bill payment.

Accordingly, I also tried an "electronic payment", which you do with the communications network of a computer up to payment.

The following teaser phrase first appeared on the screen: "If you win at "paper-rock-scissors", the price goes down bit by bit!"

This is the shopping corner of the discount shop "I-World", which just opened a shop in the "Electronic Club", the electronic mall run by Nomura Research Institute.

Five department stores and 14 others, such as Aoki International, which sells men's formal wear, Prince Hotel, a health foods store, etc., have opened shops in the Electronic Club, which began operating in October last year.

DEF00009864

I chose CD radio cassette recorder for the trial.

"The standard price 22,000 yen. If you win once, 16,800 yen. The second time it is 13,800 yen. The third time?" Since the woman in the illustration challenged me by saying, "Choose your hand", I tried my luck by choosing "rock". After waiting about 30 seconds, the response was "You win!" I won twice, but lost on the third go.

I decided to place an order here. I entered the type, number and expiration date of my credit card, and then the shipment address.

When I sent the card number, I was feeling a little uncomfortable, thinking to myself, "I wonder if this will be OK..." However, according to Takao Eguchi of Nomura Research Institute's Planning Department, "This kind of personal information encoded and then sent, so there is nothing to worry about".

He says that based on the fact that encoding is used, a request is made so that the shop confirms the order by telephone with the member who has placed it. This is to prevent fraud and hoaxes aimed at cheating members. To put it the opposite way, when the transaction is done only by personal computer without any telephone confirmation, some uncertainty will likely remain with the current system.

DEF00009865

"Diana", an electronic mall run by Nihon Dentsuki, is more serious. The following gives an idea of what it is like when you purchase something with "iBOX", which is Diana's personal computer exclusively for use with the Internet.

First I selected a product to buy with Internet communications, after which I reached the stage of payment, whereupon communications were cut off for a moment. Then, rather than further communications via the Internet, it placed a telephone call automatically to the credit card company that I had specified. Here, a method whereby encoding is done for data relating to the card and then this is sent is adopted.

There is a risk that the information sent via the Internet may be viewed by someone else. It is safer to send secret personal information like a card number with ordinary communications through a telephone company.

In this manner, they have exerted considerable effort so that the communication method for the electronic mall, where everything up to the payment of money is done by personal computer communications, is safe and reliable.

On the other hand, the services of NTT Business Communications, which are on the left side of the page, do not adopt the method of paying by sending a card number. A member concludes beforehand an agreement for automatic withdrawals from his bank account by regular mail, and after he selects products the bill is paid by these withdrawals. According to President Kada of the same company, "We have no choice but to proceed cautiously until the technology for encoding and identity confirmation improve."

The majority of electronic malls adopt these traditional methods of payment.

However, when you think about it, if you register as a member beforehand and conclude an automatic withdrawal agreement, it really is not all that different from "sale by mail", where you are sent a printed catalog and place an order from it. The only difference is that electronic malls always have the latest product information, and there is also the pleasure of viewing the information as though you were playing a video game.

The chief advantage of an electronic mall is that you can connect to electronic malls all over the world whenever you are in the mood and collect information from it, and then order right away just as it is whenever something catches your fancy. Half the attraction is lost when you can only order the items of a mall in which you have become a member.

It seems that electronic malls have grasped that the key for spreading widely is whether or not it is possible to create a system whereby the money for purchases can be paid safely and reliably.

DEF00009866

○ I tried using Mondex ... "Convenient for traveling in many countries"

Consultant Kaneo Nakamura of Nihon Kogyo Bank (see photo) recently visited the Swindon, England, where experiments with the Mondex Card are being undertaken, and made a purchase at a bookshop in the town with a card that had a balance of 10 pounds. In Japan as well a move is underway for financial institutions to finance the establishment of Mondex Japan.

"You can shop by just inserting your card in the terminal of our company. When the card is placed in the terminal called the "electronic wallet", you can see how much money was used where, or where there was a deposit. The current balance is 6 pounds 15 shillings. You use it by moving money by telephone from your own bank account to this card, and in this way there is no need for retail shops to have to handle small change. There is no worry that it might be misused for money laundering provided that you limit the amount that can be deposited each time."

"Since you can store five kinds of currency, it is convenient when you travel in several countries. Although there are probably many problems in terms of the financial system, it is reported they will determine whether or not to regulate it based on the experimental results in England. That is realistic, isn't it?"

DEF00009867

● E-commerce refers to economic activity that utilizes communications

E-commerce involves corporations and consumers engaging in various economic activities by utilizing a computer communications networks represented by the Internet. The transactions include not only receipt and issuing of orders and payment of funds for products but also everything up to design, development and advertising.

It is known by the abbreviation "EC" (for electronic commerce) among experts in Japan.

A virtual shopping street provided on a network is an electronic mall. The users can visit the mall with the communications function of a personal computer, and can freely browse in the stores with shops in the mall and choose and buy their products.

The item that is crucial for concluding such electronic commerce transactions is electronic payment, which is carried out by a network. There are many kinds of electronic money that are used on a network. The network cash type is used for engaging in transactions on a network. This is the system known by such unique names as "digicash" and "cybercash".

The electronic wallet type is used for withdrawing money from a network to a card. The Mondex card that is being experimented with in England is one example of this. Cash is withdrawn as data from a bank, to an IC card with a semiconductor chip embedded in it, and then used for purchases. The system is set up such that cash in the form of electronic information is moved from the card to a terminal, at the terminal of the store where the purchase is made.

"Visa Cash', the IC card used at the Atlanta Olympics, differs from the Mondex card in that it involves a prepayment system wherein an IC card on which cash has been deposited beforehand is used for purchases at various stores where this card can be used.

In addition, various other systems such as an electronic check type have also been proposed, but no one knows yet which one will survive. Various experiments with electronic money are proceeding in Japan as well.

● Applications to orders received and issued between corporations: Hope for a reduction in expenses by half

The receipt and issuing of orders with a computer communications network is attracting attention in business between corporations as well.

This is because such a system enables the elimination the time and trouble involved in of the exchange of vouchers and someone coming in in person, and this is in turn tied to a reduction of costs. The losses at each stage including manufacture, distribution and retail

DEF00009868

become smaller, and an increase in work at home in the future is also anticipated. Accordingly, various experiments are now underway for each industry.

The toy industry is engaged in the development of a system wherein the manufacturers place images of new products in a database, and wholesale and retail merchants read out that data and place orders based on it. Approximately 25 corporations and organization, with the core being the Japan Toy Association, are participating, and will start experiments in the coming business year.

Since several tens of thousands of new products appear every year, retailers rack their brains about how much of each product they should place on which shelf, but now things have evolved so that they can try "shelving allocation" by placing products on the shelf in a personal computer screen. They are also examining the flow of sales information.

The seven major shipbuilding companies, including Ishikawajima Harima Heavy Industries, started research in May about exchanging via the Internet drawings and three-dimensional images of ships, jointly with Nippon Yusen Kaisha and the Nihon Kaiji Kyokai (Japan Maritime Association). Since designing with computers has advanced, and it has reached with difficulty the point where this is now electronic data, such designs are not printed out on paper, and it is now more effective to send these directly as is in the form of electronic data.

DEF00009869

They are developing conversion programs and the like so that it is possible to engage in exchanges about specifications that differ for each company. Along with this, they are also aiming at creating a database about the design criteria for boats and shipping and maintenance.

Attempts at switching to electronic format are proceeding in goods procurement by public offices as well. The Ministry of Posts and Telecommunications started experiments with the creation of an "e-co-postcard" with advertisements from April. It is reported that when exchanges of designs and the like with advertising agencies and printing factories are done through a communications network, work that formerly took up to 10 days is now finished in only three.

● Problems for the realization of electronic commerce transactions: Countermeasures are needed for times when damages are incurred

There is no one who will send by postcard mail with contents that might lead to trouble if it is seen by someone. The sender invariably places such mail in a sealed envelope. Even so, it is common for the sender to send it by registered mail so that he or she can rest easy.

Exchanging information via the Internet carries a risk like that when information is exchanged with a naked postcard. Although efforts are underway to development techniques for sealing or registering the information, at the present point in time it is best to be aware that there is always a chance that an exchange of information via the Internet could be seen by someone.

The information sent to the Internet is delivered via the computers here and there that are connected to the Internet. Where this information is from and where it is going to are noted in the information, and the computer transfers it based on that. A computer administrator with malicious intent is in a position where he can view the contents of the information should he so wish.

An address is allocated to every user of the Internet. Ordinarily, the address is allocated based on the name of the individual or the name of the organization or company with which he or she is affiliated. When you try to view a homepage, that is the information that is made public through the Internet, the administrator of the homepage can learn more or less who it is from, where, and who has come to view it. It is precisely for this reason that it also becomes a convenient weapon for a corporation in the establishment of a sales strategy.

Since the Internet was originally a communications network developed for the purpose of information exchange between researchers, it was not imagined that the users would do

DEF00009870

anything malicious with it. In addition, since it is not the case that a telephone company is operating it, there is no center that has responsibility for safety.

The businesses the provide services for connecting to the Internet have a legal duty to protect the secrecy of communications, but no such duty is incumbent on the administrator of a computer connected to the Internet. It is equivalent to a situation where crucial letters are being delivered relying on the goodwill of passersby. They are left unprotected against persons with ill intent. In a certain sense, there is nothing that can be done when the Internet becomes the site of behind the scenes action on the part of hackers.

This being the case, self-protection measures, so that corporate secrets that might cause trouble if they are leaked outside the company, and numbers of credit cards are not leaked, are necessary at present.

Technology for preventing an unauthorized person from viewing the information in a computer and technology for encoding and sending electronic information in a form that cannot be read by other persons is being developed. However, it is still inadequate when it comes to consumers making purchases, or corporations exchanging contracts between themselves, or paying funds. It is necessary to make it a safe and user-friendly system. Experiments aimed at realizing such a system in practice are now in full bloom.

The issues that should be examined in the experiments are many.

What should be done so that no one else sees the number of a credit card if the owner sends it? What should be done to avoid the risk posed by issuing of orders or contracting with another person's ID (ID code) or password? What should be done when a consumer incurs major damage owing to the theft or counterfeiting of a credit card?

DEF00009871

Is it possible to erase the data inputted by mistake in an agreement for an electronic transaction or the data inputted due to intimidation? To start with, electronic data can easily be overwritten, and moreover no evidence that it was overwritten remains, so even if some trouble arise it is hard to determine which item is the real thing. Owing to this, isn't it necessary for crucial electronic documents to be registered in third party institutions (electronic notarization offices)?

Moreover, if electronic money ends up circulating via the Internet, still more vexatious problems arise. Although the central bank issues the currency, who ultimately is it that is issuing such electronic money? If the issuing company goes bankrupt, are the credits held by users protected? If it is issued immoderately, there is also the risk that inflation may occur. What should be done to stabilize its value as money? If it circulates beyond Japan's borders, what will happen to currency management?..... The issues requiring examination are many indeed.

At a business show held in Tokyo in May, there was a demonstration of communication shopping in which the attendees used their own credit cards. According to a survey of the attendees, about 80% of them felt unease about using a card with such communications, while 70% thereof responded "I would like to try using it in the future provided that my concerns are dispelled."

If manufacturers and consumers are connected directly, both wholesalers and retailers will disappear. If electronic commerce is used for transactions between corporations, productivity and efficiency will rise, but on the other hand there is a risk that weak partners will be weeded out, and unemployment will also increase. The role of the government will itself also change.

This is a huge problem related to how a company should be, and by extension to how Japan and the world should be. (Member of the editorial board)

● The Windows World Expo, from the 26th

The Windows World Expo (sponsored By Asahi Shinbun Company et al), which includes Internet information and the like, will be held at the Makuhari Messe International Convention Complex from the 26th to the 29th. Software and hardware for personal computers from approximately 310 companies, will be displayed under one roof. The latest information about this will be carried on "Asahi dot com" (http://www.asahi.com/win/) the Internet information of Asahi Shinbun Company.

◊ Chief electronic mail (including experimental project)

Mall name (address)

DEF00009872

Business core (month and year started)

Contents

Daiichi (http://www.daiichi.co.jp)

Daiichi (94.4)

There is a database of approximately 300,000 Western books with the focus being the field of science and technology.

Electronic club (http://ec.nri.co.jp/clclub)

DEF00009873

Nomura Research Institute (95.10)

A mall that emphasizes shopping. It has had good results in attracting clients due to number of stores and its product line-up.

Smart Island Consortium (http://www/park.or.jp)

Japan Research Institute (96.1)

It is devoting its efforts to education and entertainment related products. 45 companies including Sega and Matsushita Denki are participating.

O-kini-City (http:www.hankyu.co.jp/o-kini)

Hankyu Dentetsu (96.4)

It started trials with three-dimensional images. Customers can enjoy purchases by 3D images.

Electronic Commerce Network (ECN) (http://www.commerce.or.jp)

Telecommunications Research Institute (95.9)

The experimental project with the largest scale in Japan, in which 129 companies including chiefly the NTT Group are participating.

Cyber Publishing Japan (http://www.toppan)

Toppan Printing (94.12)

It started jointly with Keio University as the forerunner of electronic malls in Japan.

The Cyber Plaza (http://www.cplaza.or.jp)

NEC (95.6)

It set up many corners, including an event plaza, official street, cafeteria, etc.

[Photograph captions]

Natural products sent directly from the producing area are ordered in a domain for enjoying television games.

DEF00009874

The software of an electronic mall developed by NTT Software, and launched on the market on June 18th.

The screen of an electronic mall where you can get discounts by playing paper-rock-scissors.

The "electronic wallet" of Mondex.

DEF00009875

The copyright and all other rights in these services revert to G-Search KK or the information provider.
Reproduction, copying, publishing, sale or distribution to third parties of the output results of these services is prohibited.

朝日新聞　1996年(平成8年)6月22日　土曜日　12版A　18

# 安全な代金決済がカギ

## 始まった電子決済の試み

暗号・電話確認・別回線…



## 電子商取引実現への課題

### 損害発生時の対策を

原 淳二郎（編集委員）

## 電子商取引とは

### 通信利用した経済活動



## モンデックス使ってみて

DEF00009877