# TAB 2

Dockets.Justia.com

November 25, 2009

**VIA FEDEX**

Christin Cho
Dovel & Luner LLP
201 Santa Monica Boulevard, Suite 600
Santa Monica, CA 90401

Re:     <u>Performance Pricing, Inc. v. Google Inc. et al.</u>

Dear Christin:

Enclosed please find two disks containing documents produced by Google Inc. and AOL LLC in the above referenced matter, bates numbered DEF00009861 - DEF00009878.  Please feel free to contact me with any questions.

Cordially,

/s/ Emily C. O'Brien

Emily C. O'Brien

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA  90017 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY  10010 | TEL (212) 849-7000  FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA  94065 | TEL (650) 801-5000  FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku,  107-0052 | TEL +81 3 5561-1711  FAX +81 3 5561-1712
LONDON | Ground Floor, 90 Long Acre, London  England | TEL +44 (0) 20-7716-5866  FAX +44 (0) 20-7716-5867