IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:07-cv-432 (LED) |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, ) | |
| MICROSOFT CORPORATION, ) | |
| YAHOO! INC., IAC SEARCH & ) | |
| MEDIA, INC., A9.COM, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER SUPPLEMENTING SUMMARY JUDGMENT RECORD

Before the Court is Defendants' Unopposed Motion to Supplement Summary Judgment Record. The Court finds that the motion should be GRANTED. Therefore, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102 and 103 (Doc. No. 254) shall be supplemented to include the corrected Exhibit C.