IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE INC., AOL LLC, )<br>MICROSOFT CORPORATION, )<br>YAHOO! INC., IAC SEARCH & )<br>MEDIA, INC., A9.COM, INC., )<br>)<br>    Defendants. ) | CASE NO. 2:07-cv-432 (LED)<br><br>**JURY TRIAL DEMANDED** |

## ORDER SUPPLEMENTING SUMMARY JUDGMENT RECORD

Before the Court is Defendants' Unopposed Motion to Supplement Summary Judgment Record. The Court finds that the motion should be GRANTED. Therefore, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102 and 103 (Doc. No. 254) shall be supplemented to include the corrected Exhibit C.

**So ORDERED and SIGNED this 7th day of December, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE