UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br> (Eastern District of Texas) <br><br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION TO AMEND MEDIATION ORDER

TO THE HONORABLE JUDGE OF THIS COURT:

  Plaintiff Performance Pricing, Inc. and Defendants Google Inc. and AOL LLC file this joint motion and respectfully ask the Court to amend the mediation order (Dkt. 102) entered in this matter. Pursuant to the Mediation Order, the parties are required to complete their second round of mediation by December 18, 2009. The parties engaged in a first round of mediation on August 13, 2009. The mediation did not lead to settlement between the parties. The parties do not believe that additional mediation would be beneficial at this stage. Moreover, the parties believe that additional mediation at this stage would lead to unnecessary expense and inefficient use of the parties' resources and the mediator's resources. Therefore, the parties respectfully request that the Court amend its order and withdraw the requirement for a second round of mediation.

  In the alternative, the parties request that the deadline for the second round of mediation be extended until after the Court has ruled on the parties' outstanding summary judgment

motions.  If the Court feels that a second round of mediation is necessary, the parties believe such mediation would be more productive after the Court has ruled on these motions.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court amend the Mediation Order as outlined above.


DATED:  December 11, 2009 /s/ Emily C. O'Brien
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

*Attorneys for Defendants*
**GOOGLE INC. and AOL LLC**

*/s/ Rick Lyon*
*(with permission by Emily C. O'Brien)*
Rick Lyon
rick@dovellaw.com
Gregory S. Dovel
greg@dovellaw.com
Sean Luner
sean@dovellaw.com
Christin Cho
christin@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

Calvin Capshaw
ccapshaw@capshawlaw.com
Elizabeth DeRieux
ederieux@capshawlaw.com
N. Claire Abernathy
cabernathy@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: 903-236-9800
Facsimile: 903-236-8787

Robert Parker
rmparker@pbatyler.com
Christopher Bunt
rcbunt@pbatyler.com
Charles Ainsworth
charley@pbatyler.com
PARKER, BUNT & AINSWORTH PC
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687

*Attorneys for Plaintiff*
**PERFORMANCE PRICING, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2009.

*/s/ Emily C. O'Brien*