# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

PERFORMANCE PRICING, INC.,

                 Plaintiff,

v.

GOOGLE INC. and AOL LLC;

                 Defendants.

Civil Action No. 2-07CV-432-LED

**JURY TRIAL REQUESTED**

## ORDER GRANTING AGREED MOTION TO AMEND MEDIATION ORDER

Before the Court is the parties' Agreed Motion to Amend Mediation Order. The Court finds that the motion should be GRANTED.

Therefore, it is hereby ORDERED that:

There is no requirement for the parties to engage in a second round of mediation.

01002.51305/3235452.1