# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br>        Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC; <br><br>        Defendants. | Civil Action No. 2-07CV-432-LED <br><br> **JURY TRIAL REQUESTED** |

## ORDER GRANTING AGREED MOTION TO AMEND MEDIATION ORDER

Before the Court is the parties' Agreed Motion to Amend Mediation Order. The Court finds that the motion should be GRANTED.

Therefore, it is hereby ORDERED that:

The deadline for the parties' second round of mediation is extended until after the Court has ruled on the parties' pending summary judgment motions.

01002.51305/3235465.1