# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

### Order Granting Joint Motion for Extension of Deadlines

Having considered the parties Joint Motion for Extension of Deadlines, the Court hereby GRANTS said motion. It is therefore ORDERED that:

- Regarding Defendants' Motions for Summary Judgment, filed November 18, 2009, Plaintiff's Oppositions shall be due December 21, 2009, and Defendants' Replies shall be due January 11, 2010.

- Regarding Plaintiff's Motions for Summary Judgment, filed November 23, 2009, Defendants' Oppositions shall be due December 28, 2009, and Plaintiff's Replies shall be due January 18, 2010.

- The Joint Pretrial Order, Joint Proposed Jury Instructions, Form of the Verdict, Proposed Finding of Fact and Conclusions of Law, and the Notice of Request for Daily Transcript or Real Time Reporting of the Court shall be due on January 22, 2010.

**So ORDERED and SIGNED this 14th day of December, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1