# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PERFORMANCE PRICING, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:07cv432** |
| § | |
| **GOOGLE INC., et al.,** § | |
| § | |
| **Defendants.** § | |
| § | |

## ORDER

Before the Court is the parties' Agreed Motion to Amend Mediation Order (Doc. No. 265). Having reviewed the Motion, the Court **GRANTS** the parties' request to postpone the deadline for the second round of mediation from the originally scheduled date of December 18, 2009. Instead of designating that the next round of mediation be tied to a ruling on pending summary judgment motions, however, the Court will extend the deadline until **March 18, 2010**. The Court is disinclined to foreclose the possibility of a second round of mediation, but will allow the parties to advise the Court closer to the March deadline as to whether they still feel mediation is inappropriate at that time.

**So ORDERED and SIGNED this 14th day of December, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE