IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

### Unopposed Motion for Extension of Time for Plaintiff's Reply to Motion to Compel the Deposition of Michelle Lee

Plaintiff Performance Pricing, Inc. respectfully files this unopposed motion seeking the Court's permission for a two-day extension of the deadline for Plaintiff to file its reply to Plaintiff's Motion to Compel the Deposition of Michelle Lee.

Plaintiff's reply to the Motion to Compel the Deposition of Michelle Lee is currently due on December 15, 2009. Plaintiff respectfully requests an extension of the deadline until December 17, 2009. The brief extension would give Plaintiff time to complete the necessary briefing. The motion is unopposed by Defendants.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadlines as follows:

Deadline for Plaintiff to file its reply to the Motion to Compel the Deposition of Michelle Lee to Thursday, December 17, 2009.

Dated: December 14, 2009                                         Respectfully submitted,

1

By:   /s/ Christin Cho

    Christin Cho
    CA State Bar No. 238173
    Email: christin@dovellaw.com
    Gregory S. Dovel
    CA State Bar No. 135387
    Email: greg@dovellaw.com
    Sean Luner
    CA State Bar No. 165443
    Email: sean@dovellaw.com
    Dovel & Luner, LLP
    201 Santa Monica Blvd., Suite 600
    Santa Monica, CA 90401
    Telephone: 310-656-7066
    Facsimile: 310-657-7069

    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    Capshaw DeRieux, L.L.P.
    Energy Centre
    1127 Judson Road, Ste 220
    P. O. Box 3999 (75606-3999)
    Longview, Texas 75601-5157
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    Email: capshaw@capshawlaw.com
    Email: ederieux@capshawlaw.com

    Robert M. Parker
    State Bar No. 15498000
    Email: rmparker@cox-internet.com
    Robert Christopher Bunt
    State Bar No. 00787165
    Email: cbunt@cox-internet.com
    Parker & Bunt, P.C.
    100 East Ferguson, Ste. 1114
    Tyler, TX 75702
    Telephone: 903/531-3535
    Facsimile: 903/533-9687

    ATTORNEYS FOR PLAINTIFF
    PERFORMANCE PRICING, INC.

**CERTIFICATE OF SERVICE**

       I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                           /s/ Christin K. Cho
                                           Christin K. Cho