# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., <br><br> Defendants. | Case No. 2:07-cv-432 (LED) <br><br> **JURY TRIAL DEMANDED** |

## Order

Came on for consideration Plaintiff Performance Pricing, Inc.'s Unopposed Motion for Extension of Time for Plaintiff's Reply to Motion to Compel Deposition of Michelle Lee and the Court is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED that the new deadline for Plaintiff to submit its reply brief is December 17, 2009.