IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., A9.COM, INC., | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO ALLOW DAVID J. BECK AND MICHAEL E. RICHARDSON TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS GOOGLE INC. AND AOL LLC**

Defendants Google Inc. and AOL LLC ("Defendants") request that the Court allow David J. Beck and Michael E. Richardson of Beck, Redden & Secrest, L.L.P. to withdraw as counsel of record for Defendants in this action. Defendants will continue to be represented by other counsel in this action.

Plaintiff Performance Pricing, Inc. ("Plaintiff") does not oppose this motion.

WHEREFORE, Defendants request that the Court enter an order withdrawing David J. Beck and Michael E. Richardson of Beck, Redden & Secrest, L.L.P. as attorneys of record in this action.

1167.00001/447432.1

Dated: December 15, 2009                Respectfully submitted,

                                        By:  /s/ David J. Beck
                                             David J. Beck
                                             Texas Bar No. 00000070
                                             dbeck@brsfirm.com
                                        BECK, REDDEN & SECREST, L.L.P.
                                        One Houston Center
                                        1221 McKinney St., Suite 4500
                                        Houston, Texas 77010
                                        (713) 951-3700
                                        (713) 951-3720 (Fax)

                                        **ATTORNEY FOR DEFENDANTS
                                        GOOGLE INC. AND AOL LLC**

OF COUNSEL:

Michael E. Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
David A. Perlson (admitted *pro hac vice*)
davidperlson@quinnemanuel.com
Antonio R. Sistos (admitted *pro hac vice*)
antoniosistos@quinnemanuel.com
Emily C. O'Brien (admitted *pro hac vice*)
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 15th day of December, 2009 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ Michael E. Richardson
Michael E. Richardson

## CERTIFICATE OF CONFERENCE

Counsel for Defendants have conferred with Counsel for Plaintiff, Christin Cho, regarding the foregoing motion and Plaintiff is unopposed to same.

/s/ Michael E. Richardson
Michael E. Richardson

1167.00001/447432.1