IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:07-cv-432 (LED) |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, | ) | |
| MICROSOFT CORPORATION, | ) | |
| YAHOO! INC., IAC SEARCH & | ) | |
| MEDIA, INC., A9.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING UNOPPOSED MOTION TO ALLOW DAVID J. BECK AND MICHAEL E. RICHARDSON TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS GOOGLE INC. AND AOL LLC

Before the Court is an Unopposed Motion to Allow David J. Beck and Michael E. Richardson to Withdraw as Counsel of Record for Defendants Google Inc. and AOL LLC. The Court has determined that the motion should be GRANTED. It is hereby,

ORDERED that David J. Beck and Michael E. Richardson of Beck, Redden & Secrest, L.L.P. are withdrawn as counsel of record for Defendants Google Inc. and AOL LLC in this matter.