IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:07-cv-432 (LED) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., AOL LLC, | ) |
| MICROSOFT CORPORATION, | ) |
| YAHOO! INC., IAC SEARCH & | ) |
| MEDIA, INC., A9.COM, INC., | ) |
| | ) |
| Defendants. | ) |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now come David J. Beck and Michael E. Richardson of Beck, Redden & Secrest, L.L.P., and pursuant to Rule CV-11(f) request that the Clerk of this Court remove their names from the lists of persons authorized to receive electronic notices in this case.

Dated: December 16, 2009

Respectfully submitted,

By: /s/ David J. Beck
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

By: /s/ Michael E. Richardson
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 16th day of December, 2009 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ Michael E. Richardson
Michael E. Richardson