# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **PERFORMANCE PRICING, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:07cv432-LED-JDL |
| § | |
| **GOOGLE INC., et al.,** § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

The above-captioned case is hereby **TRANSFERRED** from the docket of the undersigned to the docket of the Honorable Randall R. Rader. Additionally, this Order hereby vacates the Court's referral to Magistrate Judge John D. Love.

**So ORDERED and SIGNED this 21st day of December, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**