UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and AOL LLC,<br><br>               Defendants. | Civil Action No. 2-07CV-432-RRR<br>(Eastern District of Texas)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES

Defendants Google Inc. and AOL LLC respectfully file this Unopposed Motion seeking the extension of the summary judgment motion briefing schedule as follows:

Regarding Plaintiff's Motions for Summary Judgment, filed November 23, 2009, Defendants' Oppositions would be due December 30, 2009, and Plaintiff's Replies would be due January 20, 2010.

This extension would give the parties time to complete the necessary briefing, in particular due to the illness of one of the attorneys for Defendants.

WHEREFORE, Defendants Google Inc., AOL LLC respectfully request that this Court extend the deadlines as outlined above. Defendants seek these extensions of time not for delay but for good cause and that justice may be served.

DATED: December 28, 2009

*/s/ Emily C. O'Brien*
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com

Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700

Michael E. Jones
State Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com

*Attorneys for Defendants*
**GOOGLE INC. and AOL LLC**

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 28, 2009.

               */s Emily C. O'Brien*
               Emily C. O'Brien, *pro hac vice*