## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC; <br><br> Defendants. | Civil Action No. 2-07CV-432-RRR <br><br> **JURY TRIAL REQUESTED** |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

Before the Court is Defendants' Unopposed Motion to Extend Certain Deadlines. The Court finds that the motion should be GRANTED.

Therefore, it is hereby ORDERED that:

Regarding Plaintiff's Motions for Summary Judgment, filed November 23, 2009, Defendants' Oppositions shall be due December 30, 2009, and Plaintiff's Replies shall be due January 20, 2010.