IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and AOL LLC,<br><br>Defendants. | Case No. 2:07-cv-432-RRR<br><br>**JURY TRIAL DEMANDED** |

## ORDER AMENDING DOCKET CONTROL ORDER

It is ORDERED that the following modifications to the Docket Control Order are hereby entered until further order of this court:

| Former Date | Amended Date | Description |
|---|---|---|
| January 22, 2010 | January 19, 2010 | Surreplies to Defendants' Summary Judgment motions |
| January 18, 2010 | January 19, 2010 | Replies to Plaintiff's Summary Judgment motions |
| December 28, 2009 | December 30, 2009 | Oppositions to Plaintiff's Summary Judgment motions |

All other deadlines contained in the Docket Control Order, and any amendments thereto, remain the same.

It is SO ORDERED.

SIGNED this 29th day of December, 2009.

/s/ Randall R. Rader
RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting by designation)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and AOL LLC,<br><br>Defendants. | Case No. 2:07-cv-432-RRR<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING-IN-PART AND DENYING-IN-PART UNOPPOSED MOTION TO EXTEND DEADLINES

Before the Court is Defendants' Unopposed Motion to Extend Certain Deadlines. The Court finds that the motion should be GRANTED-IN-PART and DENIED-IN-PART.

Therefore, it is hereby ORDERED that:

Regarding Plaintiff's Motions for Summary Judgment, filed November 23, 2009, Defendants' Oppositions shall be due December 30, 2009, and Plaintiff's Replies shall be due January 19, 2010.

It is SO ORDERED.

SIGNED this 29th day of December, 2009.

_____
RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting

by designation)