IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERFORMANCE PRICING, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and AOL LLC,<br><br>Defendants. | | Case No. 2:07-cv-432-RRR<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING-IN-PART AND DENYING-IN-PART UNOPPOSED MOTION TO EXTEND DEADLINES

Before the Court is Defendants' Unopposed Motion to Extend Certain Deadlines. The Court finds that the motion should be GRANTED-IN-PART and DENIED-IN-PART.

Therefore, it is hereby ORDERED that

Regarding Plaintiff's Motions for Summary Judgment, filed November 23, 2009, Defendants' Oppositions shall be due December 30, 2009, and Plaintiff's Replies shall be due January 19, 2010.

It is SO ORDERED.

SIGNED this 29th day of December, 2009.

_____
RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting

Dockets.Justia.com

_____
by designation)