# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC; <br><br> Defendants. | Civil Action No. 2-07CV-432-LED <br><br> **JURY TRIAL REQUESTED** |

## ORDER GRANTING AGREED MOTION TO EXTEND DEADLINES

Before the Court is the parties' Agreed Motion to Extend Deadlines. The Court finds that the motion should be GRANTED.

Therefore, it is hereby ORDERED that:

Identification of rebuttal trial witnesses shall be due January 22, 2010;

Daubert motions shall be due February 5, 2010;

Pretrial disclosures shall be due February 8, 2010;

Oppositions to Daubert motions shall be due February 22, 2010;

Objections to pretrial disclosures and rebuttal pretrial disclosures shall be due February 22, 2010;

Objections to rebuttal pretrial disclosures shall be due March 3, 2010;

Joint Pretrial Order, Joint Proposed Jury Instructions, Form of the Verdict, Proposed Finding of Fact and Conclusions of Law, and the Notice of Request for Daily Transcript or Real Time Reporting of the Court shall be due March 4, 2010;

Replies to Daubert Motions shall be due March 4, 2010.