# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and AOL LLC,<br><br>Defendants. | Case No. 2:07-cv-432-RRR<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

Before the Court is the parties' joint motion to extend deadlines. The Court finds that the motion should be GRANTED.

Therefore, it is hereby ORDERED that:

Identification of rebuttal trial witnesses shall be due January 22, 2010;

Daubert motions shall be due February 5, 2010;

Pretrial disclosures shall be due February 8, 2010;

Oppositions to Daubert motions shall be due February 22, 2010;

Objections to pretrial disclosures and rebuttal pretrial disclosures shall be due February 22, 2010;

Objections to rebuttal pretrial disclosures shall be due March 3, 2010;

Joint Pretrial Order, Joint Proposed Jury Instructions, Form of the Verdict, Proposed Finding of Fact and Conclusions of Law, and the Notice of Request for Daily Transcript or Real Time Reporting of the Court shall be due March 4, 2010; and

Replies to Daubert Motions shall be due March 4, 2010.

It is SO ORDERED.

SIGNED this 7th day of January, 2010.

/s/ Randall R. Rader
RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting by designation)