# Exhibit 1

1

```
IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF
TEXAS, MARSHALL DIVISION
-------------------------x
                         :
PERFORMANCE PRICING,     :
INC.,                    :
                         :
         Plaintiff,      : Civil Action No.
                         :
     vs.                 : 2:07CV-432-RRR
                         :
GOOGLE, INC., and AOL,   :
LLC,                     :
                         :
         Defendant.      :
                         :
-------------------------x
```

                                    Washington, D.C.

           Tuesday, December 29, 2009

    The above-entitled matter came on for Pretrial Conference, pursuant to Notice, at 2:01 p.m.

    BEFORE:  HONORABLE RANDALL R. RADER, Judge

```
1            JUDGE RADER:  The answer's yes.
2            MR. PERLSON:  -- Your Honor, the Plaintiff is
3   doing that, frankly, because they're interpreting it in
4   a way that --
5            JUDGE RADER:  Of course, of course.  I
6   understand that you'd like to shift that, but that's
7   what's going on.  Okay.
8            Are these -- what stage are we in with your
9   motions, Mr. Dovel?
10           MR. DOVEL:  The Defendant's oppositions are
11  due now -- is it tomorrow, David?
12           MR. PERLSON:  Tomorrow, yes.
13           MR. DOVEL:  And if they're filed tomorrow,
14  then our replies would be due on January 20th and the
15  surreplies would be due on January 28th.
16           JUDGE RADER:  Now, we're cutting that all
17  back.  It's all going to come in on the 19th.  How
18  would you gentlemen like to redo the deadlines so that
19  I have everything on both sets of motions on the 19th?
20  I'll let you propose your cutoff dates, but understand
21  I want everything in on the 19th.
22           MR. PERLSON:  Your Honor, this is Dave
```

64

1  Perlson.  One thing we could do is just -- you know, I
2  don't know that there's really any need for a certify
3  at this point.  That certainly is one way to cut things
4  short.

5          JUDGE RADER:  That would get everything in on
6  the 20th.  So we'll just cut one day off of -- of your
7  deadline and we'll have everything on the 19th, is that
8  correct?

9          MR. DOVEL:  Sounds fine, Your Honor.

10         JUDGE RADER:  All right.  January 19th, I'll
11 have complete briefing on all of Plaintiff's motions,
12 as well.

13         There is one other motion here, Mr. Dovel.
14 Could you comment on your need to depose Ms. Lee?

15         MR. DOVEL:  Yes, Your Honor.  She is an
16 employee of Google.  We --

17         JUDGE RADER:  She used to be the head of
18 Patent Strategy, right?  She's now the Deputy General
19 Counsel?

20         MR. DOVEL:  Sorry?

21         JUDGE RADER:  She used to be the Patent
22 Strategy head, she's now Deputy General Counsel, is

1  that correct?

2      MR. DOVEL: That's my understanding, yes.
3  That's what I've been told.

4      JUDGE RADER: Okay. Why do you need to talk
5  to her?

6      MR. DOVEL: We need to find out information
7  about Google's patent procedures and policies and
8  particularly their procedures that they use when they
9  -- when they have pre-clearance activities when they
10 introduce new product, whether they attempt to see if
11 there's any patents that might infringe and also then
12 what their approach is when they respond to the
13 assertion of patents by a potential licensee.

14     We're trying to find out what happened when
15 Mr. Lin made his -- put Google on notice. A motion
16 that hasn't been filed yet that we're meeting and
17 conferring on is that Google did provide a 30(b)(6)
18 witness. That witness did not provide -- essentially
19 provided no information and if that meet and confer
20 process does not result in obtaining the information,
21 then we'll have to bring a motion on that, as well,
22 Your Honor.

1           JUDGE RADER: All right. I'm going to hold
2   that in abeyance until after I've dealt with my
3   motions.
4           MR. DOVEL: Your Honor, I want to alert you to
5   the other potential motions that may be filed. One is
6   Plaintiff has a motion for leave to amend to add -- to
7   -- to add the allegation of willful infringement, to
8   plead it, and we're waiting to hear from Google on
9   whether they're going to stipulate to that. If they
10  don't, we'll be filing that motion.
11          Another potential motion -- well, let's see.
12  Yeah. Then there's the 30(b)(6) witness, the
13  information about Google's response to Mr. Lin and
14  their patent procedures. If that's not resolved, that
15  could result in a motion, as well, Your Honor.
16          JUDGE RADER: All right. Fine. Thank you for
17  giving me that heads-up.
18          I've had a chance to discuss the matters with
19  you pretty extensively. What I anticipate is that I
20  will look at my motions on the 19th and you'll hear
21  from me probably the week after that as to whether I
22  need to discuss them further with you.

1           There's a chance we could have another one of
2  these sessions to examine the implications of the
3  motions and at that time, I would also set a trial
4  which would occur in April, if it's necessary.  It
5  would occur sometime between April 12th and April 30th.
6  So you need to keep that available, if necessary.
7           MR. DOVEL:  Yes, Your Honor.
8           JUDGE RADER:  I think I've finished my
9  business for today.
10          Do you have anything you'd like to ask,
11 gentlemen, or Ms. O'Brien, as well?
12          MR. DOVEL:  Nothing from the Plaintiff, Your
13 Honor.
14          MR. PERLSON:  David Perlson.  I don't have
15 anything.  The one note I have, I know that there is
16 conflict, that we have a pre-trial conference at the
17 end of April, but we could address that later, if
18 there's a conflict later on.
19          JUDGE RADER:  That's correct.  We'd probably
20 set our pre-trial somewhere in March if we're going to
21 trial in April.
22          Okay.  I will probably not talk to you again