# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

PERFORMANCE PRICING, INC.,

            Plaintiff,

v.

GOOGLE INC. and AOL LLC;

            Defendants.

Civil Action No. 2-07CV-432-LED

**JURY TRIAL REQUESTED**

## ORDER GRANTING OPPOSED MOTION FOR ADJUSTMENT AND CLARIFICATION OF SCHEDULE

Before the Court is Defendants' Opposed Motion For Adjustment and Clarification of Schedule. The Court finds that the motion should be GRANTED.

Therefore, it is hereby ORDERED that:

1. The following dates are vacated pending further Order of the Court:

The pretrial conference, previously scheduled for March 18, 2010;

The jury selection date, previously scheduled for April 6, 2010;

The trial date, previously scheduled for April 12, 2010.

2. With regard to the parties' briefing related to Defendants' and Plaintiff's motions for summary judgment:

Neither party shall be entitled to sur-reply briefing on the Motions for Summary Judgment; or

Plaintiff's Reply Briefs in Support of its Motions for Summary Judgment are due January 14, 2010 and Defendants' Sur-Reply Briefs are due January 19, 2010; or

01002.51305/3268737.1

Plaintiff's Reply Briefs in Support of its Motions for Summary Judgment are due January 19, 2010 and Defendants' Sur-Reply Briefs are due January 22, 2010.