IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and AOL LLC,<br><br>Defendants. | Case No. 2:07-cv-432-RRR<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING OPPOSED MOTION FOR ADJUSTMENT AND CLARIFICATION OF SCHEDULE

Before the Court is Defendants' Opposed Motion for Adjustment and Clarification of Schedule. The Court finds that the motion should be granted.

Therefore, it is hereby ORDERED that:

1. The following dates are vacated pending further Order of the Court:

The pretrial conference, previously scheduled for March 18, 2010;

The jury selection date, previously scheduled for April 6, 2010; and

The trial date, previously scheduled for April 12, 2010.

2. With regard to the parties' briefing related to Defendants' and Plaintiff's motions for summary judgment:

Neither party shall be entitled to sur-reply briefing on the Motions for Summary Judgment.

It is SO ORDERED.

SIGNED this 12th day of January, 2010.

_____
RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)