IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and AOL LLC,<br><br>Defendants. | Case No. 2:07-cv-432-RRR<br><br>**JURY TRIAL DEMANDED** |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF MICHELLE LEE

Before the Court is Plaintiff Performance Pricing, Inc.'s Motion to Compel the Deposition of Michelle Lee. Having read and considered the moving and opposition papers and the evidence submitted in support thereof, the Court finds Plaintiff has already exceeded the presumptive limit of eight depositions of Defendant Google and the request is vague and lacks a showing of good cause or particular relevance. The Court now DENIES Plaintiff's motion.

It is SO ORDERED.

SIGNED this 12th day of January, 2010.

_____
RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)