IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.<br><br>v.<br><br>GOOGLE INC. AND AOL LLC | Civil Case No. 2:07-CV-432 (RRR)<br>(Eastern District of Texas)<br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

This is to certify that Defendants' Pre-trial Disclosures and supporting documents should be filed under seal because they contain material covered by the protective order approved and entered in this case as the Agreed Protective Order of July 13, 2008, Docket No. 123.

By /s/ Emily C. O'Brien
Emily C. O'Brien