UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. AND AOL LLC, <br><br> Defendants. | Civil Action No. 2-07-CV-432-RRR <br> (Eastern District of Texas) <br><br> **JURY TRIAL DEMANDED** |

### GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OPPOSITION

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant Google Inc. ("Google") files this Unopposed Motion for Extension of Time for Filing Opposition and respectfully ask the Court to extend a deadline in this matter. Google respectfully shows as follows:

1. Google's Opposition to Plaintiff's Motion to Compel 30(b)(6) Testimony is currently due February 12, 2010.

2. Google seeks an extension of one week, until February 19, 2010, to file its opposition brief. Plaintiff does not oppose this extension.

3. Google seeks this extension of time not for delay but for good cause and that justice may be served. Google submits that the requested extension will not delay or interfere with the management of the case.

WHEREFORE, Google respectfully requests that the Court grant this Unopposed Motion for Extension of Time for Filing Opposition and extend the deadline for filing an opposition to Plaintiff's Motion to Compel 30(b)(6) Testimony until February 19, 2010.

Dated: February 9, 2010　　　　　　　　　Respectfully submitted,

By:   /s/ Emily C. O'Brien

Charles K. Verhoeven, *pro hac vice*
charlesverhoeven@quinnemanuel.com
Attorney In Charge
David A. Perlson, *pro hac vice*
davidperlson@quinnemanuel.com
Jamie L. Lisagor, *pro hac vice*
jamielisagor@quinnemanuel.com
Antonio R. Sistos, *pro hac vice*
antoniosistos@quinnemanuel.com
Emily C. O'Brien, *pro hac vice*
emilyobrien@quinnemanuel.com
Joshua L. Sohn, *pro hac vice*
joshuasohn@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:　　(415) 875-6600
Facsimile:　　(415) 875-6700

Michael E. Jones
State Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846
mikejones@potterminton.com

Attorneys for Defendant Google Inc.

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                /s/ Emily C. O'Brien