UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. AND AOL LLC, <br><br> Defendants. | Civil Action No. 2-07-CV-432-RRR <br> (Eastern District of Texas) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time for Filing Opposition filed by Defendant Google Inc. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the new deadline for filing Google's Opposition to Plaintiff's Motion to Compel 30(b)(6) Testimony is February 19, 2010.