UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC. and AOL LLC,<br><br>    Defendants. | Civil Action No. 2-07CV-432-RRR<br>(Eastern District of Texas)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND DEADLINES

TO THE HONORABLE JUDGE OF THIS COURT:

  Plaintiff Performance Pricing, Inc. ("Plaintiff") and Defendants Google Inc. and AOL LLC ("Defendants") file this unopposed motion and respectfully ask the Court to extend certain deadlines in this matter. The Court set various pretrial dates in its Docket Control Order (Dkt. 99), and its January 7, 2010 Order Granting Motion to Extend Deadlines (Dkt. 289). The parties respectfully request modification of some of these deadlines as follows:

| Pleading/Disclosure | Current Deadline | Proposed New Deadline |
|---|---|---|
| Oppositions to Daubert Motions | February 22, 2010 | February 26, 2010 |
| Objections to pretrial disclosures and rebuttal pretrial disclosures | February 22, 2010 | March 1, 2010 |
| Objections to rebuttal pretrial disclosures | March 3, 2010 | March 10, 2010 |
| Joint Pretrial Order, Joint Proposed Jury Instructions, Form of the Verdict, Proposed Finding of Fact and Conclusions of Law, | March 4, 2010 | March 11, 2010 |

| and the Notice of Request for Daily Transcript or Real Time Reporting of the Court | | |
|---|---|---|
| Replies to Daubert Motions | March 4, 2010 | March 9, 2010 |
| Motions in Limine | February 25, 2010 | March 5, 2010 |

WHEREFORE, Plaintiff and Defendants respectfully request that the Court modify certain deadlines as outlined above. Plaintiff and Defendants seek these extensions of time not for delay but for good cause and that justice may be served.

DATED: February 12, 2010

 */s/ Emily C. O'Brien*
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700

Michael E. Jones
State Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com

***Attorneys for Defendants***
**GOOGLE INC. and AOL LLC**

/s/ Rick Lyon
(with permission by Emily C. O'Brien)
Rick Lyon
rick@dovellaw.com
Gregory S. Dovel
greg@dovellaw.com
Sean Luner
sean@dovellaw.com
Christin Cho
christin@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

Calvin Capshaw
ccapshaw@capshawlaw.com
Elizabeth DeRieux
ederieux@capshawlaw.com
Jeff Rambin
jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: 903-236-9800
Facsimile: 903-236-8787

Robert Parker
rmparker@pbatyler.com
Christopher Bunt
rcbunt@pbatyler.com
Charles Ainsworth
charley@pbatyler.com
PARKER, BUNT & AINSWORTH PC
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903-531-3535
Facsimile: 903-533-9687

*Attorneys for Plaintiff*
**PERFORMANCE PRICING, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 12, 2010.

*/s/ Emily C. O'Brien*
Emily C. O'Brien, *pro hac vice*