# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC; <br><br> Defendants. | Civil Action No. 2-07CV-432-RRR <br><br> **JURY TRIAL REQUESTED** |

## ORDER GRANTING AGREED MOTION REGARDING PRETRIAL DEADLINES AND TRIAL

Before the Court is the parties' Agreed Motion Regarding Pretrial Deadlines and Trial. The Court finds that the motion should be GRANTED.

Oppositions to *Daubert* motions shall be due February 26, 2010;

Objections to pretrial disclosures and rebuttal pretrial disclosures shall be due March 1, 2010;

Motions *in limine* shall be due March 5, 2010;

Replies to *Daubert* Motions shall be due March 9, 2010;

Objections to rebuttal pretrial disclosures shall be due March 10, 2010; and

Joint Pretrial Order, Joint Proposed Jury Instructions, Form of the Verdict, Proposed Finding of Fact and Conclusions of Law, and the Notice of Request for Daily Transcript or Real Time Reporting of the Court shall be due March 11, 2010.