UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | Civil Action No. 2-07CV-432-RRR <br> (Eastern District of Texas) <br><br> **JURY TRIAL DEMANDED** |

### **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES**

TO THE HONORABLE JUDGE OF THIS COURT:

Defendants Google Inc. and AOL LLC ("Defendants") file this unopposed motion and respectfully ask the Court to extend certain deadlines in this matter. The Court set various pretrial dates in its Docket Control Order (Dkt. 99), its January 7, 2010 Order Granting Motion to Extend Deadlines (Dkt. 289), and its February 18, 2010 Order Granting Agreed Motion Regarding Pretrial Deadlines and Trial (Dkt. 317). Defendants respectfully request modification of some of these deadlines as follows:

| Pleading/Disclosure | Current Deadline | Proposed New Deadline |
|---|---|---|
| Replies to Daubert Motions | March 9, 2010 | March 15, 2010 |
| Motions in Limine | March 5, 2010 | March 8, 2010 |

WHEREFORE, Defendants respectfully request that the Court modify certain deadlines as outlined above. Defendants seek these extensions of time not for delay but for good cause and that justice may be served.

01002.51305/3355262.1

DATED: March 5, 2010  /s/ Emily C. O'Brien
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Jennifer A. Kash
jenniferkash@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700

Michael E. Jones
State Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com

*Attorneys for Defendants*
**GOOGLE INC. and AOL LLC**

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 5, 2010.

               */s/ Emily C. O'Brien*
               Emily C. O'Brien, *pro hac vice*