# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC; <br><br> Defendants. | Civil Action No. 2-07CV-432-RRR <br><br> **JURY TRIAL REQUESTED** |

## ORDER GRANTING UNOPPOSED MOTION REGARDING DEADLINES

Before the Court is Defendants' Unopposed Motion to Extend Deadlines. The Court finds that the motion should be GRANTED.

Motions *in limine* shall be due March 8, 2010;

Replies to *Daubert* Motions shall be due March 15, 2010;

01002.51305/3355278.1