UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | Civil Action No. 2-07CV-432-RRR <br> (Eastern District of Texas) <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANTS' OPPOSED MOTION TO EXTEND DEADLINES

Defendants Google Inc. and AOL LLC ("Defendants") respectfully ask the Court to extend the deadline for the joint pretrial order, joint proposed jury instructions, proposed findings of fact and conclusions of law, form of the verdict, and notice of request for daily transcript from March 11, 2010 to March 18, 2010.

This short extension will allow the parties adequate time to prepare, exchange, and file these documents. Indeed, Plaintiff has not yet provided Defendants with its sections of these joint filings.

The requested extension will have no effect on any other dates in this case. There is currently no pretrial conference or trial date scheduled in this case.[1] Nor will Plaintiff suffer any prejudice if this brief extension is granted. Nevertheless, Plaintiff refuses to agree to this extension.

Accordingly, Defendants respectfully request that the Court modify certain deadlines as outlined above.

---

[1] On January 12, 2010, the Court vacated the pre-trial conference and trial dates. (Dkt. 295.) On February 18, the Court extended certain pre-trial deadlines. (Dkt. 317.) On March 5, the Court further extended the deadlines for motions *in limine* to March 15, and replies to *Daubert* motions to March 22. (Dkt. 332.)

DATED:  March 9, 2010        /s/ Jamie L. Lisagor
                             Charles K. Verhoeven
                             charlesverhoeven@quinnemanuel.com
                             David A. Perlson
                             davidperlson@quinnemanuel.com
                             Jamie L. Lisagor
                             jamielisagor@quinnemanuel.com
                             Antonio R. Sistos
                             antoniosistos@quinnemanuel.com
                             Emily C. O'Brien
                             emilyobrien@quinnemanuel.com
                             QUINN EMANUEL URQUHART OLIVER
                             & HEDGES, LLP
                             50 California Street, 22nd Floor
                             San Francisco, CA 94111
                             Telephone: 415.875.6600
                             Facsimile: 415.875.6700

                             Michael E. Jones
                             State Bar No. 10929400
                             Potter Minton, A Professional Corporation
                             110 North College, Suite 500
                             Tyler, Texas 75702
                             Telephone:  (903) 597-8311
                             Facsimile:  (903) 593-0846
                             mikejones@potterminton.com

                             *Attorneys for Defendants*
                             **GOOGLE INC. and AOL LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 9, 2010.

*/s/ Jamie L. Lisagor*
Jamie L. Lisagor, *pro hac vice*

## CERTIFICATE OF CONFERENCE

I am counsel for Defendants Google and AOL. On March 4, 2010, I called Rick Lyon, counsel for Plaintiff Performance Pricing, Inc., to request a one-week extension on the deadline for the joint pretrial order, joint proposed jury instructions, proposed findings of fact and conclusions of law, form of the verdict, and notice of request for daily transcript. On March 5, Mr. Lyon rejected this request, but suggested Defendants contact Plaintiff again closer to the deadline. I left a message for Mr. Lyon the evening of March 5, again requesting this one-week extension. On March 8, Mr. Lyon confirmed that Plaintiff would not agree to this extension and that Plaintiff would file a short opposition explaining the basis for its refusal if Defendants filed an opposed motion. Defendants therefore file this motion opposed.

*/s/ Jamie L. Lisagor*
Jamie L. Lisagor, *pro hac vice*