**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PERFORMANCE PRICING, INC., | |
| Plaintiff, | |
| v. | Case No. 2:07-cv-432 (RRR) |
| GOOGLE INC., AOL LLC, MICROSOFT CORPORATION, YAHOO! INC., IAC SEARCH & MEDIA, INC., and A9.COM, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**Plaintiff's Opposition to Motion to Extend Deadlines**

Plaintiff Performance Pricing opposes Defendants' motion to extend the deadline for the joint pretrial order, joint proposed jury instructions, proposed findings of fact and conclusions of law, form of the verdict, and notice of request for daily transcript from March 11, 2010 to March 18, 2010.  As Plaintiff explained to Defendants, Plaintiff is willing to grant a modest extension of time to the extent the parties need the additional time to adequately prepare the filings.  Indeed, Plaintiff has been very accommodating in this regard and has repeatedly agreed to Defendants' requests for extensions.  However, Plaintiff cannot continue to postpone date after date simply because "no pretrial conference or trial date is scheduled in this case."  Motion at 1.  Plaintiff is preparing to go to trial in April and believes this case should be litigated accordingly.  *See* December 2009 Pre-Trial Conference transcript at 67:3-5 ("I would also set a trial which would occur in April, if it's necessary. It would occur sometime between April 12th and April 30th.").

Dated: March 9, 2010                    By:  _____/s/ Richard E. Lyon_____

Richard E. Lyon
CA State Bar No. 229288
Email: rick@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
Email:  greg@dovellaw.com
Sean Luner
CA State Bar No. 165443
Email:  sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066

Facsimile:  310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, L.L.P.
Energy Centre
1127 Judson Road, Ste 220
P. O. Box 3999 (75606-3999)

1

Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  capshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  903/531-3535
Facsimile: 903/533-9687

ATTORNEYS FOR PLAINTIFF
PERFORMANCE PRICING, INC.

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing document was served, via the Court's CM/ECF system per Local Rule CV-5(a)(3), on counsel for Defendants this 9th day of March, 2010.

<u>/s/ Richard E. Lyon</u>
Richard E. Lyon